# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 19-395 (BAH) |
| LARRY DEAN HARMON, | : |
| Defendant. | : |

## GOVERNMENT'S EMERGENCY MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the Indictment and related pleadings in this case so that the government may be able to file a Motion for Emergency Stay and Review of Release Order and any other documents that may be necessary via ECF in the above case. In support of this motion, the Government states as follows:

1. On December 3, 2019, a federal grand jury in the District of Columbia returned a sealed indictment against the defendant, Larry Dean Harmon ("Harmon"), on counts of Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h); Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960(a); and Money Transmission Without a License, in violation of D.C. Code § 26-1023(c). An arrest warrant was issued for Harmon on the same date.

2. On February 6, 2020, federal agents arrested Harmon in Akron, Ohio. Also on February 6, 2020, Harmon had an initial appearance before U.S. Magistrate Judge Kathleen B. Burke of the Northern District of Ohio. At the initial appearance, the government moved to detain Harmon without bond pending trial pursuant to 18 U.S.C. § 3142(f)(2)(A) on the ground that Harmon poses a serious risk of flight. A combined detention and identity hearing is currently scheduled for Tuesday, February 11, 2020 at 3:00 p.m. before Magistrate Judge Burke.

3.	If the Magistrate Judge in the Northern District of Ohio does not grant the government's request for detention, the government plans to immediately file an emergency motion for this Court to review the Magistrate Judge's release order, pursuant to 18 U.S.C. § 3145(a)(1).  That provision provides that the government "may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release."  Such a motion "shall be determined promptly." *Id.* § 3145(a).

4.	In order for the government to file the intended motion(s) immediately via ECF and for it to be determined by this Court promptly, it is necessary to unseal the case, including the Indictment and related pleadings in this case, and to allow entry of the same on the public docket.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant this motion and enter the attached proposed order.

Respectfully submitted,

TIMOTHY SHEA
United States Attorney
D.C. Bar No. 437437

By:	/s/ *Christopher B. Brown*
Christopher B. Brown
D.C. Bar No. 1008763
Assistant United States Attorney
Cyber Crime Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov