UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 19-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Emergency Motion To Unseal,

IT IS ORDERED, that the case docketed as No. 19-cr-395 is unsealed, and that the Indictment, Motion to Seal and accompanying Order, and all related pleadings filed in the case shall be unsealed, and that the Criminal Clerk's office shall allow entry on the public docket of the same.

Dated this _____ day of February, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA