### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                                   :

        v.                      :       Criminal No. 19-395 (BAH)
                                   :

LARRY DEAN HARMON,      :
                                   :

       Defendant.        :

### ORDER

Upon consideration of the Government's Emergency Motion To Unseal,

IT IS ORDERED, that the case docketed as No. 19-cr-395 is unsealed, and that the

Indictment, Motion to Seal and accompanying Order, and all related pleadings filed in the case

shall be unsealed, and that the Criminal Clerk's office shall allow entry on the public docket of the

same.

Dated this _11th_ day of February, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA