UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No. 19-395 (BAH) |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises the Court that the undersigned attorneys, C. Alden Pelker, at telephone number (202) 616-5007, and S. Riane Harper, at telephone number (202) 305-2593, are entering their appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437

By:   */s/ C. Alden Pelker*             */s/ S. Riane Harper*
C. Alden Pelker                          S. Riane Harper
Maryland Bar                             DC Bar No. 230233
Trial Attorney                           Trial Attorney
U.S. Department of Justice               U.S. Department of Justice
1301 New York Ave., N.W., Suite 600      1301 New York Ave., N.W., Suite 600
Washington DC, 20005                     Washington DC, 20005
(202) 616-5007                           (202) 305-2593
(202) 514-6113 (facsimile)               (202) 897-9161 (facsimile)
Catherine.Pelker@usdoj.gov               Riane.Harper@usdoj.gov