AO 442 (Rev. 11/11) Arrest Warrant

5486375

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-cr-00395 |
| | ) | Assigned to: Chief Judge Beryl A. Howell |
| | ) | Assign. Date: 12/3/2019 |
| LARRY DEAN HARMON | ) | Description: INDICTMENT (B) |
| *Defendant* | ) | |

FILED
FEB 2 0 2020
Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LARRY DEAN HARMON,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. Section 1956(h);
Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. Section 1960(a);
Money Transmission Without a License, in violation of D.C. Code § 26-1023(c); and

Forfeiture: 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p)

Date:   12/03/2019

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/3/19, and the person was arrested on *(date)* 2/6/20
at *(city and state)* N/OH

Date: 2/20/20

*Arresting officer's signature*

*Printed name and title*