**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) |
| v. | ) **Case: 1:19-cr-000395 (BAH)** ) ) |
| **LARRY HARMON** | ) ) ) |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Defendant, Larry Harmon, through undersigned counsel, respectfully moves the Court to Continue the Status Conference scheduled for February 21, 2020.

In support of the Motion undersigned counsel states:

1. On February 20, 2020, Mr. Harmon was brought before the Magistrate Court on a three-count indictment. A status conference was set before this Court for February 21, 2020. The status was set prior to the beginning of the initial hearing.

2. At the initial hearing, undersigned counsel stood in for Mr. Harmon's retained counsel, Mr. Charles Flood. Mr. Flood works out of Houston, Texas. Mr. Flood is unable to attend Mr. Harmon's hearing on February 21, 2020.

3. On behalf of Mr. Flood and Mr. Harmon, undersigned counsel requests a continued status hearing date of February 28, 2020. Mr. Flood requests a hearing in the afternoon.

4. The government does not oppose this Motion.

5. Mr. Harmon does not oppose the seven day period to be excluded under the Speedy Trial Act.

WHEREFORE, undersigned counsel respectfully moves the Court to grant his Motion to Continue the Status Conference to February 28, 2020.

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER


                                              _____/s/_____
                                              Eugene Ohm  (as stand-in counsel)
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W.
                                              Suite 550
                                              Washington, D.C.  20004
                                              (202) 208-7500