# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

)

)

**UNITED STATES OF AMERICA**            )

)            **Case: 1:19-cr-000395 (BAH)**

**v.**            )

)

**LARRY HARMON**            )

)

_____)


## ORDER

Upon consideration of the Defendant's Motion to Continue Status Conference, the Court hereby ORDERS that the Defendant's Motion is GRANTED.

1. The Court ORDERS that the date for a new Status Conference be reset for February 28, 2020 at __pm.

2. The Court further ORDERS that time be excluded under the Speedy Trial Act from February 21, 2020 to February 28, 2020.


DATE:   _____


_____
JUDGE BERYL HOWELL
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA