UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 19-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Having considered the Government's Motion for Exclusion of Time Under the Speedy Trial Act, and based on the record herein, it is this _____ day of February, 2020:

1. ORDERED that the Government's Motion is GRANTED; and it is

2. ORDERED that one hundred and eighty (180) days will be excluded from the Speedy Trial Act from the date this order is granted.

IT IS SO ORDERED.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA