#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.  § | No. 1:19-cr-00395 |
| § | |
| **LARRY DEAN HARMON** § | |

### MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

COMES NOW, CHARLES FLOOD, Movant and counsel for Defendant, LARRY HARMON and moves this Honorable Court for permission to appear *pro hac vice*, saying particularly for cause as follows:

1. Movant graduated from the University of Houston Law School in Houston, Texas, in 1996. Movant is a member in good standing of the State Bar of Texas, as well as the United States District Court for the Southern District of Texas. Attached as **Exhibit A** is a copy of a Certificate of Good Standing from the United States District Court for the Southern District of Texas, where Movant resides.

2. Movant does not reside in the District of Columbia, is not regularly employed in that district, and is not regularly engaged in the practice of law in this Court.

3. Pursuant to local rule 44.1 attached is movant's declaration.

WHEREFORE, PREMISES CONSIDERED, movant prays that this Honorable Court grant this Motion to Appear *Pro Hac Vice*.

-2-

Respectfully submitted,

_____
Timothy P. O'Toole
Miller & Chevalier Chartered
900 16th Street, NW
Washington, DC  20006
(202) 626-5552; FAX (202) 626-5810
totoole@milchev.com
District of Columbia Bar #469800


*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
**COUNSEL FOR LARRY HARMON**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2020, I filed the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

_____
Timothy P. O'Toole
**SPONSORING ATTORNEY**