## DECLARATION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES FLOOD, who, after being by me duly sworn, on oath deposed and said:

My name is Charles Thomas Flood of Flood & Flood Law Office, 914, Preston, Suite 800, Houston, Texas 77002. My office number is (713) 223-8877, fax is (713) 223-8879 and email is charles@floodandflood.com. I am in good standing as a member of the State Bar of Texas and have never been disciplined. My bar number is 00798178. This is the first time I have moved to be appear *pro hac vice* in this Court and intend to apply for admission to practice before the bar of this Court.

_____
Charles Flood

SUBSCRIBED AND SWORN TO before me on February 25, 2020.

MARIA DELEON
Notary Public, State of Texas
Comm. Expires 02-28-2022
Notary ID 12167157

_____
Notary Public in and for The State of Texas