# Exhibit A

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Charles Flood, Federal ID No 22508

Admission date: August, 20, 1998

Dated February 10, 2020, at Houston, Texas.

David J. Bradley,
Clerk of Court



By: Heather McCalip, Deputy Clerk

EXHIBIT A