**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 1:19-cr-00395** |
| | § | |
| **LARRY DEAN HARMON** | § | |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

IT IS ORDERED that the Motion of Charles Flood to Appear *Pro Hac Vice* as counsel for Defendant Larry Dean Harmon is GRANTED.

SIGNED at on _____, 2020.

_____
JUDGE BERYL HOWELL
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA