### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 19-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises the Court that the undersigned attorney, S. Riane Harper, at telephone number (202) 305-2593, is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

TIMOTHY SHEA
United States Attorney
D.C. Bar No. 437437

By:  */s/ S. Riane Harper*
S. Riane Harper
DC Bar No. 230233
Trial Attorney
U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington DC, 20005
(202) 305-2593
(202) 897-9161 (facsimile)
Riane.Harper@usdoj.gov