# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 1:19-cr-00395** |
| | § | |
| **LARRY DEAN HARMON** | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES, CHARLES FLOOD and give notice of appearance as counsel and for Larry Dean Harmon.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Email: charles@floodandflood.com
SBN: 00798178
Federal I.D. No. 22508
FLOOD & FLOOD
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Charles Flood*
Charles Flood