# LETTERS OF FAMILY AND FRIENDS IN SUPPORT OF LARRY D. HARMON

1. Letter of **Margo Harmon**, wife

2. Letter of **Mary Harmon**, mother

3. Letter of **Gary Harmon,** brother

4. Letter of **Kevin Ballard**, brother-in-law

5. Letter of **Steven Synder**, brother-in-law

6. Letter **Edith and Vito Syracuse**, grandparents

7. Letter of **Pamela Baughman**, aunt

8. Letter if **Kyle Otto**, friend

9. Letter of **Carly Story**, friend

10. Letter of **Alana Dickerhoof,** friend

11. Letter of **Steven Blackburn**, friend

12. Letter of **Gary and Diane** Law, in-laws

13. Letter if **Lisa Phom**, friend

14. Letter of **Sam Xongmixay**, friend

15. Letter of **Joanne Haseley**, friend

EXHIBIT 4

Margo Harmon
3853 Yellow Creek Rd. W
Akron, Oh 44333

Your Honor,

I am writing on behalf of my husband, Larry Harmon and will ask you to consider letters from me and others who know him when making the important decision whether or not to release him on bond. I will first speak about my husband's character. I have known Larry for 14 years, I met him when I was 19 years old. We were friends for 4 years before we dated. I always knew him to be kind, and very family oriented. When we began our relationship, this never changed about him. When we married in 2016, I became his family, and as a husband he has treated me with love, kindness, respect, and admiration.

I know Larry, and I know that his family is his home. He would never flee. On the contrary, he only wants the right to be presumed innocent until proven guilty, and to be able to work toward his defense in this case. I plead with you to consider not only these assessments of his character, but also his presumption of innocence. I can write an entire book about the qualities that I believe make my husband a good man, but I know that ultimately these decisions are made with reason and not emotion.

He could wear an ankle monitor and be limited to his home. I am willing to be held personally responsible for his appearances before this court. His father has put up the deed to his home. We are asking you on Larry's behalf to rule that the decision to imprison him despite his presumption of innocence was made in haste. I thank you for taking the time to read this, and other letters, and will hope for the return of my husband to his family while he awaits trial.

Thank you.

Sincerely,
Margo Harmon

March 2, 2020

Dear Honorable Judge,

My name is Mary Harmon.  I am Larry Harmon's Mom.  I understand that being his Mom adds a bias to this character reference but,  as Larry's Mom, I believe I know him better than anyone else with the possible exceptions of his wife and brother.

Larry has been a dreamer with an entrepreneurial spirit since high school. He works hard to achieve his dreams; when one of his dreams folds, he gets back on his feet,  fixes the fallout, and starts anew.  He does not leave anyone who was a part of that dream behind.

I am telling you this because the fallout from this indictment has had a tremendous impact on his employees, family, and friends.  He is doing what he can to help all of us recover from this as gracefully as possible, which is really hard while he is incarcerated.

Larry hired me in March 2018 to run a new venture.  He had just purchased a property from his Dad, as is, as it was in the family for many years and to help his Dad not have to worry about selling it himself.  Larry intended to rent the property. He was planning to hire a Property Management company.  I was having a rough time at work; I was overworked to the point of having health issues.  I was looking for other employment opportunities.  My daughter's family was moving to Denver (with my only grandbaby).  My son offered me the property management position if I thought I could do it.  I did and I loved it.  I worked with contractors to fix up the property, interviewed and leased to renters.  Larry's mantra was to do it right.  I did. I learned so much.  It was a job I could do remotely.

In March of this year, Larry added me to CoinNinja's payroll.  I had been helping him with accounting for tax prep for a few years for HWI.  As an employee of CoinNinja, I could receive medical benefits and extend the scope of my accounting help.   I learned Quickbooks and worked closely with his tax team.  Again, Larry always insisted that we do things right.  I would not work for him if he did not.

At the time of his arrest, I was preparing to come into the office and go over the past years accounting/tax prep findings with him.

His arrest and incarceration has left us all shattered.  He has done so much for his family and community.

He helped his brother and sister's family  with open arms at times when they were down on their luck.

He made it possible (and insisted) that I move back to Akron from Denver when my daughter made the move back.  I was not sure I could afford it.  "We want you here; the family needs to be together", he said.

Larry will not flee.  He has every intention of helping all of us through this ordeal.  He also wants to work with his legal defense team. Larry believes in doing good for others.  If he fled, it would be a stain on his family, community, and a discouragement to other entrepreneurs within the cryptocurrency community.

Cryptocurrency is relatively new to the world.  The laws change so rapidly.  Larry has made a point of trying his best to keep up with them and follow them.  He believes cryptocurrency is in all of our futures and founded CoinNinja to help the populace learn about it, not as an investment mechanism, but a currency to be used as such.

Again, Larry will not flee.  He faces his battles head on.  I beg you to consider bond so that he can be with his family and we can all work through this ordeal together,

Sincerely,

Mary Harmon

March 4, 2020

Dear Your Honor,

First I'd like to thank you for taking time out of your day to read this.  I am writing this letter because I  truly believe that the image of my brother that the government is trying to portray is wrong. My  brother is a good man. He has truly made me a better person. There was a time where we did not get  along for a couple of years. It was rough on both of us.

When I moved back home to Akron, Ohio after trying to start a new marketing company in Arizona, I  asked him if I could do odd jobs for him until I could secure full time employment. Long story short,  he ended up helping me learn how to code. This is something I could not thank him enough for. I am  now a Web Developer. With his help and belief in me, I have learned a skill that will allow me to secure  employment outside of CoinNinja and take care of myself.

I have not  worked as hard in my whole life as I have since coming back to Akron and working with my  brother. He made me want to be a better person. He didn't only talk about it but he showed it in his  character as well.  He showed many examples of it. He was always helping people and donating to  charities, schools, gifts for the kids in need, and so much more.  I truly believe denying him bond  would be a mistake.  He is not a flight risk. The man I know is not going to try and run away. He just  wants to be with his family. My brother really is a good man and I hope you can see that even through  all that the prosecutions would have you believe.  .


Thank you again,

Gary Harmon

Kevin L. Ballard

4419 Kenneth Trail

Stow, OH 44224

**2020.03.01**

Dear Honorable Judge,

    My name is Kevin Ballard.  I am the Senior Engineering Manager at Giesecke & Devrient, where we develop technology to secure information for banks and governments throughout the world.  Our domestic partners include the US Mint, US military, and several state governments. I am accountable for the technical aspects of manufacturing the IDs of our US military personnel, Drivers Licenses for Ohio and Oregon, payment cards for several US banks, and the transit cards for several US cities including WMATA in Washington DC.

    Larry Harmon is my brother-in-law and I have known him for over fifteen years. He's been a major part of my life during that time.  When I received the call from my wife regarding his arrest, I could not have been more surprised.  This news was inconsistent with the values that he has as a person.  He has one of the biggest hearts of anyone that I know and has always shared his successes with his family, friends and community.  He participates in charity galas, donates to causes he believes in, and actively uses his position in the community to push for a better life for everyday citizens.  The idea that he would knowingly harm anyone for his own personal gain is juxtaposed to all of the good deeds that I have witnessed.

    Larry has gone the extra mile way several times to help my family.  He even went out of his way to become ordained and licensed in the State of Ohio so he could marry his sister Carrie and I.  He has also opened up his home to us on several occasions when our family needed help the most including an incident with a fire in our house, several days after our son was born.  We were out of our home for three months while we waited for remediation and lost everything that we had just purchased for our newborn son.  Larry was there with everything we needed to immediately feel secure and get back onto our own path.   He shares a unique bond with our son Arlo due to his childlike sense of adventure.

    The Larry I know would run towards a fire, not away from it.  He knows that he owes it to his entire community, to remain cooperative and compliant with law enforcement as these events proceed.  He does more good for the world than anyone I know.  I am confident that he will fail forward.

Sincerely,

*[signature]*

Kevin L. Ballard

Steven Snyder<br>
490 Mineola Avenue, Akron OH 44320<br>
Feb 28th, 2020

Your Honor,

    My name is Steven Snyder and I have been a resident in the State of Ohio for at least 20 years. During my residency in the state of Ohio, I've had the opportunity to work in different fields of employment such as the food industry, customer service and landscaping. I am writing on behalf of my brother-in-law, Larry Dean Harmon, that the courts reverse its decision regarding his at flight risk status.

    As Mr. Harmon's brother-in-law, I have had the opportunity to witness the characteristics and qualities that shaped Mr. Harmon into the person that he is today. His biggest priority in his life is the well-being, along with the happiness of his family, particularly his wife Margo Harmon. There has never been one incident that I can recall where Mr. Harmon hasn't faced a problem head on, whether the problem be related to him or any person he is connected to, along with that he always gives his full support and effort to resolve these issues. Through the years, our family has experienced a great deal of good and bad memories; however, we have undergone those memories together as a family. Therefore, it is my request that he be allowed to surround himself with the most important people at his greatest time of need.

    In conclusion, I do not consider Mr. Harmon a flight risk based upon his character. Thank you for your time and consideration.

Respectfully,

Steven Snyder

To whom it may concern,

Larry Harmon is our grandson.  We want the court to know that Larry is a kind and generous family man.

Larry has helped us on numerous occasions to make repairs to our home that we could not afford.  He has offered several times to move us closer to family in Akron.

Larry has done so much for our daughter, providing her employment after health concerns with her previous position and making it possible for her to be with his sister and nephew in Colorado, and then moving her back to Akron when his sister's family made the move back.

We are pleading with the court to give Larry bond so that he can be home with his family that he has been such a big part of.


Sincerely,
Edith Syracuse
Vito Syracuse
391 E 324 ST
Willowick Ohio
44095

Pamela S. Baughman
498 Portage Trail Ext. W.
Cuyahoga Falls, Ohio 44223
330-352-3179
mapbkwds@sbcglobal.net


March 2, 2020


Dear Honorable Judge Howell,

I am writing on behalf of my nephew-in-law, Larry D. Harmon who is married to my niece Margo.  In February, Larry was arrested and indicted on 3 charges related to a Bitcon mixer that he allegedly operated.  It was believed he was a flight risk and he was whisked off to D.C.  All of his monetary and material things have been seized.  His business and personal accounts were frozen and then the funds were removed, a lien was placed on his home, etc.  He has no money and money or not, I believe Larry would not flee.

The Larry I know is a respectable, caring man who loves his family deeply.  His family and numerous friends love and support him.  Therefore, I am petitioning the court to reconsider and allow him to come home to await trial.

Respectfully submitted,


Pamela S. Baughman

Your Honor,

I am writing on behalf of Larry Harmon.  I do not fully understand or comprehend the nature of the indictment.  So I am trying to wrap my head around this situation. But I do want to speak on Larry the person.  I have known Larry and his family since kindergarten.  Without question, he is a family-first type of person. He also treats his friends with the same love.

Through the years, many of my times hanging out with Larry involved his wife, mother, father, sister, brother, and friends.  Even though his parents got divorced, his family figured out ways to be cordial with each other and occupy the same space without issues.  There is love in his family.  I know that this is deeply affecting his wife, mother, father, brother and sister.  I believe that he is not a flight risk, because if he were to flee, the damage it would inflict on his family would not be worth the effort.  Larry is more interested in making things the best they could be given the situation, and that would require seeing this all the way through legally.

I hope that you consider Larry and his family and allow him to be released on bond.

Kyle Otto
(330)-697-5106
4598 Diplomat Dr
Stow, Ohio 44224

Carly Story
4812 Cherry Grove Rd.
Flemingsburg, KY 41041

March 1st, 2020

To Whom It May Concern,

My name is Carly Story. I've known Larry as a friend for almost ten years. In the time I've known Larry, I've always admired how much he's cared for his family and friends. He is married to Margo, my best friend of twenty-one years. I never saw my best friend so happy as when Larry became part of her life. He's treated her like a queen from day one and it's terrible to see her life torn apart without him in it. He has consistently treated everyone, including strangers with the utmost kindness and continues to do so.

In his current situation, I do not believe Larry to be a flight risk. Given the consistency I've seen in his personality over the years, I believe he would remain devoted to his wife, family, and friends. I do not feel that he would want to be anywhere but where his family and close friends are.

Thank you for your consideration.

Sincerely,

*Carly Story*

Your honor,

I have known Larry now for over ten years and over those years I have observed the strong bond that he has with his family and his friends.  For this reason along with many others I am confident that Larry Harmon is not a flight risk.  Therefore I am respectfully asking that you please reconsider your decision on releasing Larry on bond.

Respectfully,
Alana Dickerhoof

To the honorable judge,

I am writing you today to offer a testament to the kind of person Larry D. Harmon is and has been during the many years I've called him friend. He has always been a family-first individual, and goes to great lengths to take care of and be there for his family. I have always been made to feel part of his family, by way of his generosity and caring over the years.

I've known him since I was 2 years old (1985), and we've remained friends over these decades, though we grew apart after high school. After my time working as a teacher, I was thankful for the opportunity to reconnect, and to work with Larry as his personal assistant, and eventually becoming a team member at Coin Ninja LLC, and see how well he managed our family-like team of very gifted developers and workers.

I am of the belief that Larry does things with the best of intentions, and wants to be helpful and inspirational to as many people as he can, as I've seen this behavior displayed first hand. He would give the shirt off of his back to help a stranger, if the opportunity were to arise.

I plead with you to please grant him bond, and allow him to come home to see his family so they know that he is okay.

Thank you sincerely for your time, I hope you are able to consider this sentiment when making your decision.

Sincere regards,


Steven Blackburn

Gary & Diane Law
505 Howland Wilson Road, NE
Warren, OH 44484

To Whom It May Concern:

We have known Larry Harmon as our son-in-law for three years now. We were both troubled and surprised to hear about the recent case as he has always been a rather solid, caring person. We understand the seriousness of this matter, however, hope the court will show some leniency.

Larry is a sensitive, caring and family-oriented person and has been a wonderful husband to our daughter Margo. He has been there during family hospitalizations and shown he loves his family and in-laws. It is our sincere hope the court takes this letter into consideration.

Despite the current case, we believe Larry Harmon to be a kind, caring son-in-law, wonderful husband, and good human being.

Sincerely,
Gary and Diane Law

Your Honor,

      Larry harmony, truly words can't describe what a nice and giving person he is he's been and done charitable events. His family is very important to him he's Friends are all here. I know that he is not a flight risk due to all that. Larry harmon's helped so many people even people he doesn't even know that's how we became friends. I would give up anything to prove that he is not a flight risk.

 Thank You,
 Lisa Phom

To whom this may concern,

      I have known Larry since summer of 2016 through many good friends.   Larry has been very kind and nice with everyone he meets.   Larry has provided guidance to me to learn more about technology and programming.   His hard work and determination to his company Coin Ninja was to promote the use of bitcoins and other crypto currencies for the future generation.

      He was very vocal about how crypto currencies would be the wave of the future.   His believes brought him and his company to develop DropBit wallet within 6 months.   This is a feat usually takes at least 2-3 years to accomplish.   I know Larry will stay and defends these charges that are brought upon him.   He will not run from the law but to stay and fight for what he believes in.

Thank you,

Sam Xongmixay

March 2, 2020

To whom it may concern:

I have had the pleasure of knowing Larry Harmon for approximately 10 years.  He was a friend of my oldest son, and ironically discovered he is the son of one of my dear friends from childhood.

Larry is wonderful, kind, and of good moral character.  He was a positive influence on my son during their association.

I have not only heard but witnessed the manner in which he cares for his family.  His mother Mary and I rekindled our friendship years ago due to our sons' friendship.   Larry is always available for his family (and friends too) to assist in anything they may need - whether during good times or bad.  Larry is a wonderful son, husband and brother.  I only hope that my children mature into the wonderful man Larry has become.

I am honored to know him, and only hope that this turn of events end on a positive note for him.  And that he is able to continue to spend his years alongside his family and friends.

Respectfully,

Joanne Haseley
5961 Eastham Way
Hudson OH 44236
330.289.8463