# Exhibit D


GOVERNMENT EXHIBIT
1
5:20-MJ-01030



GOVERNMENT EXHIBIT 2

5:20-MJ-01030

# Grams Search Results

cocaine

About 7743 results for cocaine (0.2144 seconds)

Advanced Search



**Limaconnection bulk peruvian flake**
limaconbons6ja.onion/ **Private**
Seller of 90% pure cocaine made from coke leaves we are looking to build a customer base. We are only satisfied when you are satisfied with the product. We guarantee a 90-95% pure cocaine, in 1Ctest purity' you obtain black color in 1Ctest ic
Vendor Limaconnection      **Price B0**                                        **Location** Peru



**LONDON-UNDERGROUND private vendor store**
lustorezobad6j.onion **LU private store**
We are LONDON-UNDERGROUND. We provide a fast, simple, safe way for customers across Europe to purchase high quality Cocaine using Bitcoin
Vendor LONDON-UNDERGROUND                                                    **Location** UK



**Quality cocaine 10 gram 80**
valhallaxmn3fydu.onion/products/91296 **Valhalla**
High quality, fishscale cocaine http://valhallaxmn3fydu.onion depanage products See all quantities and discounts of this product Cocaine 0.5 gram 30 Cocaine 1 gram 47 Cocaine 2 gram 90 Cocaine 2.5 gram 116 Cocaine 3 gram 130 Cocaine 5 gram 225 Cocaine 10 gram 430 drugs stimulants cocaine
Vendor Depanage (0)      **Price B0** 12013784                                **Location** Netherlands

**Quality cocaine 2 gram 80**
valhallaxmn3fydu.onion/products/119972 **Valhalla**
High quality, fishscale cocaine http://valhallaxmn3fydu.onion depanage products See all quantities and discounts of this product Cocaine 0.5 gram 30 Cocaine 1 gram 47 Cocaine 2 gram 90 Cocaine 2.5 gram 116 Cocaine 3 gram 130 Cocaine 5 gram 225 Cocaine 10 gram 430 drugs stimulants cocaine
Vendor Depanage (0)      **Price B0** 021177                                  **Location** Netherlands

**Quality cocaine 3 gram 80**
valhallaxmn3fydu.onion/products/14895 **Valhalla**
High quality, fishscale cocaine http://valhallaxmn3fydu.onion depanage products See all quantities and discounts of this product Cocaine 0.5 gram 30 Cocaine 1 gram 47 Cocaine 2 gram 90 Cocaine 2.5 gram 116 Cocaine 3 gram 130 Cocaine 5 gram 225 Cocaine 10 gram 430 drugs stimulants cocaine
Vendor Depanage (0)      **Price B0** 03097366                                **Location** Netherlands

**Quality cocaine 1 gram 80**
valhallaxmn3fydu.onion/products/14894 **Valhalla**
High quality, fishscale cocaine http://valhallaxmn3fydu.onion depanage products See all quantities and discounts of this product Cocaine 0.5 gram 30 Cocaine 1 gram 47 Cocaine 2 gram 90 Cocaine 2.5 gram 116 Cocaine 3 gram 130 Cocaine 5 gram 225 Cocaine 10 gram 430 drugs stimulants cocaine
Vendor Depanage (0)      **Price B0** 0016461                                 **Location** Netherlands





Quality cocaine 2.5 gram 80

# How Helix Worked:



# Helix Tumbled a Large Volume of Bitcoin

- Helix received more than **354,468 bitcoins** between the site's launch in June 2014 and December 2017, valued at approximately **$311,145,854 U.S. dollars.**



## Top 10 Depositors for Helix Were Darknet Markets

| Market | BTC Deposits | USD Equivalent |
|---|---|---|
| AlphaBay Market | 21,996.74 | $ 13,078,477 |
| Nucleus Market | 9,745.17 | $ 3,478,465 |
| Dream Market | 2,004.55 | $ 1,822,532 |
| Agora Market | 6,585.26 | $ 1,725,338 |
| Hansa Market | 491.53 | $ 470,814 |
| Abraxas Market | 1,241.25 | $ 308,078 |
| Valhalla Market (Silkkitie) | 391.43 | $ 290,629 |
| Black Bank Market | 764.62 | $ 179,682 |
| TradeRoute Market | 36.38 | $ 145,720 |
| Flugsvamp Market 2.0 | 62.75 | $ 126,180 |




GOVERNMENT EXHIBIT
5
5:20-MJ-01030

# Helix Partnered with Darknet Market AlphaBay

 AlphaBay Market

##  TUMBLE YOUR COINS

Tumbling (mixing) your coins is a popular way to erase any trace of your coins coming from Alphabay. In some cases, using the blockchain, a determined investigator can trace you back to Alphabay. Tumbling your coins for a small fee (normally 1-3%) ensures that you will never be traced back to here. We recommend two tumblers, who have proven themselves as reliable.

**BitBlender** is a simple Bitcoin blender that uses a randomized fee and offers automatic withdrawing to your clean addresses. They have shown reliability over time and are in for the long run.
URL: bitblendervrfkzr.onion

**Grams Helix** is a tumbler and Darknet content indexer. They are the Google of the Darknet and have a tumbling service. The admins have shown extreme care for their users and their support is prompt to help.
URL: grams7enufi7jmdl.onion



GOVERNMENT EXHIBIT
6
5:20-MJ-01030

Google Search Warrant: doolbman1@gmail.com

################## * Google Confidential and Proprietary * ##################

GOOGLE SUBSCRIBER INFORMATION
Name: Larry Harmon
e-Mail: ██████@gmail.com
Services: Android, Blogger, Developer Consoles, Fusion Tables (experimental), Glass, Glass Wipeout, Gmail, Google AdSense, Google AdWords, Google Alerts, Google Analytics, Google BigQuery, Google Calendar, Google Chrome Sync, Google Cloud Print, Google Cloud Storage, Google Code, Google Developers Console, Google Docs, Google Drive, Google Groups, Google Hangouts, Google Maps, Google Maps Engine, Google My Business, Google My Maps, Google Offers, Google Pay Sandbox, Google Payments, Google Photos, Google Reader, Google Search Console, Google Services, Google Takeout, Google Trends, Google URL Shortener, Google Voice, Google Wave, Google+, Has Google Profile, Has Plusone, Location History, Tasks, Tasks In Tingle, Web & App Activity, YouTube, iGoogle
Recovery e-Mail: ████@hwisite.com
Created on: 2005/12/05-22:11:14-UTC
Terms of Service IP: 70.60.52.45, on 2007/07/09-00:19:58-UTC
SMS: [US]
Nickname: Larry Harmon
Alternate e-Mail(s): ████@myspacequizzer.com
Google Account ID: 518961789471
Last Logins: 2018/05/17-17:27:10-UTC

GOVERNMENT EXHIBIT 7  5:20-MJ-01030



GOVERNMENT EXHIBIT 8
5:20-MJ-01030



Grams/Helix Admin Pages

# GramsAdmin Page



- TorAds Admin Tab
- Helix Update tab
- Grams Admin Page



GOVERNMENT EXHIBIT 9
5:20-MJ-01030

# Harmon Profiting from the Proceeds of Operating Helix



# Bitcoin Held by Harmon

| Location | USD | BTC | ETH | BCH | BTG |
|---|---|---|---|---|---|
| site | $0.00 | 0.00 | | | |
| aaron | $58,610.00 | 0.00 | | | |
| Vivian | $0.00 | | | | |
| Ben | $0.00 | | | | |
| Gary | $3,000.00 | | | | |
| safe | $30,000.00 | | | | |
| bank | $110,000.00 | | | | |
| phone | $59,630.00 | 6.70 | | | |
| work mac book | $1,290,500.00 | 145.00 | | | |
| macbook pro | $20,470.00 | 2.30 | | | |
| Surface Black | $0.00 | 0.00 | | | |
| trezor A | $12,878,300.00 | 1,447.00 | | 194 | |
| Trezor V | $10,048,100.00 | 1,129.00 | | 519 | 519 |
| New Trezor w/ Sticker | $31,630,600.00 | 3,554.00 | | 1342 | |
| Ledger Blue | $810,400.00 | 0.00 | 1013 | | |
| Bitcoin Total | $55,927,600.00 | | 1013 | 2055 | |
| Total | $56,939,610.00 | 6,284.00 | $810,400.00 | | |

Spreadsheet obtained from Harmon's Google Drive account titled "Accounts.xlsx," last modified 10/18/2018

GOVERNMENT EXHIBIT
11

5:20-MJ-01030



GOVERNMENT EXHIBIT 12  5:20-MJ-01030



GOVERNMENT EXHIBIT 13
5:20-MJ-01030

# "gramsadmin" Statements About Avoiding Law Enforcement

title : LE Detection?

url : /r/IFmbHfnpaZjKFvyi1okT/comments/2llqya/le_detection/

body : SO... en light of the events yesterday, I think am I going to fire my entire staff. I don't want any UC working for me (even though I don't really give them access to anything useful). I really like the one guy. Can you guys think of any ways I could make him prove he wasn't a UC? I would really like to keep him but I need to be sure.

"LE" is a commonly used abbreviation for Law Enforcement. "UC" is a commonly used abbreviation for Undercover.

link : https://www.reddit.com/r/DarkNetMarkets/comments/27ngcv/psa_if_you_use_gramsflow_i_will_steal_your/

parent : ci2kpy4

body : my site is just as secure as deepdotweb and even more so than /r/dnm My server is not in the US unlike reddit's and has less of a chance of LE taking control without out LE even needing to do a MITM. We all know American companies work with nsa so it is a lot more feasable that LE would make changes /r/dnm with out them even knowing than a MITM attack from this guy happening to gramsflow.com

"MITM" stands for Man In The Middle which is a type of cyber attack wherein an attacker secretly relays communications between two parties who believe they are directly communicating with each other.

link : https://www.reddit.com/r/DarkNetMarkets/comments/2dp0rp/bitcoins_and_tumbler_addresses/

parent :

body : Helix uses new addresses for each transaction so there is no way LE would able to tell which addresses are helix addresses. Once your coins hit Helix the one you get on the other side are completely new that is the whole point of cleaning your coins. tldr; You are doing it perfect and have nothing to worry about.

GOVERNMENT EXHIBIT
14
5:20-MJ-01030

