# Exhibit F

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/23nmku/rci_mods_le/

parent :

body : Did I miss something, what funky shit has been going on?

id : chlxrei

permalink : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/25rr6h/new_product/chlxrei/

date : 2014-05-19 18:20:00 UTC

ip :

subreddit : IFfmbHfnpaZjKFvyi1okT

gildings : 0

link : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/25rr6h/new_product/

parent : chlx8th

body : You may be right, but new products are going to come out and want to advertise with grams, I can't test every product and I can't turn away people based on speculation. If there was one report of people not getting their product I would take them down and disavow them immediately. It is also not fair to them for me to just call them a scammer with no proof and ban them from buying advertising. Their week of advertising is almost up. I wont let them buy another week without a confirmed review from someone reliable.

id : cgrsmf3

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/22yx99/grams_beta_version/cgrsmf3/

date : 2014-04-14 03:05:18 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/22yx99/grams_beta_version/

parent : cgrsdc9

body : I have been talking to outlaw, silkroad2, cloud nine. They all said they want on grams and are either going to use my api or give me some of their own. I consider them with agora which is already on there to be the majors . I could be wrong. I haven't been to a lot of the other markets. if there is a strong demand for a market and they are not on there I will make sure we add them.

id : chcieco

permalink : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/250fqr/usability_question/chcieco/

date : 2014-05-08 05:22:17 UTC

ip :

subreddit : IFfmbHfnpaZjKFvyi1okT

gildings : 0

link : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/250fqr/usability_question/

parent : chcib3f

body : yeah I just wanted to make sure, because I know some markets have the whole message pin system going on and I don't want to use that but I want it to be secure. so I am hoping the pgp method makes it secure enough while also being easy enough.

id : ciegr29

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/28tjk7/flaxcseed_contact_info/ciegr29/