# Exhibit G

Whois gramsflow.com                                                                                              Page 1 of 3



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOMAINS | HOSTING | CLOUD ᴺᴱᵂ | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN    0 |

gramsflow.com                                                                 Updated 1 second ago

### DOMAIN INFORMATION
| | |
|---|---|
| Domain: | gramsflow.com |
| Registrar: | Chengdu West Dimension Digital Technology Co., Ltd. |
| Registration Date: | 2014-06-03 |
| Expiration Date: | 2018-06-03 |
| Updated Date: | 2017-12-04 |
| Status: | clientDeleteProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | f1g1ns1.dnspod.net<br>f1g1ns2.dnspod.net |

**.club**
$~~11.88~~  $0.98

**BUY NOW**

*Offer ends 31st January 2018

**Hot Deals!**



**.PW @ $0.98** ~~$9.88~~

### REGISTRANT CONTACT
| | |
|---|---|
| Name: | yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service) |
| Organization: | yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service) |
| Street: | tian xiang da sha,405#,wan he lu 99hao,Chengdu,China |
| City: | Chengdu |
| State: | Sichuan |
| Postal Code: | 610067 |
| Country: | China |
| Phone: | +8628.86262244 |
| Fax: | +8628.86262244 |
| Email: | whoisagent@hkdns.hk |

### ADMINISTRATIVE CONTACT
| | |
|---|---|
| Name: | yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service) |
| Organization: | yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service) |
| Street: | tian xiang da sha,405#,wan he lu 99hao,Chengdu,China |
| City: | Chengdu |
| State: | Sichuan |
| Postal Code: | 610067 |
| Country: | China |
| Phone: | +8628.86262244 |
| Fax: | +8628.86262244 |
| Email: | whoisagent@hkdns.hk |





### TECHNICAL CONTACT
| | |
|---|---|
| Name: | yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service) |
| Organization: | yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service) |
| Street: | tian xiang da sha,405#,wan he lu 99hao,Chengdu,China |
| City: | Chengdu |
| State: | Sichuan |
| Postal Code: | 610067 |
| Country: | China |
| Phone: | +8628.86262244 |
| Fax: | +8628.86262244 |
| Email: | whoisagent@hkdns.hk |

Whois gramsflow.com                                                                                              Page 2 of 3

**RAW WHOIS DATA**

```
Domain Name: gramsflow.com
Registry Domain ID: whois protect
Registrar WHOIS Server: whois.west.cn
Registrar URL: www.west.cn
Last updated Date: 2014-06-03T01:45:09.0Z
Creation Date: 2014-06-03T01:45:09.0Z
Expiration Date: 2018-06-03T01:45:09.0Z
Registrar Registration Expiration Date: 2018-06-03T01:45:09.0Z
Registrar: Chengdu west dimension digital technology Co., LTD
Registrar IANA ID: 1556
Reseller:
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Registry Registrant ID: cn77094433348516
Registrant Name: yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service)
Registrant Organization: yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service)
Registrant Street: tian xiang da sha,405#,wan he lu 99hao,Chengdu,China
Registrant City: Chengdu
Registrant State/Province: Sichuan
Registrant Postal Code: 610067
Registrant Country: China
Registrant Phone: +8628.86262244
Registrant Phone Ext:
Registrant Fax: +8628.86262244
Registrant Fax Ext:
Registrant Email: whoisagent@hkdns.hk
Registry Admin ID: cn77094433348516
Admin Name: yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service)
Admin Organization: yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service)
Admin Street: tian xiang da sha,405#,wan he lu 99hao,Chengdu,China
Admin City: Chengdu
Admin State/Province: Sichuan
Admin Postal Code: 610067
Admin Country: China
Admin Phone: +8628.86262244
Admin Phone Ext:
Admin Fax: +8628.86262244
Admin Fax Ext:
Admin Email: whoisagent@hkdns.hk
Registry Tech ID: cn77094433348516
Tech Name: yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service)
Tech Organization: yinsi baohu yi kai qi(Hidden by Whois Privacy Protection Service)
Tech Street: tian xiang da sha,405#,wan he lu 99hao,Chengdu,China
Tech City: Chengdu
Tech State/Province: Sichuan
Tech Postal Code: 610067
Tech Country: China
Tech Phone: +8628.86262244
Tech Phone Ext:
Tech Fax: +8628.86262244
Tech Fax Ext:
Tech Email: whoisagent@hkdns.hk
Name Server: f1g1ns1.dnspod.net
Name Server: f1g1ns2.dnspod.net
DNSSEC: signedDelegation
Registrar Abuse Contact Email: westdomain@gmail.com
Registrar Abuse Contact Phone: +86.28.86263960 ext 8364
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2014-06-08T01:58:01.0Z <<<
For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

<a title='' href='http://www.west.cn/' target='_blank'><img
src='http://www.west.cn/newimages/whoisads.jpg' border='0'></a>
```

**related domain names**

west263.com    west.cn    gmail.com    icann.org    dnspod.net    hkdns.hk    internic.net

**Domains**                **Hosting & Products**              **Follow us**

Register Domain Name       Linux Hosting

| Whois gramsflow.com | | Page 3 of 3 |
|---|---|---|

| | | |
|---|---|---|
| Transfer Domain Name | Windows Hosting | Enter a Domain Name |
| View Domain Pricing | Linux Reseller Hosting | |
| Bulk Domain Register | Windows Reseller Hosting | |
| Whois Lookup | Virtual Private Servers | **LOGIN**     OR |
| Name Suggestion Tool | Dedicated Servers | |
| Free with Every Domain | Managed Servers | **CREATE AN ACCOUNT** |
| Domain Offers | Cloud Hosting | |
| | Website Builder |  |
| **Infrastructure** | Business Email | |
| Datacenter Details | Enterprise Email | |
| Hosting Security | SSL Certificates | |
| 24 x 7 Servers Monitoring | Sitelock | |
| Backup and Recovery | CodeGuard | |
| | | Copyright © Whois.com. All rights reserved |
| | **Support** | Privacy Policy | Legal Agreement |
| | View Knowledge Base | |
| | Contact Support | |
| | Report Abuse | |
| | About Whois | |