# Exhibit I

# Crypto Markets *news* (https://crypto-markets.news)

Home | News | Market cap | Coin info | About us



(https://cash2crypto.exchange/)

14 Shares | Share | Tweet | Share | Share | Share

*News* (https://crypto-markets.news/news)

# Head of DropBit Accused of Laundering 354,468 BTC

by Jonathan Ganor    2020-02-16 05:46:19    1 Comment    279 views



*Could Privacy Tools for Bitcoin & Cryptocurrencies Get Shut Down?*



14 Shares    Open your user privacy preferences here

3/6/2020   Head of DropBit Accused of Laundering 354,468 BTC

According to the U.S. Department of Justice (https://www.justice.gov/opa/pr/ohio-resident-charged-operating-darknet-based-bitcoin-mixer-which-laundered-over-300-million), Larry Harmon the CEO of Coin Ninja & Harmon Web Innovations has been arrested. Harmon has been charged with conspiracy to launder money and money transmission without a license.

## Harmon, Helix & the Darkweb

Harmon is probably best known for his Bitcoin wallet app DropBit (https://dropbit.app/) which is described on their Twitter as Venmo for Bitcoin. The wallet allowed Bitcoin and lightning network transactions via Twitter handle or phone numbers. DropBit is Coin Ninja's main product.

According to a tweet (https://twitter.com/PeterMcCormack/status/1227755117325291520) by popular Bitcoin podcaster, Peter McCormack,  DropBit & Coin Ninja are still operational as per now. Despite having their accounts frozen, Hamon's brother Gary is keeping it functional. It seems that Coin Ninja & DropBit are not involved with the money laundering accusation.

We've contacted Larry's wife Margo Hamon and asked if she thinks Larry Arrest will Affect DropBit. She responded to this saying: "I do think Larry's arrest will affect DropBit and Coin Ninja. Nine employees lost their jobs and health insurance, and our assets to keep it going are frozen. But I believe the crypto community will be behind Larry and DropBit because it has brought so many new people into the crypto world. We've all believed in this app from day one and we will do whatever we can to continue his vision until he is able to."

When asked if DropBit will continue operations, she said  "We're trying to do whatever we can to keep DropBit alive until Larry is released."

The cause for Harmon's arrest was two separate ventures called Grams & Helix (https://helix-light.info/). Grams operated as a darknet search engine while offered Bitcoin mixing services. It allowed users to 'mix' their Bitcoin for a 2.5% fee making the Bitcoins origin virtually untraceable. Both operations were affiliated with each other according to the authorities.

Belizean authorities collaborated with U.S. authorities and conducted a search of Harmon's leased property in Belize.

US Authorities claim that Helix mixed an estimated 354,468 BTC worth an estimated $311 million at the time they were mixed.  Helix website boasts a much smaller number of 10,000 BTC mixed near the footer.



## The Department of Justice V.S. Larry Harmon

Prosecutors claim that Helix partnered with darknet marketplace AlphaBay in 2016 and provided money laundering services. AlphaBay was a darkweb marketplace like the better-known Silk Road which offered the sale of narcotics and illegal materials. AlphaBay was shut down and its operators were arrested in 2017 after it was linked to drug overdoses. Transactions on other dark web marketplaces were also linked to Helix.

As per the prosecutors, Harmon began shutting down Helix and Grams in 2017, following the closure of AlphaBay. Oddly enough, Helix's website (https://helix-light.info/) seems to be operational.

Currently the prosecutors are seeking heavy financial penalties which could amount to millions of dollars and for Harmon to forfeit his properties. Harmon could face 14 to 17½ years in prison.

When asked her opinion on Larry's Arrest, Margo said "My opinion of Larry's arrest is this: If the government wants to regulate the use, distribution, tumbling, and ownership of Bitcoin, the proper channel to do that is through the United States congress. Not by seizing all of a man's property in an attempt to make an example of him, and impose a trial judge and jury to decide if a law that doesn't exist yet has been broken. This has been a gross display of the government stepping on the freedoms of its citizens.



There are many bitcoin tumblers up and running today. (CoinJoin, BitcoinLaundry.com, smartmixer.io cryptomixer.io, bitcoinmix.org) What does this mean for them?"

Later when asked if there is a chance that Larry Harmons case will be dismissed, Margo responded with "I certainly think it should be. On Feb 11th, Larry was denied bond on grounds based purely on speculation (agents and witnesses were unable to produce any evidence to the effect) that he may be a flight risk because he might have more Bitcoin lying around, and has "flown in a private jet before Although an ankle monitor would have extinguished any of these concerns and he offered to give them access to the bitcoin hard wallets they had taken, they already had his passports and mine, still- he was denied bond and will be transferred to D.C. later this week to be detained in prison despite his presumption of innocence."

## DropBit & the Future of Bitcoin Privacy

Hypothetically this case could set legal precedence regarding cryptocurrency coin mixing & privacy tools depending on the outcome. This is seemingly the first time that the founder of cryptocurrency privacy tools was arrested. Should Harmon be convicted it could have heavy consequences for the world of Bitcoin & cryptocurrencies.

When asked if Larry's case might set precedent, Margo responded by saying: "I don't know. I don't believe in setting precedence this way. First and foremost, this is a man's life we are talking about. A good loving man who was ripped away from his family. Someone who was building an app to help the mass adoption of Bitcoin, and seeing the success of that app taking off. Is this the way the law operates in this country now? Congress is too behind the technology to know how to write a law, so agents storm into peoples' homes and seize what they want, claiming a crime that they can't prove was committed?"

When asked about what type of person Larry Harmon is Margo Harmon said: " Larry is an amazing husband and my favorite person in the world. He is the most generous and loving man I've ever met. He makes me laugh on a daily basis and has inspired me to go after my dreams and goals. He's made me a better woman. Anyone who knows Larry will tell you that he would be the first person to show up and help someone when they are in need. He's done so much for charities, and also goes above and beyond to take care of his family. There is an emptiness here without him."

Some may say that Harmon's case mirrors that of the Silk Road's creator Ross Ulbricht to a certain extent. Both were programmers and Bitcoin enthusiasts that were accused of money laundering, although Ulbricht was convicted of additional crimes. One must keep in mind however that the accusations against Harmon are less severe.

Following Ulbricht's arrest in 2014, a website titled Free Ross (https://freeross.org/) was launched and a petition followed. The petition for Ross Ulbricht (https://www.change.org/o/freerossorg)'s release has reached 267,125 signers.

Perhaps we will see a similar community effort to assist Larry Harmon will launch in the future. Some may want to help with legal costs or support his family in their time of crisis.

Back to Home (https://crypto-markets.news/)



### Written by Jonathan Ganor

Writer & cryptocurrency aficionado






3/6/2020     Head of DropBit Accused of Laundering 354,468 BTC

## 1 Comment

**Margo Harmon**     2020-02-16 13:56:34

I am Larry's wife. We've set up a webpage for his cause. It is a work in progress. Thank you for your fair coverage of this case. http://letlarrygo.com/

## Leave a Reply

Your email address will not be published. Required fields are marked*

*Your name ***

*Your e-mail ***

*Comments ***

**Submit Comment**

## Hottest Stories



**News** (https://crypto-markets.news/news)
Vitalik Confirms 160K TPS Possible with ZKtech Loopring & Chainlink (https://crypto-markets.news/news/vitalik-confirms-160k-tps-possible-with-zktech-loopring-&-chainlink/383)



(https://cash2crypto.exchange/)



**News** (https://crypto-markets.news/news)
Is Ripple Getting Adopted by Banks in Japan? The CEO of CypherTrace Says Yes (https://crypto-markets.news/news/is-ripple-getting-adopted-by-banks-in-



14
Shares

https://crypto-markets.news/news/dropbit-harmon-doj/433     4/6





## Follow us

Get news directly in your feed

   

## Get latest news delivered daily!

Get the hottest news in your inbox

| Your E-mail | **Subscribe** |

---

## Get latest news delivered daily!

Get the hottest news in your inbox

| Your E-mail | **Subscribe** |

### Categories

Home (https://crypto-markets.news)

News (https://crypto-markets.news/news)

### Information

Market Cap (https://crypto-markets.news/market-cap)

Coin Info (https://crypto-markets.news/coin-info)

About Us (https://crypto-markets.news/about-us)

Terms of Service (https://crypto-markets.news/terms-of-service)

Cookie Policy (https://crypto-markets.news/cookie-policy)

Advertise (https://crypto-markets.news/advertise )

Privacy policy (https://crypto-markets.news/privacy-

3/6/2020 Head of DropBit Accused of Laundering 354,468 BTC

*policy)*

   



**Disclaimer**

Crypto Markets News provides an information-only service, and does not advise on trading risks, on the merits of any particular purchase of cryptographic tokens or its tax or legal consequences. Opinions found on Crypto Markets News are those of writers quoted. In making the information on Crypto Markets News available, neither Miriam Holdings Ltd. nor anyone on its behalf give any advice or make any recommendation on whether to buy, sell, hold or otherwise deal in any investments including any cryptographic tokens. Any person, at any time, acquiring or contemplating to acquire cryptographic tokens or any other asset for investment, must do so only on the basis of such person's own judgement of the merits or the suitability of such acquiring for such person's purpose, and only based on such person's own independent research, after having taken all such professional and other advice as such person considers necessary or appropriate in the circumstances, and not in reliance on the information contained on Crypto Markets News. To the best of our knowledge, the services provided on Crypto Market News do not require any specific licenses or governmental authority. Any additional services which may be integrated on the website, as well as new regulation or changes in government policies, may be restricted and subject to licensing or other permits.

   

14 Shares    Open your user privacy preferences here