# Exhibit L

I Found a Great Place to Hide Seed Words, How About You? — Coin Ninja Blog



YOUR HOME FOR ALL THINGS BITCOIN

MAR
22

# I Found a Great Place to Hide Seed Words, How About You?

**BITCOIN HUMOR, BITCOIN BASICS**



So I was cleaning up and changing some components on my 2001 Made in Mexico Fender Fat Strat and noticed these 3 strange holes left in the body, with seemingly no purpose. I found out later that these holes do serve a purpose, as was provided by Fender Staff on a forum:



However I digress, my first thought when seeing these holes was, "Well what the hell can I hide in there?" My brain initially soared back to my high school days thinking, that sure would be a great place to hide a little weed, but now in my 30's I needed to come up with a better, more necessary idea: a perfect place to hide my seed/recovery words for my cold-storage wallet, eureka!

I Found a Great Place to Hide Seed Words, How About You? — Coin Ninja Blog



So I printed my recovery words using a label-maker, rolled it up, and am now storing this extremely sensitive data in a very inconspicuous place, that only I will know, and of course now all of you fine folks. This is my brilliant idea for hiding my recovery words, inside something of value that I will always own, especially since I banned Pete Townshend from my parties years ago. So I'm asking the crypto-community, please share with us your most brilliant hiding places for your recovery words. I also have a Cryptosteel, as my guitar won't be able to hide from fire, but I'm at a loss for a good place to keep it inside the home. So please, enlighten the community with your ingenious cryptic crypto camouflage.

Facebook   Twitter   Reddit   1 Like

I Found a Great Place to Hide Seed Words, How About You? — Coin Ninja Blog

# Coin Ninja

About Coin Ninja



### UNICEF to Mine Crypto for Charity, With a Little Help From YOU

Read More →

**APR 30, 2018**



Solar-Bitcoin Mining Will

### Happen in Australia

Read More →

**APR 30, 2018**



### Hundreds Pursue Legal Action Against Bitcoin.com and Roger Ver

Read More →

**APR 27, 2018**



### Bitcoin "is a screaming buy right now"

Read More →

**APR 27, 2018**



### What Crypto Investors Think About the Near Future

Read More →

I Found a Great Place to Hide Seed Words, How About You? — Coin Ninja Blog

**APR 26, 2018**

Follow Us

## Related Posts



### What is a Mining Fee?



# Kraken CEO Tells NY Attorney General Where to Stick Their Questionnaire



## UNICEF to Mine Crypto for Charity, With a Little Help From YOU



| Subscribe to get Coin Ninja Updates | Follow Us | Contact Us | © 2018 Coin Ninja. All Rights Reserved. |
|---|---|---|---|
| | | Bitcoin Price Alerts | |
| | | Coinninja.com | |

I Found a Great Place to Hide Seed Words, How About You? — Coin Ninja Blog

SIGN UP

Privacy