# Exhibit M







| | | | | | |
|---|---|---|---|---|---|
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helix.ai | 286.5 KB | 2014-06-17 00:33:49 (UTC) | 2020-01-16 00:37:44 (UTC) | 2019-12-29 04:03:17 (UTC) | 902729 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helix.ai | 286.5 KB | 2014-06-17 00:33:49 (UTC) | 2020-01-16 00:37:44 (UTC) | 2019-12-29 04:03:17 (UTC) | 3323317 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helix.ai | 286.5 KB | 2014-06-17 00:33:49 (UTC) | 2020-01-16 00:37:44 (UTC) | 2019-12-29 04:03:17 (UTC) | 5808503 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/hel.png | 66.9 KB | 2014-06-17 00:30:18 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 902727 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/hel.png | 66.9 KB | 2014-06-17 00:30:18 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 3323315 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/hel.png | 66.9 KB | 2014-06-17 00:30:18 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 5808501 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helixbroughttoyouby.png | 57.1 KB | 2014-06-17 00:01:04 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 902728 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helixbroughttoyouby.png | 57.1 KB | 2014-06-17 00:01:04 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 3323316 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helixbroughttoyouby.png | 57.1 KB | 2014-06-17 00:01:04 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 5808502 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helix.png | 57.3 KB | 2014-06-16 23:58:52 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 902726 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helix.png | 57.3 KB | 2014-06-16 23:58:52 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 3323314 |
| /Users | Dropbox (Personal)/Clients/2016 and earlier/helix/helix.png | 57.3 KB | 2014-06-16 23:58:52 (UTC) | 2019-12-29 12:42:09 (UTC) | 2019-12-29 04:03:17 (UTC) | 5808500 |