# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 19-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

                Respectfully submitted,

                TIMOTHY J. SHEA
                United States Attorney
                D.C. Bar No. 437437

By:   /s/ *Christopher B. Brown*
       Christopher B. Brown, D.C. Bar No. 1008763
       Assistant United States Attorney
       U.S. Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       C. Alden Pelker, Maryland Bar
       S. Riane Harper, D.C. Bar No. 230233
       Trial Attorneys, U.S. Department of Justice
       1301 New York Ave., N.W., Suite 600
       Washington DC, 20005
       (202) 252-7153 (Brown)
       Christopher.Brown6@usdoj.gov

Dated:  March 9, 2020