IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 1:19-cr-00395 |
| § | |
| LARRY DEAN HARMON § | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, Defendant by and through his attorney, Charles Flood, and pursuant to 18 U.S.C. § 3142, files this motion to modify his conditions of release, saying more particular as follows:

1. On March 13, 2020, Defendant was granted pretrial release to home confinement (DE 20). A condition of the release prohibits the Defendant from the "use of internet – connected devices."

2. Defendant request modification of his conditions of release to allow him to use internet connected devices for the sole purpose of communicating with defense team via audio and video conference systems which utilize the internet (i.e. Zoom).

3. Counsel has conferred with U.S. Attorney Chris Brown who is unopposed to this request.

4. WHEREFORE, Defendant respectfully prays that this Court modify his conditions of release to allow him to use an internet connected devices to communicate with defense team regarding this case.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
**COUNSEL FOR LARRY HARMON**

# CERTIFICATE OF CONFERENCE

I hereby certify that on April 21, 2020, I conferred with Assistant U.S. Attorney Chris Brown who is unopposed to this request.

*/s/ Charles Flood*
Charles Flood

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020, I filed the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

*/s/ Charles Flood*
Charles Flood