## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## <u>ORDER</u>

Defendant's Unopposed Motion to Modify Conditions of Release is hereby GRANTED. Defendant is allowed to use internet connected devices for the sole purpose of communicating with his defense team.  All other conditions of release remain the same.

Dated this _____ day of April, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA