UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Government's Emergency Motion for Status Hearing on the Defendant's Conditions of Release and Restraining Order To Preserve Cryptocurrency Assets for Forfeiture, and such evidence and argument as has been presented on the record, it is this _____ day of April, 2020, hereby

***ORDERED***, pursuant to 21 U.S.C. § 853(e)(1)(A), that the Defendant shall (1) cease any and all cryptocurrency transactions; and (2) provide the government with access to any and all cryptocurrency within the defendant's possession, custody, and control, including by disclosing seed recovery keys, access to hidden wallets, and other keys needed to transfer cryptocurrency;

***IT IS FURTHER ORDERED***, that a telephonic status hearing in this case is set for the _____ day of _____ 2020 at _____.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA