UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.   19-cr-395 (BAH) |
| | : | |
| v. | : | |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

**DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION FOR EMERGENCY STATUS HEARING ON THE DEFENDANT'S CONDITIONS OF RELEASE AND RESTRAINING ORDER TO PRESERVE CRYPTOCURRENCY ASSETS FOR FORFEITURE**

I, Matthew Price, depose and state as follows:

1. I am a federal agent with the Internal Revenue Service-Criminal Investigation Division (IRS-CI). I am currently assigned to the Cyber Crimes Unit with IRS-CI, and I have experience investigating cases involving virtual currency, money laundering, the darknet, and other criminal schemes perpetrated via the Internet. I have been involved in the investigation of the Helix money laundering service and its administrator, Larry Harmon ("Harmon").

2. As alleged in the indictment and seizure warrants, the investigation revealed that Harmon amassed significant Bitcoin (BTC)[1] holdings through his operation of Helix. Evidence obtained through subpoena returns, email search warrants, and searches of Harmon's properties in Ohio, California, and Belize confirmed that Harmon held a variety of Bitcoin wallets at

---

[1] Bitcoin is a virtual currency that exists in electronic form and is transacted through the Internet. The Bitcoin protocol, or software, allows users to create "Bitcoin addresses," roughly analogous to accounts. For security and privacy reasons, it is common for a single Bitcoin user to control numerous Bitcoin addresses, which are stored and controlled in a "Bitcoin wallet." Each Bitcoin address is controlled through the use of a unique "private key," akin to a password. Bitcoin transactions are recorded within a public transaction ledger, known as the "blockchain."

cryptocurrency exchanges, in software wallets stored on his personal devices, and on hardware cold-storage devices.[2]

3.  IRS-CI identified 16 different Bitcoin wallets (hereinafter, the "Harmon Wallets") which contained a total of approximately 4,877 BTC traced to Helix prior to Harmon's arrest on February 6, 2020.  Those wallets are as follows:

| "Harmon Wallet" Name | Main Address[3] | BTC Balance (Prior to 4/20/20) |
|---|---|---|
| Harmon Wallet 1 | 365Ha89bm4ujCxJyGax8ygGYpkH9FFcYTc | 109.1979479 |
| Harmon Wallet 2 | 34Yjw2Tb8fHM97LgB3enVcajixH6U9QPxi | 99.99989744 |
| Harmon Wallet 3 | 33CP1cYEjFTCVjRDYEw1wZPzer688BE4BT | 229.9998355 |
| Harmon Wallet 4 | 3F7cdqtZMdriwBwwCB74WiKit3bkirihRb | 54.83112457 |
| Harmon Wallet 5 | 35fhvnAC37K55WuCTxFXk7zfTJge75G1dD | 55.88845252 |
| Harmon Wallet 6 | 3HuevX13pPgnUrtqU3UaJx1AMBph5xH86w | 158.6830152 |
| Harmon Wallet 7 | 3PLUJ9YJ6p3RrhmvmMQVwyS38VXeRQ81Nq | 2.999981 |
| Harmon Wallet 8 | 37NxUHKKbmoZsQDEw5yyJxktNLGdzjDV1J | 0.99990861 |
| Harmon Wallet 9 | 1Kr2Z2RjTxzpzztAYg1uABAxDG3tb5CLJZ | 5.70627182 |
| Harmon Wallet 10 | 33yJKxGp2HjUfoZVowT4HTNSzqgHCwdMib | 0.00508544 |
| Harmon Wallet 11 | 1GBQLGy9av3VxPSzaBL7a7WerMdGh74zTT | 26.84104779 |
| Harmon Wallet 12 | 3J6GzoXsfzD1TAc3aG8NmnuHKaATykvpsV | 948.8128748 |
| Harmon Wallet 13 | 3AfF35Xy7yYRoFQZQixSSvkfXa8W4qz6Wc | 634.1996591 |
| Harmon Wallet 14 | 3QdZKwkuCqFyXfwkneE9nfZ38eNBoASqYM | 619.9997905 |
| Harmon Wallet 15 | 3BRGwYyqYApAoJJNumochUutMVBBBYhBqu | 299.9998526 |
| Harmon Wallet 16 | 3BkJckZanZRp9RwNiYfCW1fqoX6oHJ7wLJ | 1,628.852412 |
|  | **Total BTC** | **4,877.017157** |

4.  These Harmon Wallets include wallets held on software wallets stored on Harmon's personal devices, and on Bitcoin cold storage devices, such as Trezor devices, and include BTC sourced from Helix and routed through virtual currency exchanges, such as HitBTC.

---

[2] A hardware cold-storage device, also known as a "hardware wallet," is a physical device designed for securely storing a user's bitcoin.  Trezor and Ledger are two popular brands of hardware wallets.
[3] A single wallet may include multiple Bitcoin addresses.  The wallets are identified here by listing one of their constituent addresses, referred to as the "Main Address" for ease of reference.

5.  Since Harmon's arrest, law enforcement has been working to seize the virtual currency held in the Harmon Wallets, as well as additional cryptocurrency held by Harmon. These efforts have been complicated by numerous security features, including layers of encryption and "hidden wallets," that Harmon implemented to conceal and protect his cryptocurrency holdings. For example, IRS-CI has examined the three Trezor devices seized at Harmon's Ohio residence, his Ohio office, and his vacation property in Belize. Each device has the so-called "Passphrase"[4] feature enabled, which is an additional security feature designed to prevent the recreation of a Trezor wallet with seed keys alone. The Passphrase option allows a user to create unlimited hidden wallets within each Trezor device, each protected by its own passphrase. With the Passphrase option enabled, it nearly impossible to access the hidden wallets on a Trezor device without also possessing the passphrase.

6.  To date, the government has seized only a portion of the tens of millions of dollars' worth of cryptocurrency proceeds that Harmon obtained through his illegal operation of Helix.

7.  IRS-CI has been monitoring the Bitcoin blockchain for any indications Harmon is moving funds following his arrest on February 6, 2020. Between February 6, 2020 and April 18, 2020, there was no such movement of funds.

8.  However, beginning on or about April 19, 2020 and continuing through April 24, 2020, IRS-CI observed a series of eight BTC transactions from Harmon Wallets 1 through 8 to new BTC wallets previously unknown to law enforcement. The transfers from Harmon Wallets 1, 2, and 3, and the origin of the funds therein, are described in greater detail below as representative examples.

---

[4] Trezor gives users the option to create a passphrase of up to 50 characters that is an additional security feature beyond the 24-word recovery seed that is standard with a Trezor device.

**HARMON WALLET 1 TRANSFER**

9. One such Harmon Wallet seen transferring funds was wallet 365Ha89bm4ujCxJyGax8ygGYpkH9FFcYTc (Harmon Wallet 1). Harmon Wallet 1 held approximately 109 BTC at the time of Harmon's arrest. It is now empty.

10. The 109 BTC previously contained in Harmon Wallet 1 had been transferred to Harmon Wallet 1 on or about May 29, 2019 from the Bitcoin wallet 3JHkwbajWUnzbVEuZ9zH9kSBjTWLHfqMQg. That wallet had been funded with approximately 109 BTC on or about December 24, 2017 from a HitBTC account opened in July 2017 using the email address larry@hwisite.com. Records obtained from Google show Harmon created the domain hwisite.com on or about December 29, 2015 and listed his name, company name Harmon Web Innovations, and address 57 East Market Street, 2nd Floor, Akron, Ohio on billing records for the account.



11. IRS-CI traced the BTC funding Harmon's HitBTC account. The funds were sourced from both BTC and Bitcoin Cash (BCH) linked to Helix.

12. HitBTC records show Harmon deposited approximately 3,103 BCH into his HitBTC account between on or about August 1, 2017 and on or about November 15, 2018. IRS-CI traced the source of the BCH that Harmon deposited into his HitBTC account to Helix.[5] For

---

[5] Harmon's BCH holdings were further corroborated through a file recovered from Harmon's Gmail account titled "Accounts.xls" and dated October 18, 2018, which stated that Harmon held 2,055 BCH (Attachment 1). Furthermore, a Confidential Informant informed IRS-CI agents that Harmon held a large amount of BCH which he converted to BTC through the HitBTC exchange.

example, on December 24, 2017 (shortly after Helix was shut down), Harmon deposited 500 BCH into his larry@hwisite.com HitBTC account. This 500 BCH had originated at Helix[6] and transferred through three hops,[7] all traceable on the BCH blockchain, before it was deposited into Harmon's HitBTC account. At HitBTC, the BCH was exchanged for BTC; the market value of 500 BCH at the time of the transaction was approximately 109 BTC.[8] Shortly thereafter, Harmon sent approximately 109 BTC from the HitBTC account through a series of hops, ultimately arriving at Harmon Wallet 1, as described in paragraph 9, above.



13. According to the publicly available Bitcoin blockchain, on April 21, 2020 approximately 109 BTC were transferred from Harmon Wallet 1 to BTC wallet bc1q8xljz94cckeusrsvj9hc23z48vprne5asyda9q (Attachment 2) ("New Wallet 1").

**HARMON WALLET 2 and 3 TRANSFER**

14. On February 6, 2020, IRS-CI and FBI executed a search warrant at Harmon's residence in Akron, Ohio. Pursuant to the warrant, law enforcement seized a QNAP Network Attached Storage (NAS) Device from the residence.

15. IRS-CI collected a forensic image of the NAS device and located numerous Apple Time Machine[9] backups stored therein. One such Time Machine backup, labeled "Larry's Work

---

[6] BCH was created in 2017 through a "fork" of the Bitcoin blockchain, such that anyone holding BTC at the time of the fork subsequently held both BTC and BCH. The BCH referenced here originated from Helix in the form of BTC prior to the fork.
[7] "Hops" are intermediate Bitcoin addresses between the source address (in this case, Helix) and the destination account (in this case, Harmon's HitBTC account).
[8] According to a publicly available historical BCH valuation chart, BCH was worth 0.21844266 BTC on December 24, 2017. The 500 BCH Harmon deposited was worth 109 BTC on that date.
[9] Time Machine is a backup software application distributed as part of the Apple MacOS. The application allows users to back up their entire Mac computer, including system files, apps, music, photos, email and documents. The backups can be saved on any internal or external storage device, such as a NAS.

MBP," contained a file titled "Backups.backupdb/Larry's Work MBP/2019-12-16-214432.inProgress/27806F44-366E-4E07-BCD1-010F4F7F85BD/Macintosh HD/Users/larryharmon/Desktop/addresses.txt." Contained within this file was a file labeled "Addresses.txt" (Attachment 3).

16. The "Addresses.txt" file contained numerous Bitcoin addresses under the heading "New Wallet Addresses." Two of the wallets listed, 34Yjw2Tb8fHM97LgB3enVcajixH6U9QPxi ("Harmon Wallet 2") and 33CP1cYEjFTCVjRDYEw1wZPzer688BE4BT ("Harmon Wallet 3"), were previously identified by IRS-CI as wallets that held Helix proceeds.

17. Harmon Wallet 2 contained 100 BTC as of April 20, 2020. IRS-CI traced the 100 BTC held in Harmon Wallet 2 through the Bitcoin blockchain to the Helix Mixer. On April 21, 2020, 99.999 BTC from Harmon Wallet 2 was sent to Bitcoin wallet bc1qm2s3fawp9cykf7cml2an4895nm8vurmf8cz4fe ("New Wallet 2") (Attachment 4).



18. Harmon Wallet 3 held approximately 229.99 BTC as of April 19, 2020. IRS-CI traced the BTC held in Harmon Wallet 3 through the Bitcoin blockchain to the Helix Mixer. On April 21, 2020, approximately 229.99 BTC from Harmon Wallet 3 was sent to Bitcoin wallet bc1quw0cj5sz7twgjr2k5hk3m5jfvsy30xl0qts479 ("New Wallet 3") (Attachment 5).



**TRANSACTIONS TOTALS AS OF APRIL 23, 2020**

19. IRS-CI has identified approximately 712.6 BTC (valued at approximately $4,931,583.14 as of April 25, 2020) transferred from eight of the identified Harmon Wallets to new, previously unknown wallets. Below are the specific transactions identified to date:

| Transfer Timestamp | Originating Wallet | Destination Wallet | BTC Transferred | USD Value[10] |
|---|---|---|---|---|
| 4/21/2020 20:41 | **Harmon Wallet 1** 365Ha89bm4ujCxJyGax8ygGYpkH9FfcYTc | **New Wallet 1** bc1q8xljz94cckeusrsvj9hc23z48vprne5asyda9q | 109.1979479 | $827,042.33 |
| 4/21/2020 16:26 | **Harmon Wallet 2** 34Yjw2Tb8fHM97LgB3enVcajixH6U9Qpxi | **New Wallet 2** bc1qm2s3fawp9cykf7cml2an4895nm8vurmf8cz4fe | 99.99989744 | $757,378.22 |
| 4/21/2020 16:26 | **Harmon Wallet 3** 33CP1cYEjFTCVjRDYEw1wZPzer688BE4BT | **New Wallet 3** bc1quw0cj5sz7twgjr2k5hk3m5jfvsy30xl0qts479 | 229.9998355 | $1,741,970.45 |
| 4/21/2020 13:03 | **Harmon Wallet 4** 3F7cdqtZMdriwBwwCB74WiKit3bkirihRb | **New Wallet 4** bc1qt4asc4wj6khhsm3xs5us54jqvwlwxmd7f6wzax | 54.83112457 | $415,279.42 |
| 4/21/2020 19:22 | **Harmon Wallet 5** 35fhvnAC37K55WuCTxFXk7zfTJge75G1dD | **New Wallet 5** bc1q7apq75zv6r7hvcqrpm56nke54le7uhf87ytsvh | 55.88845252 | $423,287.40 |
| 4/20/2020 12:44 | **Harmon Wallet 6** 3HuevX13pPgnUrtqU3UaJx1AMBph5xH86w | **New Wallet 6** bc1q485k94wyqttylekcge8hwuy2fa94mq5r7jk62y | 158.6830152 | $1,201,831.83 |
| 4/19/2020 14:42 | **Harmon Wallet 7** 3PLUJ9YJ6p3RrhmvmMQVwyS38VxeRQ81Nq | **New Wallet 7** bc1q5lf2jwjfkajxtwtfxj0zqy3n5jrm20w5gsp4k2 | 2.999981 | $22,721.23 |
| 4/24/20 19:26 | **Harmon Wallet 8** 37NxUHKKbmoZsQDEw5yyJxktNLGdzjDV1J | **New Wallet 8** bc1qee72uxqgj5yrywfmtcmmyfkk4zku67ep6krfe3 | 0.99990861 | $7,573.10 |
|  |  | **TOTAL:** | 712.6003 | $4,931,583.14 |

---

[10] USD Value as of April 25, 2020, taken from www.coinmarketcap.com BTC to USD conversion tool.

20. Funds tied to the Harmon Wallets are now sitting in the below wallets:

| Wallet | BTC Balance | USD Balance[11] |
|---|---|---|
| **New Wallet 1**<br>bc1q8xljz94cckeusrsvj9hc23z48vprne5asyda9q | 109.1979479 | $827,042.33 |
| **New Wallet 2**<br>bc1qm2s3fawp9cykf7cml2an4895nm8vurmf8cz4fe | 99.99989744 | $757,378.22 |
| **New Wallet 3**<br>bc1quw0cj5sz7twgjr2k5hk3m5jfvsy30xl0qts479 | 229.9998355 | $1,741,970.45 |
| **New Wallet 4**<br>bc1qt4asc4wj6khhsm3xs5us54jqvwlwxmd7f6wzax | 54.83112457 | $415,279.42 |
| **New Wallet 5**<br>bc1q7apq75zv6r7hvcqrpm56nke54le7uhf87ytsvh | 55.88845252 | $423,287.40 |
| **New Wallet 6**<br>bc1q485k94wyqttylekcge8hwuy2fa94mq5r7jk62y | 158.6830152 | $1,201,831.83 |
| **New Wallet 7**<br>bc1q5lf2jwjfkajxtwtfxj0zqy3n5jrm20w5gsp4k2 | 2.999981 | $22,721.23 |
| **New Wallet 8**<br>bc1qee72uxqgj5yrywfmtcmmyfkk4zku67ep6krfe3 | 0.99990861 | $7,573.10 |
| **Harmon Wallet 9**<br>1Kr2Z2RjTxzpzztAYg1uABAxDG3tb5CLJZ | 5.70627182 | $43,218.10 |
| **Harmon Wallet 10**<br>33yJKxGp2HjUfoZVowT4HTNSzqgHCwdMib | 0.00508544 | $38.52 |
| **Harmon Wallet 11**<br>1GBQLGy9av3VxPSzaBL7a7WerMdGh74zTT | 26.84104779 | $203,288.46 |
| **Harmon Wallet 12**<br>3J6GzoXsfzD1Tac3aG8NmnuHKaATykvpsV | 948.8128748 | $7,186,109.46 |
| **Harmon Wallet 13**<br>3AfF35Xy7yYRoFQZQixSSvkfXa8W4qz6Wc | 634.1996591 | $4,803,295.04 |
| **Harmon Wallet 14**<br>3QdZKwkuCqFyXfwkneE9nfZ38eNBoASqYM | 619.9997905 | $4,695,748.21 |
| **Harmon Wallet 15**<br>3BRGwYyqYApAoJJNumochUutMVBBBYhBqu | 299.9998526 | $2,272,135.88 |
| **Harmon Wallet 16**<br>3BkJckZanZRp9RwNiYfCW1fqoX6oHJ7wLJ | 1,628.852412 | $12,336,586.11 |
| **Total:** | **4,877.017157** | **$36,937,503.77** |

21. Law Enforcement seized over 46 terabytes of data on various storage devices, including computer hard drives, external storage drives, and other storage media, from the

---

[11] USD Value as of April 25, 2020, taken from www.coinmarketcap.com BTC to USD conversion tool.

searches executed at Harmon's residences and offices.  Law Enforcement continues to review and process this voluminous data.  Evidence discovered to date, such as the "Address.txt" file referenced above, confirms the Harmon Wallets previously identified by law enforcement are in fact controlled by Harmon.

22. The Harmon Wallet transactions which have occurred between April 19 and April 24, 2020 could only be conducted by someone who holds the seed keys and/or recovery phrases for the wallets.  Therefore, either Harmon or a close associate acting at his direction are moving illicit proceeds from Helix in an attempt to further conceal the proceeds from the Government.

*Matthew J. Price*
_____   April 25, 2020
MATTHEW PRICE                              Date
Special Agent, Internal Revenue Service – Criminal Investigation

**Attachment 1**

| Location | USD | BTC | ETH | BCH |
|---|---|---|---|---|
| site | $0.00 | 0.00 | | |
| aaron | $58,610.00 | 0.00 | | |
| Vivian | $0.00 | | | |
| Ben | $0.00 | | | |
| Gary | $3,000.00 | | | |
| safe | $30,000.00 | | | |
| bank | $110,000.00 | | | |
| phone | $59,630.00 | 6.70 | | |
| work mac book | $1,290,500.00 | 145.00 | | |
| macbook pro | $20,470.00 | 2.30 | | |
| Surface Black | $0.00 | 0.00 | | |
| trezor A | $12,878,300.00 | 1,447.00 | | 194 |
| Trezor V | $10,048,100.00 | 1,129.00 | | 519 |
| New Trezor w/ Sticker | $31,630,600.00 | 3,554.00 | | 1342 |
| Ledger Blue | $810,400.00 | 0.00 | 1013 | |
| | | | | |
| Bitcoin Total | $55,927,600.00 | | 1013 | 2055 |
| Total | $56,939,610.00 | 6,284.00 | $810,400.00 | |

| | Calculator | | | |
|---|---|---|---|---|
| exchange rate | Percent Under | Amount | | |
| $8,900.00 | 5.00 | 31,000.00 | $3.67 | |
| $800.00 | fee | recieved | | |
| 100.000000 | 2.50000000 | 97.5000000 | | |

"Accounts.xls" file contained in Harmon's Gmail account and dated October 18, 2018

**Attachment 2**



Screenshot from a publicly available blockchain explorer showing that on April 21, 2020, approximately 109 BTC was transferred from Harmon Wallet 1 to Bitcoin wallet bc1q8xljz94cckeusrsvj9hc23z48vprne5asyda9q (New Wallet 1).

**Attachment 3**

```
hue username ███████████████████████████

btc@imgx.ch

new wallet addresses
37NxUHKKbmoZsQDEw5yyJxktNLGdzjDV1J
3AfF35Xy7yYRoFQZQixSSvkfXa8W4qz6Wc
33CP1cYEjFTCVjRDYEw1wZPzer688BE4BT
34YJw2Tb8fHM97LgB3enVcajixH6U9QPxi

trap addressses
3Kf77CYCsUXZYgoMk9Qsvhdn15AQQsGRmi -vivan
3Jya4CWHweJ2DpYgBRifvjgruEocWSSqDf -my model t (main one)
33yJKxGp2HjUfoZVowT4HTNSzqgHCwdMib -new sticker one

██████████

try going to https://account.ubnt.com, then using
██████████████████
```

Addresses.txt file recovered from NAS drive seized during search of Harmon's residence

**Attachment 4**



Screenshot from a publicly available blockchain explorer showing that on April 21, 2020, 99.999 BTC from Harmon Wallet 2 was sent to Bitcoin wallet bc1qm2s3fawp9cykf7cml2an4895nm8vurmf8cz4fe (New Wallet 2).

**Attachment 5**



Screenshot from a publicly available blockchain explorer showing that on April 21, 2020, approximately 229.99 BTC from Harmon Wallet 3 was sent to Bitcoin wallet bc1quw0cj5sz7twgjr2k5hk3m5jfvsy30xl0qts479 (New Wallet 3).