UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No.  19-cr-395 (BAH)** |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

Upon consideration of the Government's Motion for Emergency Status Hearing on the Defendant's Conditions of Release and Restraining Order To Preserve Cryptocurrency Assets for Forfeiture, ECF No. 23, and the Government's Reply in Support of Motion for Emergency Status Hearing on the Defendant's Conditions of Release and Restraining Order To Preserve Cryptocurrency Assets for Forfeiture, and upon such evidence and argument as has been presented on the record, it is this _____ day of April, 2020, hereby

**ORDERED**, pursuant to 21 U.S.C. § 853(e)(1)(A), that the Defendant shall provide directly to representatives of the United States Marshals Service access to any and all cryptocurrency within the defendant's possession, custody, and control, including by disclosing seed recovery keys, access to hidden wallets, and other keys needed to transfer cryptocurrency;

2

**IT IS FURTHER ORDERED**, that the United States Marshals Service shall maintain any cryptocurrency assets produced pursuant to this Order for the pendency of this proceeding, until entry of a Final Order of Forfeiture in this case or until the above-referenced cryptocurrency assets are otherwise ordered lawfully disposed by Order of this Court.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA