# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No.  19-cr-395 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Joint Status Update and Proposed Modification of Restraining Order To Preserve Cryptocurrency Assets for Forfeiture, it is this 29th day of April, 2020, hereby

**ORDERED**, pursuant to 21 U.S.C. § 853(e)(1)(A), that the Defendant shall provide the government with access to any and all cryptocurrency within the defendant's possession, custody, and control, including by disclosing seed recovery keys, access to hidden wallets, and other keys needed to transfer cryptocurrency;

**ORDERED** that the government will securely store the cryptocurrency and will provide a report to the Court concerning the transfers, including the addresses holding the funds and their balances;

***IT IS FURTHER ORDERED*** that, upon return to normal operations by United States Marshals Service, the government will transfer the cryptocurrency to the United States Marshals Service, who will provide a confirmation to all parties and who shall maintain any cryptocurrency assets produced pursuant to this Order for the pendency of this proceeding, until entry of a Final Order of Forfeiture in this case or until the above-referenced cryptocurrency assets are otherwise ordered lawfully disposed by Order of this Court.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA