**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 19-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>NOTICE OF APPEARANCE</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises the Court that the undersigned attorney, C. Alden Pelker, at telephone number (202) 616-5007, is entering her appearance as co-counsel in this matter on behalf of the United States.


Respectfully submitted,

TIMOTHY SHEA
United States Attorney
D.C. Bar No. 437437


By:     <u>/s/ *C. Alden Pelker*</u>
        C. Alden Pelker
        Maryland Bar
        Trial Attorney
        U.S. Department of Justice
        1301 New York Ave., N.W., Suite 600
        Washington DC, 20005
        (202) 616-5007
        (202) 514-6113 (facsimile)
        Catherine.Pelker@usdoj.gov