# EXHIBIT B

1

```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


  UNITED STATES OF AMERICA,

              Plaintiff,          Case No. 5:20MJ1030
                                  Akron, Ohio
         vs.                      Tuesday, February 11, 2020
                                  3:09 p.m.
  LARRY DEAN HARMON,

              Defendant.



          TRANSCRIPT OF IDENTITY/DETENTION HEARING
         BEFORE THE HONORABLE KATHLEEN B. BURKE
              UNITED STATES MAGISTRATE JUDGE


  APPEARANCES:

  For the Government:   Daniel J. Riedl
                        Office of the U.S. Attorney - Cleveland
                        Carl B. Stokes U.S. Courthouse
                        801 Superior Avenue, West, Suite 400
                        Cleveland, Ohio 44113
                        (216) 622-3600

                        Christopher B. Brown
                        Office of the U.S. Attorney - DC

  For the Defendant:    Charles Flood
                        Flood & Flood Law Office
                        914 Preston at Main, Suite 800
                        Houston, Texas 77002
                        (713) 223-8877

  Court Reporter:       Caroline Mahnke, RMR, CRR, CRC
                        Federal Building & U.S. Courthouse
                        2 South Main Street, Suite 568
                        Akron, Ohio 44308
                        (330) 252-6021


  Proceedings recorded by ECRO; transcript produced by
  computer-aided transcription.
```

Case 1:19-cr-00395-BAH Document 32-2 Filed 05/20/20 Page 3 of 4
Case 3:20-mj-01080-RBB Doc #: 13 Filed: 02/25/20 25 of 95. PageID #: 77

25

1   What is that worth in today's United States dollars?
2   A.   Approximately $80 million.
3   Q.   I'd like to turn back now to Government's Exhibit 5.
4        When we looked at Government's Exhibit 4, it showed
5   that there was bitcoin coming in from marketplaces and
6   bitcoin coming in from unknown customers.
7        Where did most of the bitcoin come from?
8   A.   Most of the bitcoin came from unknown customers.
9   Q.   And is that illustrated in Government's Exhibit -- is
10  that what's illustrated in Government's Exhibit 5?
11  A.   So most of the known bitcoin that came into Helix came
12  from illegal marketplaces.
13  Q.   Thank you.
14       And is that what's illustrated in Government's Exhibit
15  5?
16  A.   It is, yes.
17  Q.   So what is this?  Can you tell us what this is showing
18  us?
19  A.   This shows the amount of bitcoin that we traced from
20  illegal marketplaces that were deposited into the Helix
21  mixer.
22  Q.   And so all of those names and logos sitting around
23  Helix on the left side of Government's Exhibit 5, what are
24  those?
25  A.   Those are Darknet marketplaces.

Case 1:19-cr-00395-BAH Document 32-2 Filed 05/20/20 Page 4 of 4
Case 5:20-mj-01090-KBB Doc #: 13 Filed: 02/25/20 95 of 95. PageID #: 147

95

```
1              I N D E X

2    DIRECT EXAMINATION OF JEREMIAH HAYNIE         9

3    BY MR. RIEDL

4    CROSS-EXAMINATION OF JEREMIAH HAYNIE          52

5    BY MR. FLOOD

6    REDIRECT EXAMINATION OF JEREMIAH HAYNIE       70

7    BY MR. RIEDL

8    RECROSS EXAMINATION OF JEREMIAH HAYNIE        74

9    BY MR. FLOOD

10

11

12           C E R T I F I C A T E

13

14        I certify that the forgoing is a correct

15   transcript from the record of proceedings in the

16   above-entitled matter.

17

18        S/Caroline Mahnke              2/25/2020

19        Caroline Mahnke, RMR, CRR, CRC      Date

20

21

22

23

24

25
```