# EXHIBIT C



# United States v. Larry Dean Harmon
## Magistrate Judge Kathleen B. Burke
### Detention Hearing
5:20-MJ-01030
February 11, 2020

# Top 10 Depositors for Helix Were Darknet Markets

| Market | BTC Deposits | USD Equivalent |
|---|---|---|
| AlphaBay Market | 21,996.74 | $ 13,078,477 |
| Nucleus Market | 9,745.17 | $ 3,478,465 |
| Dream Market | 2,004.55 | $ 1,822,532 |
| Agora Market | 6,585.26 | $ 1,725,338 |
| Hansa Market | 491.53 | $ 470,814 |
| Abraxas Market | 1,241.25 | $ 308,078 |
| Valhalla Market (Silkkitie) | 391.43 | $ 290,629 |
| Black Bank Market | 764.62 | $ 179,682 |
| TradeRoute Market | 36.38 | $ 145,720 |
| Flugsvamp Market 2.0 | 62.75 | $ 126,180 |





GOVERNMENT EXHIBIT 5
5:20-MJ-01030

