# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | § | |

## MOTION TO FILE EXHIBIT UNDER SEAL

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and respectfully request that the Court order a document to be filed under seal. Mr. Harmon has filed a motion for release of funds needed to secure counsel (DE 32). Attached as Exhibit A is a declaration that contains personal financial information. Counsel respectfully request the Court to authorize the Clerk to file Exhibit A (DE 32-1) under seal.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
**COUNSEL FOR LARRY HARMON**