IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | § § | |

### ORDER GRANTING MOTION TO FILE EXHIBIT UNDER SEAL

Larry Harmon's motion to file Exhibit A to Document 32 under seal is hereby GRANTED.

Dated this \_\_\_\_ day of May, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA