**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LARRY DEAN HARMON,<br><br>                Defendant. | Criminal No. 2019-CR-00395 |

**DECLARATION OF JEAN-JACQUES CABOU**

1.  My name is Jean-Jacques Cabou of Perkins Coie LLP, 2901 N. Central Avenue, Suite 2000, Phoenix, Arizona, 85012.

2.  My office number is (602) 351-8003 and email is jcabou@perkinscoie.com.

3.  I am in good standing as a member of the State Bar of Arizona and have never been disciplined. My bar number is 022835.

4.  This is the first time I have moved to appear p*ro hac vice* in this Court and intend to apply for admission to practice before the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 20, 2020

*/s/ Jean-Jacques Cabou*
_____
Jean-Jacques Cabou