## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY DEAN HARMON,<br><br>    Defendant. | Criminal No. 2019-CR-00395 |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

IT IS ORDERED that the motion of Jean-Jacques Cabou to Appear *Pro Hac Vice* as counsel for Defendant Larry Dean Harmon is GRANTED.

SIGNED at on _____, 2020.

                _____
                Judge Beryl Howell
                United States District Court for
                The District of Columbia