## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>LARRY DEAN HARMON,<br><br>               Defendant. | Criminal No. 2019-CR-00395 |

### MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

    COMES NOW, ALEXIS E. DANNEMAN, Movant and counsel for Defendant Larry Harmon and moves this Honorable Court for permission to appear *pro hac vice*, saying particularly for cause as follows:

    1.    Movant graduated from the University of Arizona James E. Rogers College of Law in 2012.  Movant is a member in good standing of the State Bar of Arizona.  Attached as Exhibit A is a copy of a Certificate of Good Standing from the Arizona Supreme Court, where Movant resides.

    2.    Movant does not reside in the District of Columbia, is not regularly employed in that district, and is not regularly engaged in the practice of law in this Court.

    3.    Pursuant to Local Rule 44.1 attached is Movant's declaration.

    WHEREFORE, PREMISES CONSIDERED, Movant prays that this Honorable Court grant this Motion to Appear *Pro Hac Vice*.

Dated:  May 21, 2020                             **RESPECTFULLY SUBMITTED**

By: _____
   Timothy P. O'Toole (D.C. Bar #469800)
   Miller & Chevalier Chartered
   900 16th Street, NW
   Washington, DC 20006
   Tel. (202) 626-5552
   Fax. (202) 626-5801
   Email:  totoole@milchev.com




By: _____
   ALEXIS E. DANNEMAN
   PERKINS COIE LLP
   2901 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
   (602) 351-8201
   adanneman@perkinscoie.com
   AZ Bar #030478

*Attorneys for Defendant Larry Dean Harmon*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020, I filed the foregoing document to the Clerk of Court using ECF Systems for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

_____
Timothy P. O'Toole
SPONSORING ATTORNEY