**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>LARRY DEAN HARMON,<br><br>                    Defendant. | Criminal No. 2019-CR-00395 |

## DECLARATION OF ALEXIS E. DANNEMAN

1.      My name is ALEXIS E. DANNEMAN of Perkins Coie LLP, 2901 N. Central Avenue, Suite 2000, Phoenix, Arizona, 85012.

2.      My office number is (602) 351-8201 and email is adanneman@perkinscoie.com.

3.      I am in good standing as a member of the State Bar of Arizona and have never been disciplined.  My bar number is 030478.

4.      This is the first time I have moved to appear *pro hac vice* in this Court and intend to apply for admission to practice before the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 20, 2020

_____
ALEXIS E. DANNEMAN