## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LARRY DEAN HARMON,<br><br>　　　　　Defendant. | Criminal No. 2019-CR-00395 |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

IT IS ORDERED that the motion of Alexis E. Danneman to Appear *Pro Hac Vice* as counsel for Defendant Larry Dean Harmon is GRANTED.

SIGNED at on _____, 2020.

_____
Judge Beryl Howell
United States District Court for
The District of Columbia