UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.   19-cr-395 (BAH) |
| | : | |
| v. | : | |
| | : | |
| LARRY HARMON, | : | |
| | : | |
| Defendant | : | |

## STATUS UPDATE ON PRESERVATION OF
## CRYPTOCURRENCY ASSETS FOR FORFEITURE

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby provides the following status update to the Court regarding the restraining order to preserve cryptocurrency assets for forfeiture in the above-captioned matter, *see* ECF No. 28:

### Current Status

1. On April 29, 2020, using credentials provided by Mr. Harmon through his defense counsel in combination with other information obtained in the course of the investigation, law enforcement personnel from the Internal Revenue Service-Criminal Investigation (IRS-CI) gained access to three hidden wallets stored on the Trezor Model T hardware storage device that had previously been seized pursuant to a warrant from the premises of 57/59 E Market Street, 2nd Floor, Akron, Ohio.  As described in greater detail below, IRS-CI seized 4,168.9815353 Bitcoin (BTC), approximately $40 million at current exchange rates, from the hidden wallets on the Trezor device. The funds have now been transferred to the U.S. Marshals Service (USMS) custody for secure storage during the pendency of the criminal case and forfeiture proceedings.

2. Mr. Harmon has not, however, provided credentials to access the missing approximately 712.6 BTC that was transferred in a series of transactions between on or about April 19, 2020 and April 24, 2020, as described in the government's April 27, 2020 motion. *See* ECF No. 23. He also has not provided access to other Bitcoin and cryptocurrency holdings.

**Breakdown of Seized Funds**

3. The first hidden wallet ("Hidden Trezor Wallet 1") contained on the Trezor was functionally empty, containing a balance of 0.00006 BTC.

4. The second hidden wallet ("Hidden Trezor Wallet 2") held a balance of 948.81287484 BTC and contained the wallet identified as Harmon Wallet 12 in Agent Price's April 25 Declaration. IRS-CI transferred the contents of Hidden Trezor Wallet 2, approximately 948.8127641 BTC after required Bitcoin transaction fees, to Bitcoin address bc1qv7ulzqp7pe2z7l2xms2qdxhptgwt2dr4d8zffm ("IRS Wallet 1").

5. The third hidden wallet ("Hidden Trezor Wallet 3") contained the wallets identified as Harmon Wallets 13 through 16 in Agent Price's April 25 Declaration and held a balance of 3,220.16936432 BTC. IRS-CI transferred the contents of Hidden Trezor Wallet 3, approximately 3,220.1687712 BTC after required Bitcoin transaction fees, to Bitcoin address bc1qclgtrspsf5e4vcv3cpalhva5j3n (IRS Wallet 2).

6. IRS Wallets 1 and 2 were stored as cold storage wallets securely maintained by IRS-CI. The funds remained in the possession of IRS-CI until May 18, 2020, while the USMS prepared to resume the level of normal operations required for USMS to accept transfer of the BTC.

7. On May 18, 2020, after coordinating with the USMS Complex Asset Unit, IRS-CI transferred the contents of IRS Wallet 1, 948.8127641 BTC (worth $9,128,527.60 at the time of

transaction) after required Bitcoin transaction fees, to USMS wallet 36Ffa3gFRn47M26LfEe5bNXq93zyvju6ZA. On the same day, IRS-CI also transferred the contents of IRS Wallet 2, 3,220.16887712 BTC (worth $30,947,432.99 at the time of the transaction) after required Bitcoin transaction fees, to USMS wallet 3J9Z9myrnrPU9c5ruYybKTmqMXAHNQ4wBH.

8. The total balance of both USMS wallets is 4,168.981641 BTC, worth approximately $40,075,960.59 at the time of the transfer into USMS custody.

9. The BTC is now in the possession of USMS and will be securely stored by USMS for the duration of the proceedings.

## Remaining Cryptocurrency Assets

10. As detailed in the Government's Motion for Emergency Status Hearing and the attached Agent Declaration by Special Agent Price, between April 19 and April 24, 2020, the contents of eight Bitcoin wallets associated with Mr. Harmon (Harmon Wallets 1 through 8), totaling approximately 712.6 BTC, were transferred to new Bitcoin wallets (New Wallets 1 through 8). *See* ECF Nos. 23 and 23-1. IRS-CI reviewed the Bitcoin blockchain and noted that on or about April 25, 2020, all at the same time, the entire contents of New Wallets 1 through 8 were again transferred to nine new wallets (hereafter labeled as "New Wallets 1A through 8B"). Mr. Harmon has not provided the private keys for New Wallets 1A through 8B; the funds thus remain outstanding.

11. A review of the transaction history of Hidden Trezor Wallets 1, 2, and 3 revealed that the above-referenced transactions originated from the hidden wallets contained on the Trezor device.

12. After accessing Hidden Trezor Wallet 1 and finding it functionally empty, IRS-CI accessed and exported the wallet's transaction history. The transaction history revealed that Hidden Trezor Wallet 1 had previously contained the wallets identified in Agent Price's April 25 Declaration as Harmon Wallets 4 through 7. The transaction history showed that 272.402626 BTC was transferred from Hidden Trezor Wallet 1 in four separate transactions between on or about April 19, 2020 and April 21, 2020. Those four transactions were among the transactions flagged by the government in its April 25 Motion for an Emergency Status Hearing—specifically, the unauthorized transfer of BTC from Harmon Wallets 4 through 7 to New Wallets 4 through 7. *See* ECF No. 23. IRS-CI subsequently reviewed the blockchain and determined that, on or about April 25, 2020 (shortly after Agent Price's declaration was finalized), the entire balances of New Wallets 4 through 7 were again transferred to new wallets all at the same time. These new wallets are hereafter identified as New Wallets 4A, 5A, 6A and 7A.

13. IRS-CI exported the transaction history for Hidden Trezor Wallet 2, which revealed that Hidden Trezor Wallet 2 previously also contained Harmon Wallet 1. It also showed that the contents of Harmon Wallet 1, approximately 109.1979479 BTC, were transferred from Hidden Trezor Wallet 2 on or about April 21, 2020, matching the transaction from Harmon Wallet 1 to New Wallet 1 detailed in Agent Price's Declaration. *See* ECF Nos. 23 and 23-1. IRS-CI subsequently reviewed the blockchain and determined that, on or about April 25, 2020 (shortly after Agent Price's declaration was finalized), the entire balance of New Wallet 1 was transferred to yet another new wallet at the same time bitcoin was transferred from New Wallets 2 through 8. The final destination wallet for this bitcoin is hereafter labeled New Wallet 1A.

14. IRS-CI exported the transaction history for Hidden Trezor Wallet 3, which revealed that Hidden Trezor Wallet 3 also previously contained Harmon Wallets 2, 3, and 8. The transaction

history confirmed that approximately 330.999605 BTC was transferred from Hidden Trezor Wallet 3 in three separate transactions between on or about April 21, 2020 and April 24, 2020. These transfers, and the addresses involved, matched the transfers from Harmon Wallets 2, 3, and 8 to New Wallets 2, 3, and 8 described in Agent Price's Declaration.  *See* ECF Nos. 23 and 23-1.  IRS-CI subsequently reviewed the blockchain and determined that, on or about April 25, 2020 (shortly after Agent Price's declaration was finalized), the entire balances of New Wallets 2 and 3 were again transferred to new wallets, at the same time as the balances of New Wallets 1, 4, 5, 6, and 7.  These new wallets are hereafter labeled New Wallets 2A and 3A.  The entire contents of New Wallet 8 were transferred to two new wallets at the same time as all of the other transfers; these wallets are hereafter labeled New Wallets 8A and 8B.

15.     The funds previously contained in Harmon Wallets 1 through 8, and now contained in New Wallets 1A through 8A and 8B, remain outstanding.  The balance of those wallets is 712.5900743 BTC, or approximately $6.2 million at current exchange rates.

16.     Mr. Harmon has also not yet provided private keys or access for Harmon Wallets 9, 10, and 11, which contain a total balance of 35.5524051 BTC, or approximately $313,709.45.  Those wallets were not contained within the hidden wallets stored on the Trezor device.

17.     The current status of the BTC described in the Government's Motion for an Emergency Status Hearing is summarized as follows:

| Original Location of Private Keys | Wallet | Current Status | BTC Balance | USD Balance[1] |
|---|---|---|---|---|
| Hidden Trezor Wallet 2 | **New Wallet 1A** 3NyaowLRhJ9Rx1tAGVBZ7FK2HfJuZByGsu *(transferred from Harmon Wallet 1 via New Wallet 1)* | Outstanding | 109.1979222 | $956,277.88 |
| Hidden Trezor Wallet 3 | **New Wallet 2A** 3JvHKT14b6NJinknrMEiMU4snwr2DK2Kte *(transferred from Harmon Wallet 2 via New Wallet 2)* | Outstanding | 99.99987169 | $875,727.88 |
| Hidden Trezor Wallet 3 | **New Wallet 3A** 35tNUp7AbRRVS6mw2RVDoHHgdHyo1Z3MH1*(transferred from Harmon Wallet 3 via New Wallet 3)* | Outstanding | 229.9998098 | $2,014,175.04 |
| Hidden Trezor Wallet 1 | **New Wallet 4A** 3GfqgsemDwZCtJmB2qeP47yCZYwsRf2zf3 *(transferred from Harmon Wallet 4 via New Wallet 4)* | Outstanding | 54.83109882 | $480,171.83 |
| Hidden Trezor Wallet 1 | **New Wallet 5A** 34RgVakdAmaaHB7RKpKQjocWRws5B5iBUJ *(transferred from Harmon Wallet 5 via New Wallet 5)* | Outstanding | 55.88842677 | $489,431.16 |
| Hidden Trezor Wallet 1 | **New Wallet 6A** 3QDSWpxtEDf2pZx7X1Ukda3yYPHFyE1Jtv *(transferred from Harmon Wallet 6 via New Wallet 6)* | Outstanding | 158.6829895 | $1,389,632.96 |
| Hidden Trezor Wallet 1 | **New Wallet 7A** 3PLXuYLkWxHfCNEvMCkasYVYZnzemoy9ot *(transferred from Harmon Wallet 7 via New Wallet 7)* | Outstanding | 2.9999555 | $26,271.48 |
| Hidden Trezor Wallet 3 | **New Wallet 8A** bc1qee72uxqgj5yrywfmtcmmyfkk4zku67ep6krfe3 *(transferred from Harmon Wallet 8 via New Wallet 8)* | Outstanding | 0.29 | $2,539.61 |
| Hidden Trezor Wallet 3 | **New Wallet 8B** 3NB3nkKqxReY7A1B1hehiADzFAFPn2umEV | Outstanding | 0.7 | $6,130.103 |

---

[1] USD Value as of May 26, 2020, taken from www.coinmarketcap.com BTC to USD conversion tool.

| | | | | |
|---|---|---|---|---|
| | (*transferred from Harmon Wallet 8 via New Wallet 8*) | | | |
| Unknown | **Harmon Wallet 9** 1Kr2Z2RjTxzpzztAYg1uABAxDG3tb5CLJZ | Outstanding | 5.70627182 | $43,218.10 |
| Unknown | **Harmon Wallet 10** 33yJKxGp2HjUfoZVowT4HTNSzqgHCwdMib | Outstanding | 0.00508544 | $38.52 |
| Unknown | **Harmon Wallet 11** 1GBQLGy9av3VxPSzaBL7a7WerMdGh74zTT | Outstanding | 26.84104779 | $203,288.46 |
| Hidden Trezor Wallet 2 | **Harmon Wallet 12** 3J6GzoXsfzD1Tac3aG8NmnuHKaATykvpsV | Seized | 948.8128748 | $7,186,109.46 |
| Hidden Trezor Wallet 3 | **Harmon Wallet 13** 3AfF35Xy7yYRoFQZQixSSvkfXa8W4qz6Wc | Seized | 634.1996591 | $4,803,295.04 |
| Hidden Trezor Wallet 3 | **Harmon Wallet 14** 3QdZKwkuCqFyXfwkneE9nfZ38eNBoASqYM | Seized | 619.9997905 | $4,695,748.21 |
| Hidden Trezor Wallet 3 | **Harmon Wallet 15** 3BRGwYyqYApAoJJNumochUutMVBBBYhBqu | Seized | 299.9998526 | $2,272,135.88 |
| Hidden Trezor Wallet 3 | **Harmon Wallet 16** 3BkJckZanZRp9RwNiYfCW1fqoX6oHJ7wLJ | Seized | 1,628.852412 | $12,336,586.11 |
| | **Total:** | | **4,877.017157** | **$36,937,503.77** |

18. Mr. Harmon has also not provided access to any non-Bitcoin cryptocurrency assets, such as Ether, Bitcoin Cash, or Bitcoin Gold. The government has reason to believe that Mr. Harmon holds significant quantities of such assets. This determination is bolstered by evidence recovered from Mr. Harmon's accounts and devices, including (1) a spreadsheet titled "Accounts.xlsx" that appears to be an accounting of Harmon's assets and details substantial holdings of BTC and other cryptocurrencies (1,013 Ethereum; 2,055 Bitcoin Cash; and 519 Bitcoin

Gold); and (2) an asset tracking application on Mr. Harmon's phone seized at the time of his arrest listing cryptocurrency assets (1,100 Ethereum (worth $225,126.00 at current exchange rates), 500 Bitcoin Cash (worth $114,950.00 at current exchange rates), 2,100 Ethereum Classic (worth $14,385.00 at current exchange rates), and 500 Bitcoin Gold (worth $4,365.00 at current exchange rates)). *See* ECF No. 16, at 14-15 (describing evidence). As of this filing, the government has not recovered any non-Bitcoin cryptocurrency assets held by Mr. Harmon.

19. On May 8, 2020, the government sent a letter to defense counsel regarding the status of the seized bitcoin, as well as the missing approximately 712.6 BTC that was transferred in late April 2020 and other cryptocurrency assets. The government stated that "Mr. Harmon is not in full compliance with the Court's order" and requested that he "take immediate steps to provide access to the missing Bitcoin and other cryptocurrency within his possession, custody, and control, pursuant to the Court's order."

20. At the present time, the government is not seeking additional relief from the Court. The government reserves the right to seek appropriate relief in the future and/or to take any other appropriate steps in relation to the missing cryptocurrency assets that are subject to forfeiture.

## **CONCLUSION**

WHEREFORE, the government submits the above update regarding the status of efforts to preserve the defendant's cryptocurrency assets for forfeiture.

                Respectfully submitted,

                MICHAEL SHERWIN
                ACTING UNITED STATES ATTORNEY
                New York Bar No. 4444188

BY:    */s/ C. Alden Pelker*
                Christopher B. Brown, D.C. Bar No. 1008763
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                C. Alden Pelker, Maryland Bar
                S. Riane Harper, D.C. Bar No. 230233
                Trial Attorneys, U.S. Department of Justice
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                (202) 252-7153 (Brown)
                (202) 616-5007 (Pelker)
                (202) 305-2593 (Harper)
                Christopher.Brown6@usdoj.gov
                Catherine.Pelker@usdoj.gov
                Riane.Harper@usdoj.gov