# Exhibit A

# Comments

date : 2014-08-08 23:16:25 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/2d0uzh/agora_or_helix_stealing_bitcoins/

parent :

body : I assure it was not Helix. We do not steal bitcoins, , the transactions are instant and can be tracked instantly through our site.

id : cjrwkzj

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/2dq0hv/did_i_tumble_correctly/cjrwkzj/

date : 2014-08-16 14:22:21 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/2dq0hv/did_i_tumble_correctly/

parent :

body : NO do not do that! Every time your bitcoins got to your coinbase account they are linked to you again. You just untumbled your coins basically. You should send bitcoins like this coinbase->Tumber(Helix)->market. That is the fastest way and works. The best way is to get an electrum wallat running on your computer and do Coinbase->tumbler->electrum- >market. edit: I just said Helix because I run Helix but you can use any of the tumblers on the sidebar.

id : cj19gss

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/2b2lsy/dark_net_message_boards_and_markets_that_have_f2f/cj19gss/

date : 2014-07-18 21:18:20 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/2b2lsy/dark_net_message_boards_and_markets_that_have_f2f/

parent :

body : Hello Officer

id : cipzjpn

permalink : https://www.reddit.com/r/onions/comments/29zcsp/bitcoin_anonimity/cipzjpn/

date : 2014-07-06 18:29:04 UTC

ip :

subreddit : onions

gildings : 0

link : https://www.reddit.com/r/onions/comments/29zcsp/bitcoin_anonimity/

parent :

body : gramsflow.com/helix

id : ciwxdty

parent : clsczrs

body : Grams gets hack attempts every day. I have many safe guards to stop all the different types of attacks. On top of that I have a backup system that looks for weird or out of trend things. Basically like smoke alarms. If one of these alarms goes off It immediately stops everything and shuts down the site automatically. This was the first time one of those alarms had ever gone off. So yes this guy was pretty smart, he managed to get past all security measures except the fail safe. That is why I made the post today to explain to everyone why the site was down for about an hour and to reassure all the coins were still there.

id : cl8mnn2

permalink : https://www.reddit.com/r/grams/comments/2j5bpx/help_please/cl8mnn2/

date : 2014-10-13 22:39:59 UTC

ip :

subreddit : grams

gildings : 0

link : https://www.reddit.com/r/grams/comments/2j5bpx/help_please/

parent :

body : Also if it was sent to evolution, did you check the single transaction box for evolution. This is a common mistake. If this is the case evolution does have your coins and you need to message them. Please private message me or gramssupport with either the helix id if it was a helix light or you account username so we can figure this out asap.

id : ck9xji0

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/2ffqf6/grams_market_ratings/ck9xji0/

date : 2014-09-05 15:05:36 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/2ffqf6/grams_market_ratings/

parent : ck9wo9w

body : You would enter the market address, then you will be given an address to send the coins to. Send the coins from coinbase to the address you are given.

id : ckjl1ec

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/2givz1/adding_freedom_market_to_the_marketplace_links/ckjl1ec/

date : 2014-09-16 03:59:41 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/2givz1/adding_freedom_market_to_the_marketplace_links/

parent : ckjjeck

body : Ok ,what is different about your market? Why is better than the current ones?

id : clvwzcs

permalink : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/2ljub0/here_is_what_happened_today/clvwzcs/

date : 2014-11-07 18:17:56 UTC

ip :

subreddit : IFfmbHfnpaZjKFvyi1okT

gildings : 0

body : here is the domain dnmfekemzvbdcis4.onion working on it now should be up in 15 min

id : cpp34j3

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/304fds/request_since_agora_is_down_and_we_all_have/cpp34j3/

date : 2015-03-24 14:22:35 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/304fds/request_since_agora_is_down_and_we_all_have/

parent :

body : you can get in on the Grams contest /r/grams/comments/2zxoim/grams_birthday_doodle_contest/

id : cpqs6nk

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/30ajqn/complaintwarning_grams_is_down_atm_might_wanna/cpqs6nk/

date : 2015-03-25 23:10:57 UTC

ip :

subreddit : DarkNetMarkets

gildings : 0

link : https://www.reddit.com/r/DarkNetMarkets/comments/30ajqn/complaintwarning_grams_is_down_atm_might_wanna/

parent : cpqoip3

body : Grams was never linked to Evo and our site never went down I have no idea what this guy is talking about.

id : cpobvew

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/300xzn/generalquestions_bitcoin_tumbling/cpobvew/

date : 2015-03-23 20:35:52 UTC

ip :

subreddit : DarkNetMarkets

gildings : 1

link : https://www.reddit.com/r/DarkNetMarkets/comments/300xzn/generalquestions_bitcoin_tumbling/

parent :

body : ## Preface I own Helix and Helix light bitcoin cleaner(tumbler) **If you buy or sell your bitcoins anonymously such as as on a anonymous localbitcoin account or with someone in person, There is no reason you would need to tumble because the bitcoins are never linked to you.** ## Taint analysis Bitcoin tumbling breaks the bitcoin taint analysis. What is Taint analysis? It the record of which wallets have sent bitcoins to and from each other. So if a user send coins from wallet A to wallet B to wallet C to wallet D. Then you look at the taint analysis of wallet D, it will show that Wallet D is linked to Wallet A by some percent. The higher the percent the more closely the wallets are link and the more likely the owner of wallet A sent or received coins from wallet D. If wallet A happens to be a coinbase account link to a real identity and wallet D is a darknet market wallet, a tumbler in between those will make it so that wallet A doesn't even show up in the taint analysis of wallet D. This means there is no way they are linked. ##How do you check the taint? In this example a user buys bitcoins on coinbase send to a tumbler and tells the tumbler to send to a market address Coinbase(wallet A) -> Tumbler (wallet B) -> Market (wallet C) * Go to blochain.info * Search for the bitcoin address of the wallet you sent the clean coins to (Wallet C) * On that page look for a link that say "Taint Analysis" * This page has every address coins have been sent to or received to and from this address * Make sure the address you used to send to the tumbler (wallet A) doesn't apear on this taint page or has a very low taint percentage *You can also get to the taint page with this blockchain.info/taint/{the bitcoins address to check}* ## Do you have to tumble your coins? Short answer is **YES** I run a tumbler so I am a little biased, but It depends on how much you are sending to or from a market and how much you care about opsec. Here are a few reasons why you should tumble * Coinbase has shut down account that sent bitcoins to addresses linked to darknet markets * No one has ever been arrested just through bitcoin taint, but it is possible and do you want to be the first? * If you get a controlled delivery and you deny ordering the package the bitcoin taint will be the evidence they need to prove you ordered it. It is better to be safe than sorry no matter which tumbler or tumbling method you use. *Again I am biased because I own a tumbler* ## How can they tell which wallets are linked to markets? Most markets use "Hot Wallets", they put all their fees in these wallets. LE just needs to check the taints on these wallets to find all the addresses a market uses. There is even a site that does it already **walletexplorer dot com** If you go there you can see all the market addresses they are tracking. ## Can't they just find the tumblers the same way? Yes most tumblers they can. Helix is different and doesn't use a hot wallet. In fact helix never uses a wallet more than once. So even if they did tag a helix wallet it would never be used again so it wouldn't matter. You can check **walletexplorer dot com** and

see helix and grams is not being tracked. ## Can't tumblers be found by looking for multiple transactions every minute? This is an old method of tumbling which most tumblers don't use anymore. I can't speak for all of them but Helix has 2 pools of bitcoins, Dirt and Clean. Users send their bitcoins to the dirty pool and receive bitcoins from the clean pool so there is very few transactions. Coins are never sent from the dirty pool to the clean pool so the clean bitcoins have no link or 0% taint to the dirty ones. ## Is there free methods of tumbling? Yes there are ways to tumble your bitcoins for free or almost free. One method is creating anonymous account on crypto exchanges and buying another crypto currency(litecoin) and then selling the litecoins for new clean bitcoins. Doing it this way you will save the 2.5% but use a lot more of your time and might lose money if the price fluctuates during the process. Using a tumbler to tumble your coins is like paying a mechanic to change your oil. You can change your oil yourself and save some money but you will have to get dirty and it will take a lot of your time. If you use a mechanic you pay more than doing it yourself, but you know it gets done right and quickly without you having to spend any of your time. You could not change your oil at all (like not tumbling) and might be fine but who wants to risk that.

id : co222sy

permalink : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/2tp99j/grams_bitball_soft_launch_just_for_you/co222sy/

date : 2015-01-27 04:24:13 UTC

ip :

subreddit : IFfmbHfnpaZjKFvyi1okT

gildings : 0

link : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/2tp99j/grams_bitball_soft_launch_just_for_you/

parent : co2129w

body : order doesn't matter and numbers can be repeated

id : cpz99rs

permalink : https://www.reddit.com/r/grams/comments/2zxoim/grams_birthday_doodle_contest/cpz99rs/

date : 2015-04-02 20:38:04 UTC

ip :

subreddit : grams

gildings : 0

link : https://www.reddit.com/r/grams/comments/2zxoim/grams_birthday_doodle_contest/

parent : cpz5iwf

body : Thanks, I feel bad infotomb went down. I really like your designs.

id : cpxf83e

permalink : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/30rqkb/the_first_ever_rdarknetmarkets_meetup_come_hang/cpxf83e/

date : 2015-04-01 02:46:59 UTC

ip :

subreddit : IFfmbHfnpaZjKFvyi1okT

gildings : 0

link : https://www.reddit.com/r/IFfmbHfnpaZjKFvyi1okT/comments/30rqkb/the_first_ever_rdarknetmarkets_meetup_come_hang/

parent : cpxewew

body : Use some of the stuff from the site, the text is up now just uploading pics and css. I will be using the dates from the banner ad https://gramsflow.com/dnm-2015-ad.png (june 9-11) I think I am also going to ad a section about guest speakers and put the agents names but not put agent in from of their names. so it will be something like "Guest speakers: Chris Tarbell & Jared Deryeghiayan Topics: Proper bitcoin cashout techniques, laundering, and OPsec" what do you think?

id : cpxi68v

permalink : https://www.reddit.com/r/DarkNetMarkets/comments/310jb0/the_first_ever_rdarknetmarkets_meetup_come_hang/cpxi68v/

date : 2015-04-01 04:21:50 UTC

ip :