UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :  Criminal No.  19-cr-395 (BAH) |
| | : |
| LARRY DEAN HARMON, | : |
| | : |
| **Defendant** | : |

### DECLARATION IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE OF FUNDS

I, Matthew Price, depose and state as follows:

1. I am a federal agent with the Internal Revenue Service-Criminal Investigation Division (IRS-CI). I am currently assigned to the Cyber Crimes Unit with IRS-CI, and I have experience investigating cases involving virtual currency, money laundering, the Darknet, and other criminal schemes perpetrated via the Internet. I have been involved in the investigation of the HELIX money laundering service and its administrator, Larry Harmon ("Harmon").

   **I.    HELIX – BACKGROUND AND ATTRIBUTION**

2. HELIX was a Darknet-based money laundering service that operated between in or about June 2014 and in or about December 2017. Evidence recovered from computers, email accounts and other storage media controlled by Harmon confirm he created and administered HELIX. On February 6, 2020, federal law enforcement agents executed search warrants on Harmon's residence and office properties in the Akron, Ohio area. On the same date, the Belize Police Department executed a search of Harmon's vacation condo in San Pedro, Belize in response to a Mutual Legal Assistance Treaty request. During these searches, law enforcement seized numerous electronic devices, including computers, mobile devices, external hard drives, and other storage media from Harmon's properties in Ohio and in Belize. IRS-CI Special Agent-

Computer Investigative Specialists forensically imaged the devices for analysis. Investigators located Apple Time Machine[1] backups within several of the forensic images of devices seized from Harmon's property in Belize and business office in Akron, Ohio. One recovered Time Machine backup included a series of files which constitutes the source code used to create and operate the HELIX website. These files included graphics and logos used on the HELIX site, PHP scripts[2] used to process transactions, SQL database files, HTML files, account information and IP address information for remote computer infrastructure, Tor address certificates, and other files that formed the backbone of the Helix mixing site (See Attachment 1 for examples). These files would be accessible only to the person who had access to the web server behind HELIX.

3.      The source code recovered from Harmon's Time Machine backups also revealed that HELIX used bitcoin exchanges, including HitBTC, to help tumble user funds. The HELIX code was designed such that certain transactions within the mixer utilized the HitBTC application programming interface (API)[3] to transfer bitcoin between HELIX and HitBTC to further obfuscate the bitcoin. IRS-CI investigators identified at least 26 accounts at HitBTC which Harmon used to help facilitate bitcoin transactions through HELIX. These 26 HitBTC accounts were each registered using 26 distinct Yahoo email addresses, all of which followed the same format pattern of: first name, last name, and three additional letters (e.g., keenakraskallc@yahoo.com).

---

[1] Time Machine is a backup software application distributed as part of the Apple MacOS. The application allows users to back up their entire Mac computer, including system files, apps, music, photos, email and documents. The backups can be saved on any internal or external storage device, such as an external hard drive.
[2] PHP is a server-side scripting language that is used to develop static or dynamic websites or web applications.
[3] An API is a set of routines, protocols, and tools for building automated software applications.

## II.     HELIX SPECIFICALLY TARGETED DARKNET MARKET USERS

4.      Harmon specifically marketed HELIX to Darknet market users.  HELIX was offered as a companion service to Grams, a Darknet search engine created by Harmon to make Darknet markets more accessible.  In fact, Harmon publicly stated in a Reddit post "I created grams because 90% of the darknet was behind blackmarket sites which required a login to view. This made it unsearchable by normal search engines. The only real way to get reliable information about these parts of the darknet was to read forums and subreddits. I wanted to make it easier for users to use the darknet" (See Attachment 2).

5.      HELIX was designed and promoted to obfuscate Darknet bitcoin transactions by severing the link between a Darknet user's Clearnet accounts and Darknet transactions.  A Clearnet account, such as a cryptocurrency exchange account, is often an operational security vulnerability for those involved in illicit Darknet transactions.  This is because law enforcement can use Know Your Customer information maintained by exchanges to identify the real-world persona behind a Darknet bitcoin transaction.  Similarly, many cryptocurrency exchanges utilize blockchain analysis tools to prevent deposits to or from Darknet sites as part of their Anti-Money Laundering (AML) due diligence programs.   HELIX helped Darknet users to hide their transactions from law enforcement and to circumvent AML programs by breaking the link on the blockchain between a user's Clearnet accounts and their Darknet activity.  In Harmon's words posted on Reddit ". . . the helix system will sever the blockchain taint [and] by giving you new coins which have not been through grams or the darknet" (See Attachment 3).

6.      HELIX was advertised on the AlphaBay Market withdrawal page as a recommended service for AlphaBay customers to "erase any trace of your coins coming from Alphabay" (See Attachment 4).  A forensic image of a Time Machine backup from Harmon's

seized devices included a PGP[4] encrypted email messages in which Harmon was seeking to integrate HELIX into other Darknet markets, including Cloud 9 Market and Evolution Market. For example, on or about July 24, 2014, Harmon (using the moniker GramsAdmin) emailed an administrator of Evolution Market to discuss integrating HELIX into Evolution Market and explaining that HELIX had already been integrated into Cloud 9 Market. In the email, Harmon states "I am working with missy from cloud 9 to integrate helix with her withdrawal system . . . Markets get 1/3 of the fee helix charges so it could be a huge money maker for them" (See Attachment 5).

7. Encrypted emails recovered from Time Machine backups found on Harmon's devices also revealed that he actively coordinated with well-known Darknet figures to promote Helix to the Darknet market community. Harmon was in regular encrypted email communication with the administrator of DeepDotWeb[5] between in or about April 2014 through at least January 2015. DeepDotWeb was known as the "Gateway to the Darknet" and was a well-known site for Darknet users to find links to Darknet markets and Darknet market vendors. In fact, Harmon coordinated the release of HELIX with the DeepDotWeb administrators and used DeepDotWeb to promote HELIX and its integration with and compatibility with various Darknet markets. For example, on or about August 5, 2014, Harmon sent a PGP encrypted email to deepdotweb@gmail.com titled "Announcement Article" which appeared to be a press release regarding improvements to HELIX. The message highlights steps HELIX took to ensure

---

[4] Pretty Good Privacy (PGP) is an encryption program that provides cryptographic privacy and authentication for data communication. IRS-CI investigators were able to decrypt PGP-encrypted emails saved on Harmon's devices using Harmon's PGP private keys which were also saved on his devices.

[5] DeepDotWeb was both a Clearnet and Darknet website that operated as the gateway to Darknet marketplaces. The site included advertisements for Darknet markets, direct access to Darknet markets, and news and reviews of Darknet services. DeepDotWeb received kickbacks from Darknet sites in the form of commissions from the sale of illicit goods such as illegal narcotics. The alleged administrators of DeepDotWeb, Tal Prihar and Michael Phan, were each indicted on or about April 24, 2019 in the Western District of Pennsylvania for money laundering conspiracy.

compatibility with the Evolution Market and a feature called Helix Market Integration. According to the release, "This method also does not require you to have a Grams account. It is integrated right in to your markets . . . The market will send the coins to Helix and then Helix sends the clean coins to your withdraw address (minus the 3% fee)" (See Attachment 6).

### III. HELIX WAS WIDELY USED TO CONCEAL BITCOIN MOVING TO AND FROM DARKNET MARKETS.

8. Blockchain analysis revealed that HELIX received at least 354,468 bitcoins between the site's launch in 2014 and when Harmon took it offline in December 2017. At least 43,319.68 of these bitcoins were traced directly to Darknet markets such as AlphaBay Market, Nucleus Market, Dream Market, Agora Market, amongst numerous other Darknet markets. The 43,319.68 bitcoin figure includes only bitcoin sent *directly* from a known Darknet market wallet *to* HELIX. It does not include bitcoin sent from exchanges or other "clean" sources through HELIX prior to deposit into a Darknet market. It also does not include bitcoin sent from a Darknet market to an intermediary address prior to being tumbled through HELIX.

9. Harmon not only promoted using HELIX to clean bitcoin from Darknet markets, he also recommended that users send their bitcoin through numerous steps, including HELIX, before making a deposit into or a withdrawal from a Darknet market. From Time Machine backups located on Harmon's devices, IRS-CI investigators recovered an email dated August 23, 2014 from gramsupport@lelantos.com sent in response to a question from a HELIX user. The email states, "[y]es, if you are buying from coinbase, you should go coinbase ->Helix-> finaladdress. That is the simplest way. Alot of users prefer to go Coinbase->Helix->Local wallet (electrum,multibit,bitcoin-qt)->market if you do it that way then your local wallet has clean coins in it and you can send them to multiple markets or where ever you want at leisure" (See Attachment 7). Harmon also publicly promoted using HELIX as an intermediate step prior

to depositing bitcoin into a Darknet market. For example, on or about July 7, 2014, Harmon (as GramsAdmin) posted to the r/DarkNetMarketsNoobs subreddit forum, explaining "the safest thing to do is coinbase->anon wallet->helix->market" (See Attachment 8).

10. Communications recovered from Harmon's devices reveal that HELIX customers actively used HELIX as part of their routine to conceal their deposits into and withdrawals from Darknet markets. In one such email found on a Time Machine backup recovered from Harmon's devices, dated January 14, 2015, a HELIX user explains, "[h]ere is a brief explanation of the steps I took and why I feel it proves my coins were 'cleaned' . . . I allocated all of my coins from cold storage . . . I then sent these coins to the helix deposit address . . . ultimately end up directly to a wallet on AG"[6] (See Attachment 9).

11. HELIX users integrated HELIX into their illicit transactions in numerous ways in order to further distance themselves from association with Darknet market transactions. This included using HELIX to tumble bitcoin prior to transferring bitcoin into a Darknet market. Because of this, it is likely that HELIX was used to obfuscate far more Darknet-linked bitcoin than just those sent directly from Darknet markets. Given that HELIX was hosted on the Darknet and was an integral part of Grams, a site specifically designed to promote and link users to Darknet markets and Darknet vendors, it is likely that most of the bitcoin processed by HELIX was transferred with the purpose of obfuscating any links on the blockchain between a Darknet user's bitcoin transactions and the user's true identity.

### IV.    BITCOIN SEIZED BY THE GOVERNMENT CAME FROM HELIX

12. Through analysis of the blockchain, analysis of the numerous bitcoin addresses recovered from Harmon's seized devices, and analysis of wallet addresses recovered from

---

[6] AG is a reference to Agora Market, a well-known Darknet market.

Harmon's communications with HELIX users, IRS-CI investigators identified clusters of bitcoin addresses that Harmon used to receive and send bitcoin on behalf of HELIX customers.

13. IRS-CI investigators determined that at least 8,850 bitcoin were retained by Harmon from the operation of HELIX. These bitcoins appear to be residual bitcoin left from each customer transaction and are likely Harmon's profit from the operation of HELIX. IRS-CI investigators reviewed the source code for HELIX recovered from Harmon's devices and noted that the service included a built-in fee of 2.5% per transaction. The amount of bitcoin retained by Harmon closely tracks with the user fees charged by HELIX.

14. The residual bitcoin accumulated in several bitcoin addresses from which Harmon periodically withdrew bitcoin. Harmon then moved the bitcoin through numerous transactions before holding it within cold storage wallets, including the previously identified 16 Harmon Wallets. *See* ECF No. 23-1.

15. On April 29, 2020 IRS-CI law enforcement personnel accessed a Trezor bitcoin storage wallet seized from Harmon's office using a PIN code and passphrase provided by Harmon. The Trezor device's hidden wallet feature held Harmon Wallets 12 through 16. IRS-CI personnel downloaded the transaction history for these wallets and traced the source of the bitcoin that had funded Harmon Wallets 12 through 16. The bitcoin contained within each wallet is traceable back to the residual HELIX bitcoin described in paragraphs 13 and 14.

16. Harmon also exchanged the residual HELIX bitcoin for fiat currency using conventional bitcoin exchanges, peer-to-peer bitcoin transaction platforms, and direct bitcoin transaction with numerous individuals. IRS-CI investigators reviewed business and personal bank records controlled by Harmon for the period that Helix was operational. An analysis of these bank accounts revealed deposits consisted almost exclusively of the proceeds of bitcoin

which Harmon had exchanged for fiat currency. Much of this bitcoin is traceable to HELIX. IRS-CI investigators also reviewed business and personal tax returns recovered from a search warrant on Harmon's personal Gmail account. The tax returns revealed that Harmon's only reported income was from his businesses, which were funded with HELIX bitcoin. Harmon had no identifiable sources of income other than the bitcoin he retained from Helix.

17. Harmon also sent a portion of the residual HELIX bitcoin to a BlockFi bitcoin interest account held in his name. Between on or about March 12, 2019 and on or about June 6, 2019, Harmon transferred at least 325 bitcoins from the residual HELIX balances to his Blockfi account. Law enforcement seized these funds on February 6, 2020 pursuant to a seizure warrant issued in the District of Columbia.

18. Evidence obtained from Harmon's seized devices and electronic communications revealed Harmon spent a significant amount of time managing Grams and HELIX, responding to customers, promoting the site, and providing advice on how best to utilize his services to "safely" use the Darknet. The same evidence revealed Harmon actively tried to integrate his services into numerous Darknet markets, even offering the market administrators a portion of the mixing fees he charged. Harmon's operation of HELIX netted him a significant sum of bitcoin which was generated through HELIX's and Grams' active promotion and facilitation of illicit transactions on the Darknet.

MATTHEW J. PRICE
SPECIAL AGENT
 INTERNAL REVENUE SERVICE – CRIMINAL INVESTIGATION

June 3, 2020

**Attachment 1**



File labeled "helix.png" recovered from Harmon's Time Machine Backup

```
<div class="form-group">
    <label for="gad" class="col-xs-3 control-label text-primary">Delay</label>
    <div class="col-xs-9" style=" max-width: 400px;">
        <select name="helix_delay" class="form-control">
            <option  value="0"  >ASAP (no delay)</option>
            <? for($x=1;$x<24;$x++) { ?>
                <option  value="<?=$x?>"  ><?=$x?>  hours</option>
            <? } ?>
        </select>
        <span class="help-block small">With the helix system there is no need for a delay since it gives you brand new coins, but we still offer it. </span>
        <?=form_error('gad');?>

    </div>

</div>
<div class="form-group">
    <div class="alert alert-info small center-block" style="max-width: 90%;">
        The Helix proccess takes between 1 and 2 hours. If you add delay you will recieve your coins 1 to 2 hours after the delay.<br><strong class="text-danger">Double check t
    </div>
</div>
```

Snapshot of PHP script labeled "start."  The lines of code depict what was seen on the Helix website.

**Attachment 2**

> body : 1)I created grams because 90% of the darknet was behind blackmarket sites which required a login to view. This made it unsearchable by normal search engines. The only real way to get reliable information about these parts of the darknet was to read forums and subreddits. I wanted to make it easier for users to use the darknet. 2) Grams has made darknet information more accessible to normal users and because of it's publicity has brought a lot of new users to the darknet. I think it has also raised the bar for darknet sites. Before grams a lot of the sites we not very well designed or easy to use. I think Grams set a new standard for what a darknet site could be. I like to think of the Darknet as the internet reborn. It is going through the same stages the normal internet went through. At first no one knew how to find and get to sites on the internet so search engines like altavista were born. Even with the search engine there was not much content out there and user still didn't understand what a url was. AOL answered this with aol keywords. It was easy for users to just type a keyword like "Money" in and get to a page about finance. That is why I created Flow a darknet redirect service that allows users to type in "Flowwords" and be redirect to a site based on the keyword without knowing the url. The next stage is to make easy for regular users to create darknet sites. TOR is currently working on this and so am I. After that stage who knows what the darknet holds , maybe darknet bubble? 3)I have big plans for Grams future. I would like it to be the hub to the darknet the same way google is to the clearnet. I am hoping to add many services just like Google has. Encrypted email, online file sharing and storage, and a much better search engine that what I am currently offering. I would like to offer free hosting for blogs and small sites to help reporters and activist get their message out while remaining anonymous. Right now the Darknet is 90% drugs and illegal items for sale. I think most of these are great because these markets have brought down drug related violence ,but I think the Darknet can be much more. It can be a safe haven for people who want change but are afraid to speak because of governing laws or repercussions to themselves and/or their families. I hope Grams can help it grow into what it needs to be.

GramsAdmin Reddit post dated July 11, 2014 (emphasis added)

**Attachment 3**

> title : New Grams' Helix
>
> url : /r/onions/comments/28t66t/new_grams_helix/
>
> body : ###Grams' Helix URL: http://grams7enufi7jmdl.onion/helix or https://gramsflow.com/helix Helix is the definitive darknet bitcoin cleaner. Grams' helix doesn't just clean your bitcoins it gives you brand new ones which have never been to the darknet before. The helix system is more than a bitcoin tumbler, it is privacy and security wrapped in one. ##How is it different? The coins are not just mixed but traded out for new ones before mixing. ==I can't go into specifics for security reasons, but I can assure you the helix system will sever the blockchain taint and by giving you new coins which have not been through grams or the darknet.== I have been using this systems for all the bitcoins that have come in to grams since the beginning. After seeing shared coin go down I figured I should make it public. ##How to use? It is integrated in to Grams' accounts. Just load your grams' account like usual and you will be able to "Helix withdraw" from your balance. ##Numbers * Fee is 3% * Minimum withdrawal is .02 BTC * Maximum withdrawal is 1 BTC (for now) * Time 3-4 hours There is a .01 btc entry fee to create a Grams' account (which is applied towards your balance). So if you don't have a Gram's account and are creating one to use helix. You can load your account after your entry fee clears 3 confirmations, or when sending the entry-fee send more than .02 btc and it will all be applied to your Grams' balance. ##Time You can set a delay (and it is recommended). Once the delay is over the helix process will take less than 4 hours. If there is enough reserve built up you will be paid from the already cleaned coins and the process will be much faster. ##Security Helix has it's own server not connected to Grams. The several bitcoin clients it uses are on a completely separate server from Helix and Grams. Even if Grams was under attack or compromised it would not affect the Helix system. ##Privacy All logs are deleted after 7 days, but you can deleted the logs off the server manually after the helix withdraw is complete. Once all transactions have been sent for a helix withdraw you will receive an encrypted message on Grams with the transactions hashes as a receipt of payment. The message will auto-delete after it has been read. The bitcoin clients are also switched out regularly. ##Paper Insured Grams is built upon trust and brings that trust to Helix. Every night half of all the profits made for that day will be deposited into a btc address which is a paper address, I have the only copy of the private key and it has never seen the internet. Grams will keep depositing in to it until it reaches an amount equal to or greater than the average daily volume of Helix. This is to insure your money. In the highly unlikely case the severs got hacked or compromised Grams could use this reserve to pay back anyone who had their money stolen or lost. After a week or so of build up I will post the public address so all users to verify that money is getting deposited every night (and no withdraws are made). This step is truly unnecessary since Grams is very security conscious, but it is a step I am willing to take to earn the trust of all of you. If you have any question just post below I will be around for a while to answer questions.

"Gramsadmin" Reddit post dated June 22, 2014 (emphasis added)

**Attachment 4**



Screenshot of AlphaBay Market promotion of Grams Helix

**Attachment 5**

```
From:      Grams Admin <grams@lelantos.org>
Sent:      7/24/2014 8:28:24 AM
To:        
Subject:        Helix integration

Hi,

I am working with missy from cloud 9 to integrate helix with her
withdrawal system. I set up an api so any market can do it. I thought
EVO might be interested. Here is a link to the documentation.
http://grams7enufi7jmdl.onion/helix/marketapi

Cloud 9 is just got the same docs and is going to try testing it
tomorrow or the next day.

Def mention it to the higher ups. Markets get 1/3 of the fee helix
charges so it could be a huge money maker for them.

Cheers,
GramsAdmin



From:       
Sent:      7/24/2014 2:51:54 PM
To:        "Grams Admin" <grams@lelantos.org>
Subject:        Re: Helix integration
Importance:     Normal

Hey GA :)

Congrats with intergrating with C9. I'll go ahead and pass the api info to Verto and Kimble. I will let you
know once they reply back to me on which step they wanna take.

Also, we went ahead and removed the warning about the Helix deposit and I am now going to write posts on
reddit and the Hub, letting users know it is safe (and a great method) to directly deposit from Helix.

Thank you very much for all your help my friend. I'll be in touch.

Best regards,
Boogie
```

Email dated July 24, 2014 decrypted using Harmon's PGP keys from GramsAdmin (grams@lelantos.org) to a Darknet market administrator titled "Helix Integration."

13

**Attachment 6**

```
From:    Grams Admin <grams@lelantos.org>
Sent:    8/5/2014 7:42:45 AM
To:      DeepDotWeb Web <deepdotweb@gmail.com>
Subject:         Announcement article
Here is that article I was telling you about last week. I finally got
Helix integrated in to cloud 9 and it is ready to announce. Thanks again
for doing this and all your support. There is some image you need to
down load or hotlink I put the links to them in the article where they
should go. Let me know if you have any questions.

Cheers,
GramsAdmin

----------Begin Article----------------
I would first like to thank Deepdot for letting me announce some of
Grams' newest Helix features on this awesome site.

I have been working hard to make Helix the best and easiest to use
Bitcoin Cleaner for the dark markets. This meant giving the user lots of
options to suite each individual user's needs. Some the feature are not
new and have been running on Grams for a couple weeks. I never
officially announced them though, until now.

###Evolution Compatibility
A lot of bitcoin tumblers aren't compatible with the Evolution
marketplace since each transaction triggers a new load address. I added
an option in helix to allow the user to have Helix only send one
transaction. This will avoid coin loss when sending to Evolution and
shared wallets. You still get the same clean coins. If you are sending
to Evolution <b>Make Sure<b> to check the Evolution check box on the
Helix withdrawal page.
{IMAGE https://www.anonimg.com/img/1e08ed2a8807227bdceb8fa1f44689d4.jpg}

 Additionally you can use Helix Light which is also compatible with
Evolution.

###Helix Light {IMAGE https://infotomb.com/m7gbu.png}
 http://grams7enufi7jmdl.onion/helix/light
 https://gramsflow.com/helixlight

Helix Light is the simplest Helix. The defining feature is you don't
need a Grams' account. Helix Light cuts out all the options and gets you
clean coins fast and simple. It is as easy as 1 2 3. 1)Submit the
Bitcoin address you would like the bitcoins sent to after they are
cleaned. 2) You send one transaction to Helix Bitcoin address you are
given. 3)Helix Light will send one transaction back to your return
address with your clean coins. It is evolution and shared wallet
compatible and is the fastest way to Helix. Of course you will be given
a status checker link to track the progress of your Helix the whole way.
It usually takes about 10 minutes after your sent transaction is confirmed

###Helix Market {IMAGE https://infotomb.com/ojefm.png}
Helix Market integration is our newest Helix and the one I am most
excited about. This method also does not require you to have a Grams'
account. It is integrated right in to your markets. When you go to
withdraw your bitcoins from the market you just select Helix withdraw
and then PGP encrypt your bitcoin address with he Helix PGP key on the
page. The market will send the coins to Helix and then Helix sends the
clean coins to your withdraw address (minus the 3% fee). You will be
given a Status Checking link from the market to track the status of your
Helix withdrawal on Grams. This is the fastest and most private way to
withdraw clean coins from a market. Helix Market Integration is very
private. Since Grams doesn't know the user who withdrew the coins and
the market doesn't know the withdrawal address. This double blind system
insures your privacy. Cloud 9 is the only market right now to offer this
feature since they worked day and night this past week with me to
perfect the system. The system we have set up makes it so easy and
secure I am sure other markets will be adding it soon.

I know this is a lot of info and options we added so I have made chart
and info page to help users figure out which option works best for them.
http://grams7enufi7jmdl.onion/helix/info

{IMAGE https://infotomb.com/rrzh4.jpg}

I also made some changes to the inner working of helix. I raised the max
amount per helix to 6 BTC and lowered the required confirmation need to
2. This will allow bigger Helixes faster.

I hope you all use Helix to its full potential and stay safe out there.

GramsAdmin
```

PGP-encrypted email dated August 4, 2014, recovered from Harmon's devices

**Attachment 7**

| | |
|---|---|
| To | josh███ |
| From | Grams Support <gramsupport@lelantos.org> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/23/2014 1:05:20 AM |
| Subject | Re: Problem with Helix ID: 9b17f02792107901 |
| Body | Yes, if you are buying from coinbase, you should go coinbase->Helix->finaladdress That is the simpliest way. Alot of users prefer to go Coinbase->Helix->Local wallet(electrum,mutibit,bitcoin-qt)->market if you do it that way then your local wallet has clean coins in it and you can send them to multiple markets or where ever you want at leisure. Did you find you coins from the previous helix? |

Email dated August 23, 2014 from <u>gramsupport@lelantos.com</u> titled
"Re: Problem with Helix ID: 9b17f02792107901"

**Attachment 8**

```
date : 2014-07-07 13:04:30 UTC

ip :

subreddit : DarkNetMarketsNoobs

gildings : 0

link : https://www.reddit.com/r/DarkNetMarketsNoobs/comments/29yio4/differences_between_helix_and_bitblender_should_i/

parent : ciqh6yb

body : yes , the safest thing to do is coinbase->anon wallet ->helix->market anon wallet could be blockchain.info or electrum running on your own computer
```

GramsAdmin post on the Reddit r/DarkNetMarketsNoobs forum dated July 7, 2014

**Attachment 9**



Email from a HELIX customer to gramsupport@lelantos.org, recovered from Harmon's Time Machine backups