# Exhibit A

Report for User 742211                                                                                  Dropbox, Inc.

# Basic Information

| User ID | 742211 |
|---|---|
| Full Name | Larry harmon |
| Email Address | larry@hwisite.com |

# Account Creation Date

2009-03-12 14:07:56 UTC

# Account Status

Active

# Billing Activity

No information available.

# Authentication Log

| Timestamp | IP Address |
|---|---|
| 2018-07-11 23:51:26 UTC | No information available. |
| 2018-07-14 22:26:12 UTC | No information available. |
| 2018-07-14 22:29:22 UTC | No information available. |
| 2018-07-14 22:29:53 UTC | No information available. |
| 2018-07-14 22:40:00 UTC | No information available. |
| 2019-04-10 21:20:01 UTC | No information available. |
| 2019-05-02 19:57:09 UTC | No information available. |
| 2019-05-03 03:14:00 UTC | No information available. |
| 2019-05-03 03:22:11 UTC | No information available. |
| 2019-05-14 16:21:11 UTC | No information available. |
| 2019-05-28 19:53:45 UTC | No information available. |
| 2019-05-28 19:55:15 UTC | No information available. |
| 2019-05-28 19:56:25 UTC | No information available. |
| 2019-05-28 19:56:54 UTC | No information available. |
| 2019-05-28 19:57:21 UTC | No information available. |

Report for User 742211                                                     Dropbox, Inc.

| | |
|---|---|
| 2019-09-09 14:39:33 UTC | 76.188.97.67 |
| 2020-03-20 21:44:03 UTC | 65.31.4.127 |
| 2020-03-26 16:35:10 UTC | 65.31.4.127 |
| 2020-04-27 12:56:24 UTC | 65.31.4.127 |
| 2020-05-19 18:14:59 UTC | 65.31.4.127 |

# Linked Computer Information

| Last Ping Time/Date | IP Address |
|---|---|
| 2009-12-01 19:33:48 UTC | 89.149.244.120 |
| 2009-12-08 22:54:03 UTC | 174.100.168.7 |
| 2010-03-03 20:11:41 UTC | 93.182.130.69 |
| 2010-03-22 14:22:36 UTC | 99.16.111.9 |
| 2010-03-31 14:59:17 UTC | 208.68.193.3 |
| 2010-04-15 22:19:00 UTC | 76.73.7.218 |
| 2010-04-29 19:04:26 UTC | 98.27.243.168 |
| 2010-07-19 15:19:18 UTC | 204.45.110.234 |
| 2010-08-27 22:17:38 UTC | 174.107.151.255 |
| 2010-09-02 22:27:44 UTC | 68.233.228.123 |
| 2010-10-08 03:27:47 UTC | 68.233.228.123 |
| 2010-12-03 09:08:52 UTC | 64.186.130.100 |
| 2010-12-04 01:20:04 UTC | 66.7.223.43 |
| 2010-12-08 03:50:58 UTC | 199.34.120.129 |
| 2011-02-06 16:11:33 UTC | 64.186.130.100 |
| 2012-01-20 22:13:00 UTC | 199.34.120.129 |
| 2012-01-24 00:22:00 UTC | 199.34.120.130 |
| 2012-06-20 14:22:00 UTC | 173.243.126.156 |
| 2012-07-26 20:38:00 UTC | 173.243.126.154 |
| 2012-09-06 20:57:58 UTC | 199.34.120.130 |
| 2012-09-07 19:27:00 UTC | 199.34.120.129 |
| 2013-01-25 19:43:00 UTC | 71.64.125.16 |
| 2013-05-08 15:28:00 UTC | 98.27.138.247 |
| 2013-06-03 22:46:00 UTC | 173.243.126.154 |
| 2013-06-04 14:25:00 UTC | 98.27.138.247 |
| 2013-06-06 16:29:00 UTC | 66.109.19.68 |

Dropbox_000004

Report for User 742211

Dropbox, Inc.

| | |
|---|---|
| 2013-06-07 23:00:46 UTC | 98.27.138.247 |
| 2013-06-13 19:48:00 UTC | 98.27.138.247 |
| 2013-08-05 00:00:00 UTC | 71.64.125.16 |
| 2013-10-24 20:47:00 UTC | 98.27.138.247 |
| 2013-10-25 19:27:00 UTC | 98.27.138.247 |
| 2013-12-05 04:22:00 UTC | 173.243.126.154 |
| 2013-12-19 15:14:00 UTC | 67.225.228.82 |
| 2014-09-13 17:36:47 UTC | 23.125.205.124 |
| 2014-09-20 17:52:50 UTC | 98.27.138.247 |
| 2014-09-21 17:37:24 UTC | 98.27.138.247 |
| 2014-11-06 20:46:48 UTC | 192.34.83.109 |
| 2015-04-09 06:07:51 UTC | 50.23.196.92 |
| 2016-05-05 01:39:06 UTC | 104.36.4.31 |
| 2017-09-21 20:54:31 UTC | 104.36.6.155 |
| 2018-06-28 01:25:04 UTC | 65.25.96.130 |
| 2019-01-09 18:47:02 UTC | 76.188.97.67 |
| 2019-05-24 05:13:02 UTC | 2601:646:c601:8c3b:7141:ba91:9b9f:f252 |
| 2020-02-03 23:15:20 UTC | 65.31.4.127 |
| 2020-02-06 14:47:36 UTC | 76.188.97.67 |

# Mobile Information

| Last Ping Time/Date | IP Address |
|---|---|
| 2011-10-13 18:37:24 UTC | 76.188.41.92 |
| 2012-12-13 21:47:38 UTC | 98.27.138.247 |
| 2013-04-15 19:24:02 UTC | 70.194.197.193 |
| 2014-03-11 23:13:17 UTC | 70.194.199.124 |
| 2015-09-23 17:17:33 UTC | 70.194.192.253 |
| 2017-04-20 22:51:07 UTC | 75.104.70.68 |
| 2017-10-17 15:08:14 UTC | 161.12.34.249 |
| 2018-07-17 00:52:54 UTC | 65.25.96.130 |
| 2020-01-20 17:42:07 UTC | 2600:1009:b05d:627a:618a:6c23:67c8:35ef |

Dropbox_000005

# Subscription Status

| Subscription Type | Free |
|---|---|

# Two-Factor Authentication Numbers

| Phone Number 1 | ████████ |
|---|---|
| Phone Number 2 | ████████ |

Dropbox_000006