# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE REPLIES

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and files this unopposed motion for a one-week extension of time to file replies to the Government's response in opposition to Defendant's pretrial motions (DE 39 and 40). Pursuant to Local Rule 47 (d), replies are due June 10, 2020. Counsel for Defendant needs additional time to file the replies, and Assistant U.S. Attorney Chris Brown has confirmed the Government is unopposed to Defendant's request.

Dated: June 8, 2020

/s/ Charles Flood
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Fed I.D. 22508

Jean-Jacques Cabou
Alexis E. Danneman
Perkins Coie
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

Attorneys for Defendant Larry Dean Harmon