# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| v. | | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | | |

## ORDER

UPON PRESENTATION of defendant's unopposed motion for extension of time to file replies in response to DE. 39 and 40, it is hereby granted. Defendant shall be permitted to file his replies by June 17, 2020.

Dated this ____ day of June, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA