UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LARRY DEAN HARMON,<br><br>　　　　　Defendant. | Criminal No. 2019-CR-00395 |

## NOTICE OF APPEARANCE

Notice is hereby given that Jean-Jacques Cabou and Alexis E. Danneman of Perkins Coie LLP enter appearances in this matter as counsel for Defendant for the presently limited purposes of litigating the Motion to Dismiss Counts 2 and 3 [Doc. 31] and the Motion for Release of Funds [Doc. 32] and request copies of all future documents entered in this case.

Dated:  June 8, 2020　　　　　　　　　　**PERKINS COIE LLP**

　　　　　　　　　　　　　　　　　　　By: */s/ Jean-Jacques Cabou*
　　　　　　　　　　　　　　　　　　　　　Jean-Jacques Cabou (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Alexis E. Danneman (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　2901 N. Central Avenue, Suite 2000
　　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85012

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Larry Dean Harmon

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I filed the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

*/s/ Jean-Jacques Cabou*