UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| LARRY DEAN HARMON, | : | |
| | : | |
| **Defendant** | : | |

**JOINT RESPONSE REGARDING
MOTIONS HEARING AND EVIDENTIARY HEARING**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following Joint Response to the Court's May 29, 2020 Minute Order directing the parties to "propose[] dates for a motions hearing and for an evidentiary hearing, should one be necessary," and to "recommend protocols for conducting the evidentiary hearing via videoconference, including (1) the exchange of pre-numbered exhibits, which shall also be supplied in advance to any witness, counsel, and the Court; (2) mechanisms, such as a separate telephone connection between defendant and defense counsel, to facilitate consultation during the hearing; and (3) other procedures necessary to ensure the smooth and fair operation of the hearing." Minute Order (May 29, 2020).

1. **Proposed Dates:** The parties are available for a motions hearing on the defendant's Motion To Dismiss Counts Two and Three for Failure To State an Offense, ECF No. 31, and Motion for Release of Funds Needed To Secure Counsel or Alternative Motion for a Hearing, ECF No. 32, on the following dates: July 2, 2020; July 10, 2020.

2. The parties are available for an evidentiary hearing, should one be necessary, on the following dates: July 27-31, 2020.[1]

3. **Recommended Protocols:** The parties recommend conducting a remote evidentiary hearing using Cisco Meeting. Counsel have confirmed with the District Court's information technology officer that Cisco Meeting is available for use by the Court. The parties further propose:

   a. Parties will exchange numbered exhibits with each other and provide copies to the Court no later than 3 business days before the date of the evidentiary hearing.

   b. All parties, including attorneys and the defendant, will appear remotely via Cisco Meeting. Witnesses will appear by video and may also call into the Court's landline if needed for clearer audio connection.

   c. Defense counsel is in the process of exploring, considering technological and public health limitations, how best to communicate with the Defendant during the hearing. Assuming defense counsel and the Defendant remain geographically separated for the hearing, at present Defense counsel anticipates, with the Court's permission, establishing a separate telephone call with the Defendant, as well perhaps as instant message or other text-based communication, during the hearing. Defense counsel respectfully requests permission to update the Court on this issue as the hearing nears and as public health guidance develops.

---

[1] The government separately states its position that an evidentiary hearing will not be necessary if the Court denies the defendant's Motion To Dismiss as to any part of Count Two, finds that the defendant has not met his burden of demonstrating financial need, or decides the pending Motion for Release of Funds on the paper record before the Court.

WHEREFORE, the parties respectfully request that a motions hearing be held July 2, 2020; or July 10, 2020, and an evidentiary hearing, if needed, be held on a day during the week of July 27-31, 2020 pursuant to the protocols recommended by the parties.

                                            Respectfully submitted,

                                            MICHAEL R. SHERWIN
                                            ACTING UNITED STATES ATTORNEY
                                            New York Bar No. 4444188

By:    /s/ *Christopher B. Brown*
           Christopher B. Brown, D.C. Bar No. 1008763
           Assistant United States Attorney
           555 4th Street, N.W.
           Washington, D.C. 20530
           C. Alden Pelker, Maryland Bar
           S. Riane Harper, D.C. Bar No. 230233
           Trial Attorneys, U.S. Department of Justice
           1301 New York Ave., N.W., Suite 600
           Washington, D.C. 20005
           Phone:  (202) 252-7153 (Brown)
           Fax:  (202) 514-6010
           Christopher.Brown6@usdoj.gov
           *Counsel for the United States*


           */s/ Charles Flood (with permission)*
           Charles Flood
           Flood & Flood Law Office
           914 Preston at Main, Suite 800
           Houston, TX 77002
           (713) 223-8877; Fax (713) 223-8877
           charles@floodandflood.com
           Texas Bar License# 00798178
           Fed I.D. 22508

           Jean-Jacques Cabou
           Alexis E. Danneman
           Perkins Coie
           2901 N. Central Avenue, Suite 2000
           Phoenix, Arizona 85012
           *Counsel for the Defendant Larry Dean Harmon*