UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the parties' Joint Response Regarding Motions Hearing and Evidentiary Hearing,

IT IS ORDERED, that a Motions Hearing on the defendant's Motion To Dismiss Counts Two and Three for Failure To State an Offense, ECF No. 31, and Motion for Release of Funds Needed To Secure Counsel or Alternative Motion for a Hearing, ECF No. 32, shall be scheduled for _____, 2020, at _____ a.m./p.m.;

IT IS FURTHER ORDERED, that an Evidentiary Hearing on the defendant's Motion for Release of Funds Needed To Secure Counsel or Alternative Motion for a Hearing, ECF No. 32, if needed, shall be scheduled for _____, 2020, at _____ a.m./p.m., pursuant to the protocols outlined in the parties' Joint Response.

Dated this _____ day of June, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA