**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

**<u>ORDER</u>**

Upon consideration of the government's Motion for Leave To File Supplemental Opposition, it is this ____ day of June, 2020, hereby

ORDERED, that the motion is GRANTED, and the Government's Supplemental Opposition to the Defendant's Motion for Release of Funds shall be docketed in the above-referenced case.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA