# Exhibit A

X-Gmail-Labels: Inbox,Unread
Delivered-To: larry@hwisite.com
Received: by 2002:ab0:4e81:0:0:0:0:0 with SMTP id l1csp1117340uah;
Thu, 20 Feb 2020 10:07:35 -0800 (PST)
Return-Path: <bounce-mc.us7_18490731.981873-
2d8ef48e92@mail137.atl241.mcsv.net>
Received: from mail137.atl241.mcsv.net (mail137.atl241.mcsv.net.
[198.2.141.137]) by mx.google.com with ESMTPS id
85si208935ybc.279.2020.02.20.10.07.35 for <Larry@hwisite.com>
(version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
Thu, 20 Feb 2020 10:07:35 -0800 (PST)
Received: from localhost (localhost [127.0.0.1]) by
mail137.atl241.mcsv.net (Mailchimp) with ESMTP id 48NjH81WkGzDRRR5m for
<Larry@hwisite.com>; Thu, 20 Feb 2020 18:07:32 +0000 (GMT)
From: no-reply@trezor.io
Reply-To: no-reply@trezor.io
To: Larry@hwisite.com
Date: Thu, 20 Feb 2020 18:07:13 +0000
Message-ID:
<a87eb6070c965ef1be1b02854.2d8ef48e92.20200220180653.1a2db2dae2.218576d3@m
ail137.atl241.mcsv.net>
X-Mailer: MailChimp Mailer - **CID1a2db2dae22d8ef48e92**

```
X-Gmail-Labels: Inbox,Unread
Delivered-To: larry@hwisite.com
Received: by 2002:a9f:300e:0:0:0:0:0 with SMTP id h14csp4403171uab;
Mon, 23 Mar 2020 10:09:53 -0700 (PDT)
Return-Path: <bounce-mc.us7_18490731.981889-
2d8ef48e92@mail192.sea101.rsgsv.net>
Received: from mail192.sea101.rsgsv.net (mail192.sea101.rsgsv.net.
[148.105.15.192])        by mx.google.com with ESMTPS id
67si11638409pfu.48.2020.03.23.10.09.52        for <Larry@hwisite.com>
(version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
Mon, 23 Mar 2020 10:09:52 -0700 (PDT)
Received: from localhost (localhost [127.0.0.1]) by
mail192.sea101.rsgsv.net (Mailchimp) with ESMTP id 48mLTq2rzkzllMFj for
<Larry@hwisite.com>; Mon, 23 Mar 2020 17:09:51 +0000 (GMT)
From: no-reply@trezor.io
Reply-To: no-reply@trezor.io
To: Larry@hwisite.com
Date: Mon, 23 Mar 2020 17:09:39 +0000
Message-ID:
<a87eb6070c965ef1be1b02854.2d8ef48e92.20200323170926.805d1ef46d.eba62487@m
ail192.sea101.rsgsv.net>
X-Mailer: MailChimp Mailer - **CID805d1ef46d2d8ef48e92**
```

```
X-Gmail-Labels: Deleted,Trash
Delivered-To: larry@hwisite.com
Received: by 2002:a9f:2247:0:0:0:0:0 with SMTP id 65csp1850586uad;
Thu, 16 Apr 2020 03:33:34 -0700 (PDT)
Return-Path: <bounce-mc.us7_18490731.981913-
2d8ef48e92@mail193.suw16.rsgsv.net>
Received: from mail193.suw16.rsgsv.net (mail193.suw16.rsgsv.net.
[198.2.182.193])        by mx.google.com with ESMTPS id
n129si18318634ybb.287.2020.04.16.03.33.33        for <Larry@hwisite.com>
(version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);
Thu, 16 Apr 2020 03:33:33 -0700 (PDT)
Received: from localhost (localhost [127.0.0.1]) by
mail193.suw16.rsgsv.net (Mailchimp) with ESMTP id 492wYT3q1szlgHkT for
<Larry@hwisite.com>; Thu, 16 Apr 2020 10:33:33 +0000 (GMT)
From: no-reply@trezor.io
Reply-To: no-reply@trezor.io
To: Larry@hwisite.com
Date: Thu, 16 Apr 2020 10:33:22 +0000
Message-ID:
<a87eb6070c965ef1be1b02854.2d8ef48e92.20200416103310.4acd304b6e.63023366@m
ail193.suw16.rsgsv.net>
X-Mailer: MailChimp Mailer - **CID4acd304b6e2d8ef48e92**
```