# Exhibit B

```
X-Gmail-Labels: Inbox,Unread
Delivered-To:             @gmail.com
Received: by 2002:a05:6638:f8b:0:0:0:0 with SMTP id h11csp3066773jal;
Sun, 19 Apr 2020 06:19:34 -0700 (PDT)
Return-Path: <bounce-md_30906743.5e9c4fe6.v1-
9830fd06d62648bab107e8118416dd5e@mandrillapp.com>
Received: from mail187-2.suw11.mandrillapp.com (mail187-
2.suw11.mandrillapp.com. [198.2.187.2])        by mx.google.com with
ESMTPS id w130si28772477ybe.253.2020.04.19.06.19.34         for
              @gmail.com>       (version=TLS1_2 cipher=ECDHE-ECDSA-
AES128-GCM-SHA256 bits=128/128);        Sun, 19 Apr 2020 06:19:34 -0700
(PDT)
Received: from pmta01.mandrill.prod.suw01.rsglab.com (127.0.0.1) by
mail187-2.suw11.mandrillapp.com id hjh7uc174i4i for
              @gmail.com>; Sun, 19 Apr 2020 13:19:34 +0000 (envelope-from
<bounce-md_30906743.5e9c4fe6.v1-
9830fd06d62648bab107e8118416dd5e@mandrillapp.com>)
From: no-reply@trezor.io
Return-Path: <bounce-md_30906743.5e9c4fe6.v1-
9830fd06d62648bab107e8118416dd5e@mandrillapp.com>
Received: from [34.254.174.167] by mandrillapp.com id
9830fd06d62648bab107e8118416dd5e; Sun, 19 Apr 2020 13:19:34 +0000
Message-Id: <158730237441.4.4437057731637285675@f3ba306c-bb72-4252-be7b-
db035904dd98.prvt.dyno.rt.heroku.com>
To:              @gmail.com
Date: Sun, 19 Apr 2020 13:19:34 +0000
```

```
X-Gmail-Labels: Deleted,Spam,Unread
Delivered-To: ▮▮▮▮▮▮▮▮▮▮@gmail.com
Received: by 2002:a05:6638:f8b:0:0:0:0 with SMTP id h11csp3565209jal;
Sun, 19 Apr 2020 18:09:27 -0700 (PDT)
Return-Path: <bounce-md_30906743.5e9cf647.v1-
cb25b5475a1f4beaa56c9c5d56a8c7c8@mandrillapp.com>
Received: from mail187-2.suw11.mandrillapp.com (mail187-
2.suw11.mandrillapp.com. [198.2.187.2])        by mx.google.com with
ESMTPS id e188si11862447yba.493.2020.04.19.18.09.27        for
▮▮▮▮▮▮▮▮▮▮ gmail.com>        (version=TLS1_2 cipher=ECDHE-ECDSA-
AES128-GCM-SHA256 bits=128/128);       Sun, 19 Apr 2020 18:09:27 -0700
(PDT)
Received: from pmta01.mandrill.prod.suw01.rsglab.com (127.0.0.1) by
mail187-2.suw11.mandrillapp.com id hjjr4e174i4k for
▮▮▮▮▮▮▮▮▮▮@gmail.com>; Mon, 20 Apr 2020 01:09:27 +0000 (envelope-from
<bounce-md_30906743.5e9cf647.v1-
cb25b5475a1f4beaa56c9c5d56a8c7c8@mandrillapp.com>)
From: no-reply@trezor.io
Return-Path: <bounce-md_30906743.5e9cf647.v1-
cb25b5475a1f4beaa56c9c5d56a8c7c8@mandrillapp.com>
Received: from [52.51.204.26] by mandrillapp.com id
cb25b5475a1f4beaa56c9c5d56a8c7c8; Mon, 20 Apr 2020 01:09:27 +0000
Message-Id: <158734496730.4.17693992186544579923@97bd2fb7-ca3f-4f31-bf10-
cca0787e2567.prvt.dyno.rt.heroku.com>
To: ▮▮▮▮▮▮▮▮▮▮@gmail.com
Date: Mon, 20 Apr 2020 01:09:27 +0000
```

```
X-Gmail-Labels: Inbox
Delivered-To: ████████████@gmail.com
Received: by 2002:a05:6638:f8b:0:0:0:0 with SMTP id h11csp1027324jal;
 Sat, 25 Apr 2020 06:09:38 -0700 (PDT)
Return-Path: <bounce-md_30906743.5ea43692.v1-
73630e30a3154aaa91893a55fd6b745d@mandrillapp.com>
Received: from mail132-18.atl131.mandrillapp.com (mail132-
18.atl131.mandrillapp.com. [198.2.132.18])        by mx.google.com with
ESMTPS id j5si5079888qkm.286.2020.04.25.06.09.38         for
<████████████gmail.com>        (version=TLS1_2 cipher=ECDHE-ECDSA-
AES128-GCM-SHA256 bits=128/128);        Sat, 25 Apr 2020 06:09:38 -0700
(PDT)
Received: from pmta02.mandrill.prod.atl01.rsglab.com (127.0.0.1) by
mail132-18.atl131.mandrillapp.com id hkgr8s1sar8u for
<████████████@gmail.com>; Sat, 25 Apr 2020 13:09:34 +0000 (envelope-from
<bounce-md_30906743.5ea43692.v1-
73630e30a3154aaa91893a55fd6b745d@mandrillapp.com>)
From: no-reply@trezor.io
Return-Path: <bounce-md_30906743.5ea43692.v1-
73630e30a3154aaa91893a55fd6b745d@mandrillapp.com>
Received: from [54.229.75.219] by mandrillapp.com id
73630e30a3154aaa91893a55fd6b745d; Sat, 25 Apr 2020 13:09:38 +0000
Message-Id: <158782017746.4.8790201231840564100@6f4cc44f-2df8-445d-af0b-
6beec966e1a1.prvt.dyno.rt.heroku.com>
To: ████████████@gmail.com
Date: Sat, 25 Apr 2020 13:09:38 +0000
```

```
X-Gmail-Labels: Inbox
Delivered-To: ███████████@gmail.com
Received: by 2002:a05:6638:f8b:0:0:0:0 with SMTP id h11csp2027374jal;
 Sun, 26 Apr 2020 06:09:32 -0700 (PDT)
Return-Path: <bounce-md_30906743.5ea5880b.v1-
12beb45c66df427f84b3b4fda38792d1@mandrillapp.com>
Received: from mail134-2.atl141.mandrillapp.com (mail134-
2.atl141.mandrillapp.com. [198.2.134.2])        by mx.google.com with
ESMTPS id u6si7231261qvo.153.2020.04.26.06.09.31        for
<███████████gmail.com>        (version=TLS1_2 cipher=ECDHE-ECDSA-
AES128-GCM-SHA256 bits=128/128);        Sun, 26 Apr 2020 06:09:32 -0700
(PDT)
Received: from pmta03.mandrill.prod.atl01.rsglab.com (127.0.0.1) by
mail134-2.atl141.mandrillapp.com id hkm40o1sau8e for
<███████████gmail.com>; Sun, 26 Apr 2020 13:09:31 +0000 (envelope-from
<bounce-md_30906743.5ea5880b.v1-
12beb45c66df427f84b3b4fda38792d1@mandrillapp.com>)
From: no-reply@trezor.io
Return-Path: <bounce-md_30906743.5ea5880b.v1-
12beb45c66df427f84b3b4fda38792d1@mandrillapp.com>
Received: from [34.248.38.155] by mandrillapp.com id
12beb45c66df427f84b3b4fda38792d1; Sun, 26 Apr 2020 13:09:31 +0000
Message-Id: <158790657137.4.7647384854959910126@b3191440-9c73-414d-b511-
e3cca37d5b5b.prvt.dyno.rt.heroku.com>
To: ███████████gmail.com
Date: Sun, 26 Apr 2020 13:09:31 +0000
```