**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 1:19-cr-00395 |
| § | |
| LARRY DEAN HARMON § | |

**UNOPPOSED MOTION FOR TWO-WEEK EXTENSION
OF TIME TO FILE REPLIES**

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, by and through his attorneys, and files this unopposed motion for a two-week extension of time to file replies to the Government's response and supplemental response in opposition to Defendant's pretrial motions (DE 39, 40 and 44). Defendant's replies are due June 17, 2020. On June 16, 2020, the Government filed a supplemental opposition to defendant's motion for release of funds, (DE 44). Counsel for Defendant needs additional time to file replies and Assistant U.S. Attorney Chris Brown has confirmed the Government is unopposed to Defendant's request.

Dated:  June 16, 2020

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Fed I.D. 22508

Jean-Jacques Cabou
Alexis E. Danneman
Perkins Coie
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

Attorneys for Defendant Larry Dean Harmon