# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 19-cr-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant** : | |

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully provides this Notice of Supplemental Authority regarding a new opinion that is relevant to the Defendant's Motion To Dismiss Counts Two and Three, ECF No. 31. Yesterday, the U.S. Court of Appeals for the Fifth Circuit issued an opinion in *United States v. Gratkowski*, No. 19-50492 (5th Cir. June 30, 2020), which, among other things, found that the virtual currency exchange Coinbase is a "financial institution" that is "subject to the Bank Secrecy Act as [a] regulated financial institution[]." Slip Op. at 8. A copy of the opinion is attached hereto.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        ACTING UNITED STATES ATTORNEY
        New York Bar No. 4444188

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        C. Alden Pelker, Maryland Bar
        S. Riane Harper, D.C. Bar No. 230233
        Trial Attorneys, U.S. Department of Justice
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 252-7153 (Brown)
        (202) 616-5007 (Pelker)
        (202) 305-2593 (Harper)
        Christopher.Brown6@usdoj.gov
        Catherine.Pelker@usdoj.gov
        Riane.Harper@usdoj.gov