# Exhibit A



**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

# Memorandum of Conversation

---

**Investigation #:** ▮▮▮▮▮▮▮▮           **Location:**   Via Telephone
**Investigation Name:**   Larry Harmon
**Date:**   May 18, 2020
**Time:**   Approx. 1500-1510
**Participant(s):**   ▮▮▮▮▮▮▮▮
  Matt Price, Special Agent
  Devon Beckett, Special Agent

On the above date and time IRS-CI Special Agents Matt Price and Devon Beckett spoke with ▮▮▮▮ via telephone. ▮▮▮▮ had contacted SA Price via text message on May 17, 2020 to advise he needed to speak with SA Price. SA Beckett was conferenced into the call however SAs did not advise ▮▮▮▮ that she was also on the phone. ▮▮▮▮ provided the following information:

1. ▮▮▮▮ believes Larry Harmon's brother Gary Harmon is responsible for moving approximately 7 million dollars in bitcoin that belonged to Larry Harmon. According to ▮▮▮▮ Gary Harmon called him last week and asked for advice on using online bitcoin gambling services. ▮▮▮▮ believes based upon the nature of Gary Harmon's questions that Gary Harmon was seeking advice on how to use bitcoin gambling services to mix bitcoin that he took from Larry Harmon.

2. ▮▮▮▮ believes Gary Harmon is the only person other than Larry Harmon that has access to the seed words needed to reconstitute wallets seized by the government. ▮▮▮▮ has spoken to Larry Harmon who adamantly denies that he is responsible for moving the bitcoin. According to ▮▮▮▮ Larry Harmon believes his brother is the person who moved the bitcoin and Larry Harmon is no longer speaking with Gary Harmon as a result.

3. ▮▮▮▮ believes Larry Harmon would not have moved the bitcoin because it would "be stupid" on his part, especially since he was under house arrest. ▮▮▮▮ also believes it was not in Larry Harmon's interest to move the bitcoin himself because Larry Harmon was aware his only leverage in his criminal case were his large bitcoin holdings.

4. ▮▮▮▮ believes Gary Harmon is not the "sharpest tool in the shed" and did not think through the potential consequences for his brother before he transferred the bitcoin.

2

5. ▓▓▓ did not tell Larry Harmon, Larry's attorney or any other member of the Harmon family that he was planning to contact SA Price. ▓▓▓ said he did not plan to tell anyone he had talked to SA Price.

6. ▓▓▓ offered to work with SA Price to help recover the bitcoin Gary Harmon took. ▓▓▓ advised he could offer to help Gary Harmon tumble the bitcoin. SA Price advised ▓▓▓ that SA Price would have to consult with the United States Attorney's Office and that ▓▓▓ should not take any action without the express direction with SA Price. ▓▓▓ acknowledged that he understood.

The phone call ended at approximately 1510 hours.

I prepared this memorandum on May 19, 2020, after refreshing my memory from notes made during and immediately after the phone call with ▓▓▓.

*Matt Price*
Matt Price
Special Agent

*[signature]*