UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LARRY DEAN HARMON,

        Defendant.

Criminal No. 2019-CR-00395

**JOINT MOTION FOR CONTINUANCE OF HEARING SET FOR JULY 10, 2020**

    Pursuant to LCrR 57.2, the Parties respectfully moves the Court for a continuance of the July 10, 2020 hearing.

    The Parties continue to discuss ways in which to streamline the issues before the Court and the evidence needed to present them; the parties most recently met and conferred by telephone on these issues today. As the Court is aware, one such issue has been the allegation that Mr. Harmon was, following his release on bail, involved in the movement of roughly 712 BTC. Mr. Harmon has denied, and continues to deny, any involvement in that movement; a proffer regarding this issue is scheduled for Thursday, via videoconference. After this proffer, the Parties would like to confer further before presenting the Court with a joint status report including, among other things, their suggestions regarding what evidence needs to be taken, what form that evidence will take, and the expected length of the hearing.

    For these and other reasons, the parties respectfully request that the Court continue the hearing to a date convenient for the Court on or after July 20, 2020.

148736700.1

- 2 -

Dated: July 6, 2020

By: */s/ Jean-Jacques Cabou*

Jean-Jacques Cabou*
Alexis E. Danneman*
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

Charles Flood
Flood & Flood
914 Preston at Main
Suite 800
Houston, Texas 77002

*admitted pro hac vice*

Attorneys for Defendant Larry Dean Harmon

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I filed the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

*/s/ Charles Flood*
Charles Flood