IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## **ORDER**

UPON PRESENTATION of the parties' joint motion to continue the July 10, 2020 hearing, it is hereby GRANTED. The motions hearing is reset to July ___, 2020 at ____.

Dated this ____ day of July, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA