UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LARRY DEAN HARMON,<br><br>        Defendant. | Criminal No. 2019-CR-00395 |

**DEFENDANT'S NOTICE OF ERRATA**

Mr. Harmon's Motion to Dismiss Counts Two and Three (ECF No. 31) and his Reply in Support (ECF. 49) argued that the definition of "Money" provided in Section 28 of the D.C. Code was the only definition of that term in the D.C. Code.  That argument inadvertently overlooked the fact that "Money" is also defined in Section 15 of the Code, as the Court pointed out at oral argument.

Mr. Harmon's papers also inadvertently cited the applicable subsection of Section 28 as *D.C. Code § 28-1:201* and *D.C. Code § 28-1:201(24)*.  As the Court pointed out at oral argument, the proper citation is **D.C. Code §28-1:201(b)(24).**

Undersigned counsel acknowledges and regrets these errors.

- 2 -

Dated:  July 15, 2020

By: */s/ Jean-Jacques Cabou*
    Jean-Jacques Cabou*
    Perkins Coie LLP
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012

    Charles Flood*
    Flood & Flood
    914 Preston at Main
    Suite 800
    Houston, Texas 77002

    **admitted pro hac vice*

Attorneys for Defendant Larry Dean Harmon

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, I filed the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

*/s/ Marie van Olffen*