## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## JOINT STIPULATION REGARDING
## MOTIONS HEARING AND EVIDENTIARY HEARING

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, hereby stipulate and agree that the defendant lacks available funds, not otherwise subject to forfeiture, to pay for his counsel of choice. The government hereby withdraws its opposition to the defendant's assertion of financial need, on the grounds that any outstanding bitcoin, if secured, would not be available for the defendant's legal expenses.

                      Respectfully submitted,

                      MICHAEL R. SHERWIN
                      ACTING UNITED STATES ATTORNEY
                      New York Bar No. 4444188

By:     /s/ *Christopher B. Brown*
                      Christopher B. Brown, D.C. Bar No. 1008763
                      Assistant United States Attorney
                      555 4th Street, N.W.
                      Washington, D.C. 20530
                      C. Alden Pelker, Maryland Bar
                      S. Riane Harper, D.C. Bar No. 230233
                      Trial Attorneys, U.S. Department of Justice
                      1301 New York Ave., N.W., Suite 600
                      Washington, D.C. 20005
                      Phone: (202) 252-7153 (Brown)
                      Fax: (202) 514-6010
                      Christopher.Brown6@usdoj.gov
                      *Counsel for the United States*


                      */s/ Charles Flood (with permission)*
                      Charles Flood
                      Flood & Flood Law Office
                      914 Preston at Main, Suite 800
                      Houston, TX 77002
                      (713) 223-8877; Fax (713) 223-8877
                      charles@floodandflood.com
                      Texas Bar License# 00798178
                      Fed I.D. 22508

                      Jean-Jacques Cabou
                      Alexis E. Danneman
                      Perkins Coie
                      2901 N. Central Avenue, Suite 2000
                      Phoenix, Arizona 85012
                      *Counsel for the Defendant Larry Dean Harmon*