UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>LARRY DEAN HARMON,<br><br>                  Defendant. | Criminal No. 2019-CR-00395 |

**DEFENDANT'S MOTION TO FILE SUPPLEMENTAL POST ARGUMENT MEMORANDUM AND SUPPLEMENTAL POST ARGUMENT MEMORANDUM REGARDING OPERATION OF BITCOIN PROTOCOL**

During the oral argument in this matter on July 15, 2020, the Court and the parties discussed the operation of the Bitcoin protocol and specifically whether, in a Bitcoin transaction, coins move between different locations. The Defendant therefore respectfully moves for leave to file this memorandum to supplement a few points from that discussion and to provide additional authorities.

**SUPPLEMENTAL POST ARGUMENT MEMORANDUM REGARDING OPERATION OF BITCOIN PROTOCOL**

**I.  BITCOINS ARE CREATED AND EXIST ONLY ON THE SHARED, DECENTRALIZED LEDGER KNOWN AS THE BLOCKCHAIN**

The Bitcoin blockchain is the shared ledger on which all bitcoins exist. "Bitcoin or other digital currency isn't saved in a file somewhere; it's represented by transactions recorded in a blockchain--kind of like a global spreadsheet." Don Tapscott and Alex Tapscott, *Blockchain Revolution: How the Technology Behind Bitcoin and other Cryptocurrencies is Changing the World* (2016) at 6.

As discussed at oral argument, each "cell" of the ledger is not a separate location. Rather, each "cell", is a unique instance of ownership, controlled by whomever holds the public/private key pair for that cell. If, for example, one person controls two public/private

key pairs, she "owns" or "controls" two separate instances of funds – all in the same "location," the ledger. Neither the ledger itself, nor any entries on the ledger ever move. Rather both the ledger and the coins reflected on it, simply grow longer with each transaction.

## II. BITCOINS THEMSELVES ARE NOT THINGS THAT MOVE, THEY ARE A "CHAIN OF DIGITAL SIGNATURES" WITH NO LOCATION OTHER THAN THE BLOCKCHAIN

While it is common to colloquially speak of bitcoins in a way that suggests they are things that move, they don't. What happens is that control is transferred. As the original Bitcoin whitepaper explains, a bitcoin is no more and no less than "a chain of digital signatures. Each owner transfers the coin to the next by digitally signing a hash of the previous transaction and the public key of the next owner and adding these to the end of the coin." Satoshi Nakamoto, *Bitcoin: A Peer-to-Peer Electronic Cash System* (2008) available at https://bitcoin.org/bitcoin.pdf?fbclid=IwAR1G39spmnoTCSu9ME-tZ9GxbRKHvRmGyfvJurAwMM_dUDgnDrFi1Tltha0.

Put another way, when a user creates a transaction, nothing is sent anywhere. Rather through their wallet software "a transaction output is created in the form of a script that creates an encumbrance on the value and can only be redeemed by the introduction of a solution to the script." Andreas Antonopoulos, *Mastering Bitcoin*, (2014) Ch. 2. available at https://www.oreilly.com/library/view/mastering-bitcoin/9781491902639/ch02.html. The transaction creator "will therefore 'encumber' the output value with a demand for a [digital] signature from [the recipient]." *Id.*

A recent legal statement by the UK Jurisdiction Taskforce (the "Legal Statement") provides a further helpful explanation in legal, rather than technical terms. The UK Taskforce did not explicitly decide whether "cryptoassets" like Bitcoin are money. Rather, applying principles of the common law, the UK Taskforce concluded that "cryptoassets [like Bitcoin] are therefore to be treated in principle as property." UK Jurisdiction Taskforce, *Legal Statement on Cryptoassets and Smart Contracts* (2019) at ¶15(d)

available at https://35z8e83m1ih83drye280o9d1-wpengine.netdna-ssl.com/wp-content/uploads/2019/11/6.6056_JO_Cryptocurrencies_Statement_FINAL_WEB_111119-1.pdf

In reaching that conclusion, the Taskforce analyzed a number of questions relevant to the Court's inquiry here.  For instance, answering the question of "[h]ow is ownership transferred [of a cryptoasset]," the UK Taskforce noted "[t]hat question requires consideration of what actually happens on a transfer."   *Id.* at ¶44.  The Legal Statement went on to explain that "to make a transfer within the cryptoasset system, the transferor typically modifies the public parameter, or generates a new one, so as to create a record of the transfer (including details of the transferee)." *Id*.  Explaining further, the Taskforce stated that [a]lthough one can describe…the process as a transfer…it is not really analogous to the delivery of a tangible object…where the thing passes, unchanged, from one person to another." *Id.* at ¶45.  When a bitcoin transaction happens, nothing moves anywhere.  Rather "the transferor typically brings into existence a new cryptoasset, with… a new or modified public parameter and a new private key."  *Id*.  "The 'new' cryptoasset is represented by new data and controlled by a new key." *Id*.  Specifically addressing the question of whether Bitcoin exists in a particular place, the UK Taskforce explained "for a truly decentralised system such as Bitcoin…it does not make much sense to say that there is any one country where the asset is recoverable or enforceable."  *Id.* at ¶96.  Explaining their rationale, the UK Taskforce went on to note that "[t]here is very little reason to try to allocate a location to an asset which is specifically designed to have none because it is wholly decentralised."  *Id. at* ¶97.

Whether explained in legal or technical terms, bitcoin transactions do not involve the transfer of funds from one location to another.  They all take place on the blockchain and they are no more and no less than alterations of digital files in a way that changes the credentials needed to control them.

Dated:  July 17, 2020

By: */s/ Jean-Jacques Cabou*
    Jean-Jacques Cabou* (*admitted pro hac vice*)
    Perkins Coie LLP
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012

    Charles Flood*
    Flood & Flood
    914 Preston at Main
    Suite 800
    Houston, Texas 77002

Attorneys for Defendant Larry Dean Harmon

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, I filed the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

                                                 */s/ Jennifer McNamara*