UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LARRY DEAN HARMON,<br><br>                    Defendant. | Criminal No. 2019-CR-00395 |

**ORDER**

Upon consideration of the Defendant's Motion to File Supplemental Post Argument Memorandum and Supplemental Post Argument Memorandum Regarding Operation of Bitcoin Protocol, it is this ___ day of July, 2020, hereby

ORDERED, that the motion is GRANTED, and the Defendant's Motion to File Supplemental Post Argument Memorandum and Supplemental Post Argument Memorandum Regarding Operation of Bitcoin Protocol shall be docketed in the above referenced case.

 

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA