UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　v.<br><br>LARRY DEAN HARMON,<br><br>　　　　Defendant. | Criminal Action No. 19-395 (BAH)<br><br>Chief Judge Beryl A. Howell |

**ORDER**

Upon consideration of defendant's Motion to Dismiss, ECF No. 31, and defendant's Motion for Release of Funds Needed to Secure Counsel or Alternative Motion for a Hearing, ECF No. 32; the memoranda submitted in support and opposition of each of those motions; the arguments advanced at the hearings held on July 15 and July 21, 2020; and the entirety of the underlying record, for the reasons set out in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the defendant's Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that the defendant's motion to release 160 bitcoins seized by the government is **DENIED**.

**SO ORDERED.**

Date: July 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge