# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 19-cr-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant** : | |

## JOINT PROPOSAL REGARDING SCHEDULING ORDER

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following Joint Response to the Court's July 24, 2020 Minute Order directing the parties "to jointly propose, by July 28, 2020, a schedule for further proceedings in this matter, including three proposed dates for (1) pre-trial conference and (2) trial." In response whereof, the parties respectfully state as follows:

1. The parties propose the following pretrial deadlines:

   a. By October 30 2020, the parties shall file any pretrial motions other than motions in limine; by November 13, 2020, the parties shall file any oppositions; and by November 20, 2020, the parties shall file any replies;

   b. By December 1, 2020, the parties shall file any motions in limine; by December 15, 2020, the parties shall file any oppositions to motions in limine; and by December 22, 2020, the parties shall file any replies; and

   c. By January 29, 2021, the parties shall file the Joint Pretrial Statement.

2. The parties propose the following dates for the Pretrial Conference:

   a. February 12, 2021;

   b. March 12, 2021; or

      c. March 26, 2021.

3. The parties tentatively estimate that trial may last approximately 4-8 days, and propose the following dates to commence jury selection:

      a. March 1, 2021;

      b. March 29, 2021; or

      c. April 12, 2021.

4. On March 13, 2020, the Court declared this a complex case and excluded time from computation under the Speedy Trial Act for a period of 180 days, from March 13, 2020 through September 11, 2020.

5. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice until the date ultimately selected by this Court for trial pursuant to the attached proposed scheduling order. This additional period is necessary to allow the Defendant to fully review the voluminous and complex discovery in the case and to adequately prepare for trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the Defendant in a speedy trial. The Defendant understands and waives his rights under the Speedy Trial Act.

WHEREFORE, the parties respectfully request that the Court enter the attached scheduling order.

                Respectfully submitted,

                MICHAEL R. SHERWIN
                ACTING UNITED STATES ATTORNEY
                New York Bar No. 4444188

By:     /s/ *Christopher B. Brown*
                Christopher B. Brown, D.C. Bar No. 1008763
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                C. Alden Pelker, Maryland Bar
                S. Riane Harper, D.C. Bar No. 230233
                Trial Attorneys, U.S. Department of Justice
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                Phone:  (202) 252-7153 (Brown)
                Fax:  (202) 514-6010
                Christopher.Brown6@usdoj.gov
                *Counsel for the United States*


                */s/ Charles Flood (with permission)*
                Charles Flood
                Flood & Flood Law Office
                914 Preston at Main, Suite 800
                Houston, TX 77002
                (713) 223-8877; Fax (713) 223-8877
                charles@floodandflood.com
                Texas Bar License# 00798178
                Fed I.D. 22508
                *Counsel for the Defendant Larry Dean Harmon*