UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

Upon consideration of the parties' Joint Proposal Regarding Scheduling Order,

IT IS ORDERED, that by October 30 2020, the parties shall file any pretrial motions other than motions in limine; by November 13, 2020, the parties shall file any oppositions; and by November 20, 2020, the parties shall file any replies;

IT IS FURTHER ORDERED, that by December 1, 2020, the parties shall file any motions in limine; by December 15, 2020, the parties shall file any oppositions to motions in limine; and by December 22, 2020, the parties shall file any replies;

IT IS FURTHER ORDERED, that by January 29, 2021, the parties shall file the Joint Pretrial Statement;

IT IS FURTHER ORDERED, that the Pretrial Conference shall be scheduled for _____, 2021, at _____ a.m./p.m.; and that a Jury Trial shall be scheduled to begin on _____, 2021, at _____ a.m./p.m.; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from September 11, 2020 until _____ 2021, be excluded from computation of time under the Speedy Trial Act in this case, in order to give defense counsel time to review the voluminous discovery in this matter and to adequately prepare for trial, and that the ends of justice

served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    Dated this _____ day of July, 2020.

                                _____
                                BERYL A. HOWELL
                                CHIEF JUDGE
                                UNITED STATES DISTRICT COURT
                                FOR THE DISTRICT OF COLUMBIA