UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## GOVERNMENT'S OPPOSITION TO MOTION TO RECONSIDER

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully submits the following opposition to the defendant's Motion To Reconsider, ECF No. 63.

1. As stated in the government's Notice of Supplemental Authority, ECF No. 62, which is incorporated herein by reference, the unpersuasive reasoning of a single non-public letter sent in 2016 by the D.C. Department of Insurance, Securities and Banking ("DISB") to a private party should not alter this Court's analysis of the D.C. Money Transmitters Act ("MTA") in its Memorandum Opinion of July 24, 2020, ECF No. 59. The defendant offers no reason why the discovery of this non-public letter warrants reconsideration of the Court's decision. In fact, the Court has already considered, and rejected, the sole basis for the DISB letter's reasoning—a single definition in Black's Law Dictionary—and engaged in a much more thorough and far-reaching analysis of the MTA using all the tools of statutory interpretation. The motion for reconsideration should be denied.

        Respectfully submitted,

        MICHAEL SHERWIN
        ACTING UNITED STATES ATTORNEY
        New York Bar No. 4444188

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        C. Alden Pelker, Maryland Bar
        S. Riane Harper, D.C. Bar No. 230233
        Trial Attorneys, U.S. Department of Justice
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 252-7153 (Brown)
        (202) 616-5007 (Pelker)
        (202) 305-2593 (Harper)
        Christopher.Brown6@usdoj.gov
        Catherine.Pelker@usdoj.gov
        Riane.Harper@usdoj.gov