```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,          )  Criminal Action
                                   )  No. 19-395
vs.                                )
                                   )
LARRY DEAN HARMON,                 )  July 21, 2020
                                   )
              Defendant.           )  Washington, D.C.
   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF VIDEOCONFERENCE PROCEEDING**
**BEFORE THE HONORABLE BERYL A. HOWELL**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

**(All parties appearing videoteleconference)**

**APPEARANCES**:

```
FOR THE GOVERNMENT: CHRISTOPHER B. BROWN
                    C. ALDEN PELKER
                    S. RIANE HARPER
                    U.S. Attorney's Office
                    For the District of Columbia
                    555 Fourth Street, NW
                    Washington, DC 20530
                    (202) 252-7153
                    Email: Christopher.brown6@usdoj.gov

FOR THE DEFENDANT:  CHARLES FLOOD
                    914 Preston
                    Suite 800
                    Houston, TX 77002
                    713-223-8877
                    Email: Charles@floodandflood.com

                    JEAN-JACQUES CABOU
                    Perkins Coie LLP
                    2901 N. Central Avenue
                    Phoenix, AZ 85012
                    602-351-8000
                    Email: Jcabou@perkinscoie.com

Court Reporter:     Elizabeth SaintLoth, RPR, FCRR
                    Official Court Reporter
```

Proceedings reported by machine shorthand, transcript
produced by computer-aided transcription.

1             **P R O C E E D I N G S**

2                    (The following is an *excerpted* portion of the

3        videoconference proceeding held on July 21, 2020 which

4        contains only the **testimony** portion of the proceeding.)

5                                    * * * * *

6                    THE COURT:  So where is Agent Price?  I see him.

7                    THE WITNESS:  I am here, Your Honor.

8                    THE COURT:  There he is.  Got it.  Matthew Price.

9                    All right.  Ms. Gumiel, could you administer the

10       oath to Mr. Price?

11                   THE DEPUTY:  Yes.

12                   (Whereupon, MATTHEW PRICE, was sworn, 10:51 a.m.)

13                   THE COURT:  Mr. Flood.

14                   MR. FLOOD:  Thank you, Your Honor.

15                                CROSS-EXAMINATION

16       BY MR. FLOOD:

17       Q.  Agent Price, you are the lead case agent in this matter;

18       is that correct?

19       A.  Yes.  I am one of the agents on the case.  I am the lead

20       case agent.

21       Q.  Did you testify before the grand jury?

22       A.  Yes, I did.

23                   MR. FLOOD:  Your Honor, I don't know to what

24       extent I am entitled to his prior testimony in this matter

25       which, I guess, could make it a very brief line of

1    questioning if I'm entitled to that before I continue

2    questioning.

3            THE COURT:  Well, I mean -- I think that

4    generally, you know, federal rules don't apply.  I don't

5    know if Rule 3500 -- you know, Jencks Act doesn't really

6    apply to these kinds of proceedings.  It is an issue of

7    first impression here before the Court, I am going to say

8    you are not entitled to the grand jury testimony.  There is

9    only a certain amount of discovery I am going to permit

10   here.

11           Mr. Brown, did you want to say something?

12           MR. BROWN:  Your Honor, I just wanted to point out

13   Rule 26.2, which governs the *Jencks* proceedings outside of

14   trial, specifically lists other types of proceedings that

15   are subject to *Jencks* obligations, and this is not one of

16   those pretrial proceedings.

17           THE COURT:  Thank you, Mr. Brown.

18           So proceed, Mr. Flood.

19           MR. FLOOD:  Thank you, Your Honor.

20   BY MR. FLOOD:

21   Q.  Mr. Price, how long have you been investigating this

22   matter?

23   A.  Approximately two years.

24   Q.  And in that investigation -- I know you have analyzed

25   computers, cell phones, and, recently, all of these backup

1    data for the Helix program; is that right?

2    A.  Yes.

3    Q.  And so you have analyzed encrypted emails and text

4    messages, I'm assuming, from Mr. Harmon's phone?

5    A.  Yes.  Myself, as well as other special agents and

6    analysts involved in the case, yes.

7    Q.  Are there any communications involving Mr. Harmon where

8    he discusses drug transactions?

9    A.  There are communications with Mr. Harmon, both

10   communicating with what appears to be the administrators of

11   Darknet markets, as well as clients of Helix, Helix and

12   Grams -- in particular Helix -- in which the client refers

13   to depositing or withdrawing funds from a Darknet market.

14          And, similarly, with the Grams service,

15   post service Helix, I have also observed communications with

16   vendors on those sites; one particular that comes to mind

17   is -- cannabisuser1 is the name.

18   Q.  Let me clarify.  You're equating Darknet markets with

19   communicating regarding drug transactions?

20   A.  Sir, if I understand your question correctly, what I am

21   saying is that I have read emails which I believe is a fair

22   representation that those individuals are communicating with

23   regards to drug transactions.  The reason I say that is the

24   individuals are talking about sending funds to a Darknet

25   market or referring to being a vendor on a Darknet market

1    which again, in my experience, is almost always drug related

2    or narcotics related.

3    Q.  Right.  And so "almost always" is where I am going here.

4          Are there any communications -- without equating

5    Darknet market to drug transactions, are there

6    communications between Mr. Harmon and anyone specifically

7    talking about doing or funding drug transactions?

8    A.  I don't recall seeing any associated -- excuse me -- a

9    communication that said, for example, Help me sell drugs.

10          What I do recall seeing in a fair number of

11   instances is communications -- what I would call

12   facilitation of that, namely, helping to conceal the Bitcoin

13   involved in those transactions.

14   Q.  And so these advertisements that the Court referenced --

15   and you have them in your materials.  These advertisements

16   where Mr. Harmon is talking to a Darknet market -- or

17   allegedly Mr. Harmon, whoever Grams admin is -- these

18   advertisements, they don't talk about drug transactions, do

19   they?

20   A.  Which "advertisements" are you referring to; Reddit or

21   the site itself?

22   Q.  Well, you referenced the advertisement that he sends

23   to -- is it PDP, or something like that?  It's one of the

24   other Darknet markets where he was proposing doing business

25   with him.  Here we go, Cloud 9 market --

1              THE COURT:  Mr. Flood, could you just -- since

2       there are two "Price" affidavits, could you give me the

3       docket number and page and/or paragraph, please?

4              MR. FLOOD:  Sure.  I'm sorry, Your Honor.

5              For your purposes, Your Honor, I am only going to

6       be referencing the June 3rd affidavit, docket 41.  And I am

7       talking about paragraph 6 on pages 3 to 4.

8       BY MR. FLOOD:

9       Q.  Agent Price, these communications from Grams admin to

10      these other markets, do they reference drug transactions?

11      A.  The communications reference integrating the service

12      into the Darknet market such as Evolution, which is a

13      well-known drug market.  The vast majority, if not entirely

14      of it, is drugs.

15      Q.  Okay.  Do you have any evidence of that?

16      A.  "Evidence," as in, I am familiar with the site and have

17      visited it in the past and have spoken with other agents

18      investigating sites such as that in other departments, yes.

19      Q.  So do we have any percentages -- in this case I have

20      noticed that we're conflating Darknet markets with drug

21      trafficking.  Darknet markets do lots of things, correct?

22      A.  Sells almost exclusively illicit items, the vast

23      majority of which tend to be illegal narcotics.

24      Q.  What else do they sell?

25      A.  Depending on the market, particular -- for example,

1    Evolution or similar -- again, mostly narcotics; usually

2    stolen identity documents; stolen tax return information;

3    computer exploits; broad documents; occasionally logins to

4    websites; illicit logins; in some cases, guides to commit

5    frauds or guides to gain access --

6            THE COURT:  I'm sorry.  Agent Price, you just --

7    your voice really got lost there.

8            Could you repeat the last thing you said?

9            THE WITNESS:  My apologies, Your Honor.  My

10   internet service is failing me.

11           What I was saying, Your Honor, was in my

12   experience and from reviewing Darknet market, such as

13   Evolution and others, the vast majority of the products sold

14   on those sites are narcotics.

15           Mr. Flood had asked me what else is on there.

16           In my experience, it's primarily other illicit

17   goods, such as stolen identity information, fraudulent

18   documents, computer exploits, how-to guides, and occasional

19   one-off items, such as weapons or stolen logins for websites

20   or banking information.

21   BY MR. FLOOD:

22   Q.  So based on your analysis, is there any way to trace --

23   of the transactions that you traced from -- I want to ask a

24   question about transactions from the Darknet market.

25           These aren't from the markets themselves; these

1    are from users of the market, correct?

2    A.   So those transactions are Bitcoins sent from the

3    custodial wallet of those markets to Helix.  So, in that

4    case, it would be a customer of that market using the

5    custodial wallet, their wallet on that site, essentially

6    similar to an Ebay account.  The customer would then send

7    those funds to Helix directly, at least -- and that refers

8    only to those direct transactions that I referenced in my

9    affidavit.

10   Q.   And so these direct transactions -- have you identified

11   any of these transactions as drug transactions?

12   A.   I don't know that I have a specific instance I can cite

13   for you.  But, again, it's a fair probability -- a high

14   probability that -- given the volume of what is sold on

15   those markets in particular, almost exclusively narcotics,

16   that those transactions are from the proceeds or the result

17   of the sale of narcotics.

18   Q.   So the answer is no, you have not identified a single

19   drug transaction?

20   A.   Again, I would say I have identified the high

21   probability that those proceeds are from the sale of

22   narcotics.

23   Q.   Or one of the numerous items you listed earlier,

24   correct?

25   A.   I believe that is possible.  But, again, based on the

1    kind of logical inference that if 90-some percent of items

2    for sale are narcotics, I feel it's logical that 90 percent

3    of those proceeds would be from the sale of narcotics.

4    Q.  Do you have any evidence to suggest that 90 percent of

5    the items on the Darknet markets are narcotics?

6    A.  I have experience from personal review of Darknet

7    markets and of working investigations on Darknet markets.

8    Now, it could be 85 percent.

9            It could be -- I don't want to give you a solid

10   number because I think every market is different.  But

11   again, in my experience, operating on these sites as a law

12   enforcement officer investigating these sites, the vast

13   majority of them are narcotics based.

14   Q.  And going back to specific communications or anything to

15   suggest a conspiracy, do you have any specific evidence that

16   Mr. Harmon conspired with anyone regarding drug

17   transactions?

18   A.  In addition to the communications with market

19   administrators?

20   Q.  Well, do any of those communications reference drug

21   transactions?

22   A.  They reference integrating Helix into a known Darknet

23   market which is known to sell narcotics.

24   Q.  So is the answer no, they don't reference drug

25   transactions?

1    A.  I will answer you --

2              THE COURT:  Well, are you asking for an expressed

3    reference, Mr. Flood?  I mean, I think the agent has

4    answered that question.

5              What -- do you have another area of inquiry?

6              MR. FLOOD:  Sure.

7    BY MR. FLOOD:

8    Q.  So there are -- just to reiterate, these communications

9    talk about integration with a marketplace, but they don't

10   talk about those transactions specifically or anything

11   referencing narcotics or controlled substances?

12   A.  In the communications that I have reviewed, I have not

13   seen any that specifically said, for example, the word

14   "narcotics."  But, again, I would reiterate that the

15   communications are with the administrators of the Darknet

16   markets whose primary if not sole business is to sell or

17   facilitate the sale of illegal narcotics.

18   Q.  In analyzing -- you have had a couple of months now with

19   the backbone data and -- backup data for this Helix machine,

20   correct?

21   A.  I would say approximately a month, month and a half,

22   yes, as we're beginning to access it.

23   Q.  Have you been able to determine whether that information

24   contains any evidence of laundering drug proceeds?

25   A.  Are you referring to the source code or are you

1    referring to something else?

2    Q.  Well, you have indicated that you have the source code

3    used to create and operate Helix.  I am assuming that gives

4    you the opportunity or the availability to go through the

5    transactions that operated Helix; is that correct?

6    A.  So the source code is what I would describe as the

7    backbone of the site.  We are still active trying to

8    re-create that, and we have portions of the actual database

9    that would contain those transactions; however, we have not

10   fully restored all of that yet.  We are still continuing to

11   review.

12   Q.  To your knowledge, did the Helix site or the operators

13   of Helix know any information regarding the underlying

14   transaction?

15           THE COURT:  Mr. Flood, can I just say that this is

16   basically the same question that the agent has answered

17   before; that Helix was being used to communicate with

18   Darknet sites where the majority of the transactions were

19   involved in narcotics.  So, I think, let's move on.

20           MR. FLOOD:  I was asking a little more specific

21   question regarding -- that was on the Darknet end, Your

22   Honor.  I was asking on the Helix side of it, has he been

23   able to analyze it.

24           THE COURT:  Helix is a software program.  I mean,

25   I am not -- you are talking about the source code.  The

1    source code is not going to say in between zeroes and ones

2    in the source code, you know, let's throw in a narcotics

3    word.  I don't even understand how to make sense of that

4    question, Mr. Flood.

5            What are you trying to say, a software program

6    that is going to be throwing around narcotics words?

7            What is your question?

8    BY MR. FLOOD:

9    Q.  In analyzing -- Agent Price, in analyzing the data

10   received from Helix, the program, does it have transaction

11   history?

12           MR. FLOOD:  Your Honor, he disappeared from my

13   screen.  We may have lost him.

14           THE COURT:  Mr. Brown, could you just let the

15   agent know that I think his connection was terminated?

16           MR. BROWN:  Yes, Your Honor.

17           THE WITNESS:  I think I'm back.  I apologize.  My

18   Internet seems to be coming back sporadically.

19           THE COURT:  Like a ghost.  Okay.

20           THE WITNESS:  Are you able to hear me?

21           MR. FLOOD:  He is now in the CIA, Your Honor.

22           THE COURT:  Okay.  But we'll take what we can get.

23           MR. FLOOD:  Agent Price, can you hear me?

24           THE WITNESS:  Yes, sir, I can.  I apologize.

25   BY MR. FLOOD:

1    Q.  The last question I had was just about:  Have you been

2    able to access any transaction history from Helix?

3    A.  Sir, yes.  A small portion.  We are continuing to work

4    on that and pare it down to see the functions of the

5    blockchain analysis.

6    Q.  Does that analysis allow you to understand what the

7    underlying transaction was for, what product?

8    A.  Well, I think, sir, the challenge is almost kind of

9    twofold.  One, when you're referring to the "transaction,"

10   are you referring to a customer deposit into Helix or a

11   customer withdrawal?  Or are you referring separately to the

12   Bitcoin that Mr. Harmon was in possession of?

13   Q.  Good question.

14        I am going to go to the buyer side in a moment;

15   and I have a couple of questions about that because that's

16   referenced in the Government's response and in your

17   affidavit.

18        But I was just talking about the transactions you

19   have identified having come from the dark web or the dark

20   markets.

21   A.  Understood.

22        So that is a project we continue to work on, yes.

23   I don't know that I have, off the top of my head, a specific

24   transaction that I can cite for you currently.

25        Again, we're going on the profit -- large volume

1    transactions and the fact that those markets sell almost

2    exclusively narcotics as a fair probability that those are

3    some of the proceeds of narcotics sales.

4    Q.  And there is also a fairly decent chance that they're

5    not the proceeds of narcotic sales, right?

6             You have -- by your own statement, at least 10

7    percent of them are not going to be related to drugs,

8    correct?

9    A.  I don't know that I can put a specific number on that

10   for you; it would vary from market to market.

11            I mean, I suppose that is possible.  But again, in

12   my experience, those markets are used again primarily for

13   drugs.  In fact, I can't think of many other reasons to use

14   those sites; and that's how a lot of them got started, is to

15   make it easier to purchase narcotics.

16   Q.  Well, you can't think of a lot of reasons other than the

17   ones you listed earlier, correct?

18   A.  Correct.  Yes.  I mean, again, if you wanted to buy a

19   stolen tax ID, I guess you could use the market for that.

20   Q.  Now, I want to go briefly into this one thing just

21   because I told the Court I would.

22            Exhibit 3 to your June 3rd is a communication

23   alleged to be -- it's a Grams admin Reddit post; do you know

24   which one I am talking about?

25   A.  I believe -- you may have to read it for me.  I

1    apologize.

2    Q.  Sure.  Well, it's kind of lengthy; I don't want to read

3    the whole thing.  But it talks about -- it was posted

4    June 22nd, 2014.

5            Oh, good.  Somebody put it on the screen.

6    A.  I see it.  Thank you.

7    Q.  If you will notice, this talks about a user having to

8    deposit money into Grams in order to use Grams; is that

9    right?

10   A.  If you could --

11   Q.  On the sixth line it says:  There is a .01 BTC entry fee

12   to create a Grams account.  Do you see that?

13   A.  Yes.  I do see that.  I do see that, yes.

14   Q.  And in order to utilize the Helix product you would have

15   to have more than .02 BTC; do you see that?

16   A.  Yes.  I do.  I do see that, yes.

17   Q.  So this is prior to -- Grams was prior to Helix,

18   correct?

19   A.  Yes, it was.

20   Q.  And Grams was set up as a search engine for these

21   marketplaces; is that correct?

22   A.  Yes.  That is correct.

23   Q.  And so this is money people are putting into Grams that

24   is prior to Helix; is that correct?

25   A.  Could you remind me of the date?

1           I don't see that on the screen.

2    Q.  This is June 22nd, 2014.

3    A.  At this point I believe Helix was actually live, in its

4    early stages.

5    Q.  But at this point Helix is a product of Grams' users,

6    correct?  You have to be a Grams user to use it?

7    A.  Yes.  It's my understanding that initially Grams

8    required -- excuse me.  To use Helix you are required to

9    create an account on Grams; however, it's an integrated

10   service of Grams, at least early on.

11   Q.  Do you have any idea how many people signed up to use

12   this service?

13   A.  To use Helix or Grams?

14   Q.  This Grams sign-in where you had to pay to be a member?

15   A.  No.  That is still an issue we're trying to work on

16   based on the devices we have seized.

17   Q.  If I told you that 50,000 people signed up to use this

18   and deposited that minimum amount would you have any reason

19   to dispute that?

20   A.  I don't know that I can confidently answer that, sir,

21   without doing an analysis.

22           I would say that, again, signing up for Grams --

23   the point of Grams is to allow you to search for drugs.  In

24   fact, the name of "Grams" is a play on "Google."  And grams

25   is the method typically used to measure the weight of

 1    narcotics.

 2    Q.  How do you know that?

 3    A.  Sir, I know that through practical experience as a law

 4    enforcement officer, and it's commonly known that narcotics

 5    are measured in grams.

 6    Q.  Do you have the Instagram program on your phone?

 7    A.  I do not, sir.  No.

 8    Q.  Instagram doesn't have anything to do with drugs, does

 9    it?

10    A.  I don't believe so, but --

11            THE COURT:  Mr. Flood, where are you going with

12    this?

13            MR. FLOOD:  Well, I think he has made a logical

14    leap with no evidence, Your Honor, so I was just pointing

15    that out.

16            THE COURT:  Well, I think he talked about his

17    experience -- practical experience.  Move on, please.

18            MR. FLOOD:  Sure.

19    BY MR. FLOOD:

20    Q.  Agent Price, if, hypothetically, 50,000 people signed up

21    to use Grams at .01 BTC each would you agree that would be

22    500 Bitcoin that were completely untainted before being put

23    into Helix?

24    A.  I guess I agree with your statement that they may have

25    come from the operation of Grams.  But I think because Grams

1    and Helix are essentially run by the same person and linked

2    as almost a unit -- in fact, Grams and Helix were once --

3    Grams was launched; Helix was added as a feature of Grams,

4    and it's pretty much all from the same particular activity.

5    Q.  But the money put in didn't have anything to do with

6    Helix at that point, right; it was put in from somewhere

7    else?  You don't know where it came from other than a user

8    of that service?

9    A.  I do not.  However, that money -- at least a portion, if

10   not all -- was also used to expand Grams into Helix.

11   Q.  And that brings me to earlier -- the buyer side of this,

12   you talked about that in your affidavit.

13            And by "buyer side," I mean a person entering into

14   these marketplaces.  And those are the ones that you have

15   identified that Mr. Harmon is allegedly speaking to in some

16   of these communications, correct?

17   A.  Sir, you are referring to the Reddit posts and email

18   communications in my affidavit?

19   Q.  Yes, sir.

20   A.  Yes.  So that refers to numerous Darknet markets.  Agora

21   is one specifically I referenced in there.

22   Q.  And in these communications the Grams admin is telling

23   regular people -- just not drug users, not anything -- we

24   don't know anything about them other than he is saying:

25   Look, before you put your money in these dark markets, you

1   should put it through a tumbler; is that correct?

2   A.  Yes.

3   Q.  Then --

4   A.  Well, go ahead.

5   Q.  No.  Please finish.

6   A.  I was just -- you're referencing a Reddit site called

7   *Darknet Market News* which is a Reddit chain which is

8   essentially explaining how to use Darknet markets -- new

9   users of it.

10  Q.  Again, you're equating Darknet markets with illegality,

11  correct?

12  A.  Again, in my experience they're primarily to sell

13  products you couldn't buy at a store, like Ebay or

14  quote-unquote legitimate sites, such as Amazon.

15  Q.  And just to give you a hypothetical, let's say my

16  12-year-old son is very into fancy Chinese sneakers, okay,

17  and I have a coin-based account; and I want -- the only

18  place I can find them is on a dark web.  Okay.

19          If I want to purchase those, taking the Grams

20  admin advice, I would move money from my coin base through

21  Helix and then purchase them on the Darknet; is that

22  correct?

23  A.  I suppose so.  However, if you're buying shoes, I am not

24  really sure what the need to tumble Bitcoin would be.

25  Q.  Well, let's talk about that.

1          Now, the Darknet, as you have said, is a place

2     filled with crime and bad actors, correct?

3     A.   Yes.

4     Q.   And it's not a place where you -- my coin-based account

5     and, in fact, everybody's regular Bitcoin account -- it's

6     tied to their bank generally, correct?

7     A.   Usually, yes.

8     Q.   And so you don't want to bring your coin-based money to

9     the Darknet, correct?

10    A.   More than likely not.

11    Q.   And that's what they're using the tumbler for; it's not

12    a taint at that point, it's a security issue, correct?

13    A.   I suppose it could be.

14          However, if in your example -- if I were buying

15    shoes, I would probably use a tumbler that's not affiliated

16    with a known narcotics site, a site that advertises how to

17    search for drugs.  There were many others tumblers that were

18    available during this time, including some on the clear net,

19    that may have less than that -- for lack of a better term --

20    tie to a -- ties to persons known to search for that.

21    Q.   Well, if Joe Q Citizen who is buying shoes doesn't know

22    what is associated with what, and they just go to this thing

23    that's says new -- for the Court, which means a newbie or a

24    new user -- he looks this up on Reddit, hey, how do I do a

25    transaction?  He's told, well, put it through this tumbler,

1    correct?

2    A.  I suppose so, sir.  I cannot speculate.

3    Q.  And that's not drug money, right?

4    A.  I suppose the shoe purchase may not be.  I don't know.

5    Q.  Well, but --

6            THE COURT:  Mr. Flood, could you move on, please?

7            MR. FLOOD:  Sure.

8            THE COURT:  I don't know what your point is other

9    than establishing that money through Helix moved from

10   account to account to account, which is helpful on the

11   motion to dismiss; so why don't you move on.

12           MR. FLOOD:  Sure.  If I may briefly respond, Your

13   Honor.

14           There is this notion that all of this money is on

15   the backside of a drug transaction or an illegal

16   transaction, but they have recently brought up that the

17   money is tainted because it is on the frontside of a money

18   transaction.  And I am just pointing out that there is no

19   evidence of taint on the front side of the drug transaction.

20           And so if they're moving to keep all of this money

21   as the direct proceeds of the money laundering conspiracy,

22   which is what they have said in their papers, a large

23   portion of this is from people that -- on the frontside of

24   the Darknet market, if that makes sense.  So I am just

25   clarifying that, Judge.

1        THE COURT:  Okay.  Do you have any other areas you

2   want to talk about?

3        MR. FLOOD:  Just one moment.

4   BY MR. FLOOD:

5   Q.  And I guess briefly, Agent Price, you brought up that

6   there are other tumblers.  Tumbling Bitcoin is not illegal,

7   correct?

8   A.  Depending on the laws of the country and the source of

9   the funds coming in for failure to register with the

10  financial crimes enforcement foreign entity and depending on

11  where the tumbler is located.

12  Q.  Well, in my prior hypothetical of me buying shoes, I

13  could go and use a tumbler to do that to take my bank

14  account information off of it, right?

15  A.  I suppose you could.

16  Q.  And so of the, roughly, 12 percent of the transactions

17  that we identified in the bond hearing -- you remember we

18  were between 10 and 15 percent on having it come from

19  Darknet markets, have you been able to narrow that down to

20  anything that reflects drug transactions?

21  A.  I am not sure I completely understand the question.

22  Q.  Well, if you remember from the evidence at the bond

23  hearing -- and I remember you being there -- you identified

24  approximately 43,000 Bitcoin that went from users of a

25  Darknet market to Helix; is that correct?

1    A.  Yes.  That's correct.

2    Q.  And that amounted to I believe about 12 percent of the

3    total Bitcoin that went through Helix, correct?

4    A.  That sounds about correct, yes.

5    Q.  So we have 88 percent of the Bitcoin that went through

6    Helix that did not knowingly come from a Darknet market, it

7    came from somewhere else that you have not identified?

8              MR. FLOOD:  The question was so good he dropped

9    out, Your Honor.

10             (Whereupon, the proceeding pauses to address

11   technical difficulties.)

12             THE COURT:  Mr. Brown, are you contacting the

13   agent to have him re-establish his connection?

14             MR. BROWN:  Yes, Your Honor.

15             And if this keeps happening, Your Honor --

16             THE COURT:  He can just be on teleconference.

17             MR. BROWN:  Is there a telephone number that he

18   can dial into?

19             THE DEPUTY:  Yes.

20             THE COURT:  Yes.  Ms. Gumiel, can you provide

21   that?

22             THE DEPUTY:  Yes, Your Honor.

23             THE COURT:  Ms. Gumiel is emailing it to you right

24   now, Mr. Brown.

25             MR. BROWN:  Thank you, Your Honor.

1              We'll send it over as soon as we receive it.

2              THE COURT:  Mr. Brown, have you been able to

3    communicate the telephone conference number to Agent Price?

4              Have I lost Mr. Brown?

5              MR. BROWN:  One moment, Your Honor.

6              THE WITNESS:  This is Agent Price.  I lost the

7    Wi-Fi in my -- I moved to a landline location.  I hope it's --

8              THE COURT:  There you are.

9              Okay.  If this happens again, Agent Price, we've

10   provided you with a teleconference number; and we'll proceed

11   with your testimony via teleconference.

12             And he's frozen.  Okay.

13             MR. BROWN:  Your Honor, we have asked him to just

14   call in.

15             THE COURT:  Thank you, although we appreciate his

16   efforts of moving his location around.

17             (Whereupon, Agent Price re-joins the proceeding

18   via telephone.)

19             THE WITNESS:  Hello.  This is Special Agent Price.

20             THE COURT:  Okay.  Agent Price, thank you for your

21   efforts.  I think we're just going to proceed by

22   teleconference at this point.

23             THE WITNESS:  Yes, Your Honor.  I apologize for

24   that.

25             THE COURT:  That's all right.

1          Mr. Flood.

2          MR. FLOOD:  Thank you, Your Honor.

3     BY MR. FLOOD:

4     Q.  Agent Price, we were talking about the 12 percent or,

5     roughly, the 43,000 Bitcoin that you traced from the

6     Darknet, correct?

7     A.  Yes.  That sounds correct.

8     Q.  And so, if you recall, there were approximately 88

9     percent of the Bitcoin that went through Helix that you

10    don't know where it came from, correct?

11    A.  I don't know that it came -- well, I would say that we

12    didn't link it direct to a Darknet market, and there are a

13    number of possibilities of where it came from.

14    Q.  And so what we have is 88 percent of the money that

15    went -- or Bitcoin that went through Helix we cannot tie to

16    drug trafficking at all because we don't know what user it

17    came from or where it came from?

18    A.  Well, sir, I am not sure I totally agree with that

19    premise.

20          I would perhaps highlight that Helix was

21    advertised both in Reddit, Grams, and G.gov (sic) as a means

22    to clean Bitcoin involved in Darknet communications --

23    excuse me -- Darknet transactions; so I believe there is a

24    fair probability that most, if not all of that, is where it

25    came from just by virtue of the market -- the target

1   audience that Helix was seeking.

2   Q.  But that would be speculation on your part, correct?

3   A.  It would be based on what I can see from the

4   communications Mr. Harmon had, the posts on Reddit, how the

5   sites advertised, where it was advertised, and how it was

6   promoted.

7   Q.  But, again, we haven't uncovered any specific

8   transactions either way?

9   A.  I mean, if you're asking me to point to a specific

10  transaction right now, I don't know that I can tell you that

11  off the top of my head.

12  Q.  Well --

13          THE COURT:  But, Agent, can I just interrupt you

14  for a second.

15          How -- I mean, is part of the reason that you

16  haven't been able to track back what Mr. Flood has called 88

17  percent of the transactions on Helix is because you are

18  still in the process of putting together the source code and

19  reconstituting the Helix program?  Am I following correctly?

20          THE WITNESS:  Yes, Your Honor.

21          Yes.  It's a combination of, one, reconstituting

22  using the evidence that we are continuing to recover and

23  combining that with Bitcoin tracing to determine the source

24  (sic) of every single deposit; and the challenge of that is

25  making sure that --

 1                    (Telephone chime interruption.)

 2              THE WITNESS:  My apologies, Your Honor.

 3              -- the additional kind of step in that is to be

 4     able to trace it back.  So highlighted in the detention memo

 5     were the direct transfers.

 6              There are also indirect transactions which take

 7     several hops, meaning several transfers, in between the

 8     Darknet market into Helix; and on the flip side of that,

 9     deposits into Helix prior to -- using Helix to quote-unquote

10     clean Bitcoin prior to putting it into a Darknet market.

11     So, again, sever that link between the individual with the

12     hypothetical coin-based account and the actual Darknet

13     market.

14              THE COURT:  So part of the problem, if I am

15     understanding correctly, for tracking down -- using

16     Mr. Flood's percent of 88 percent -- is because of the very

17     nature of the tumbling operation -- of trying to hide some

18     of those transactions to the Darknet; is that right?

19              THE WITNESS:  Yes, Your Honor.

20              THE COURT:  Okay.  Go ahead, Mr. Flood.

21              MR. FLOOD:  Thank you.

22     BY MR. FLOOD:

23     Q.  Agent Price, you just used the term "clean"; that people

24     putting Bitcoin from their coin-based wallet into the Helix

25     would be cleaning it; is that correct?

1    A.   I think there may be a mischaracterization.

2            It would be essentially severing the link between

3    the holder of that coin-based account and that Darknet

4    market.  And the point of Helix is to make it difficult, if

5    not impossible, for one coin base to see that, you know,

6    hypothetical person John Smith sent 5 Bitcoin from his

7    account to a Darknet market because if there is

8    money-laundering capability -- to not allow that transaction

9    and close it down; and, similarly, to make it difficult, if

10   not impossible, for law enforcement to determine that

11   John Q. Smith sent 5 Bitcoin from his or her coin-based

12   account to the Darknet market.  Helix kind of serves as that

13   midpoint to prevent that from easily occurring.

14   Q.  And the reason I struggle with the word "clean" is

15   because that money is not dirty for money laundering

16   purposes, right?

17   A.  I mean, I don't know that I can tell you the source of

18   every Bitcoin in that hypothetical coin-based account;

19   however, again, it's being sent to a market that's

20   primarily, if not exclusively, used to buy and sell drugs.

21   Q.  Well, not only can you not tell me the source of that;

22   in fact, you can't tell me the source of any of the Bitcoin

23   in this case, can you?

24   A.   I can tell you that at least $43 million worth came

25   directly through Darknet markets.

1   Q.  Well, 12 percent of it came from Darknet market users,

2   correct?

3   A.  Yes.

4   Q.  Right.  And we don't know what was purchased on the

5   Darknet underlying those 12 percent other than to speculate

6   that it was drug transactions, correct?

7   A.  Well, we know with a high probability that the vast

8   majority of transactions on those markets are the sale of

9   narcotics.

10              MR. FLOOD:  That's all I have, Your Honor.

11              THE COURT:  All right.  Mr. Brown, do you have any

12   questions?  Redirect?

13              MR. BROWN:  Just a few questions, Your Honor.

14                       REDIRECT EXAMINATION

15   BY MR. BROWN:

16   Q.  Agent Price, Mr. Flood just asked you about the

17   approximately 43,000 Bitcoin that was directly deposited

18   into Darknet markets.

19              Could you speak to the other remaining business

20   that Helix did and how you would characterize the nature of

21   the business that isn't captured in those direct deposits

22   from those Darknet markets?

23   A.  Yes.  So Helix essentially advertised itself as a

24   Bitcoin cleaning service essentially to allow individuals --

25   to put it in the words of Grams admin or Mr. Harmon -- to

1    sever the taint of the blockchain and to break that link

2    between the quote-unquote light side and the dark side, the

3    dark web; and that appears to be the entire purpose of the

4    site -- advertisements, communications, the fact that where

5    it was hosted and promoted with Gram -- that appeared to be

6    the only real goal.  And that was its target user base for

7    Helix -- were individuals involved in those type

8    transactions.

9    Q.  Agent Price, you earlier testified about reviewing

10   communications between Helix customers and the defendant,

11   right?

12   A.  Yes.  That's correct.

13   Q.  Approximately how many of those messages have you

14   reviewed so far?

15   A.  Approximately 100.  The review of the purchase process

16   is ongoing.

17   Q.  And of that approximately 100 messages, how would you

18   characterize maybe a percentage of those that -- a ballpark

19   percentage that mention Darknet markets?

20   A.  I guess a rough estimate would probably be 60 to 70

21   percent.  And by mentioning the Darknet market, you know,

22   that's usually what comes to mind, which is typically a

23   Helix customer looking for Bitcoin they couldn't find.  They

24   contacted Mr. Harmon stating:  I sent one Bitcoin to Agora

25   market; however, the transaction hasn't cleared yet, can you

1  help me?  And the responses are -- basically resolving it

2  almost like a help desk ticket resolving it and saying, yes,

3  your Bitcoin has been sent from Helix to Agora market.

4  Q.  And just to be clear, are there some of those

5  communications that don't reference any sort of the nature

6  of the transaction?

7  A.  In some cases, yes.  It may just be, I deposited one

8  Bitcoin on this date; can you tell me the status of my

9  transaction?

10 Q.  And in any of those customer messages that you reviewed,

11 did any of them discuss a transaction that does not involve

12 a Darknet market?

13 A.  Of the ones that specifically mention anything, no.  I

14 didn't see any that mentioned a transaction other than

15 Darknet market.

16 Q.  Now, Agent Price, I believe earlier you referenced some

17 communications between the defendant and suspected vendors

18 on Darknet markets; is that correct?

19 A.  Yes.  That is correct.

20 Q.  And what were the names of some of those vendors that

21 you can recall?

22 A.  I don't -- unfortunately, I cannot remember the specific

23 vendor name off the top of my head.  However, I do recall a

24 communication from a vendor using some sort of cannabis in

25 the name, some variation of that.  It appeared to be

1     regarding advertising on Grams, paying for advertising for a

2     vendor's -- a vendor shop paying Mr. Harmon to advertise

3     that site on Grams.

4     Q.   In any of the evidence that you have reviewed in terms

5     of the advertisements that the defendant did, did Mr. Harmon

6     ever characterize how much of the Darknet he believed was

7     drugs and other illegal items?

8     A.   As I recall, there is a Reddit post which states -- I

9     don't remember the exact number; I don't have it in front of

10    me.  But the vast majority -- I want to say 85 or 90

11    percent.  I just don't recall the specific number at this

12    time.

13              MR. BROWN:  And for the Court's benefit, in

14    Exhibit C 2 of our detention memo docketed at 16-3, there is

15    a Reddit post -- unfortunately, I can't show it to the

16    agent, but it refers --

17              THE WITNESS:  Actually, I do have it in front of

18    me.

19              I apologize.  I was able to flip to it.

20    BY MR. BROWN:

21    Q.   Okay.  And what is that statement that the defendant

22    makes about the Darknet?

23    A.   And I am reading from the -- my June declaration, that's

24    Exhibit 2.  Is that the one you are referring to?

25              And that says:  I created Grams because 90 percent

1   of the Darknet was behind a black market site.  In the

2   bottom -- the second to last paragraph:  Right now the

3   Darknet is 90 percent drugs and illegal items for sale.

4   Q.  Now, Agent Price, there was some discussion of Grams

5   earlier during your examination.  Did Grams come earlier

6   than Helix?

7   A.  Yes, it did.

8   Q.  Do you recall, off the top of your head, approximately

9   what was the gap between when Grams was created and when

10  Helix was created?

11  A.  It was within several months.  Grams was launched first,

12  and Helix was added as a feature to Grams.

13  Q.  And in your financial investigation did you see a change

14  over time in Mr. Harmon's financial circumstances?

15  A.  Yes, I did.

16  Q.  Could you describe what change you saw?

17  A.  Certainly.  Yes.

18          So Mr. Harmon -- at least from my financial

19  analysis of Mr. Harmon's bank records and other financial

20  documents, as Grams launched in 2014 and following the

21  launch of Helix, his lifestyle, including the ability to

22  purchase items, real estate, et cetera, greatly increased,

23  as well as the balance in his bank account.

24          For example, it's my understanding that Mr. Harmon

25  was able to pay for a large wedding in Belize and later

1    purchased a 6 or $700,000 home, as well as several Tesla

2    vehicles, all of which occurred after Grams had gone live --

3    excuse me -- correction -- Helix had gone live.

4    Q.  And based on your calculations, approximately how much

5    Bitcoin do you calculate Helix generated in fees for the

6    defendant?

7    A.  I apologize.  I think -- did you say "fees"?

8            It was a little hard to hear.

9    Q.  Yes.  Let me repeat that -- or rephrase it.

10           What is your calculation for how much Bitcoin fees

11   were generated through Helix?

12   A.  It's approximately 8500 Bitcoin.

13   Q.  And that's based on what?

14   A.  That's based on the volume -- the total volume of funds

15   that went into or went through the site, and the 2.5 percent

16   fee that was both advertised and that we later confirmed in

17   the Helix source code which we recovered.

18           MR. BROWN:  No further questions from the

19   Government, Your Honor.

20           THE COURT:  All right.  Thank you.

21           I hope to have a decision on both the motion to

22   dismiss and on the release of funds motion fairly soon.

23           Is there anything further today from the

24   Government?

25           MR. BROWN:  No, Your Honor.

1          THE COURT:  Let me just say that, after my

2     decision is issued in both, I will ask the parties to

3     propose a schedule based on my rulings on these two pending

4     motions including potentially a trial date because I don't

5     believe we have a trial date set in this case yet.

6          Is that correct, Mr. Brown?

7          MR. BROWN:  That is correct, Your Honor.

8          THE COURT:  Right.  But I am going to -- I will

9     give you time to review my decision in the case and then, as

10    I like to do, leave the parties' futures up to them, to the

11    extent they can arrange it among themselves, to propose a

12    schedule for any further motion practice before we have a

13    pretrial conference and a trial in the case under the

14    circumstances of a pandemic.

15         Is there anything further from the defense?

16         MR. FLOOD:  Nothing from me, Your Honor.

17         THE COURT:  All right.

18         Okay.  You are all excused.  Thank you.

19         MR. BROWN:  Thank you.

20         MR. FLOOD:  Thank you, Your Honor.

21         MR. CABOU:  Thank you.

22         (Whereupon, the proceeding concludes, 11:43 a.m.)

23                         **I-N-D-E-X**

24     **WITNESS**                    **PAGE**

25     Matthew Price               2, 29

## CERTIFICATE

I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings to the best of my ability.

PLEASE NOTE:  This hearing was held telephonically in compliance with the COVID-19 pandemic stay-at-home orders and is therefore subject to the limitations associated with the use of technology, including but not limited to telephone signal interference, static, signal interruptions, and other restrictions and limitations associated with remote court reporting via telephone, speakerphone, and/or videoconferencing.

This certificate shall be considered null and void if the transcript is disassembled in any manner by any party without authorization of the signatory below.


Dated this 1st day of October, 2020.


/s/ Elizabeth Saint-Loth, RPR, FCRR
Official Court Reporter

**$**

**$43** [1] - 28:24
**$700,000** [1] - 34:1

**/**

**/s** [1] - 36:21

**0**

**01** [2] - 15:11, 17:21
**02** [1] - 15:15

**1**

**10** [2] - 14:6, 22:18
**100** [2] - 30:15, 30:17
**10:51** [1] - 2:12
**11:43** [1] - 35:22
**12** [5] - 22:16, 23:2, 25:4, 29:1, 29:5
**12-year-old** [1] - 19:16
**15** [1] - 22:18
**16-3** [1] - 32:14
**19-395** [1] - 1:3
**1st** [1] - 36:20

**2**

**2** [3] - 32:14, 32:24, 35:25
**2.5** [1] - 34:15
**2014** [3] - 15:4, 16:2, 33:20
**202** [1] - 1:14
**2020** [3] - 1:4, 2:3, 36:20
**20530** [1] - 1:14
**21** [2] - 1:4, 2:3
**22nd** [2] - 15:4, 16:2
**252-7153** [1] - 1:14
**26.2** [1] - 3:13
**29** [1] - 35:25
**2901** [1] - 1:20

**3**

**3** [2] - 6:7, 14:22
**3500** [1] - 3:5
**3rd** [2] - 6:6, 14:22

**4**

**4** [1] - 6:7

**41** [1] - 6:6
**43,000** [3] - 22:24, 25:5, 29:17

**5**

**5** [2] - 28:6, 28:11
**50,000** [2] - 16:17, 17:20
**500** [1] - 17:22
**555** [1] - 1:13

**6**

**6** [2] - 6:7, 34:1
**60** [1] - 30:20
**602-351-8000** [1] - 1:21

**7**

**70** [1] - 30:20
**713-223-8877** [1] - 1:18
**77002** [1] - 1:17

**8**

**800** [1] - 1:17
**85** [2] - 9:8, 32:10
**8500** [1] - 34:12
**85012** [1] - 1:21
**88** [5] - 23:5, 25:8, 25:14, 26:16, 27:16

**9**

**9** [1] - 5:25
**90** [5] - 9:2, 9:4, 32:10, 32:25, 33:3
**90-some** [1] - 9:1
**914** [1] - 1:16

**A**

**a.m** [2] - 2:12, 35:22
**ability** [2] - 33:21, 36:7
**able** [10] - 10:23, 11:23, 12:20, 13:2, 22:19, 24:2, 26:16, 27:4, 32:19, 33:25
**access** [3] - 7:5, 10:22, 13:2
**account** [16] - 8:6, 15:12, 16:9, 19:17, 20:4, 20:5, 21:10,

22:14, 27:12, 28:3, 28:7, 28:12, 28:18, 33:23
**accurate** [1] - 36:4
**Act** [1] - 3:5
**Action** [1] - 1:2
**active** [1] - 11:7
**activity** [1] - 18:4
**actors** [1] - 20:2
**actual** [2] - 11:8, 27:12
**added** [2] - 18:3, 33:12
**addition** [1] - 9:18
**additional** [1] - 27:3
**address** [1] - 23:10
**admin** [6] - 5:17, 6:9, 14:23, 18:22, 19:20, 29:25
**administer** [1] - 2:9
**administrators** [3] - 4:10, 9:19, 10:15
**advertise** [1] - 32:2
**advertised** [5] - 25:21, 26:5, 29:23, 34:16
**advertisement** [1] - 5:22
**advertisements** [6] - 5:14, 5:15, 5:18, 5:20, 30:4, 32:5
**advertises** [1] - 20:16
**advertising** [2] - 32:1
**advice** [1] - 19:20
**affidavit** [5] - 6:6, 8:9, 13:17, 18:12, 18:18
**affidavits** [1] - 6:2
**affiliated** [1] - 20:15
**Agent** [21] - 2:6, 2:17, 6:9, 7:6, 12:9, 12:23, 17:20, 22:5, 24:3, 24:6, 24:9, 24:17, 24:19, 24:20, 25:4, 26:13, 27:23, 29:16, 30:9, 31:16, 33:4
**agent** [7] - 2:17, 2:20, 10:3, 11:16, 12:15, 23:13, 32:16
**agents** [3] - 2:19, 4:5, 6:17
**Agora** [1] - 18:20, 30:24, 31:3
**agree** [3] - 17:21, 17:24, 25:18
**ahead** [2] - 19:4, 27:20
**aided** [1] - 1:25
**ALDEN** [1] - 1:11
**alleged** [1] - 14:23
**allegedly** [2] - 5:17, 18:15
**allow** [4] - 13:6, 16:23, 28:8, 29:24
**almost** [8] - 5:1, 5:3,

6:22, 8:15, 13:8, 14:1, 18:2, 31:2
**Amazon** [1] - 19:14
**AMERICA** [1] - 1:2
**amount** [2] - 3:9, 16:18
**amounted** [1] - 23:2
**analysis** [5] - 7:22, 13:5, 13:6, 16:21, 33:19
**analysts** [1] - 4:6
**analyze** [1] - 11:23
**analyzed** [2] - 3:24, 4:3
**analyzing** [2] - 10:18, 12:9
**answer** [4] - 8:18, 9:24, 10:1, 16:20
**answered** [2] - 10:4, 11:16
**apologies** [2] - 7:9, 27:2
**apologize** [6] - 12:17, 12:24, 15:1, 24:23, 32:19, 34:7
**APPEARANCES** [1] - 1:10
**appeared** [2] - 30:5, 31:25
**appearing** [1] - 1:9
**apply** [2] - 3:4, 3:6
**appreciate** [1] - 24:15
**area** [1] - 10:5
**areas** [1] - 22:1
**arrange** [1] - 35:11
**associated** [4] - 5:8, 20:22, 36:10, 36:13
**assuming** [2] - 4:4, 11:3
**Attorney's** [1] - 1:12
**audience** [1] - 26:1
**authorization** [1] - 36:18
**availability** [1] - 11:4
**available** [1] - 20:18
**Avenue** [1] - 1:20
**AZ** [1] - 1:21

**B**

**backbone** [2] - 10:19, 11:7
**backside** [1] - 21:15
**backup** [3] - 3:25, 10:19
**bad** [1] - 20:2
**balance** [1] - 33:23
**ballpark** [1] - 30:18
**bank** [4] - 20:6, 22:13,

33:19, 33:23
**banking** [1] - 7:20
**base** [3] - 19:20, 28:5, 30:6
**based** [17] - 7:22, 8:25, 9:13, 16:16, 19:17, 20:4, 20:8, 26:3, 27:12, 27:24, 28:3, 28:11, 28:18, 34:4, 34:13, 34:14, 35:3
**BEFORE** [1] - 1:7
**beginning** [1] - 10:22
**behind** [1] - 33:1
**Belize** [1] - 33:25
**below** [1] - 36:18
**benefit** [1] - 32:13
**BERYL** [1] - 1:7
**best** [1] - 36:6
**better** [1] - 20:19
**between** [10] - 5:6, 12:1, 12:18, 27:7, 27:11, 28:2, 30:2, 30:10, 31:17, 33:9
**Bitcoin** [29] - 5:12, 13:12, 17:22, 19:24, 20:5, 22:6, 22:24, 23:3, 23:5, 25:5, 25:9, 25:15, 25:22, 26:23, 27:10, 27:24, 28:6, 28:11, 28:18, 28:22, 29:17, 29:24, 30:23, 30:24, 31:3, 31:8, 34:5, 34:10, 34:12
**Bitcoins** [1] - 8:2
**black** [1] - 33:1
**blockchain** [2] - 13:5, 30:1
**bond** [2] - 22:17, 22:22
**bottom** [1] - 33:2
**break** [1] - 30:1
**brief** [1] - 2:25
**briefly** [3] - 14:20, 21:12, 22:5
**bring** [1] - 20:8
**brings** [1] - 18:11
**broad** [1] - 7:3
**brought** [2] - 21:16, 22:5
**Brown** [9] - 3:11, 3:17, 12:14, 23:12, 23:24, 24:2, 24:4, 29:11, 35:6
**BROWN** [16] - 1:11, 3:12, 12:16, 23:14, 23:17, 23:25, 24:5, 24:13, 29:13, 29:15, 32:13, 32:20, 34:18,

34:25, 35:7, 35:19
**BTC** [3] - 15:11, 15:15, 17:21
**business** [4] - 5:24, 10:16, 29:19, 29:21
**buy** [3] - 14:18, 19:13, 28:20
**buyer** [3] - 13:14, 18:11, 18:13
**buying** [1] - 19:23, 20:14, 20:21, 22:12
**BY** [13] - 2:16, 3:20, 6:8, 7:21, 10:7, 12:8, 12:25, 17:19, 22:4, 25:3, 27:22, 29:15, 32:20

**C**

**CABOU** [2] - 1:19, 35:21
**calculate** [1] - 34:5
**calculation** [1] - 34:10
**calculations** [1] - 34:4
**cannabis** [1] - 31:24
**cannabisuser1** [1] - 4:17
**cannot** [3] - 21:2, 25:15, 31:22
**capability** [1] - 28:8
**captured** [1] - 29:21
**case** [10] - 2:17, 2:19, 2:20, 4:6, 6:19, 8:4, 28:23, 35:5, 35:9, 35:13
**cases** [2] - 7:4, 31:7
**cell** [1] - 3:25
**Central** [1] - 1:20
**certain** [1] - 3:9
**certainly** [1] - 33:17
**certificate** [1] - 36:16
**CERTIFICATE** [1] - 36:1
**certify** [1] - 36:4
**cetera** [1] - 33:22
**chain** [1] - 19:7
**challenge** [2] - 13:8, 26:24
**chance** [1] - 14:4
**change** [2] - 33:13, 33:16
**characterize** [3] - 29:20, 30:18, 32:6
**CHARLES** [1] - 1:16
**charles@ floodandflood.com** [1] - 1:18
**CHIEF** [1] - 1:8
**chime** [1] - 27:1

**Chinese** [1] - 19:16
**CHRISTOPHER** [1] - 1:11
**christopher.brown6 @usdoj.gov** [1] - 1:15
**CIA** [1] - 12:21
**circumstances** [2] - 33:14, 35:14
**cite** [2] - 8:12, 13:24
**Citizen** [1] - 20:21
**clarify** [1] - 4:18
**clarifying** [1] - 21:25
**clean** [4] - 25:22, 27:10, 27:23, 28:14
**cleaning** [2] - 27:25, 29:24
**clear** [2] - 20:18, 31:4
**cleared** [1] - 30:25
**client** [1] - 4:12
**clients** [1] - 4:11
**close** [1] - 28:9
**Cloud** [1] - 5:25
**code** [8] - 10:25, 11:2, 11:6, 11:25, 12:1, 12:2, 26:18, 34:17
**Coie** [1] - 1:20
**coin** [10] - 19:17, 19:20, 20:4, 20:8, 27:12, 27:24, 28:3, 28:5, 28:11, 28:18
**coin-based** [8] - 19:17, 20:4, 20:8, 27:12, 27:24, 28:3, 28:11, 28:18
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 1:13
**combination** [1] - 26:21
**combining** [1] - 26:23
**coming** [2] - 12:18, 22:9
**commit** [1] - 7:4
**commonly** [1] - 17:4
**communicate** [2] - 11:17, 24:3
**communicating** [3] - 4:10, 4:19, 4:22
**communication** [3] - 5:9, 14:22, 31:24
**communications** [23] - 4:7, 4:9, 4:15, 5:4, 5:6, 5:11, 6:9, 6:11, 9:14, 9:18, 9:20, 10:8, 10:12, 10:15, 18:16, 18:18, 18:22, 25:22, 26:4, 30:4, 30:10, 31:5, 31:17
**complete** [1] - 36:6
**completely** [2] -

17:22, 22:21
**compliance** [1] - 36:9
**computer** [3] - 1:25, 7:3, 7:18
**computer-aided** [1] - 1:25
**computers** [1] - 3:25
**conceal** [1] - 5:12
**concludes** [1] - 35:22
**conference** [2] - 24:3, 35:13
**confidently** [1] - 16:20
**confirmed** [1] - 34:16
**conflating** [1] - 6:20
**connection** [2] - 12:15, 23:13
**considered** [1] - 36:16
**conspiracy** [2] - 9:15, 21:21
**conspired** [1] - 9:16
**constitutes** [1] - 36:4
**contacted** [1] - 30:24
**contacting** [1] - 23:12
**contain** [1] - 11:9
**contains** [2] - 2:4, 10:24
**continue** [2] - 3:1, 13:22
**continuing** [3] - 11:10, 13:3, 26:22
**controlled** [1] - 10:11
**correct** [40] - 2:18, 6:21, 8:1, 8:24, 10:20, 11:5, 14:8, 14:17, 14:18, 15:18, 15:21, 15:22, 15:24, 16:6, 18:16, 19:1, 19:11, 19:22, 20:2, 20:6, 20:9, 20:12, 21:1, 22:7, 22:25, 23:1, 23:3, 23:4, 25:6, 25:7, 25:10, 26:2, 27:25, 29:2, 29:6, 30:12, 31:18, 31:19, 35:6, 35:7
**correction** [1] - 34:3
**correctly** [3] - 4:20, 26:19, 27:15
**country** [1] - 22:8
**couple** [2] - 10:18, 13:15
**Court** [7] - 1:23, 1:23, 3:7, 5:14, 14:21, 20:23, 36:22
**COURT** [37] - 1:1, 1:8, 2:6, 2:8, 2:13, 3:3, 3:17, 6:1, 7:6, 10:2, 11:15, 11:24, 12:14, 12:19, 12:22, 17:11, 17:16, 21:6, 21:8,

22:1, 23:12, 23:16, 23:20, 23:23, 24:2, 24:8, 24:15, 24:20, 24:25, 26:13, 27:14, 27:20, 29:11, 34:20, 35:1, 35:8, 35:17
**court** [1] - 36:14
**Court's** [1] - 32:13
**COVID-19** [1] - 36:9
**create** [4] - 11:3, 11:8, 15:12, 16:9
**created** [3] - 32:25, 33:9, 33:10
**crime** [1] - 20:2
**crimes** [1] - 22:10
**Criminal** [1] - 1:2
**CROSS** [1] - 2:15
**CROSS-EXAMINATION** [1] - 2:15
**custodial** [2] - 8:3, 8:5
**customer** [6] - 8:4, 8:6, 13:10, 13:11, 30:23, 31:10
**customers** [1] - 30:10

**D**

**D.C** [1] - 1:5
**dark** [6] - 13:19, 18:25, 19:18, 30:2, 30:3
**Darknet** [56] - 4:11, 4:13, 4:18, 4:24, 4:25, 5:5, 5:16, 5:24, 6:12, 6:20, 6:21, 7:12, 7:24, 9:5, 9:6, 9:7, 9:22, 10:15, 11:18, 11:21, 18:20, 19:7, 19:8, 19:10, 19:21, 20:1, 20:9, 21:24, 22:19, 22:25, 23:6, 25:6, 25:12, 25:22, 25:23, 27:8, 27:10, 27:12, 27:18, 28:3, 28:7, 28:12, 28:25, 29:1, 29:5, 29:18, 29:22, 30:19, 30:21, 31:12, 31:15, 31:18, 32:6, 32:22, 33:1, 33:3
**data** [4] - 4:1, 10:19, 12:9
**database** [1] - 11:8
**date** [4] - 15:25, 31:8, 35:4, 35:5
**Dated** [1] - 36:20
**DC** [1] - 1:14
**DEAN** [1] - 1:4

**decent** [1] - 14:4
**decision** [3] - 34:21, 35:2, 35:9
**declaration** [1] - 32:23
**Defendant** [1] - 1:5
**defendant** [5] - 30:10, 31:17, 32:5, 32:21, 34:6
**DEFENDANT** [1] - 1:16
**defense** [1] - 35:15
**departments** [1] - 6:18
**deposit** [3] - 13:10, 15:8, 26:24
**deposited** [3] - 16:18, 29:17, 31:7
**depositing** [1] - 4:13
**deposits** [2] - 27:9, 29:21
**DEPUTY** [3] - 2:11, 23:19, 23:22
**describe** [2] - 11:6, 33:16
**desk** [1] - 31:2
**detention** [2] - 27:4, 32:14
**determine** [3] - 10:23, 26:23, 28:10
**devices** [1] - 16:16
**dial** [1] - 23:18
**different** [1] - 9:10
**difficult** [2] - 28:4, 28:9
**difficulties** [1] - 23:11
**direct** [6] - 8:8, 8:10, 21:21, 25:12, 27:5, 29:21
**directly** [3] - 8:7, 28:25, 29:17
**dirty** [1] - 28:15
**disappeared** [1] - 12:12
**disassembled** [1] - 36:17
**discovery** [1] - 3:9
**discuss** [1] - 3:11
**discusses** [1] - 4:8
**discussion** [1] - 33:4
**dismiss** [2] - 21:11, 34:22
**dispute** [1] - 16:19
**DISTRICT** [3] - 1:1, 1:1, 1:8
**District** [1] - 1:13
**docket** [2] - 6:3, 6:6
**docketed** [1] - 32:14
**documents** [4] - 7:2, 7:3, 7:18, 33:20
**down** [4] - 13:4, 22:19, 27:15, 28:9

**dropped** [1] - 23:8
**drug** [23] - 4:8, 4:19,
4:23, 5:1, 5:5, 5:7,
5:18, 6:10, 6:13,
6:20, 8:11, 8:19,
9:16, 9:20, 9:24,
10:24, 18:23, 21:3,
21:15, 21:19, 22:20,
25:16, 29:6
**drugs** [10] - 5:9, 6:14,
14:7, 14:13, 16:23,
17:8, 20:17, 28:20,
32:7, 33:3
**during** [2] - 20:18,
33:5

## E

**early** [2] - 16:4, 16:10
**easier** [1] - 14:15
**easily** [1] - 28:13
**Ebay** [2] - 8:6, 19:13
**efforts** [2] - 24:16,
24:21
**either** [1] - 26:8
**ELIZABETH** [1] - 36:3
**Elizabeth** [2] - 1:23,
36:21
**Email** [3] - 1:15, 1:18,
1:22
**email** [1] - 18:17
**emailing** [1] - 23:23
**emails** [2] - 4:3, 4:21
**encrypted** [1] - 4:3
**end** [1] - 11:21
**enforcement** [4] -
9:12, 17:4, 22:10,
28:10
**engine** [1] - 15:20
**entering** [1] - 18:13
**entire** [1] - 30:3
**entirety** [1] - 6:13
**entitled** [3] - 2:24, 3:1,
3:8
**entity** [1] - 22:10
**entry** [1] - 15:11
**equating** [3] - 4:18,
5:4, 19:10
**essentially** [6] - 8:5,
18:1, 19:8, 28:2,
29:23, 29:24
**establish** [1] - 23:13
**establishing** [1] - 21:9
**estate** [1] - 33:22
**estimate** [1] - 30:20
**et** [1] - 33:22
**evidence** [10] - 6:15,
6:16, 9:4, 9:15,
10:24, 17:14, 21:19,

22:22, 26:22, 32:4
**Evolution** [3] - 6:12,
7:1, 7:13
**exact** [1] - 32:9
**EXAMINATION** [2] -
2:15, 29:14
**examination** [1] - 33:5
**example** [5] - 5:9,
6:25, 10:13, 20:14,
33:24
**excerpted** [1] - 2:2
**exclusively** [4] - 6:22,
8:15, 14:2, 28:20
**excuse** [4] - 5:8, 16:8,
25:23, 34:3
**excused** [1] - 35:18
**Exhibit** [3] - 14:22,
32:14, 32:24
**expand** [1] - 18:10
**experience** [10] - 5:1,
7:12, 7:16, 9:6, 9:11,
14:12, 17:3, 17:17,
19:12
**explaining** [1] - 19:8
**exploits** [2] - 7:3, 7:18
**expressed** [1] - 10:2
**extent** [2] - 2:24, 35:11

## F

**facilitate** [1] - 10:17
**facilitation** [1] - 5:12
**fact** [7] - 14:1, 14:13,
16:24, 18:2, 20:5,
28:22, 30:4
**failing** [1] - 7:10
**failure** [1] - 22:9
**fair** [5] - 4:21, 5:10,
8:13, 14:2, 25:24
**fairly** [2] - 14:4, 34:22
**familiar** [1] - 6:16
**fancy** [1] - 19:16
**far** [1] - 30:14
**FCRR** [3] - 1:23, 36:3,
36:21
**feature** [2] - 18:3,
33:12
**federal** [1] - 3:4
**fee** [2] - 15:11, 34:16
**fees** [3] - 34:5, 34:7,
34:10
**few** [1] - 29:13
**Fi** [1] - 24:7
**filled** [1] - 20:2
**financial** [5] - 22:10,
33:13, 33:14, 33:18,
33:19
**finish** [1] - 19:5
**first** [2] - 3:7, 33:11

**flip** [2] - 27:8, 32:19
**FLOOD** [32] - 1:16,
2:14, 2:16, 2:23,
3:19, 3:20, 6:4, 6:8,
7:21, 10:6, 10:7,
11:20, 12:8, 12:12,
12:21, 12:23, 12:25,
17:13, 17:18, 17:19,
21:7, 21:12, 22:3,
22:4, 23:8, 25:2,
25:3, 27:21, 27:22,
29:10, 35:16, 35:20
**flood** [13] - 2:13, 3:18,
6:1, 7:15, 10:3,
11:15, 12:4, 17:11,
21:6, 25:1, 26:16,
27:20, 29:16
**flood's** [1] - 27:16
**following** [3] - 2:2,
26:19, 33:20
**FOR** [3] - 1:1, 1:11,
1:16
**foregoing** [1] - 36:4
**foreign** [1] - 22:10
**Fourth** [1] - 1:13
**frauds** [1] - 7:5
**fraudulent** [1] - 7:17
**front** [3] - 21:19, 32:9,
32:17
**frontside** [2] - 21:17,
21:23
**frozen** [1] - 24:12
**full** [1] - 36:5
**fully** [1] - 11:10
**functions** [1] - 13:4
**funding** [1] - 5:7
**funds** [6] - 4:13, 4:24,
8:7, 22:9, 34:14,
34:22
**futures** [1] - 35:10

## G

**G.gov** [1] - 25:21
**gain** [1] - 7:5
**gap** [1] - 33:9
**generally** [2] - 3:4,
20:6
**generated** [2] - 34:5,
34:11
**ghost** [1] - 12:19
**given** [1] - 8:14
**goal** [1] - 30:6
**goods** [1] - 7:17
**Google** [1] - 16:24
**Government** [2] -
34:19, 34:24
**GOVERNMENT** [1] -
1:11

**Government's** [1] -
13:16
**governs** [1] - 3:13
**Gram** [1] - 30:5
**Grams** [41] - 4:12,
4:14, 5:17, 6:9,
14:23, 15:8, 15:12,
15:17, 15:20, 15:23,
16:6, 16:7, 16:9,
16:10, 16:13, 16:14,
16:22, 16:23, 16:24,
17:21, 17:25, 18:2,
18:3, 18:10, 18:22,
19:19, 25:21, 29:25,
32:1, 32:3, 32:25,
33:4, 33:5, 33:9,
33:11, 33:12, 33:20,
34:2
**grams** [2] - 16:24,
17:5
**Grams'** [1] - 16:5
**grand** [2] - 2:21, 3:8
**greatly** [1] - 33:22
**guess** [5] - 2:25,
14:19, 17:24, 22:5,
30:20
**guides** [3] - 7:4, 7:5,
7:18
**Gumiel** [2] - 2:9,
23:20, 23:23

## H

**half** [1] - 10:21
**hard** [1] - 34:8
**Harmon** [15] - 4:7, 4:9,
5:6, 5:16, 5:17, 9:16,
13:12, 18:15, 26:4,
29:25, 30:24, 32:2,
32:5, 33:18, 33:24
**HARMON** [1] - 1:4
**Harmon's** [3] - 4:4,
33:14, 33:19
**HARPER** [1] - 1:12
**head** [4] - 13:23,
26:11, 31:23, 33:8
**hear** [3] - 12:20,
12:23, 34:8
**hearing** [3] - 22:17,
22:23, 36:8
**held** [2] - 2:3, 36:8
**Helix** [63] - 4:1, 4:11,
4:12, 4:15, 8:3, 8:7,
9:22, 10:19, 11:3,
11:5, 11:12, 11:13,
11:17, 11:22, 11:24,
12:10, 13:2, 13:10,
15:14, 15:17, 15:24,
16:3, 16:5, 16:8,

16:13, 17:23, 18:1,
18:2, 18:3, 18:6,
18:10, 19:21, 21:9,
22:25, 23:3, 23:6,
25:9, 25:15, 25:20,
26:1, 26:17, 26:19,
27:8, 27:9, 27:24,
28:4, 28:12, 29:20,
29:23, 30:7, 30:10,
30:23, 31:3, 33:6,
33:10, 33:12, 33:21,
34:3, 34:5, 34:11,
34:17
**hello** [1] - 24:19
**help** [2] - 31:1, 31:2
**Help** [1] - 5:9
**helpful** [1] - 21:10
**helping** [1] - 5:12
**hereby** [1] - 36:3
**hide** [1] - 27:17
**high** [3] - 8:13, 8:20,
29:7
**highlight** [1] - 25:20
**highlighted** [1] - 27:4
**history** [2] - 12:11,
13:2
**holder** [1] - 28:3
**home** [2] - 34:1, 36:9
**Honor** [34] - 2:7, 2:14,
2:23, 3:12, 3:19, 6:4,
6:5, 7:9, 7:11, 11:22,
12:12, 12:16, 12:21,
17:14, 21:13, 23:9,
23:14, 23:15, 23:22,
23:25, 24:5, 24:13,
24:23, 25:2, 26:20,
27:2, 27:19, 29:10,
29:13, 34:19, 34:25,
35:7, 35:16, 35:20
**HONORABLE** [1] - 1:7
**hope** [2] - 24:7, 34:21
**hops** [1] - 27:7
**hosted** [1] - 30:5
**Houston** [1] - 1:17
**how-to** [1] - 7:18
**HOWELL** [1] - 1:7
**hypothetical** [5] -
19:15, 22:12, 27:12,
28:6, 28:18
**hypothetically** [1] -
17:20

## I

**ID** [1] - 14:19
**idea** [1] - 16:11
**identified** [8] - 8:10,
8:18, 8:20, 13:19,
18:15, 22:17, 22:23,

23:7
**identity** [2] - 7:2, 7:17
**illegal** [6] - 6:23,
10:17, 21:15, 22:6,
32:7, 33:3
**illegality** [1] - 19:10
**illicit** [3] - 6:22, 7:4,
7:16
**impossible** [2] - 28:5,
28:10
**impression** [1] - 3:7
**including** [4] - 20:18,
33:21, 35:4, 36:11
**increased** [1] - 33:22
**INDEX** [1] - 35:23
**indicated** [1] - 11:2
**indirect** [1] - 27:6
**individual** [1] - 27:11
**individuals** [4] - 4:22,
4:24, 29:24, 30:7
**inference** [1] - 9:1
**information** [6] - 7:2,
7:17, 7:20, 10:23,
11:13, 22:14
**inquiry** [1] - 10:5
**Instagram** [2] - 17:6,
17:8
**instance** [1] - 8:12
**instances** [1] - 5:11
**integrated** [1] - 16:9
**integrating** [2] - 6:11,
9:22
**integration** [1] - 10:9
**interference** [1] -
36:12
**Internet** [1] - 12:18
**internet** [1] - 7:10
**interrupt** [1] - 26:13
**interruption** [1] - 27:1
**interruptions** [1] -
36:12
**investigating** [3] -
3:21, 6:18, 9:12
**investigation** [2] -
3:24, 33:13
**investigations** [1] -
9:7
**involve** [1] - 31:11
**involved** [5] - 4:6,
5:13, 11:19, 25:22,
30:7
**involving** [1] - 4:7
**issue** [3] - 3:6, 16:15,
20:12
**issued** [1] - 35:2
**items** [8] - 6:22, 7:19,
8:23, 9:1, 9:5, 32:7,
33:3, 33:22
**itself** [2] - 5:21, 29:23

### J

**JACQUES** [1] - 1:19
jcabou@perkinscoie
.com [1] - 1:22
**JEAN** [1] - 1:19
**JEAN-JACQUES** [1] -
1:19
**Jencks** [3] - 3:5, 3:13,
3:15
**Joe** [1] - 20:21
**John** [2] - 28:6, 28:11
**joins** [1] - 24:17
**Judge** [1] - 21:25
**JUDGE** [1] - 1:8
**July** [2] - 1:4, 2:3
**June** [5] - 6:6, 14:22,
15:4, 16:2, 32:23
**jury** [2] - 2:21, 3:8

### K

**keep** [1] - 21:20
**keeps** [1] - 23:15
**kind** [5] - 9:1, 13:8,
15:2, 27:3, 28:12
**kinds** [1] - 3:6
**knowingly** [1] - 23:6
**knowledge** [1] - 11:12
**known** [6] - 6:13, 9:22,
9:23, 17:4, 20:16,
20:20

### L

**lack** [1] - 20:19
**landline** [1] - 24:7
**large** [3] - 13:25,
21:22, 33:25
**LARRY** [1] - 1:4
**last** [3] - 7:8, 13:1,
33:2
**launch** [1] - 33:21
**launched** [3] - 18:3,
33:11, 33:20
**laundering** [4] - 10:24,
21:21, 28:8, 28:15
**law** [3] - 9:11, 17:3,
28:10
**laws** [1] - 22:8
**lead** [2] - 2:17, 2:19
**leap** [1] - 17:14
**least** [6] - 8:7, 14:6,
16:10, 18:9, 28:24,
33:18
**leave** [1] - 35:10
**legitimate** [1] - 19:14

**lengthy** [1] - 15:2
**less** [1] - 20:19
**lifestyle** [1] - 33:21
**light** [1] - 30:2
**likely** [1] - 20:10
**limitations** [2] - 36:10,
36:13
**limited** [1] - 36:11
**line** [2] - 2:25, 15:11
**link** [4] - 25:12, 27:11,
28:2, 30:1
**linked** [1] - 18:1
**listed** [2] - 8:23, 14:17
**lists** [1] - 3:14
**live** [3] - 16:3, 34:2,
34:3
**LLP** [1] - 1:20
**located** [1] - 22:11
**location** [2] - 24:7,
24:16
**logical** [3] - 9:1, 9:2,
17:13
**logins** [3] - 7:3, 7:4,
7:19
**look** [1] - 18:25
**looking** [1] - 30:23
**looks** [1] - 20:24
**lost** [4] - 7:7, 12:13,
24:4, 24:6
**LOTH** [1] - 36:3
**Loth** [1] - 36:21

### M

**machine** [2] - 1:24,
10:19
**majority** [7] - 6:13,
6:23, 7:13, 9:13,
11:18, 29:8, 32:10
**manner** [1] - 36:17
**Market** [1] - 19:7
**market** [38] - 4:13,
4:25, 5:5, 5:16, 5:25,
6:12, 6:13, 6:25,
7:12, 7:24, 8:1, 8:4,
9:10, 9:18, 9:23,
14:10, 14:19, 21:24,
22:25, 23:6, 25:12,
25:25, 27:8, 27:10,
27:13, 28:4, 28:7,
28:12, 28:19, 29:1,
30:21, 30:25, 31:3,
31:12, 31:15, 33:1
**marketplace** [1] - 10:9
**marketplaces** [2] -
15:21, 18:14
**markets** [27] - 4:11,
4:18, 5:24, 6:10,
6:20, 6:21, 7:25, 8:3,

8:15, 9:5, 9:7, 10:16,
13:20, 14:1, 14:12,
18:20, 18:25, 19:8,
19:10, 22:19, 28:25,
29:8, 29:18, 29:22,
30:19, 31:18
**materials** [1] - 5:15
**matter** [3] - 2:17, 2:24,
3:22
**Matthew** [2] - 2:8,
35:25
**MATTHEW** [1] - 2:12
**mean** [9] - 3:3, 10:3,
11:24, 14:11, 14:18,
18:13, 26:9, 26:15,
28:17
**meaning** [1] - 27:7
**means** [2] - 20:23,
25:21
**measure** [1] - 16:25
**measured** [1] - 17:5
**member** [1] - 16:14
**memo** [2] - 27:4,
32:14
**mention** [2] - 30:19,
31:13
**mentioned** [1] - 31:14
**mentioning** [1] - 30:21
**messages** [4] - 4:4,
30:13, 30:17, 31:10
**method** [1] - 16:25
**midpoint** [1] - 28:13
**million** [1] - 28:24
**mind** [2] - 4:16, 30:22
**minimum** [1] - 16:18
**mischaracterization**
[1] - 28:1
**moment** [3] - 13:14,
22:3, 24:5
**money** [18] - 15:8,
15:23, 18:5, 18:9,
18:25, 19:20, 20:8,
21:3, 21:9, 21:14,
21:17, 21:20, 21:21,
25:14, 28:8, 28:15
**money-laundering** [1]
- 28:8
**month** [2] - 10:21
**months** [2] - 10:18,
33:11
**most** [1] - 25:24
**mostly** [1] - 7:1
**motion** [4] - 21:11,
34:21, 34:22, 35:12
**motions** [1] - 35:4
**move** [3] - 11:9,
17:17, 19:20, 21:6,
21:11
**moved** [2] - 21:9, 24:7
**moving** [2] - 21:20,

24:16
**MR** [47] - 2:14, 2:16,
2:23, 3:12, 3:19,
3:20, 6:4, 6:8, 7:21,
10:6, 10:7, 11:20,
12:8, 12:12, 12:16,
12:21, 12:23, 12:25,
17:13, 17:18, 17:19,
21:7, 21:12, 22:3,
22:4, 23:8, 23:14,
23:17, 23:25, 24:5,
24:13, 25:2, 25:3,
27:21, 27:22, 29:10,
29:13, 29:15, 32:13,
32:20, 34:18, 34:25,
35:7, 35:16, 35:19,
35:20, 35:21

### N

**name** [4] - 4:17, 16:24,
31:23, 31:25
**namely** [1] - 5:12
**names** [1] - 31:20
**narcotic** [1] - 14:5
**narcotics** [25] - 5:2,
6:23, 7:1, 7:14, 8:15,
8:17, 8:22, 9:2, 9:3,
9:5, 9:13, 9:23,
10:11, 10:14, 10:17,
11:19, 12:2, 12:6,
14:2, 14:3, 14:15,
17:1, 17:4, 20:16,
29:9
**narrow** [1] - 22:19
**nature** [3] - 27:17,
29:20, 31:5
**need** [1] - 19:24
**net** [1] - 20:18
**new** [3] - 19:8, 20:23,
20:24
**newbie** [1] - 20:23
**News** [1] - 19:7
**NOTE** [1] - 36:8
**notes** [1] - 36:5
**nothing** [1] - 35:16
**notice** [1] - 15:7
**noticed** [1] - 6:20
**notion** [1] - 21:14
**null** [1] - 36:16
**number** [10] - 5:10,
6:3, 9:10, 14:9,
23:17, 24:3, 24:10,
25:13, 32:9, 32:11
**numerous** [2] - 8:23,
18:20
**NW** [1] - 1:13

## O

**oath** [1] - 2:10
**obligations** [1] - 3:15
**observed** [1] - 4:15
**occasional** [1] - 7:18
**occasionally** [1] - 7:3
**occurred** [1] - 34:2
**occurring** [1] - 28:13
**October** [1] - 36:20
**OF** [3] - 1:1, 1:2, 1:7
**Office** [1] - 1:12
**officer** [1] - 9:12, 17:4
**Official** [1] - 1:23
**official** [1] - 36:22
**once** [1] - 18:2
**one** [17] - 2:19, 3:15,
4:16, 5:23, 7:19,
8:23, 13:9, 14:20,
14:24, 18:21, 22:3,
24:5, 26:21, 28:5,
30:24, 31:7, 32:24
**one-off** [1] - 7:19
**ones** [4] - 12:1, 14:17,
18:14, 31:13
**ongoing** [1] - 30:16
**operate** [1] - 11:3
**operated** [1] - 11:5
**operating** [1] - 9:11
**operation** [2] - 17:25,
27:17
**operators** [1] - 11:12
**opportunity** [1] - 11:4
**order** [2] - 15:8, 15:14
**orders** [1] - 36:9
**outside** [1] - 3:13
**own** [1] - 14:6

## P

**PAGE** [1] - 35:24
**page** [1] - 6:3
**pages** [1] - 6:7
**pandemic** [2] - 35:14,
36:9
**papers** [1] - 21:22
**paragraph** [3] - 6:3,
6:7, 33:2
**pare** [1] - 13:4
**part** [3] - 26:2, 26:15,
27:14
**particular** [5] - 4:12,
4:16, 6:25, 8:15,
18:4
**parties** [2] - 1:9, 35:2
**parties'** [1] - 35:10
**party** [1] - 36:17
**past** [1] - 6:17

**pauses** [1] - 23:10
**pay** [2] - 16:14, 33:25
**paying** [2] - 32:1, 32:2
**PDP** [1] - 5:23
**PELKER** [1] - 1:11
**pending** [1] - 35:3
**people** [7] - 15:23,
16:11, 16:17, 17:20,
18:23, 21:23, 27:23
**percent** [22] - 9:1, 9:2,
9:4, 9:8, 14:7, 22:16,
22:18, 23:2, 23:5,
25:4, 25:9, 25:14,
26:17, 27:16, 29:1,
29:5, 30:21, 32:11,
32:25, 33:3, 34:15
**percentage** [2] -
30:18, 30:19
**percentages** [1] - 6:19
**perhaps** [1] - 25:20
**Perkins** [1] - 1:22
**permit** [1] - 3:9
**person** [3] - 18:1,
18:13, 28:6
**personal** [1] - 9:6
**persons** [1] - 20:20
**Phoenix** [1] - 1:21
**phone** [2] - 4:4, 17:6
**phones** [1] - 3:25
**place** [3] - 19:18, 20:1,
20:4
**play** [1] - 16:24
**PLEASE** [1] - 36:8
**point** [10] - 3:12, 16:3,
16:5, 16:23, 18:6,
20:12, 21:8, 24:22,
26:9, 28:4
**pointing** [2] - 17:14,
21:18
**portion** [5] - 2:2, 2:4,
13:3, 18:9, 21:23
**portions** [1] - 11:8
**possession** [1] -
13:12
**possibilities** [1] -
25:13
**possible** [2] - 8:25,
14:11
**post** [4] - 4:15, 14:23,
32:8, 32:15
**posted** [1] - 15:3
**posts** [2] - 18:17, 26:4
**potentially** [1] - 35:4
**practical** [2] - 17:3,
17:17
**practice** [1] - 35:12
**premise** [1] - 25:19
**Preston** [1] - 1:16
**pretrial** [2] - 3:16,
35:13

**pretty** [1] - 18:4
**prevent** [1] - 28:13
**Price** [25] - 2:6, 2:8,
2:10, 2:17, 3:21, 6:2,
6:9, 7:6, 12:9, 12:23,
17:20, 22:5, 24:3,
24:6, 24:9, 24:17,
24:19, 24:20, 25:4,
27:23, 29:16, 30:9,
31:16, 33:4, 35:25
**PRICE** [2] - 2:12
**primarily** [4] - 7:16,
14:12, 19:12, 28:20
**primary** [1] - 10:16
**probability** [6] - 8:13,
8:14, 8:21, 14:2,
25:24, 29:7
**problem** [1] - 27:14
**proceed** [3] - 3:18,
24:10, 24:21
**proceeding** [5] - 2:3,
2:4, 23:10, 24:17,
35:22
**PROCEEDING** [1] -
1:7
**proceedings** [5] - 3:6,
3:13, 3:14, 3:16,
36:6
**Proceedings** [1] - 1:24
**proceeds** [7] - 8:16,
8:21, 9:3, 10:24,
14:3, 14:5, 21:21
**process** [2] - 26:18,
30:15
**produced** [1] - 1:25
**product** [3] - 13:7,
15:14, 16:5
**products** [2] - 7:13,
19:13
**profit** [1] - 13:25
**program** [6] - 4:1,
11:24, 12:5, 12:10,
17:6, 26:19
**project** [1] - 13:22
**promoted** [2] - 26:6,
30:5
**propose** [2] - 35:3,
35:11
**proposing** [1] - 5:24
**provide** [1] - 23:20
**provided** [1] - 24:10
**purchase** [6] - 14:15,
19:19, 19:21, 21:4,
30:15, 33:22
**purchased** [2] - 29:4,
34:1
**purpose** [1] - 30:3
**purposes** [2] - 6:5,
28:16
**put** [9] - 14:9, 15:5,

17:22, 18:5, 18:6,
18:25, 19:1, 20:25,
29:25
**putting** [4] - 15:23,
26:18, 27:10, 27:24

## Q

**questioning** [2] - 3:1,
3:2
**questions** [4] - 13:15,
29:12, 29:13, 34:18
**quote** [3] - 19:14,
27:9, 30:2
**quote-unquote** [3] -
19:14, 27:9, 30:2

## R

**re** [3] - 11:8, 23:13,
24:17
**re-create** [1] - 11:8
**re-establish** [1] -
23:13
**re-joins** [1] - 24:17
**read** [3] - 4:21, 14:25,
15:2
**reading** [1] - 32:23
**real** [2] - 30:6, 33:22
**really** [3] - 3:5, 7:7,
19:24
**reason** [4] - 4:23,
16:18, 26:15, 28:14
**reasons** [2] - 14:13,
14:16
**receive** [1] - 24:1
**received** [1] - 12:10
**recently** [2] - 3:25,
21:16
**reconstituting** [2] -
26:19, 26:21
**records** [1] - 33:19
**recover** [1] - 26:22
**recovered** [1] - 34:17
**Reddit** [10] - 5:20,
14:23, 18:17, 19:6,
19:7, 20:24, 25:21,
26:4, 32:8, 32:15
**redirect** [1] - 29:12
**REDIRECT** [1] - 29:14
**reference** [7] - 6:10,
6:11, 9:20, 9:22,
9:24, 10:3, 31:5
**referenced** [6] - 5:14,
5:22, 8:8, 13:16,
18:21, 31:16
**referencing** [3] - 6:6,
10:11, 19:6

**referring** [9] - 4:25,
5:20, 10:25, 11:1,
13:9, 13:10, 13:11,
18:17, 32:24
**refers** [4] - 4:12, 8:7,
18:20, 32:16
**reflects** [1] - 22:20
**regarding** [4] - 4:19,
9:16, 11:13, 11:21,
32:1
**regards** [1] - 4:23
**register** [1] - 22:9
**regular** [2] - 18:23,
20:5
**reiterate** [2] - 10:8,
10:14
**related** [3] - 5:1, 5:2,
14:7
**release** [1] - 34:22
**remaining** [1] - 29:19
**remember** [5] - 22:17,
22:22, 22:23, 31:22,
32:9
**remind** [1] - 15:25
**remote** [1] - 36:14
**repeat** [2] - 7:8, 34:9
**rephrase** [1] - 34:9
**reported** [1] - 1:24
**Reporter** [3] - 1:23,
1:23, 36:22
**reporting** [1] - 36:14
**representation** [1] -
4:22
**required** [2] - 16:8
**resolving** [2] - 31:1,
31:2
**respond** [1] - 21:12
**response** [1] - 13:16
**responses** [1] - 31:1
**restored** [1] - 11:10
**restrictions** [1] - 36:13
**result** [1] - 8:16
**return** [1] - 7:2
**review** [4] - 9:6, 11:11,
30:15, 35:9
**reviewed** [4] - 10:12,
30:14, 31:10, 32:4
**reviewing** [2] - 7:12,
30:9
**RIANE** [1] - 1:12
**rough** [1] - 30:20
**roughly** [2] - 22:16,
25:5
**RPR** [3] - 1:23, 36:3,
36:21
**Rule** [2] - 3:5, 3:13
**rules** [1] - 3:4
**rulings** [1] - 35:3
**run** [1] - 18:1

## S

**SAINT** [1] - 36:3
**Saint** [1] - 36:21
**SAINT-LOTH** [1] - 36:3
**Saint-Loth** [1] - 36:21
**SaintLoth** [1] - 1:23
**sale** [7] - 8:17, 8:21, 9:2, 9:3, 10:17, 29:8, 33:3
**sales** [2] - 14:3, 14:5
**saw** [1] - 33:16
**schedule** [2] - 35:3, 35:12
**screen** [2] - 12:13, 15:5, 16:1
**search** [4] - 15:20, 16:23, 20:17, 20:20
**second** [2] - 26:14, 33:2
**security** [1] - 20:12
**see** [13] - 2:6, 13:4, 15:6, 15:12, 15:13, 15:15, 15:16, 16:1, 26:3, 28:5, 31:14, 33:13
**seeing** [2] - 5:8, 5:10
**seeking** [1] - 26:1
**seized** [1] - 16:16
**sell** [7] - 5:9, 6:24, 9:23, 10:16, 14:1, 19:12, 28:20
**sells** [1] - 6:22
**send** [2] - 8:6, 24:1
**sending** [1] - 4:24
**sends** [1] - 5:22
**sense** [2] - 12:3, 21:24
**sent** [6] - 8:2, 28:6, 28:11, 28:19, 30:24, 31:3
**separately** [1] - 13:11
**serves** [1] - 28:12
**service** [8] - 4:14, 4:15, 6:11, 7:10, 16:10, 16:12, 18:8, 29:24
**set** [2] - 15:20, 35:5
**sever** [2] - 27:11, 30:1
**several** [4] - 27:7, 33:11, 34:1
**severing** [1] - 28:2
**shall** [1] - 36:16
**shoe** [1] - 21:4
**shoes** [4] - 19:23, 20:15, 20:21, 22:12
**shop** [1] - 32:2
**shorthand** [1] - 1:24
**show** [1] - 32:15

**sic** [2] - 25:21, 26:24
**side** [8] - 11:22, 13:14, 18:11, 18:13, 21:19, 27:8, 30:2
**sign** [1] - 16:14
**sign-in** [1] - 16:14
**signal** [2] - 36:12
**signatory** [1] - 36:18
**signed** [3] - 16:11, 16:17, 17:20
**signing** [1] - 16:22
**similar** [2] - 7:1, 8:6
**similarly** [2] - 4:14, 28:9
**single** [2] - 8:18, 26:24
**site** [12] - 5:21, 6:16, 8:5, 11:7, 11:12, 19:6, 20:16, 30:4, 32:3, 33:1, 34:15
**sites** [9] - 4:16, 6:18, 7:14, 9:11, 9:12, 11:18, 14:14, 19:14, 26:5
**sixth** [1] - 15:11
**small** [1] - 13:3
**Smith** [2] - 28:6, 28:11
**sneakers** [1] - 19:16
**software** [2] - 11:24, 12:5
**sold** [2] - 7:13, 8:14
**sole** [1] - 10:16
**solid** [1] - 9:9
**somewhere** [2] - 18:6, 23:7
**son** [1] - 19:16
**soon** [2] - 24:1, 34:22
**sorry** [2] - 6:4, 7:6
**sort** [2] - 31:5, 31:24
**sounds** [2] - 23:4, 25:7
**source** [13] - 10:25, 11:2, 11:6, 11:25, 12:1, 12:2, 22:8, 26:18, 26:23, 28:17, 28:21, 28:22, 34:17
**speakerphone** [1] - 36:14
**speaking** [1] - 18:15
**special** [1] - 4:5
**Special** [1] - 24:19
**specific** [10] - 8:12, 9:14, 9:15, 11:20, 13:23, 14:9, 26:7, 26:9, 31:22, 32:11
**specifically** [6] - 3:14, 5:6, 10:10, 10:13, 18:21, 31:13
**speculate** [2] - 21:2, 29:5
**speculation** [1] - 26:2

**spoken** [1] - 6:17
**sporadically** [1] - 12:18
**stages** [1] - 16:4
**started** [1] - 14:14
**statement** [3] - 14:6, 17:24, 32:21
**states** [1] - 32:8
**STATES** [3] - 1:1, 1:2, 1:8
**static** [1] - 36:12
**stating** [1] - 30:24
**status** [1] - 31:8
**stay** [1] - 36:9
**stay-at-home** [1] - 36:9
**stenographic** [1] - 36:5
**step** [1] - 27:3
**still** [4] - 11:7, 11:10, 16:15, 26:18
**stolen** [5] - 7:2, 7:17, 7:19, 14:19
**store** [1] - 19:13
**Street** [1] - 1:13
**struggle** [1] - 28:14
**subject** [2] - 3:15, 36:10
**substances** [1] - 10:11
**suggest** [2] - 9:4, 9:15
**Suite** [1] - 1:17
**suppose** [6] - 14:11, 19:23, 20:13, 21:2, 21:4, 22:15
**suspected** [1] - 31:17
**sworn** [1] - 2:12

## T

**taint** [1] - 20:12, 21:19, 30:1
**tainted** [1] - 21:17
**talks** [2] - 15:3, 15:7
**target** [2] - 25:25, 30:6
**tax** [2] - 7:2, 14:19
**technical** [1] - 23:11
**technology** [1] - 36:11
**teleconference** [4] - 23:16, 24:10, 24:11, 24:22
**telephone** [6] - 23:17, 24:3, 24:18, 27:1, 36:12, 36:14
**telephonically** [1] - 36:8
**tend** [1] - 6:23
**term** [2] - 20:19, 27:23
**terminated** [1] - 12:15

**terms** [1] - 32:4
**Tesla** [1] - 34:1
**testified** [1] - 30:9
**testify** [1] - 2:21
**testimony** [4] - 2:4, 2:24, 3:8, 24:11
**text** [1] - 4:3
**THE** [54] - 1:1, 1:7, 1:11, 1:16, 2:6, 2:7, 2:8, 2:11, 2:13, 3:3, 3:17, 6:1, 7:6, 7:9, 10:2, 11:15, 11:24, 12:14, 12:17, 12:19, 12:20, 12:22, 12:24, 17:11, 17:16, 21:6, 21:8, 22:1, 23:12, 23:16, 23:19, 23:20, 23:22, 23:23, 24:2, 24:6, 24:8, 24:15, 24:19, 24:20, 24:23, 24:25, 26:13, 26:20, 27:2, 27:14, 27:19, 27:20, 29:11, 32:17, 34:20, 35:1, 35:8, 35:17
**themselves** [2] - 7:25, 35:11
**therefore** [1] - 36:10
**throw** [1] - 12:2
**throwing** [1] - 12:6
**ticket** [1] - 31:2
**tie** [2] - 20:20, 25:15
**tied** [1] - 20:6
**ties** [1] - 20:20
**today** [1] - 34:23
**together** [1] - 26:18
**top** [4] - 13:23, 26:11, 31:23, 33:8
**total** [2] - 23:3, 34:14
**totally** [1] - 25:18
**trace** [2] - 7:22, 27:4
**traced** [2] - 7:23, 25:5
**tracing** [1] - 26:23
**track** [1] - 26:16
**tracking** [1] - 27:15
**trafficking** [2] - 6:21, 25:16
**transaction** [19] - 8:19, 11:14, 12:10, 13:2, 13:7, 13:9, 13:24, 20:25, 21:15, 21:16, 21:18, 21:19, 26:10, 28:8, 30:25, 31:6, 31:9, 31:11, 31:14
**transactions** [35] - 4:8, 4:19, 4:23, 5:5, 5:7, 5:13, 5:18, 6:10, 7:23, 7:24, 8:2, 8:8, 8:10, 8:11, 8:16,

9:17, 9:21, 9:25, 10:10, 11:5, 11:9, 11:18, 13:18, 14:1, 22:16, 22:20, 25:23, 26:8, 26:17, 27:6, 27:18, 29:6, 29:8, 30:8
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:24, 36:5, 36:6, 36:17
**transcription** [1] - 1:25
**transfers** [2] - 27:5, 27:7
**trial** [4] - 3:14, 35:4, 35:5, 35:13
**true** [2] - 36:4, 36:5
**trying** [4] - 11:7, 12:5, 16:15, 27:17
**tumble** [1] - 19:24
**tumbler** [6] - 19:1, 20:11, 20:15, 20:25, 22:11, 22:13
**tumblers** [2] - 20:17, 22:6
**tumbling** [2] - 22:6, 27:17
**two** [3] - 3:23, 6:2, 35:3
**twofold** [1] - 13:9
**TX** [1] - 1:17
**type** [1] - 30:7
**types** [1] - 3:14
**typically** [2] - 16:25, 30:22

## U

**U.S** [1] - 1:12
**uncovered** [1] - 26:7
**under** [1] - 35:13
**underlying** [3] - 11:13, 13:7, 29:5
**understood** [1] - 13:21
**unfortunately** [2] - 31:22, 32:15
**unit** [1] - 18:2
**UNITED** [3] - 1:1, 1:2, 1:8
**unquote** [3] - 19:14, 27:9, 30:2
**untainted** [1] - 17:22
**up** [9] - 15:20, 16:11, 16:17, 16:22, 17:20, 20:24, 21:16, 22:5, 35:10
**user** [6] - 15:7, 16:6, 18:7, 20:24, 25:16,

30:6
**users** [6] - 8:1, 16:5, 18:23, 19:9, 22:24, 29:1
**utilize** [1] - 15:14

## V

**variation** [1] - 31:25
**vary** [1] - 14:10
**vast** [6] - 6:13, 6:22, 7:13, 9:12, 29:7, 32:10
**vehicles** [1] - 34:2
**vendor** [4] - 4:25, 31:23, 31:24, 32:2
**vendor's** [1] - 32:2
**vendors** [3] - 4:16, 31:17, 31:20
**via** [3] - 24:11, 24:18, 36:14
**videoconference** [1] - 2:3
**VIDEOCONFERENC E** [1] - 1:7
**videoconferencing** [1] - 36:15
**videoteleconference** [1] - 1:9
**virtue** [1] - 25:25
**visited** [1] - 6:17
**voice** [1] - 7:7
**void** [1] - 36:16
**volume** [4] - 8:14, 13:25, 34:14
**vs** [1] - 1:3

## W

**wallet** [4] - 8:3, 8:5, 27:24
**Washington** [2] - 1:5, 1:14
**weapons** [1] - 7:19
**web** [3] - 13:19, 19:18, 30:3
**websites** [2] - 7:4, 7:19
**wedding** [1] - 33:25
**weight** [1] - 16:25
**well-known** [1] - 6:13
**whole** [1] - 15:3
**Wi** [1] - 24:7
**Wi-Fi** [1] - 24:7
**withdrawal** [1] - 13:11
**withdrawing** [1] - 4:13
**WITNESS** [13] - 2:7, 7:9, 12:17, 12:20,

12:24, 24:6, 24:19, 24:23, 26:20, 27:2, 27:19, 32:17, 35:24
**word** [3] - 10:13, 12:3, 28:14
**words** [2] - 12:6, 29:25
**worth** [1] - 28:24

## Y

**years** [1] - 3:23

## Z

**zeroes** [1] - 12:1