UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

**JOINT NOTICE OF CONSENT TO APPEAR AT**
**MOTIONS HEARING VIA VIDEOCONFERENCE**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully respond to the Court's October 9, 2020 Minute Order by notifying the Court that both parties consent to appear via videoconference at the hearing on the Defendant's Motion for Reconsideration in the above-captioned case, currently scheduled for October 23, 2020, at 10:30 a.m.

                Respectfully submitted,

                MICHAEL R. SHERWIN
                ACTING UNITED STATES ATTORNEY
                New York Bar No. 4444188

By:     /s/ *Christopher B. Brown*
                Christopher B. Brown, D.C. Bar No. 1008763
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                C. Alden Pelker, Maryland Bar
                S. Riane Harper, D.C. Bar No. 230233
                Trial Attorneys, U.S. Department of Justice
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                Phone:  (202) 252-7153 (Brown)
                Fax:  (202) 514-6010
                Christopher.Brown6@usdoj.gov
                *Counsel for the United States*


                */s/ Charles Flood (with permission)*
                Charles Flood
                Flood & Flood Law Office
                914 Preston at Main, Suite 800
                Houston, TX 77002
                (713) 223-8877; Fax (713) 223-8877
                charles@floodandflood.com
                Texas Bar License# 00798178
                Fed I.D. 22508
                *Counsel for the Defendant Larry Dean Harmon*