UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Criminal No. 19-cr-395 (BAH) |
| | : |
| LARRY DEAN HARMON, | : |
| | : |
| **Defendant** | : |

## MOTION FOR AMENDED SCHEDULING ORDER

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully move this Court for an amended briefing schedule for pretrial proceedings in this case. A jury trial is currently scheduled to begin on April 12, 2021 in this case. Without changing the scheduled dates for trial or the Pretrial Conference, the parties jointly move to amend the pretrial briefing schedule.

1. The parties propose the following pretrial briefing deadlines:

    a. By December 1, 2020, the parties shall file any pretrial motions other than motions in limine; by January 8, 2021, the parties shall file any oppositions; and by January 22, 2021, the parties shall file any replies;

    b. By February 26, 2021, the parties shall file any motions in limine; by March 12, 2021, the parties shall file any oppositions to motions in limine; and by March 19, 2021, the parties shall file any replies.

2. The dates currently scheduled for the Pretrial Conference (March 26, 2021) and Jury Trial (April 12, 2021) will remain unchanged.

WHEREFORE, the parties respectfully request that the Court enter the attached scheduling order.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        ACTING UNITED STATES ATTORNEY
        New York Bar No. 4444188

By:    /s/ *Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        C. Alden Pelker, Maryland Bar
        S. Riane Harper, D.C. Bar No. 230233
        Trial Attorneys, U.S. Department of Justice
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        Phone:  (202) 252-7153 (Brown)
        Fax:  (202) 514-6010
        Christopher.Brown6@usdoj.gov
        *Counsel for the United States*


        */s/ Charles Flood (with permission)*
        Charles Flood
        Flood & Flood Law Office
        914 Preston at Main, Suite 800
        Houston, TX 77002
        (713) 223-8877; Fax (713) 223-8877
        charles@floodandflood.com
        Texas Bar License# 00798178
        Fed I.D. 22508
        *Counsel for the Defendant Larry Dean Harmon*