UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 19-cr-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant** : | |

## ORDER

Upon consideration of the parties' Motion for Amended Scheduling Order,

IT IS ORDERED, that by December 1, 2020, the parties shall file any pretrial motions other than motions in limine; by January 8, 2021, the parties shall file any oppositions; and by January 22, 2021, the parties shall file any replies;

IT IS FURTHER ORDERED, that by February 26, 2021, the parties shall file any motions in limine; by March 12, 2021, the parties shall file any oppositions to motions in limine; and by March 19, 2021, the parties shall file any replies;

IT IS FURTHER ORDERED, that the currently scheduled dates for the Pretrial Conference and Jury Trial in this case shall remain unchanged.

Dated this _____ day of October, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA