**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. 1:19-cr-00395 |
| | § |
| LARRY DEAN HARMON | § |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S MEMORANDUM IN OPPOSITION**

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and files this unopposed motion for an extension of time to file response to the Government's Supplemental Memorandum in Opposition to the Defendant's Motion to Reconsider (DE 69). The response is due November 3, 2020 by 2:00 p.m. Counsel for Mr. Harmon is scheduled to be an election poll watcher and respectfully request a two-day extension of time to file the response on November 5, 2020 by 2:00 p.m. Assistant U.S. Attorney Chris Brown is unopposed to this request.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
**COUNSEL FOR LARRY HARMON**