**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | § § | |

## ORDER

UPON PRESENTATION of defendant's unopposed motion for extension of time to file response to the government's opposition to the defendant's motion for reconsideration, it is hereby granted. Defendant shall be permitted to file his response by 2:00 p.m. on November 5, 2020.

Dated this ____ day of _____, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA