# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SUR-REPLY
## IN OPPOSITION TO THE DEFENDANT'S MOTION TO RECONSIDER

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves to file the attached sur-reply to respond to arguments raised for the first time in the defendant's Reply in Support of Motion for Reconsideration, ECF No. 74.

        Respectfully submitted,
        MICHAEL SHERWIN
        ACTING UNITED STATES ATTORNEY
        New York Bar No. 4444188

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        C. Alden Pelker, Maryland Bar
        S. Riane Harper, D.C. Bar No. 230233
        Trial Attorneys, U.S. Department of Justice
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 252-7153 (Brown)
        (202) 616-5007 (Pelker)
        (202) 305-2593 (Harper)
        Christopher.Brown6@usdoj.gov
        Catherine.Pelker@usdoj.gov
        Riane.Harper@usdoj.gov