# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Criminal No. 19-cr-395 (BAH) |
| | : |
| **LARRY DEAN HARMON,** | : |
| | : |
| **Defendant** | : |

## ORDER

Upon consideration of the government's Motion for Leave To File Sur-Reply in Opposition to the Defendant's Motion To Reconsider, it is this ___ day of November, 2020, hereby

ORDERED, that the motion is GRANTED, and the Government's Sur-Reply in Opposition to the Defendant's Motion To Reconsider shall be docketed in the above-referenced case.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA