**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

**JOINT MOTION FOR AMENDED BRIEFING SCHEDULE**

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and The United States of America, by and through the Acting United States Attorney for the District of Columbia, and respectfully move this Court for an amended briefing schedule for pretrial proceedings in this case.

1. Pretrial motions are due December 1, 2020; oppositions are due January 6, 2021 and any replies to oppositions are due by January 20, 2021.

2. Defense anticipates this Court's ruling on pending motions will impact certain pretrial motions that the defense is contemplating.

3. Discovery in this case is on-going and Counsel for Defendant received 12 search and seizure warrant affidavits on November 15, 2020, and 1 additional search warrant affidavit on November 27, 2020, and needs additional time to review and prepare motions, if needed.

4. Without changing the remaining briefing and scheduling order, the parties jointly move to amend the following pretrial briefing deadlines:

By December 18, 2020, the parties shall file any pretrial motions other than motions *in limine*; by January 18, 2020, the parties shall file any oppositions to pretrial motions; and by January 25, 2021, the parties shall file any replies to oppositions to pretrial motions.

WHEREFORE, the parties respectfully request that the Court grant the attached amended briefing schedule.

Respectfully submitted,

/s/ Charles Flood
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
*Counsel for the Defendant Larry Dean Harmon*

/s/ Christopher B. Brown (with permission)
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
C. Alden Pelker, Maryland Bar
S. Riane Harper, D.C. Bar No. 230233
Trial Attorneys, U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
Phone:  (202) 252-7153 (Brown)
Fax:  (202) 514-6010
Christopher.Brown6@usdoj.gov
*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Charles Flood*
Charles Flood

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## ORDER

Upon consideration of the parties' Joint Motion for Amended Briefing Schedule,

IT IS ORDERED, that by December 18, 2020, the parties shall file any pretrial motions other than motions *in limine*; by January 18, 2021, the parties shall file any oppositions to pretrial motions; and by January 25, 2021 the parties shall file any replies to oppositions to pretrial motions.

IT IS FURTHER ORDERED, that the remaining briefing and scheduling dates shall remain the same.

Dated this _____ day of December, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA