# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## ORDER

Upon consideration of the parties' Joint Motion for Amended Briefing Schedule,

IT IS ORDERED, that by December 18, 2020, the parties shall file any pretrial motions other than motions *in limine*; by January 18, 2021, the parties shall file any oppositions to pretrial motions; and by January 25, 2021 the parties shall file any replies to oppositions to pretrial motions.

IT IS FURTHER ORDERED, that the remaining briefing and scheduling dates shall remain the same.

Dated this _____ day of December, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA