## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No. 19-cr-395 (BAH) |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant** : | |

## ORDER

Upon consideration of the parties' Joint Motion for Interlocutory Sale,

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 32.2(b)(7) and Supplemental Rule G(7)(b) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that the following described property shall be sold by the defendant, Larry Dean Harmon (the "Defendant"), in the most commercially feasible manner:

  a. The real property located at 351 N Messner Rd, Akron, Ohio, more particularly described as all of Lot Number 91 and East ½ of lot 92 front and rear in the Nimisila Heights Second Addition as recorded in Plat Book 43, Page 25 of Summit County Records; and

  b. The real property located at 3838 Brecksville Road, Richfield, Ohio, more particularly described as Lot Number 21, Tract 1, Parcel Number: 50-00947 (collectively, the "Subject Properties");

IT IS FURTHER ORDERED, that the Defendant shall arrange for the net proceeds of any sale of the Subject Properties pursuant to this Order to be deposited, upon closing, directly into an account designated by the United States;

IT IS FURTHER ORDERED, that the United States shall hold any net proceeds from the interlocutory sale of the Subject Properties in an interest-bearing account maintained by the United States pending the conclusion of the forfeiture action in this case;

IT IS FURTHER ORDERED, that the net proceeds from the interlocutory sale of any of the Subject Properties shall be designated as a substitute res subject to forfeiture in place of the property that was sold, and shall be disposed of as provided by law upon entry of any forfeiture judgment in this case.

Dated this _____ day of December, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA