# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and respectfully moves to continue the pretrial motions deadline.

Pretrial motions are due December 18, 2020. Counsel for Defendant needs additional time to review discovery, confer with Mr. Harmon and finalize certain pretrial motions that the defense is contemplating. Without changing the remaining briefing and scheduling order, the government is unopposed to this request.

WHEREFORE, PREMISES CONSIDERED, Defendant Harmon respectfully request that this Court grant this motion to continue pretrial motions to January 6, 2021.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
*Counsel for the Defendant Larry Dean Harmon*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 18, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                */s/ Charles Flood*
                Charles Flood