# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## ORDER

Upon consideration of the defendant's unopposed motion to continue pretrial motions deadline, IT IS GRANTED and ORDERED, that by January 6, 2021, the parties shall file any pretrial motions other than motions *in limine* and all remaining briefing and scheduling dates shall remain the same.

Dated this _____ day of December, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA