UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 19-cr-395 |
| LARRY DEAN HARMON, | Chief Judge Beryl A. Howell |
| Defendant. | |

### ORDER

Upon consideration of the defendant's Motion to Reconsider, ECF No. 63, seeking reconsideration of the Court's Memorandum Opinion, ECF No. 59, and Order, ECF No. 58, denying defendant's Motion to Dismiss, ECF No. 31, the memoranda submitted in support and opposition, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion to Reconsider, ECF No. 63, is **DENIED**.

**SO ORDERED.**

Date: December 24, 2020

_____
BERYL A. HOWELL
Chief Judge