## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

### UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE AND PERMISSION TO TRAVEL OUT OF STATE

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, Defendant by and through his attorney, Charles Flood, and files this unopposed motion to temporarily modify his conditions of release and permission to travel out of state, saying more particular as follows:

On March 13, 2020, Mr. Harmon was granted pretrial release to home confinement (DE 20). Defendant request modification of his pretrial release to allow him to travel from Akron, Ohio to Houston, Texas to meet with defense counsel regarding this case. The defense has provided specific addresses to the Government and Pretrial Services. On January 12, 2021, Mr. Harmon will drive from Akron, Ohio to Memphis, Tennessee and then to Houston, Texas the following day. Mr. Harmon will meet with his attorney on January 14th and 15th. On January 16th, Mr. Harmon will depart Houston and drive back to Memphis, arriving to his residence in Akron, Ohio on January 17th. Counsel for Mr. Harmon has conferred with U.S. Pretrial Officer Carl Smith who has indicated that Mr. Harmon's location monitoring device will not be interrupted by this travel.

WHEREFORE, Larry Harmon respectfully prays that this Court grant his unopposed motion to temporarily modify his conditions of release to allow him to travel out of state to meet with defense counsel regarding this case.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
**COUNSEL FOR LARRY HARMON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 7, 2021, I conferred with Assistant U.S. Attorney Chris Brown who is unopposed to this request.

*/s/ Charles Flood*
Charles Flood

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I filed the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing which will send such notice of filing to all filing users.

*/s/ Charles Flood*
Charles Flood