IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | § § | |

## ORDER

Defendant's Unopposed Motion to Temporarily Modify Conditions of Release and Travel Out of State is hereby GRANTED. Mr. Harmon is permitted to leave his residence in Akron, Ohio and travel to Houston, Texas on January 12, 2021, to meet with his attorney and return to Akron, Ohio on January 17, 2021. All other conditions of release remain the same.

Dated this ____ day of January 2021.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA