**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, respectfully moves this Court for an extension of time to respond to the defendant's January 6, 2021 Motion To Dismiss Portions of Counts Two and Count Three as Void for Vagueness, ECF No. 83 (the "Motion To Dismiss").  In support whereof, the government respectfully states:

1.      On January 6, 2021, the defendant filed the above-referenced Motion To Dismiss docketed at ECF No. 83.

2.      Under this Court's December 3, 2020 Minute Order, as modified by its December 18, 2020 Minute Order, the government's response to the defendant's Motion To Dismiss is currently due no later than January 18, 2021.

3.      The government requires further time to prepare its response to the Motion To Dismiss, particularly in light of the violence and rioting at the U.S. Capitol Building on January 6, 2021, and ongoing efforts by the U.S. Attorney's Office and Department of Justice to respond to those events.

4.     The government proposes a 1-week extension until January 25, 2021.   The defendant's deadline to respond to the motion would be extended a corresponding period until February 1, 2021.

5.     Counsel for the government has consulted with defense counsel about the requested extension.  The defendant does not oppose the extension.

WHEREFORE, the government respectfully requests that the Court enter the attached order granting a 1-week extension of time for the government to respond to the defendant's Motion To Dismiss.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

By:     /s/ Christopher B. Brown
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        C. Alden Pelker, Maryland Bar
        S. Riane Harper, D.C. Bar No. 230233
        Trial Attorneys, U.S. Department of Justice
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        Phone:  (202) 252-7153 (Brown)
        Fax:  (202) 514-6010
        Christopher.Brown6@usdoj.gov