# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 19-cr-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant** : | |

## ORDER

Upon consideration of the government's Unopposed Motion for Extension of Time To File Response to Defendant's Motion To Dismiss,

IT IS ORDERED, that the deadline for the government to respond to the defendant's Motion To Dismiss Portions of Counts Two and Count Three as Void for Vagueness, ECF No. 83, is extended until January 25, 2021; and the defendant's deadline to file any reply in support of such motion is extended until February 1, 2021.

Dated this _____ day of January, 2021.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA