# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and files this unopposed motion for an extension of time to file the reply to the Government's Opposition to Defendant's Motion to Dismiss Portions of Count Two and Count Three as Void for Vagueness (DE 87). The reply is due February 1, 2021. Counsel for Mr. Harmon requires further time to prepare its reply and respectfully request a one-week extension. Assistant U.S. Attorney Chris Brown is unopposed to this request.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
**COUNSEL FOR LARRY HARMON**