IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | § § | |

## ORDER

UPON consideration of the unopposed motion, it is hereby ordered that the deadline to file a reply to the government's opposition [87] to the Defendant's Motion to Dismiss Portions of Count Two and Count Three as Void for Vagueness is EXTENDED to February 8, 2021.

Dated this ____ day of _____, 2020.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA