**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL DATES

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully move this Court to continue the jury trial and certain pretrial deadlines in this case, in light of the continuing COVID-19 pandemic.  In support whereof, the parties respectfully state as follows:

1.       On July 29, 2020, this Court issued a Minute Order scheduling a jury trial to begin in this case on April 12, 2021, following submissions of proposed dates by the parties.  The Court also scheduled pretrial deadlines, including deadlines for pretrial motions other than motions in limine; motions in limine; Joint Pretrial Statement; and Pretrial Conference.

2.       The deadlines for pretrial motions have been adjusted several times on motion from the parties.  *See* ECF Nos. 70, 72, 77, 80, 86   Minute Order (Oct. 30, 2020) (amending scheduling order); Minute Order (Dec. 3, 2020) (amending scheduling order); Minute Order (Dec. 18, 2020) (amending scheduling order); Minute Order (Jan. 19, 2021) (extending deadlines for void-for-vagueness motion).  The dates for the Pretrial Conference (March 26, 2021) and Jury Trial (April 12, 2021) have not been changed.

3.       Since the trial date was scheduled in this case, jury trials have been postponed and continued in this District due to the ongoing COVID-19 pandemic.  *See* D.D.C. Standing Order 20-68 (BAH) (Aug. 10, 2020); D.D.C. Standing Order 20-89 (BAH) (Nov. 6, 2020); D.D.C.

Standing Order 20-91 (BAH) (Nov. 24, 2020); D.D.C. Standing Order 20-93 (BAH) (Dec. 17, 2020).  Under the most recent Standing Order, all criminal jury trials scheduled to commence before March 15, 2021 are postponed and continued.  *See* D.D.C. Standing Order 20-68, at 5.

4.      The parties anticipate that the April 12, 2021 trial date in this case may be impracticable in light of the COVID-19 pandemic.  In particular, the government estimates that trial in this case will be relatively complex, is likely to require more than two weeks of trial time, and will require multiple out-of-state witnesses to travel to the District of Columbia for witness preparation and to appear at trial.  The defendant and defense counsel will also be required to travel to the District of Columbia for trial.

5.      Accordingly, the parties have consulted and agree that a continuance of the trial date and other pretrial deadlines is warranted in this case.

6.      The parties propose the following dates to commence jury selection for a jury trial, now estimated to last approximately 8-12 days:

      a.   August 16, 2021;

      b.   September 27, 2021; or

      c.   October 4, 2021.

7.      The parties propose the following dates for the Pretrial Conference and Joint Pretrial Statement:

      a.   Pretrial Conference on July 30, 2021; with Joint Pretrial Statement due July 16, 2021; or

      b.   Pretrial Conference on September 10, 2021; with Joint Pretrial Statement due August 25, 2021; or

    c.  Pretrial Conference on September 17, 2021; with Joint Pretrial Statement due September 1, 2021

8.    The parties propose the following briefing schedule for the Joint Pretrial Statement and any motions in limine:

    a.  By June 11, 2021, the parties shall file any motions in limine;

    b.  By July 2, 2021, the parties shall file oppositions to motions in limine; and

    c.  By July 16, 2021, the parties shall file replies in support of motions in limine.

9.    On March 13, 2020, the Court declared this a complex case and excluded time from computation under the Speedy Trial Act for a period of 180 days, from March 13, 2020 through September 11, 2020.

10.    The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice until the date ultimately selected by this Court for trial pursuant to the attached proposed scheduling order.  This additional period is necessary to allow the defendant to fully review the voluminous and complex discovery in this case and to adequately prepare for trial.  Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.  The defendant understands and waives his rights under the Speedy Trial Act.

WHEREFORE, the parties respectfully request that the Court enter the attached scheduling order.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

By:    /s/ *Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
C. Alden Pelker, Maryland Bar
S. Riane Harper, D.C. Bar No. 230233
Trial Attorneys, U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
Phone:  (202) 252-7153 (Brown)
Fax:  (202) 514-6010
Christopher.Brown6@usdoj.gov
*Counsel for the United States*

*/s/ Charles Flood (with permission)*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
*Counsel for the Defendant Larry Dean Harmon*