UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

Upon consideration of the parties' Joint Proposal Regarding Scheduling Order,

IT IS FURTHER ORDERED, that by June 11, 2021, the parties shall file any motions in limine; by July 2, 2021, the parties shall file any oppositions to motions in limine; and by July 16, 2021, the parties shall file any replies;

IT IS FURTHER ORDERED, that by _____, 2021, the parties shall file the Joint Pretrial Statement;

IT IS FURTHER ORDERED, that the Pretrial Conference shall be scheduled for _____, 2021, at _____ a.m./p.m.; and that a Jury Trial shall be scheduled to begin on _____, 2021, at _____ a.m./p.m.; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from April 12, 2021 until _____ 2021, be excluded from computation of time under the Speedy Trial Act in this case, in order to give the defendant time to review the voluminous

6

discovery in this matter and to adequately prepare for trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of February, 2021.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA