UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| LARRY DEAN HARMON, | : | |
| | : | |
| Defendant | : | |

### NOTICE OF AMENDED BILL OF PARTICULARS FOR FORFEITURE

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, files this Amended Bill of Particulars for the Forfeiture Allegation in the Indictment.

On April 1, 2021, the government received a wire transfer in the amount of $84,488.52, representing the net proceeds from the sale of the real property located at 3838 Brecksville Road, Richfield, Ohio (the "3838 Brecksville Road Property"), which was sold pursuant to the Court's December 4, 2020 Order authorizing interlocutory sale of two real properties.  *See* ECF No. 79 (the "Interlocutory Sale Order").  Pursuant to the Interlocutory Sale Order, Fed. R. Crim. P. 32.2(b)(7), and Supplemental Rule G(7)(b)(iv) of the Fed. R. Civ. P., Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the net proceeds from the sale of the 3838 Brecksville Road Property shall be designated as a substitute res subject to forfeiture in place of the property that was sold.  Accordingly, the government provides this Amended Bill of Particulars for the Forfeiture Allegation in the Indictment, substituting the net sale proceeds in the amount of $84,488.52 for the 3838 Brecksville Road Property as property subject to forfeiture.

Upon conviction of the offenses alleged in Counts One and Two, the United States will seek forfeiture of the following specific properties, pursuant to Title 18, United States Code, Section 982(a)(1):

1. The real property located at 3853 Yellow Creek Dr, Akron, Ohio, more particularly described as Sublot 74 in the Sanctuary of Bath Subdivision Phase II, as recorded in Plat Cabinet B, Slides 566-573 of Summit County, Ohio records;

2. The real property located at 351 N Messner Rd, Akron, Ohio, more particularly described as all of Lot Number 91 and East ½ of lot 92 front and rear in the Nimisila Heights Second Addition as recorded in Plat Book 43, Page 25 of Summit County Records;

3. $84,488.52 held in a U.S. Treasury suspense account, representing the net proceeds from the interlocutory sale of the real property located at 3838 Brecksville Road, Richfield, Ohio, more particularly described as Lot Number 21, Tract 1, Parcel Number: 50-00947;

4. $73,546.61 seized from PNC Bank account number ending in 0893 in the name of HARMON WEB INNOVATIONS INC;

5. $28,576.86 seized from PNC Bank account number ending in 3593 in the name of LARRY D HARMON MARGO C HARMON;

6. $32,082.58 seized from PNC Bank account number ending in 0869 in the name of COIN NINJA LLC;

7. $6,822.17 seized from PNC Bank account number ending in 0885 in the name of GRAMGRAM LLC;

8. $3,214.19 seized from PNC Bank account number ending in 0877 in the name of HARMONY PROPERTY MANAGEMENT INC;

9. $2,311.27 seized from PNC Bank account number ending in 0041 in the name of BLOCKCHAIN GROUP LLC;

10. $1,091.75 seized from PNC Bank account number ending in 6453 in the name of PINK VELVET STUDIO LLC;

11. $1,750.30 seized from PNC Bank account number ending in 3606 in the name of LARRY D HARMON MARGO C HARMON;

12. $1,358.35 seized from PNC Bank account number ending in 8166 in the name of HARMONY PROPERTY MANAGEMENT INC;

13. $102,967.41 seized from PNC Bank account number ending in 8221 in the name of ROCKY HOLD LLC;

14. Approximately 330.25648625 in Bitcoin (BTC) (after required fees) seized from BlockFi Bitcoin Interest Savings Account number ending in da9c;

15. One 2018 Tesla Model 3 with VIN 5YJ3E1EA8JF010185, seized from 3853 Yellow Creek Dr, Akron, Ohio;

16. Approximately 0.18803781 in Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 57/59 E Market Street, 3rd Floor, Akron, Ohio;

17. Approximately 0.0000414 Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 57/59 E Market Street, 3rd Floor, Akron, Ohio;

18. Approximately 0.00234138 Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 57/59 E Market Street, 3rd Floor, Akron, Ohio;

19. Approximately 4,168.9815353 Bitcoin (BTC) (after required fees) seized from one Trezor Model T recovered from 57/59 E Market Street, 2nd Floor, Akron, Ohio; and

20. Approximately 1,006.2 Ethereum (ETH) (after required fees) seized from one Ledger Blue hardware wallet device.

       Respectfully submitted,

       CHANNING D. PHILLIPS
       ACTING UNITED STATES ATTORNEY
       D.C. Bar No. 415793


BY: */s/ Christopher B. Brown*
    Christopher B. Brown, D.C. Bar No. 1008763
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-7153
    Christopher.Brown6@usdoj.gov

    C. Alden Pelker, Maryland Bar
    Trial Attorney, U.S. Department of Justice
    1301 New York Ave., N.W., Suite 600
    Washington, D.C. 20005
    (202) 616-5007
    Catherine.Pelker@usdoj.gov