UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY DEAN HARMON,<br><br>Defendant. | Criminal Case No. 19-cr-395 (BAH)<br><br>Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of defendant's Motion to Dismiss, ECF No. 83, the memoranda submitted in support of and in opposition to the motion, and the entirety of the underlying record, for the reasons set out in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the defendant's Motion to Dismiss is **DENIED**.

**SO ORDERED.**

Date: April 16, 2020

_____
BERYL A. HOWELL
Chief Judge

1