# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.    § | No. 1:19-cr-00395 |
| § | |
| LARRY DEAN HARMON § | |

## JOINT MOTION FOR AMENDED BRIEFING SCHEDULE

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and The United States of America, by and through the Acting United States Attorney for the District of Columbia, and respectfully move this Court for an amended briefing schedule for pretrial proceedings in this case.

1. Motions *in limine* are due June 22, 2021; oppositions are due July 2, 2021, and any replies to oppositions are due by July 16, 2021. The Joint Pretrial Statement is due July 16, 2021.

2. Without changing the pretrial conference and trial date, the parties jointly move to amend the following pretrial briefing deadlines to:

By July 6, 2021, the parties shall file any motions *in limine*; by July 16, 2021, the parties shall file any oppositions to the motions *in limine*; and by July 21, 2021, the parties shall file any replies to oppositions to the motions *in limine*. By July 26, 2021, the parties shall file the Joint Pretrial Statement.

WHEREFORE, the parties respectfully request that the Court grant the attached amended briefing schedule.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
*Counsel for the Defendant Larry Dean Harmon*

/s/ *Christopher B. Brown (with permission)*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
C. Alden Pelker, Maryland Bar
S. Riane Harper, D.C. Bar No. 230233
Trial Attorneys, U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
Phone:  (202) 252-7153 (Brown)
Fax:  (202) 514-6010
Christopher.Brown6@usdoj.gov
*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>*/s/ Charles Flood*
>Charles Flood