# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | § § | |

## ORDER

Upon consideration of the parties' Joint Motion for Amended Briefing Schedule,

IT IS ORDERED, that by July 6, 2021, the parties shall file any motions *in limine*; by July 16, 2021, the parties shall file any oppositions to motions *in limine*; and by July 21, 2021, the parties shall file any replies to oppositions to motions *in limine*. The Joint Pretrial Statement is due by July 26, 2021.

IT IS FURTHER ORDERED that the remaining scheduling dates shall remain the same.

Dated this _____ day of June 2021.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA