UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the of the Government's Notice and Motion in Limine Regarding Willful Blindness Instruction as to Counts One and Two and Permission To Refer to Willful Blindness in Opening Statement, any opposition thereto, and such evidence and argument as has been presented at any hearing on the motion, it is this _____ day of _____, 2021, hereby

ORDERED, that the motion is GRANTED.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA