IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S MOTIONS IN LIMINE**

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and respectfully moves this Court for a one-week extension of time to reply to the Government's Motions in *Limine* saying the following:

1. On June 22, 2021, the Government filed four separate lengthy motions to both keep out and admit evidence. The Government's motions in *limine* will require extensive research and time to properly reply. Defendant's opposition to these motions are due Friday, July 2, 2021.

2. Defendant had previously filed a joint motion asking to continue deadlines with regard to motions *in limine* (Doc. 98). This Court denied that motion.

3. Defendant again prays for an extension of time to reply. Counsel is traveling internationally with his family and is scheduled to return July 3, 2021.

4. Defendant does not make this motion for purposes of delay only to see that counsel provides effective assistance.

WHEREFORE, Defendant respectfully request a one-week extension of time to July 9, 2021 to reply to the Government's numerous motions.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8879
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
*Counsel for the Defendant Larry Dean Harmon*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Charles Flood*
Charles Flood