# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for One-Week Extension of Time to Reply to the Government's Motions in *Limine*, it is hereby GRANTED.  IT IS ORDERED, that by July 9, 2021, the defendant shall file any oppositions to motions *in limine*.  IT IS FURTHER ORDERED that the remaining scheduling dates shall remain the same.

Dated this _____ day of June 2021.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA