IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

**<u>DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO HAVE CASE AGENT AT COUNSEL TABLE</u>**

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and submits this response to the government's motion to have its case agent at counsel table during trial (Doc. 100). Harmon does not oppose the government's motion.

        Respectfully submitted,

        */s/ Charles Flood*
        Charles Flood
        Flood & Flood Law Office
        914 Preston at Main, Suite 800
        Houston, TX 77002
        (713) 223-8877; Fax (713) 223-8879
        charles@floodandflood.com
        Texas Bar License# 00798178
        Fed I.D. 22508
        *Counsel for Defendant Larry Dean Harmon*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 2, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Charles Flood*
                                        Charles Flood