

U.S. Department of Justice

Channing D. Philips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 28, 2021

**BY E-MAIL**

Charles Flood, Esq.
Flood & Flood
914 Preston at Main, Suite 800
Houston, Texas 77002
Defense counsel for Larry Dean Harmon

      RE:    <u>Larry Dean Harmon, 19-cr-395 (BAH)</u>

Dear Mr. Flood,

      I am writing pursuant to Fed. R. Crim. P. 16(a)(1)(G) to provide a written summary of the anticipated testimony of Ms. Alexandra Comolli and Mr. Matthew St. Jean.  Ms. Comolli is an expert in the darknet, cryptocurrency, and blockchain analysis.  Mr. St. Jean is an expert in forensics.  Ms. Comolli and Mr. St. Jean's testimony will be based on their experience, training, and education.

      Ms. Comolli's and Mr. St. Jean's qualifications and contact details are set forth in their respective curriculum vitae, which are attached for your review.  Please note that Ms. Comolli's current title is "Management and Program Analyst," not "Staff Operations Specialist" as reflected in the Government's Notice of Intent to Introduce Expert Testimony, ECF No. 102.

      The government expects that Ms. Comolli's testimony will include, among other things: (1) a general overview of Tor; (2) an explanation of darknet markets, including the method in which illicit goods and services are sold; (3) the measures that darknet markets take to maintain their administrators' and users' anonymity; (4) information about specific darknet markets, including those noted below; (5) an explanation of bitcoin and related core concepts, including bitcoin addresses, wallets, private keys, recovery seeds, nodes, miners, and the blockchain; (6) a description of cryptocurrency exchanges; (7) an explanation of blockchain analysis, including clustering; (8) an explanation of bitcoin mixers and cryptocurrency money laundering

**EXHIBIT A**

techniques; (9) the purpose of using a bitcoin mixer; (10) the *modus operandi* of darknet vendors and buyers.

In particular, the government expects to elicit Ms. Comolli's testimony about the illicit activity occurring on darknet markets, including AlphaBay Market, Hansa Market, Valhalla Market (aka Silkkitie), Silk Road 2, Wall Street Market, Abraxas Market, Trade Route Market, Dream Market, Flugsvamp 2.0, Evolution Market, Russian Anonymous Marketplace (RAMP), Black Bank, Oasis, Agora Market, Doctor D's, Aviato Market, Nucleus Market, Middle Earth Market, and Mr. Nice Guy. Ms. Comolli is expected to opine that the vast majority of the goods and services sold on these sites are illicit in nature. Ms. Comolli will also explain the role that mixers play in furthering illicit activity. Ms. Comolli will further opine that the vast majority of mixer users are engaged in criminal activity. Ms. Comolli will also explain blockchain analysis and clustering. Ms. Comolli will provide expert testimony regarding the clusters associated with various darknet markets, including those identified above. Ms. Comolli will testify regarding the role that Grams and Helix played in the darknet ecosystem.

The government expects that Mr. St. Jean's testimony will be primarily forensic in nature, describing the method through which Mr. Harmon's electronic evidence was imaged and reviewed and relevant files were identified and extracted. Mr. St. Jean is expected to explain the metadata associated with certain files and related significance to the investigation. Mr. St. Jean will also testify regarding the retrieval of evidence related to cryptocurrency wallets found on the defendant's devices and on specialized hardware wallets. Mr. St. Jean will also testify regarding key technical concepts relevant to the case, including application programming interfaces (APIs) and scrapers. Mr. St. Jean will further explain certain scripts and pieces of code found on the defendant's devices and will opine as to their likely use and relevance to the Helix operation.

Sincerely,

CHANNING D. PHILIPS
ACTING UNITED STATES ATTORNEY


BY:     /s Catherine Alden Pelker
        C. Alden Pelker
        Trial Attorney

        Christopher B. Brown
        Assistant United States Attorney

# Alexandra D. Comolli

**FBI Headquarters**  　　　　　　　　　　　　　　　　　　　　　　Email: adcomolli@fbi.gov  
935 Pennsylvania Ave NW  　　　　　　　　　　　　　　　　　　　　Phone: 202-324-7435  
Washington, D.C. 20535

## PROFESSIONAL EXPERIENCE:

**Federal Bureau of Investigation (FBI)**
*Staff Operations Specialist/Management and Program Analyst, Criminal Division (April 2017-present)*
**Washington, DC**

- Served as the FBI subject matter expert (SME) on Darknet-based transnational organized crime and a primary SME in virtual currency.
- Identified the main subject of Operation Bayonet, leading to the arrest of administrators and takedown of two of the largest Darknet marketplaces, representing over a two-billion-dollar criminal enterprise. Deployed to Thailand to serve as the lead expert on cryptocurrency, resulting in the identification and seizure of $7.3 million in cryptocurrency.
- Served in a leading role to establish the Joint Criminal Opioid Darknet Enforcement Team, launching an Attorney General's initiative focused on a coordinated government effort to dismantle the most prolific criminal enterprises reliant on the Internet or advance technology to facilitate the trafficking of opioids and other illicit narcotics. Collaborated with operational counterparts to develop FBI strategy, which has been adopted by domestic and international partners as a best practice.
- Briefed FBI executives and policymakers on operational and technical matters.
- Founded and led the Hidden Services Action Team since 2014, a multi-agency and multi-national team of over 150 law enforcement officers and analysts, collaborating and sharing intelligence to identify, pursue, and defeat online illicit marketplaces, serving as a strategic coordination point between several law enforcement partners.
- Founded and co-led the FBI's Dark Web Working Group since 2015, providing a forum for communication, collaboration, and deconfliction amongst FBI entities.
- Provided cross-programmatic tactical support to FBI field offices, including 12 complex undercover operations. Offered on-call cryptocurrency seizure guidance and legal process for FBI field offices.
- Conducted extensive analysis of large datasets and open sources to identify new Darknet-based transnational organized crime groups and money laundering facilitators, resulting in the opening of new investigations across multiple field offices.
- Traveled internationally on several occasions as a SME to plan sophisticated technical operations, provide training to overseas partners, and established lines of communication for continued partnership.
- Drafted, reviewed, and consulted on warrants, affidavits, and other legal process to ensure accuracy of analysis and legal verbiage.
- Trained over a thousand special agents, analysts, and professional staff in cryptocurrency tracking, search, and seizure techniques, leading to the identification of countless investigative subjects and the seizure of millions of dollars derived from illicit activity. Developed technical resources, used by the FBI, other federal agencies, and international partners.
- Collaborated with several Department of Defense (DoD) entities to establish working relationships surrounding America's opioid epidemic, resulting in expanded partnerships and intelligence sharing.
- Served in emergency capacity during Parkland School Shooting.

**Department of Justice (DOJ)**   *Extern, Computer Crimes & Intellectual Property Section (January 2018-August 2018)*
**Washington, DC**

- Developed template legal process for a major US-based social media company, which is currently used by United States Attorney's Offices across the country.
- Drafted various forms of domestic and international legal process for DOJ investigations, to include search warrants, motions to renew sealing orders, applications for 2703(d) orders, international mutual legal assistance treaty requests, and reviewed prosecution memoranda.
- Devised probable cause statements and provided legal process templates to US Attorney's Offices and investigative agencies for Operation Disarray.
- Drafted legal memorandum regarding alternative sentencing proposal.

**Federal Bureau of Investigation**   *Staff Operations Specialist, Cyber Division (December 2012-April 2017)*
**Washington, DC**
- Served in a leading role to coordinate international partner actions during a complex multi-national technical takedown of GameOver Zeus botnet and CryptoLocker ransomware.
- Served as a team lead for Operation Onymous, an international takedown of hundreds of illegal websites and arrests of illicit narcotics traffickers with 22 international law enforcement partners.
- Assisted in the development and creation of new organizational structure for FBI Cyber Division to better address the cyber threat.

**INTERPOL**   *Intern, Counterterrorism Division & Public Safety and Terrorism Directorate (January 2012-August 2012)*
**Washington, DC & Lyon, France**
- Reviewed and analyzed over 4,200 terrorism-related notices and messages in English and Spanish.
- Researched and assessed open sources, resulting in the production of open source reports on international terrorist organizations.
- Prepared notices for counterterrorism subjects, resulting in the warning of 190 member countries of potential terrorist threats.
- Served in a leading role in the creation of monthly newsletter on maritime piracy for dissemination to 190 member countries.

## *EDUCATION:*

**George Mason University**   *Juris Doctor* (May 2019)
**Arlington, VA**
- Stetson University Study Abroad at Oxford University (Summer 2018)
- DePaul University Study Abroad in Buenos Aires, Argentina (Winter 2018)

**Duke University**   *Bachelor of Arts: Political Science and History* (May 2012)
**Durham, NC**
- Political Science Concentration: International Politics and Law; History Concentration: Military History
- Dean's List (2009)

## *CLEARANCES*
- Top Secret Clearance, SCI, Full scope polygraph. Last updated May 2018.

## *AWARDS AND CERTIFICATIONS*
- Attorney General Award for Distinguished Service 2018 *(Operation Bayonet)*
- FBI Director's Award for Excellence in International Operations 2018 *(Operation Bayonet)*
- Director of National Intelligence (DNI) Meritorious Unit Citation 2018 *(Operation Bayonet)*
- Assistant Attorney General Award for Distinguished Service 2017 *(Operation Bayonet)*
- National OCDETF Award for Outstanding Investigation 2018 *(Operation Bayonet)*
- FBI Director Citation for Special Achievement (April 2015)
- National Intelligence Professional Award Intelligence Integration Unit Citation (April 2015)
- GIAC Certified Incident Handler (GCIH)

Matthew J. St. Jean, CFCE, EnCE

## Professional Experience

**Internal Revenue Service, Criminal Investigation (IRS-CI) –** Richmond, Virginia
August 2009 – Present

**Special Agent - Computer Investigative Specialist (CIS)**

- I am a leader within the CIS community.  My peers routinely solicit my advice on various forensic techniques, difficult investigative problems, cyber related investigative techniques, and crypto currency centric cases.

- I am currently the sole CIS embedded within CI's Cyber Crimes Unit (CCU).  As such, I focus on large scale international Cyber centric criminal investigations.  These include, but aren't limited to:  narcotics, money laundering, investment fraud, cyber intrusions, virtual currency fraud, illicit DarkNet trade, and terrorism financing.

- Within CCU, I've assisted with the identification and seizure of billions of dollars in virtual currency funds.  These seizures often necessitate in-depth research on specific Alt-Coins, the identification of and subsequent restoration of seed words to their corresponding wallets, and identifying passwords for protected wallets.

- I've coordinated with external Virtual Currency Exchanges to develop various methods to affect the court ordered virtual currency seizures for their client's funds.

- I worked specifically with one exchange to establish a Government exchange account.  This account is for use across the CI Agency and has been used on various seizures since it was established.  One virtual currency seizure for an Alt-Coin was only possible through the use of this account.

- I have been the lead CIS working with our law enforcement Partners, to include the FBI, HSI, and USMS to garner information on their Standard Operating Procedures (SOPs) relating to their respective Crypto Currency Programs, and played a key role in establishing CI's SOPs.

- I've coordinated with Directors of multiple divisions within CI on various Crypto Currency Policies and Procedures.  This included assisting newly assigned HQ personnel on various levels on the basics of crypto seizures; and they have routinely solicited my advice and have relied on my expertise to execute seizures around the country throughout CI.

- I routinely field calls for advice on Virtual Crypto Currency seizures from around the country from case agents and asset forfeiture specialists.  And I'm considered a Subject Matter Expert (SME) on Virtual Currency.

- I assist with the drafting, preparation, and planning of search and seizure affidavits as well as the ultimate execution of these warrants as they relate to Cyber investigations.

- I routinely assist with the drafting of the affidavits for, and implementation of, court orders for Electronic Data Intercepts.  These intercepts include various types of Pen Register Trap and Trace orders.  As data is produced by our external partners, I forensically process and analyze the data, and convert the often-disparate data sets into a clear, readable format for the case agents' review.

- I continue to conduct non-cyber related computer forensic and internet investigations for numerous financial related crimes; to include, money laundering, tax fraud, ID Theft,

investment fraud, internet gambling, narcotics, etc.

- I work as a co-case agent participating in interviews and debriefings; and I assist in drafting search warrant affidavits, subpoena requests, and other court related documents.

- I was co-lead on an ID Theft investigation that the lead AUSA said was one of the best investigations that he has been a part of in his 20+ years in law enforcement. Much of the success of the investigation was because of my ability to attribute the activity of the defendants to multiple computers, hotel IP addresses, various website usernames and passwords and to seize and distill electronic evidence (including evidence that the defendants thought that they had destroyed).

  As a result of this investigation, the AUSA has requested I present the case, and the forensic importance of User Attribution, annually to the US Attorney's office.

- I am an integral member of the Eastern District of Virginia ID Theft Task Force and the VA Financial Fraud and Securities Task Force.  I'm often called upon to provide my CIS knowledge to all participating members including CI, FBI, USSS, USPIS, VA State Corporation Commission, etc. In fact, USPIS identified so much value in my knowledge and technical ability that they dedicated a large office area so that I could work from its offices so as to be more actively engaged with both task forces.

- I forensically acquire digital evidence during Search Warrants and consent searches.  I then analyze the evidence and produce exhibits, as needed, for the prosecution of the crimes being investigated.

- I testify in criminal jury trials.

- I was selected as an OJI for newly trained CISs based in Raleigh, NC and Columbia, SC.

<b><u>Relevant IRS – CI Details</u></b>

**Senior Analyst GS-14** – 60 Day Detail:  02/09/2014 – 04/06/2014

- In 2014, I was selected for a detail at our Forensic Lab as a Senior Analyst focusing on Research and Development.  The R&D Duties included, but were not limited to:

    - Meet with external Hardware and Software vendors to discuss, review, and test new products and services.
    - Canvas the filed to determine which Forensic products were actually being employed, and more importantly, which weren't being used.
    - Assist the field with unique / challenging forensic issues

**Supervisory Special Agent IR-04 (Multiple)**

- I have 6 months of official Supervisory Special Agent (SSA) / Front Line Manager experience (Acting).  In this role, I have managed a large team Special Agent – CIS', covering 7 states and 3 separate Field Offices at the time.

- In addition to the day to day group management duties, I was in consistent communication and coordinated with the Special Agents in Charge, Assistant Special Agents in charge, as well as the numerous group SSA's of the 3 investigative Field Offices under our CIS Team's Area of Responsibility.

- o   120 Day SSA Detail: 07/24/2016 – 11/13/2016

    - Travelled to Nashville, TN to on-board and newly hired CIS
    - Processed retirement for an outgoing CIS
    - Attended eCrimes' (Now DF) Management Staff meeting in Pensacola FL
    - Prepared the groups' eCrimes Newsletter that's distributed to the SAC's in our AOR.
    - Provided case advice/guidance as needed
    - Coordinated and prepared Monthly eCrimes Statistics for reporting to Senior Management

- o   60 Day SSA Detail:  09/07/2014 – 11/02/2014

    - Provided case advice/guidance as needed
    - Coordinated and prepared Monthly eCrimes Statistics for reporting to Senior Management
    - Processed retirement for an outgoing CIS

### IRS – CI Digital Forensics (DF)  Special Cadre Assignments

On numerous occasions I have answered DF's call to participate, and lead from a Field CIS perspective, in the following working / discussion groups.  Often, I'm the only Field CIS, or one of only a few, asked to participate in these groups, which mostly include:  SSA's, ASAC's, SAC's and Directors.

- Crypto Currency Cadre – 2020

- Embedded with the Cyber Crimes Unit in Washington, DC – 2019 to the Present

- CIS Progression Training Plan Cadre – 2019

- CIS Standard Operating Procedures (Initial) Cadre – 2015

- CIS Home to Work Cadre – 2013 / 2014

- 1801 Integration Cadre – 2012

### Presentations

- **DC Field Office Digital Forensics overview**

- **IRS-CI HQ International Division – Digital Forensic and International Crimes**

- **USAO Richmond, VA – User Attribution –** 2019, 2018, 2017, & 2016

## Matthew J. St. Jean, CFCE, EnCE

**United States Department of State, Office of the Inspector General –** Rosslyn, VA
August 2008 – August 2009

**Special Agent**
**Computer Forensic Agent**

- I was selected for this position to Stand Up / initiate a computer forensic program within the State Department's Office of Inspector General (DOS-OIG). Prior to the establishment of the program, DOS-OIG relied on civilian contractors in the State Department's Diplomatic Security Computer Investigations & Forensics (DS-CIF).

- In this capacity, I was permanently assigned to the DS-CIF. With the creation of this new unit within DOS-OIG, I was tasked with developing and implementing the Unit's Work Manual and developing, documenting, and implementing the Standard Operating Procedures (SOPs).

- I coordinated and directed all computer forensic requests and support for State-OIG. My daily duties ranged from initiating a forensic examination for an investigation, to traveling to US Embassies abroad to acquire and image digital evidence pertaining to an investigation. I have participated in several covert "BlackBag" operations to obtain and image digital evidence.

**Paradigm Solutions –** Rockville, MD
**State Department –** DS/CR/CIF
A government contractor providing digital forensic services for the Unites States Department of State.
April 2008 – August 2008

**Computer Forensic Analyst III**

- This position was a contract position working as a Computer Forensic Analyst III for the State Department, Diplomatic Security Computer Investigations & Forensics (DS/CR/CIF). I specialized in conducting computer forensic examinations of electronic evidence seized in conjunction with the criminal statutes investigated by DS. These investigations included visa fraud, passport fraud, credit card fraud, and counterintelligence. Each forensic examination culminated with the preparation of an extensive web based expert report that was provided to the case agent for review.

**Capsicum Group, LLC. -** Philadelphia, Pennsylvania
A Private Computer Forensic and eDiscovery Consulting Firm
March 2007 – March 2008

**Senior Computer Forensic Specialist**

- As a Senior Forensic Consultant, I specialized in Computer Forensic Investigations and eDiscovery. A majority of the cases I worked entailed both components of computer forensics, and the resulting eDiscovery of the extracted data. I worked numerous civil litigation cases that required the forensically extracted data from a computer to be searched by client provided keywords. Additionally, the search hits were then deduped, and the data was prepared for production based on the clients' needs.

- In addition to the computer analysis, I've also examined, analyzed, and acquired data from servers including File servers, Exchange Servers, and SourceSafe servers; back up tapes; and electronic storage devices and media.

## Matthew J. St. Jean, CFCE, EnCE

- I have vast experience in email analysis, including not only Outlook and Exchange, but also Lotus Notes and GroupWise.  This analysis often required the creation of a virtual environment to be able to access the specific email client in order to convert the emails into a common format that was viewable by most file viewers.  Typically, the converted email was indexed, searched, deduped, and prepared for production.

- I conducted investigations involving claims of industrial espionage, theft of intellectual property, abuse of authorized employer-provided equipment, sexual harassment, family law, and employment disputes.  During these investigations, I assisted the attorneys by preparing pertinent questions to be used during interviews, depositions, and trial.

- I produced expert computer forensic reports for use in ongoing litigation and/or for court/trial purposes.

- I was responsible for identifying, organizing, and presenting data to fulfill document production requests in relation to eDiscovery.

- I provided assistance to attorneys in drafting affidavits, stipulation orders, motions, and e-discovery protocols.

- I testified in Delaware Chancery Court in a Civil trial providing significant evidence to prove our client's case.

- My position also included mentoring junior examiners.

**Immigrations & Customs Enforcement (ICE-formerly U.S. Customs Service) - Baltimore, MD**
May 2002 – March 2007

**Senior Special Agent**
**Computer Forensic Agent**

- I completed the US Treasury Department's Treasury Computer Forensics Training Program (TCFTP) and became a certified Computer Forensic Agent (CFA) in September 2003.  Between September 2003 and March 2007, I was a full-time CFA specializing in the seizure, and forensic examination, of digital evidence including computers, PDA's, cell phones, and various digital media.

  I testified as a Computer Forensic Agent on four occasions in Federal Court.  Two of these were during criminal jury trials in which my testimony directly assisted in the conviction of both defendants resulting in sentences of 32 Years in Prison and Mandatory Life in Prison, respectively.

- As a Computer Forensic Agent, I assisted the US Secret Service in the investigation of a network intrusion case.  Specifically, the Baltimore Federal Executive Board's (FEB) website was breached, and all images of American flags were changed to Iranian flags.  The intruder demanded payment to cease their actions.

  The intruder was traced to a foreign country and was not apprehended.  However, we conducted a review of the FEB's hosting server and identified and corrected the security vulnerabilities that were exploited to gain access to the site.

- Before becoming a Computer Forensic Agent, I was assigned to the Drug Money Laundering Initiative at the Baltimore/Washington HIDTA (High Intensive Drug Trafficking Area) Task Force specializing in international narcotics smuggling investigations and complex financial

money laundering investigations.

During this time, I worked several narcotics cases including one specific case in which we initiated a Title III Wiretap.  As the lead agent, I was responsible for the administrative details of the wiretap, as well as the investigative duties of analyzing the calls and subsequent leads, preparing 10-day reports and continuation affidavits at the end of each 30-day time frame.
(May 2002 – July 2003)

**Internal Revenue Service, Criminal Investigation (IRS-CI) -** Baltimore, MD
September 1995 – May 2002 (Special Agent Co-Op September 1995 – March 1996; Converted to Special Agent in March 1996)

**Special Agent**

- As a Financial Investigator, I specialized in complex financial investigations including terrorism financing, money laundering, weapons trafficking, narcotics smuggling, bank fraud, identity theft, mortgage fraud, insurance fraud, and tax evasion.

- These investigations focused on tracing the illicit proceeds from various crimes to prove the elements of each crime as well as identifying and documenting assets for subsequent seizure.

- I was assigned to the Drug Money Laundering Initiative at the Baltimore/Washington HIDTA (High Intensive Drug Trafficking Area) Task Force; specializing in international narcotics smuggling investigations and the resulting complex money laundering investigations.
(May 1999 – January 2002)

- I was trained as a Contact/Cover Agent who specializes in creating the infrastructure for undercover operations and maintaining the books and records of the various undercover operations.  I conducted financial audits of ongoing undercover operations and completed operations.

- One of my collateral duties involved being the unit's "Computer Power User", assisting other agents with various computer issues from software to hardware issues.

- As a "Power-User", I was also cross-trained a computer instructor.  Specifically, as new programs and systems were rolled out, I would attend the "Train the Trainer" instruction class.  I was then charged with training the field office on the newly implemented program and/or system.

- I beta-tested new software applications prior to agency-wide distribution and trained employees on these new software applications as they were implemented in the field.

**Federal Criminal Testimony**

- I have testified in the 4th Circuit as a Computer Forensic Specialist on numerous occasions during Federal Criminal Jury Trials and a sentencing hearing.  I also testified as a Computer Forensic Specialist in motions hearings, before the Grand Jury; as well as a Case Agent (Non-Forensic) on one occasion.

- o **United States v Blanchard – Jury Trial:** Blanchard was convicted of mail and wire fraud, as well as aggravated Identity Theft. I was recognized and qualified as an Expert in Computer forensics during this trial.

- o **United States v McConnell – Jury Trial:** McConnell was convicted in a conspiracy to commit mail fraud and mail theft. I was recognized and qualified as an Expert in Computer forensics during this trial.

- o **United States v Modanlo – Jury Trial:** Modanlo, an Iranian American, was convicted of using his Maryland based satellite company to facilitate the transfer of controlled technologies from Russia through Maryland and onto Iran. I was recognized and qualified as an Expert in Computer forensics during this trial.

- o **United States v Moser – Jury Trial**: Moser traveled to Maryland from Pennsylvania to have sex with two minors with the intent on introducing his 12-year-old daughter to incest. He is currently serving a 32-year sentence in federal prison.

- o **United States v Reigle – Jury Trial**: Reigle, a nationwide truck driver, molested multiple minor victims, as well as produced and distributed images of the victims, which constituted child pornography. This was Reigle's 5th conviction relating to child molestation and/or child pornography. However, it was his first federal conviction. He is currently serving a Life sentence in federal prison.

- o **United States v Jefferson – Sentencing Hearing:** Jefferson pleaded guilty in federal court to fraudulently obtaining more than $12 million in state and federal tax credits by inflating renovation costs on 11 historic Richmond properties.

**Civil Trial Testimony:**

- While a consultant with the Capsicum Group, I testified in the Delaware Chancery Court during a civil trial. The case, **Triton Electric vs. Tom Kirk, et. al**.; involved an employee of Triton, Tom Kirk, who was preparing duplicate bids for a competitor and diverting business to that competitor.

## Law Enforcement Training

- Customs Basic Enforcement School – CBES, FLETC (August 2002 – October 2002): This training combined those skills learned in the CITP Program with the federal statutes investigated by the former US Customs Service.

- IRS-CID Undercover Contact/Cover Agent Training, FLETC (February 1998): This training focused on the fundamentals of undercover operations and the protocol for maintaining the books and records for the operations.

- IRS-CID Special Agent Basic Training Program- SABT, FLETC (August 1996 – October 1996): This training focused on complex financial investigations including money laundering and tax evasion.

- Criminal Investigator Training Program - CITP, FLETC (Federal Law Enforcement Training Center in Glynco, GA) (April 1996 – June 1996): This training focused on the core law enforcement fundamentals and techniques as well as intense legal training.

**Computer Forensic Training and Skills**

- **Advanced Computer Evidence Recovery Training** – **ACERT**, 2019, 2017, 2014, 2012, 2010, and 2005

- **Sans FOR518 – iOS Advanced Forensics, Mac Forensics & Incident Response –** 2019

- **Chainalysis** – 2019

- **Conducting Cyber Research & Analysis in the Dark Web (Basic/Advanced)** – 2018

- **ANAB Forensic ISO/IEC 17025 Internal Auditor Course** – 2018

- **IRS-CI – AMAT (Annual Mandatory Advanced Training)/CPE** – 2017 – X-Ways training

- **Advanced Mobile Forensics –** 2017

- **BlackBag Apple/Mac Essential Forensic Techniques I** – 2016

- **BlackBag Apple/Mac Essential Forensic Techniques II** – 2016

- **IRS-CI – AMAT (Annual Mandatory Advanced Training)/CPE** – 2016 – Net+ Bootcamp

- **Mobile Forensic Training** – 2015

- **BlackBag BlackLight Training** – 2015

- **NuiX Foundations** – 2014

- **IRS-CI – AMAT (Annual Mandatory Advanced Training)/CPE –** 2013 SQL Databases, NuiX

- **EnCase Advanced Computer Forensics** - 2011

- **EnCase Advanced Internet Forensics** - 2011

- **IRS-CI – AMAT (Annual Mandatory Advanced Training)/CPE –** 2010 – Annual advanced training focusing mainly on FTK 3.x Forensic Software

- **IRS-CI – AMAT (Annual Mandatory Advanced Training)/CPE –** 2009 – EnCase, CIFBD

- **International Association of Computer Investigative Specialists (IACIS)** – **Advanced Windows Forensic Examinations** (**AWFE**) – April 2009

- **ICE – CPE** – 2006, 2004

- **International Association of Computer Investigative Specialists (IACIS)** - Basic **Computer Forensic Training** (IACIS) – 2005

- **Paraben Forensic Software** (Paraben Corporation, Fairfax, VA) – 2005

- **Ultimate Toolkit Forensic Software** (AccessData, Inc.)  – 2004

- **EnCase Forensic Software** (Guidance Software, Inc.) – 2003
- **Computer Forensic Agent (CFA) Training** (TCFTP)
    - **Pre-Computer Evidence Recovery Training** – **PCERT**, August 2003
    - **Basic Computer Evidence Recovery Training** – **BCERT**, September 2003

## Professional Certifications

- IACIS Certified Forensic Computer Examiner (CFCE)
- IACIS Certified Electronic Evidence Collection Specialist (CEECS)
- EnCase Certified Examiner (EnCE)
- BlackBag Certified BlackLight Examiner (CBE)
- Paraben Certified Device Examiner
- Comp-TIA A+ Certified
- NUIX Forensic Practitioner Certified Master (Est. completion March 2021)

## Awards

- IRS – CI Special Act Award – CryptoCurrency Support to the Field – 2020
- United States Attorney's Office (EDVA) Public Service Award – 2019
- IRS – CI Chief's Investigative Excellence Award – 2016
- United States Attorney's Office (EDVA) Public Service Award – 2016
- United States Attorney's Office (EDVA) Public Service Award – 2015
- United States Attorney's Office (EDVA) Public Service Award – 2013
- United States Attorney's Office (EDVA) Public Service Award – 2012

## Mentoring

- I have served as an SSA / Front Line Manager for over 6 months.
- I served as an On the Job Instructor to 2 newly hired CIS'.

**Matthew J. St. Jean, CFCE, EnCE**

- I mentored junior forensic examiners while at forensic government contract organizations.

- I served as a volunteer IACIS CFCE Coach for 2 individuals during their CFCE certification process.

## Education

- B.A., Business Administration, McDaniel College (formerly Western Maryland College), 1995
  Minor:  Accounting