IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 1:19-cr-00395 |
| § | |
| LARRY DEAN HARMON § | |

## ORDER

Upon consideration of Defendant's Motion to Require Adequate Notice of Government Expert Testimony and the entire record in this case,

IT IS ORDERED that the motion is granted; and

IT IS FURTHER ORDERED that the government shall have ten days from the date of this Order to provide a notice of expert testimony that complies in all respects with Fed. R. Crim. P. 16(a)(1)(G); and

IT IS FURTHER ORDERED that defendant shall have ten days after receipt of an expert notice that complies with Rule 16(a)(1)(G) to file any further motion challenging the government's proposed expert testimony under Fed. R. Evid. 403, Fed. R. Evid. 702, or on any other ground disclosed by the notice.

Dated this _____ day of July 2021.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA