UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT PROPOSED *VOIR DIRE***

The parties jointly propose the following *voir dire* questions, in addition to the standard questions given by the Court::

1.   In this case, the Indictment charges the defendant, Larry Dean Harmon, with operating a Darknet search engine called GRAMS, and an affiliated service called HELIX. GRAMS and HELIX were accessed through Tor. Tor is a computer network within the internet which can only be access with specific software. Helix enabled users to send digital currency called bitcoins to designated recipients in a manner which changed the source or prior owner of the bitcoins. This type of service is commonly referred to as a bitcoin "mixer" or "tumbler." The Indictment alleges that HELIX was advertised to customers on the Darknet as a way to conceal transactions from law enforcement. Larry Harmon is charged with Conspiracy To Launder Monetary Instruments, Operating an Unlicensed Money Transmitting Business, and Money Transmission Without a License. This conduct is alleged to have occurred from approximately July 2014 through approximately December 2017. Is any panel member familiar with the facts of this case?

2. The government is represented by Assistant United States Attorney Christopher Brown and Department of Justice Trial Attorney Alden Pelker. Do any of you recognize Mr. Brown or Ms. Pelker?

3. Also present with the prosecutors is Michon Tart, a paralegal from the United States Attorney's Office. Do any of you recognize Ms. Tart?

4. The attorney representing defendant Larry Harmon is Charles Flood. Do any of you recognize Mr. Flood? And present with the defense team is Carmen DeLeon, a paralegal with Flood & Flood Law Office. Do any of you recognize Ms. DeLeon?

5. Do any of you know any other member of the jury panel, for example, from work, school, socially, prior jury service, or one's neighborhood?

6. The law requires that jurors weigh the evidence in a case and reach a verdict based solely upon the admitted evidence and instructions of law, without any regard whatsoever for what the potential punishment might or might not be. Would you have any difficulty at all in following this principle?

7. Anyone who is selected to serve on this jury will take an oath to follow the law as instructed by this Court. Would you for any reason not be able to accept and follow my instructions regarding the law?

8. To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations, you must consider the opinions and viewpoints of your fellow jurors. In the final analysis, however, you must follow your own conscience and be personally satisfied with any verdict. Would any of you have any difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

9. The defendant Larry Harmon has entered a plea of not guilty to the charges.. In a criminal case, the defendant is never required to prove his or her innocence, and, in this case, Larry Harmon has no obligation whatsoever to produce any evidence or to testify in his own defense. Larry Harmon in fact has a constitutional right not to testify, and, if he chooses not to testify, that fact cannot be used against him. Do any of you feel that a defendant should present evidence or testify in his or her own defense? If a defendant did not do so, would any of you be more likely to think that he or she was guilty?

10. Are you presently taking any medication, or experiencing any medical condition or other physical, mental, or emotional condition, that might cause drowsiness, confusion, or discomfort, or that might in any way affect your ability to give your full attention to this case?

11. Do you have trouble understanding English, have any vision or hearing problems, or are you sitting next to someone you believe might have trouble understanding English or have vision or hearing problems or other problems processing information?

12. The government will call a number of witnesses to testify during the trial. The defense also may do so, but is not required to call witnesses. I will read to you a list of witnesses for the government and the defense. Not all of these witnesses will necessarily testify, but they are being introduced to determine whether any of you recognize or think that you may know any of the potential witnesses in this case.

    a. [state government's witnesses] Do any of you know any of the witnesses that have just been introduced to you?

    b. [state defendant's witnesses] Do any of you know any of the witnesses that have just been introduced to you?

13. This case was investigated by the Federal Bureau of Investigation, or FBI, and the Internal Revenue Service-Criminal Investigation, part of the IRS. Therefore, one or more law enforcement agents may be called as witnesses. Would any of you be inclined to give either greater or lesser weight to the testimony of these individuals simply because he or she is a law enforcement officer?

14. Have you, or any of your family, close friends, or household members ever worked for or with an office that handles prosecution, such as the U.S. Attorney's Office, D.C. Office of the Attorney General, a district attorney's office, state attorney's office, or an attorney general's office?

15. Have you, or any of your family, close friends, or household members ever worked for or with a governmental entity engaged in financial regulation, whether at the local or federal level, such as the D.C. Department of Insurance, Securities, and Banking; the U.S. Department of the Treasury; the Financial Crimes Enforcement Network; the U.S. Securities and Exchange Commission; the Federal Reserve System; the Commodity Futures Trading Commission; the Federal Deposit Insurance Corporation; or similar agency?

16. Have you, or any of your family, close friends, or household members ever worked for or with any law enforcement agency? Law enforcement agencies include any police department or sheriff's department in or outside the District of Columbia; special police officers; correctional officers; U.S. Department of Justice; U.S. Marshals Service; Internal Revenue Service; U.S. Secret Service; Federal Bureau of Investigation, Bureau of Alcohol, Tobacco, Firearms, and Explosives; Drug Enforcement Agency; probation office; and parole office.

17. Have you, or any of your family, close friends, or household members ever done any work for or with any person or organization that does criminal defense work, such as the

Federal Public Defender, the Public Defender's Office, defense attorneys, a private law firm, or as a private investigator?

18. Are you, or is any member of your immediate family, close friends, or household members, either a lawyer or one who studied law in a law school, or had any training, including paralegal training?

19. Have you, or any of your family, close friends, or household members ever been a plaintiff or defendant in any civil court case? Is there anything about your experience which would cause you to be unable to render a fair and impartial verdict in this case?

20. Have you ever served on a grand jury?

21. Have you ever served on a trial jury? If so, what type of case was it, civil or criminal? Did the jury reach a verdict?

22. Have you, or any of your family, close friends, or household members been a victim of or a witness to a crime?

23. Have you, or any of your family, close friends, or household members been arrested or convicted of any crime?

24. Do you have any moral, social, political, philosophical, religious or any other creed or belief that would make it hard for you to sit as a juror in this case?

25. In this case, you may hear from one or more witnesses who have already pled guilty to a criminal offense and who have entered into cooperation plea agreements with the government. Would the use of these cooperating witnesses prevent you from rendering a fair and impartial verdict in this case?

26. The defendant is charged in this case with, among other things, operating a money transmitting business without a state license. I will instruct you as a matter of law that, for purposes

of this statute, the District of Columbia should be treated as a state. Do you have any strong feelings about District of Columbia statehood that will prevent you from following that instruction for the limited purposes of this trial?

27. This case may involve evidence concerning technical concepts, such as computer forensics and cryptocurrency. You do not need a background in or prior understanding of any technical concepts. Are any of you computer professionals by education, training, or experience?

28. Regarding computers, do you consider yourself (1) sophisticated; (2) knowledgeable but not sophisticated; or (3) basically unfamiliar?

29. Is there anyone who does not use a computer on a regular basis?

30. Do you own or have you ever owned or purchased Bitcoin, Ethereum, Dogecoin, or any other kind of cryptocurrency or digital currency?

31. Do you have strong opinions about the regulations or lack of regulations concerning cryptocurrency or digital currency?

32. Do you have any strong feelings about the IRS that would make it difficult for you to be a fair juror in this case?

33. Have you, or any of your family, close friends, or household members ever been audited by the IRS?

34. Do you have any strong opinions about the laws governing illegal drugs, narcotics, or controlled substances?

35. Do you believe that the government should not pass laws concerning or be involved in financial regulation or consumer protection?

36. Do you have strong opinions regarding your right to privacy?

37. Do you have strong opinions regarding the Government or private entities tracking your movement, purchases or daily life?

38. This case is scheduled to take approximately two to three weeks; do any of you have any reasons why you could not sit fairly, attentively, and impartially in this case? Does anyone have a scheduling conflict or personal hardship that would make it difficult to sit as a juror in this case?