UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| LARRY HARMON, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | AlphaBay Main Page Screenshot |
| 2 | AlphaBay Vendor Listing Screenshot |
| 3 | AlphaBay Screenshot |
| 4 | Diagram of clearnet access to website |
| 5 | Diagram of Tor access to a clearnet website |
| 6 | Diagram of Tor access to a hidden service site |
| 7 | Diagram of Bitcoin transaction - 1 |
| 8 | Diagram of Bitcoin transaction - 2 |
| 9 | Silk Road Screenshot |
| 10 | Silk Road 2.0 Screenshot |
| 11 | List of addresses associated with Silk Road 2.0 |
| 12 | Wall Street Market Screenshot |
| 13 | List of addresses associated with Wall Street Market |
| 14 | Valhalla/Silkkitie Screenshot |
| 15 | List of addresses associated with Valhalla/Silkkitie |
| 16 | Hansa Screenshot |
| 17 | List of addresses associated with Hansa |
| 18 | Abraxas Market Screenshot |
| 19 | List of addresses associated with Abraxas |

| | | |
|---|---|---|
| | 20 | TradeRoute Market Screenshot |
| | 21 | List of addresses associated with TradeRoute Market |
| | 22 | Dream Market Screenshot |
| | 23 | List of addresses associated with Dream Market |
| | 24 | Flugsvamp 2.0 Screenshot |
| | 25 | List of addresses associated with Flugsvamp 2.0 |
| | 26 | Evolution Market Screenshot |
| | 27 | List of addresses associated with Evolution Market |
| | 28 | Russian Anonymous Marketplace (RAMP) Screenshot |
| | 29 | List of addresses associated with RAMP |
| | 30 | Black Bank Screenshot |
| | 31 | List of addresses associated with Black Bank |
| | 32 | Oasis Screenshot |
| | 33 | List of addresses associated with Oasis |
| | 34 | Agora Screenshot |
| | 35 | List of addresses associated with Agora |
| | 36 | Doctor D's Screenshot |
| | 37 | List of addresses associated with Doctor D's |
| | 38 | Aviato Market Screenshot |
| | 39 | List of addresses associated with Aviato |
| | 40 | Nucleus Market Screenshot |
| | 41 | List of addresses associated with Nucleus |
| | 42 | Middle Earth Market Screenshot |
| | 43 | List of addresses associated with Middle Earth |
| | 44 | Mr. Nice Guy Screenshot |
| | 45 | The Armory Screenshot |
| | 46 | Cloud Nine (C9) Screenshot |
| | 47 | Bitcoin transaction diagram - 3 |
| | 48 | Clustering diagram |

| | |
|---|---|
| 49 | List of addresses associated with AlphaBay |
| 50 | Grams/Helix screenshots - series 1 |
| 51 | Grams/Helix screenshots - series 2 |
| 52 | Grams searches screenshots - series 1 |
| 53 | Grams search - video capture ("Cocaine") |
| 54 | Grams search - video capture ("Fentanyl") |
| 55 | Grams search - video capture ("Heroin") |
| 56 | Grams contact listings |
| 57 | Grams PGP key decoding screenshots |
| 58 | Grams market list - screenshot 1 |
| 59 | Grams market list - screenshot 2 |
| 60 | Gramsflow Screenshot |
| 61 | Grams Info Desk screenshot |
| 62 | ▬▬▬▬ Grams vendor page |
| 63 | ▬▬▬▬ Grams vendor page |
| 64 | ▬▬▬▬ Grams vendor reviews |
| 65 | Grams registration screenshots - series 1 |
| 66 | Grams Campaigns, Ads, and Keywords screenshots |
| 67 | Grams FAQs screenshots |
| 68 | Grams Announcements screenshots |
| 69 | GramsWords Screenshots - series 1 |
| 70 | GramsWords Article (DeepDotWeb) |
| 71 | Grams/Helix screenshots - series 1 |
| 72 | Grams/Helix screenshots - series 2 |
| 73 | Grams/Helix screenshots - series 3 |
| 74 | UC Transaction through Helix (screenshots) - series 1 (June 2016) |
| 75 | UC Transaction through  Helix, blockchain analysis - series 1 |
| 76 | UC Transaction through Helix (screenshots) - series 2 (Sept 2016) |
| 77 | UC Transaction through Helix, blockchain analysis - series 2 |

| | |
|---|---|
| 78 | UC Transaction through Helix (screenshots) - series 3 (November 8, 2016) |
| 79 | UC Transaction through Helix (November 9, 2016) |
| 80 | UC Transaction through Helix (blockchain analysis) - series 3 (November 8, 2016) |
| 81 | The Hub screenshots - series 1 |
| 82 | The Hub screenshots - series 2 |
| 83 | Conversations with DeepDotWeb |
| 84 | Grams Article (DeepDotWeb) |
| 85 | Helix Article (DeepDotWeb) |
| 86-99 | [HOLD] |
| 100 | Helix transaction activity (summary chart) |
| 101 | Helix transactions with darknet markets (summary chart) |
| 102 | AlphaBay users of Helix |
| 103 | Sample AlphaBay vendor transactions to Helix (summary chart) |
| 104 | ███████ vendor summary chart |
| 105 | ███████ vendor information (AlphaBay) |
| 106 | ███████ vendor information (AlphaBay) |
| 107 | ██████ vendor information (AlphaBay) |
| 108 | ████████ vendor information (AlphaBay) |
| 109 | ███████ vendor information (AlphaBay) |
| 110 | ████████ vendor information (AlphaBay) |
| 111 | ████ vendor information (AlphaBay) |
| 112 | █████████ vendor information (AlphaBay) |
| 113 | ██████████ vendor information (AlphaBay) |
| 114 | █████████ vendor information (AlphaBay) |
| 115 | ███████ vendor information (AlphaBay) |
| 116 | █████████ vendor information (AlphaBay) |
| 117 | ███████ vendor information (AlphaBay) |
| 118 | ██████████ vendor information (AlphaBay) |

| | |
|---|---|
| 119 | ▮ vendor information (AlphaBay) |
| 120 | Silk Road 2 users of Helix |
| 121 | Sample Silk Road 2 vendor transactions to Helix (summary chart) |
| 122 | ▮ vendor information (SR2) |
| 123 | ▮ vendor information (SR2) |
| 124 | ▮ vendor information (SR2) |
| 125 | ▮ vendor information (SR2) |
| 126 | ▮ vendor information (SR2) |
| 127 | ▮ vendor information (SR2) |
| 128 | ▮ vendor information (SR2) |
| 129 | ▮ vendor information (SR2) |
| 130 | ▮ vendor information (SR2) |
| 131 | ▮ vendor information (SR2) |
| 132 | Hansa users of Helix |
| 133 | Sample Hansa vendor transactions to Helix (summary chart) |
| 134 | ▮ vendor information (Hansa) |
| 135 | ▮ vendor information (Hansa) |
| 136 | ▮ vendor information (Hansa) |
| 137 | ▮ vendor information (Hansa) |
| 138 | ▮ vendor information (Hansa) |
| 139 | ▮ vendor information (Hansa) |
| 140 | ▮ vendor information (Hansa) |
| 141 | ▮ vendor information (Hansa) |
| 142 | ▮ vendor information (Hansa) |
| 143 | ▮ vendor information (Hansa) |
| 144 | ▮ vendor information (Hansa) |
| 145 | WallStreetMarket users of Helix |
| 146 | Sample WSM vendor transactions to Helix (summary chart) |
| 147 | ▮ vendor information (WSM) |

| | |
|---|---|
| 148 | ███████████ vendor information (WSM) |
| 149 | ██████ vendor information (WSM) |
| 150 | ████████ vendor information (WSM) |
| 151 | █████████ vendor information (WSM) |
| 152 | █████████ vendor information (WSM) |
| 153 | Welcome2Video Helix users - list |
| 154 | Sample Welcome2Video user transactions to Helix (summary chart) |
| 155 | Welcome2Video Helix users - summary chart |
| 156 | Sample indirect transaction to Helix (demonstrative |
| 157 | Indirect transaction to Helix (chart) |
| 158 | Sample indirect transaction from Helix (demonstrative) |
| 159 | Indirect transaction from Helix (chart) |
| 160-199 | [HOLD] |
| 200 | Market Street, 2nd Floor (MS2) Search Photos |
| 201 | MS2 – Trezor |
| 201a | Data from Trezor |
| 202 | MS2 - 2TB Seagate Expansion Hard Drive |
| 202a | Image of Seagate Hard Drive |
| 203 | MS2 - MacBook, model A1990, serial number C02XG0UZJG5K |
| 203a | Image of MacBook |
| 204 | MS2 - MacBook Pro, A1707 |
| 204a | Image of MacBook Pro |
| 205 | MS2 - iPhone XS, serial number DNPX7C7MKPFT |
| 205a | Extraction from iPhone XS |
| 206 | MS2 - CoolWallet Recovery Key Paper |
| 206a | Recovery Key Contents |
| 207 | Market Street, 3rd Floor (MS3) Search Photos |
| 208 | Market Street, 3rd Floor (MS3) Search - Lists of words/potential seed lists |
| 209 | MS3 - Lease documents for Grand Caribe Resort property |

| | |
|---|---|
| 209a | MS3 - Lease documents for Akron property |
| 210 | MS3 - Check register |
| 211 | MS3 - Credit card |
| 212 | MS3 - Financial Documentss (UBS) |
| 213 | MS3 - Financial documents (PNC) |
| 214 | MS3 - Financial documents (JP Morgan) |
| 215 | MS3 - Financial documents (misc.) |
| 216 | MS3 - MacBook Pro #1, model A 1707, serial number C02V227THTDS |
| 216a | Image of MS3 MacBook Pro #1 |
| 217 | MS3 - MacBook Pro #2, model A 1707, serial number C02VG7J1HTD6 |
| 217a | Image of MS3 MacBook Pro #2 |
| 218 | MS3 - MacBook Pro #3, model A 1707, serial number C02W6BMUHTD5 |
| 218a | Image of MS3 MacBook Pro #3 |
| 219 | MS3 - Mac Mini computer #1 |
| 219a | Image of MS3 Mac Mini #1 |
| 220 | MS3 - Mac Mini computer #2, serial number D07XN3N3JYWD, |
| 220a | Image of MS3 Mac Mini #2 |
| 221 | MS3 - Apple iPad tablet, serial number GCGVNFCBHP9X |
| 221a | Image of iPad |
| 222 | MS3 - Server with removable hard drives, Qnap TS-859 Pro Plus Nas, serial number Q115I02189 |
| 222a | Image of Server |
| 223 | Yellow Creek Road (YCR) Search Photos |
| 224 | YRC - Real Estate Records, Deed Transfers, and Tax Returns |
| 225 | YCR - Cobo Seed Words located in a gun safe |
| 226 | YCR - CoolWallet hardware wallet |
| 226a | YCR - CoolWallet associated paperwork |
| 226b | Data from CoolWare hardware wallet |
| 227 | YCR - Cobo Vault hardware wallet box |

| | |
|---|---|
| **227a** | Cobo Vault hardware wallet information |
| **228** | YCR - Recovery seeds |
| **229** | YCR - Gold bitcoin card |
| **230** | YCR - credit and debit cards |
| **231** | YCR - USB devices |
| **231a** | Image of USB devices |
| **232** | YCR - 128 GB memory card |
| **232a** | Image of 128 GB memory card |
| **233** | Belize - Search documentation |
| **234** | Belize – Trezor |
| **234a** | Data from Belize Trezor |
| **235** | Belize - Trezor White |
| **236** | Belize - Mac Mini Computer |
| **236a** | Image of Mac Mini |
| **237** | Belize - Seagate External Hard Drive, serial number 9A4AJDAS |
| **237a** | Image of Seagate Hard Drive |
| **238** | Belize - Seagate External Hard Drive, serial number 9A4AMVAO |
| **238a** | Image of Seagate Hard Drive |
| **239** | Google Glass device, serial number X19-09466-01 |
| **239a** | Data from Google Glass device |
| **240** | Grand Caribe receipt, October 5, 2014-September 30, 2015 |
| **241** | Grand Caribe owner statement paperwork |
| **242** | San Francisco (SF) Search Photos |
| **243** | SF - Nano Ledger S |
| **243a** | Data from Nano Ledger S |
| **244** | SF - Financial Documents |
| **[245-299]** | [HOLD] |
| **300** | PGP Key File |
| **301** | Emails with ▮▮▮▮▮▮ (original format) |

| | | |
|---|---|---|
| **301a** | Emails with ▮▮▮▮ (decrypted) | |
| **302** | Emails describing Gramswords (original format) | |
| **302a** | Emails describing Gramswords (decrypted) | |
| **303** | Emails with ▮▮▮▮ (original format) | |
| **303a** | Emails with ▮▮▮▮ (decrypted) | |
| **304** | Emails with ▮▮▮▮ (original format) | |
| **304a** | Emails with ▮▮▮▮ (decrypted) | |
| **305** | Emails with ▮▮▮▮ (original format) | |
| **305a** | Emails with ▮▮▮▮ (decrypted) | |
| **306** | Emails with ▮▮ (original format) | |
| **306a** | Emails with ▮▮ (decrypted) | |
| **307** | Email with ▮▮▮▮▮▮ (original format) | |
| **307a** | Email with ▮▮▮▮▮▮ (decrypted) | |
| **308** | Emails with ▮▮▮▮▮ (original format) | |
| **308a** | Emails with ▮▮▮▮▮ (decrypted) | |
| **309** | Emails with ▮▮▮▮ (original format) | |
| **309a** | Emails from ▮▮▮▮ (decrypted) | |
| **310** | Emails with ▮▮▮▮▮▮ (original format) | |
| **310a** | Emails with ▮▮▮▮▮▮ (decrypted) | |
| **311** | Emails with ▮▮▮▮ (original format) | |
| **311a** | Emails with ▮▮▮▮ (decrypted) | |
| **312** | Emails with ▮▮▮▮▮ (original format) | |
| **312a** | Emails with ▮▮▮▮▮ (decrypted) | |
| **313** | Emails with ▮▮▮▮▮▮▮ (original format) | |
| **313a** | Emails with ▮▮▮▮▮▮▮ (decrypted) | |
| **314** | Emails with ▮▮▮ (original format) | |
| **314a** | Emails with ▮▮▮ (decrypted) | |
| **315** | Emails with ▮▮▮ (original format) | |
| **315a** | Emails with ▮▮▮ (decrypted) | |

| | |
|---|---|
| 316 | Emails with ▮▮▮▮ (original format) |
| 316a | Emails with ▮▮▮▮ (decrypted) |
| 317 | Emails with Vice Reporter (original format) |
| 317a | Emails with Vice Reporter (decrypted) |
| 318 | Emails with ▮▮▮▮ (original format) |
| 318a | Emails with ▮▮▮▮ (decrypted) |
| 319 | Scripts/API files |
| 319a | Gramsscrape API |
| 319b | HitBTC API |
| 320 | Cryptocurrency portfolio from phone |
| 321 | Facebook Messenger chats discussing Bitcoin deals |
| 322 | Text messages re: liquidating bitcoin |
| 323-399 | [HOLD - Placeholder for additional files retrieved from devices] |
| 400 | Binance records |
| 401 | Bitfinex records - batch 1 |
| 402 | Bitfinex records - batch 2 |
| 403 | Bitfinex records - batch 3 |
| 404 | Bitfinex records - batch 4 |
| 405 | BitPay records |
| 406 | BitPay records - batch 2 |
| 407 | BitStamp records - batch 1 |
| 408 | BitStamp records - batch 2 |
| 409 | BitStamp records - batch 3 |
| 410 | BlockFi records |
| 411 | CapitalOne records |
| 412 | Circle records - batch 1 |
| 413 | Circle records - batch 2 |
| 414 | Coinbase records - batch 1 |
| 415 | Coinbase records - batch 2 |

| | |
|---|---|
| 416 | Comenity Bank records |
| 417 | First American Title Insurance records |
| 418 | First View records - batch 1 |
| 419 | First View records - batch 2 |
| 420 | Groove Auto Colorado records |
| 421 | Gyft records - batch 1 |
| 422 | Gyft records - batch 2 |
| 423 | HitBTC records |
| 424 | Huntington National Bank records |
| 425 | Intuit records |
| 426 | JMPC records |
| 427 | Kraken records |
| 428 | LocalBitcoins records - doolbman |
| 429 | LocalBitcoins records - harmonweb |
| 430 | LocalBitcoins records - coinninja |
| 431 | Metropolitan Commercial Bank records |
| 432 | Moneygram records |
| 433 | PayPal records |
| 434 | PayPal records - China server |
| 435 | PNC Bank records |
| 436 | Poloniex records |
| 437 | Robinhood records |
| 438 | Roundpoint Mortgage records |
| 439 | Silvergate Bank records |
| 440 | Title Alliance records |
| 441 | UBS records |
| 442 | Village Title Ohio records |
| 443 | Wyre records |
| 444 | BTC-e records |

| | |
|---:|---|
| 445 | Bank account analysis (Summary Chart) |
| 446 | SendWyre/Bitrefill analysis (Summary Chart) |
| 447 | List of Helix addresses |
| 448 | HitBTC transactions (Summary Chart) |
| 449 | Helix transactions (Summary Chart) |
| 450 | Helix fees to Harmon (Summary Chart) |
| 451 | Harmon assets (Summary Chart) |
| 452 | Photo of bitcoin transaction from counterparty's phone |
| 453 | Defendant's blog post about recovery phrases |
| 454 | FinCEN - No record of registration |
| 455 | DISB - No record of registration |
| 456 | Recording from CA Bitcoin Conference |
| 457 | Transcript of recording from CA Bitcoin Conference |
| 458-499 | [HOLD] |
| 500 | Apple records |
| 501 | iCloud Logins to Grams Admin Tools |
| 502-510 | [Placeholder for additional Apple records] |
| 511 | Charter records |
| 512 | Charter records |
| 513 | Charter records |
| 514 | Comcast |
| 515 | Dropbox records - series 1 |
| 516 | Dropbox records - series 2 |
| 517 | Dropbox records - series 3 |
| 518 | Dropbox records - Podcast discussing Trezors |
| 519-525 | [Placeholder for additional Dropbox records] |
| 526 | Energy Group Networks (China Server) records |
| 527 | Google records - admin@hwisite.com account info |
| 528 | Google records - doolbman1 device and user profile batch 1 |

| | |
|---|---|
| 529 | Google records - doolbman1 device and user profile batch 2 |
| 530 | Google records - doolbman1 access logs |
| 531 | Google records - doolbman1 account info |
| 532 | Google records - doolbman1 chats - series 1 |
| 533-535 | [Placeholder for excerpted Doolbman1 chats] |
| 536 | Google records - doolbman1 Drive metadata - batch 1 |
| 537 | Google records - doolbman1 Drive metadata - batch 2 |
| 538 | Google records - doolbman1 Drive |
| 539 | Cryptocurrency holdings spreadsheet (Google Drive) |
| 540 | Timesheets (Google Drive) |
| 541-545 | [Placeholder for additional doolbman1 Drive records] |
| 546 | Google records - doolbman1 Gmail contacts |
| 547 | Google records - doolbman1 linked acounts (SMS and IP) |
| 548 | Google glass photo |
| 549 | Google records - Doolbman1 voice |
| 550 | Google records - doolbman1 linked accounts (cookies) |
| 551 | Google records - doolbman1 browsing history |
| 552 | Google records - doolbman1 search history |
| 553 | Google records - doolbman1 Gmail content |
| 534 | Emails re: China server |
| 535 | Emails with ▮ |
| 536 | Emails re: Financials |
| 537-540 | [Placeholder for additional doolbman1 Gmail content] |
| 541 | Texts re: China server |
| 542 | Google records - harmonwebdesign account info |
| 543 | Google records - hwisite account info |
| 544 | Google recoreds - hwisite billing |
| 545 | Google records - hwisite payment plan |
| 546 | Google records - hwisite user list |

13

| | |
|---|---|
| 547 | Google records - larry.harmon@coinninja.com account info |
| 548 | Google records - larry@harmonyprops.com account info |
| 549 | Google records - larry@hwisite.com account info |
| 550 | Google records - larrycldoolb account info |
| 551 | Google records - master@coinninja.io account info |
| 552 | Google records - doolbman1 (June 2020) |
| 553 | Google records - hwisite (June 2020) |
| 554 | LogMeIn records |
| 555 | Microsoft records - series 1 |
| 556 | Microsoft records - series 2 |
| 557 | Skype records |
| 558 | Reddit - gramsadmin posts |
| 559 | Reddit - gramsadmin messages |
| 560 | Reddit - gramsadmin comments |
| 561 | Reddit - gramssupport posts |
| 562 | Reddit - gramssupport messages |
| 563 | Reddit - gramssupport comments |
| 564 | Reddit - gramsteam posts |
| 565 | Reddit - gramsteam messages |
| 566 | Reddit - gramsteam comments |
| 567 | Reddit - gramsadmin metadata |
| 568 | Reddit - gramssupport metadata |
| 569 | Reddit - gramsteam metadata |
| 560 | Reddit - /grams current screenshot |
| 561 | Reddit - Grams beta announcement (screenshot) |
| 562 | Reddit - GramsWords announcement (screenshot) |
| 563 | Reddit - TorAds announcement (screenshot) |
| 564 | Reddit - GramsFlow Posts (screenshot) |
| 565 | Yahoo - keenakraskallc |

| | |
|---|---|
| **566** | Yahoo - mariswoolcockhzu |
| **567** | Yahoo - shalliavansonkkx |
| **568** | Yahoo emails (summary chart) |
| **569** | Yahoo logins (summary chart) |
| **570** | Gramsflow WhoIs records |