UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

### COUNT ONE

With respect to the offense of Conspiracy To Launder Monetary Instruments, we the jury find the defendant Larry Dean Harmon:

_____ NOT GUILTY          _____ GUILTY

**COUNT TWO**

With respect to the offense of Operating an Unlicensed Money Transmitting Business, we the jury find the defendant Larry Dean Harmon:

_____ NOT GUILTY     _____ GUILTY

If you find the defendant Larry Dean Harmon GUILTY as to Count Two, above, please answer the following questions:

    (a)    No license as required by the District of Columbia?

            _____ YES     _____ NO

    (b)    No registration with the United States Secretary of Treasury?

            _____ YES     _____ NO

    (c)    Money transmitting business involved the transportation or transmission of funds that are known to the defendant to have been derived from a criminal offense, or are intended to be used to promote or support unlawful activity?

            _____ YES     _____ NO

**COUNT THREE**

With respect to the offense of Money Transmission Without a License, we the jury find the defendant Larry Dean Harmon:

_____ NOT GUILTY     _____ GUILTY

**SIGNATURE OF FOREPERSON**

_____    _____    _____
Date                   Time               Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

## SPECIAL VERDICT FORM FOR FORFEITURE PROCEEDING

1. We, the jury, unanimously find by a preponderance of the evidence, that the real property located at 3853 Yellow Creek Dr, Akron, Ohio, more particularly described as Sublot 74 in the Sanctuary of Bath Subdivision Phase II, as recorded in Plat Cabinet B, Slides 566-573 of Summit County, Ohio records, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

    Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

    YES _____

    NO _____

2. We, the jury, unanimously find by a preponderance of the evidence, that the real property located at 351 N Messner Rd, Akron, Ohio, more particularly described as all of Lot Number 91 and East ½ of lot 92 front and rear in the Nimisila Heights Second Addition as recorded in Plat Book 43, Page 25 of Summit County Records, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

    Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

    YES _____

    NO _____

3.     We, the jury, unanimously find by a preponderance of the evidence, that $84,488.52 held in a U.S. Treasury suspense account, representing the net proceeds from the interlocutory sale of the real property located at 3838 Brecksville Road, Richfield, Ohio, more particularly described as Lot Number 21, Tract 1, Parcel Number: 50-00947, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

        Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

        YES _____

        NO _____

4.     We, the jury, unanimously find by a preponderance of the evidence, that $73,546.61 seized from PNC Bank account number ending in 0893 in the name of HARMON WEB INNOVATIONS INC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

        Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

        YES _____

        NO _____

5.     We, the jury, unanimously find by a preponderance of the evidence, that $28,576.86 seized from PNC Bank account number ending in 3593 in the name of LARRY D HARMON MARGO C HARMON, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

    Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

    YES _____

    NO _____

6.     We, the jury, unanimously find by a preponderance of the evidence, that $32,082.58 seized from PNC Bank account number ending in 0869 in the name of COIN NINJA LLC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

    Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

    YES _____

    NO _____

7.     We, the jury, unanimously find by a preponderance of the evidence, that $6,822.17 seized from PNC Bank account number ending in 0885 in the name of GRAMGRAM LLC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

    Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

    YES _____

    NO _____

8.     We, the jury, unanimously find by a preponderance of the evidence, that $3,214.19 seized from PNC Bank account number ending in 0877 in the name of HARMONY PROPERTY MANAGEMENT INC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

9.     We, the jury, unanimously find by a preponderance of the evidence, that $2,311.27 seized from PNC Bank account number ending in 0041 in the name of BLOCKCHAIN GROUP LLC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

10.     We, the jury, unanimously find by a preponderance of the evidence, that $1,091.75 seized from PNC Bank account number ending in 6453 in the name of PINK VELVET STUDIO LLC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

11. We, the jury, unanimously find by a preponderance of the evidence, that $1,750.30 seized from PNC Bank account number ending in 3606 in the name of LARRY D HARMON MARGO C HARMON, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

12. We, the jury, unanimously find by a preponderance of the evidence, that $1,358.35 seized from PNC Bank account number ending in 8166 in the name of HARMONY PROPERTY MANAGEMENT INC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

13. We, the jury, unanimously find by a preponderance of the evidence, that $102,967.41 seized from PNC Bank account number ending in 8221 in the name of ROCKY HOLD LLC, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

14. We, the jury, unanimously find by a preponderance of the evidence, that approximately 330.25648625 in Bitcoin (BTC) (after required fees) seized from BlockFi Bitcoin Interest Savings Account number ending in da9c, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

15. We, the jury, unanimously find by a preponderance of the evidence, that one 2018 Tesla Model 3 with VIN 5YJ3E1EA8JF010185, seized from 3853 Yellow Creek Dr, Akron, Ohio, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

16. We, the jury, unanimously find by a preponderance of the evidence, that approximately 0.18803781 in Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 57/59 E Market Street, 3rd Floor, Akron, Ohio, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

   Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

   YES _____

   NO _____

17. We, the jury, unanimously find by a preponderance of the evidence, that approximately 0.0000414 Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 57/59 E Market Street, 3rd Floor, Akron, Ohio, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

   Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

   YES _____

   NO _____

18. We, the jury, unanimously find by a preponderance of the evidence, that approximately 0.00234138 Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 57/59 E Market Street, 3rd Floor, Akron, Ohio, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

    Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

    YES _____

    NO _____

19. We, the jury, unanimously find by a preponderance of the evidence, that approximately 4,168.9815353 Bitcoin (BTC) (after required fees) seized from one Trezor Model T recovered from 57/59 E Market Street, 2nd Floor, Akron, Ohio, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

    Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

    YES _____

    NO _____

20. We, the jury, unanimously find by a preponderance of the evidence, that approximately 1,006.2 Ethereum (ETH) (after required fees) seized from one Ledger Blue hardware wallet device, named in the Forfeiture Allegation of the Indictment and/or the Amended Bill of Particulars for Forfeiture, is:

> Property, real or personal, involved in the offense(s) for which defendant Larry Dean Harmon has been convicted as charged in Counts _____ of the Indictment, namely [Conspiracy To Launder Monetary Instruments and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

> YES _____

> NO _____

**SIGNATURE OF FOREPERSON**

_____         _____         _____
Date                            Time                            Foreperson