# Exhibit A

```
From:    DeepDotWeb <deepdot@Safe-mail.net>
Sent:    4/17/2014 7:15:23 PM
To:      grams@lelantos.org
Subject:         Hi
```

We think that this is the best idea ever since SR1 - And we were waiting for a long time for someone to execute it,

Hope you got some decent traffic from the attention we got you from:
http://www.deepdotweb.com/2014/04/08/grams-darknetmarkets-search-engine/
http://www.wired.com/2014/04/grams-search-engine-dark-web/
http://blogs.telegraph.co.uk/technology/jamiebartlett/100013238/now-theres-a-google-for-drugs-and-a-dark-net-site-for-fake-tesco-vouchers/
http://www.dailydot.com/crime/grams-google-darknet-search-engine/

And probably some more to come (you can see they all gave us the credit for the info as proof it came from us)

We also listed you on top of our marketplace list:
http://www.deepdotweb.com/2013/10/28/updated-llist-of-hidden-marketplaces-tor-i2p/


Hope you will make your money and keep developoing this! as this is a great thing. if there is anything we can do to help, dont hesitate
to contact us:  deepdot@safe-mail.net

```
From:    Grams Admin <grams@lelantos.org>
Sent:    4/17/2014 7:40:30 PM
To:      DeepDotWeb <deepdot@Safe-mail.net>
Subject:         Re: Hi
```

Hi,

Thank you so much for the press. That really set us off. I did a bunch of interviews yesterday. The wired one was exciting but I didn't like the spin they put on it. When I launched beta on Sunday, I was really hoping you guys would contact me to do an interview. Since that never happened I start doing other news site. I owe you a lot of thanks through, that first article really got us off the ground. Now I am just trying to live up to the hype and keep improving the site every day. I was thinking of doing a logo contest for 4/20 logo doodle like google does. I don't have the time to create it nor I am good at graphic design. I will probably be announcing the contest in /r/darknetmarkets later today. I know it is late notice but with all the press and the new server and fending off hack and ddos attacks I have just been so busy.

Anyways thanks again, if you ever want to do an interview or need me to post some thing on grams for you guys just let me know. I am forever in your debt.

GramsAdmin


From:     Grams Admin <grams@lelantos.org>
Sent:     8/5/2014 7:42:45 AM
To:       DeepDotWeb Web <deepdotweb@gmail.com>
Subject:       Announcement article
Here is that article I was telling you about last week. I finally got
Helix integrated in to cloud 9 and it is ready to announce. Thanks again
for doing this and all your support. There is some image you need to
down load or hotlink I put the links to them in the article where they
should go. Let me know if you have any questions.

Cheers,
GramsAdmin

----------Begin Article----------------
I would first like to thank Deepdot for letting me announce some of
Grams' newest Helix features on this awesome site.

I have been working hard to make Helix the best and easiest to use
Bitcoin Cleaner for the dark markets. This meant giving the user lots of
options to suite each individual user's needs. Some the feature are not
new and have been running on Grams for a couple weeks. I never
officially announced them though, until now.

##Evolution Compatibility
A lot of bitcoin tumblers aren't compatible with the Evolution
marketplace since each transaction triggers a new load address. I added
an option in helix to allow the user to have Helix only send one
transaction. This will avoid coin loss when sending to Evolution and
shared wallets. You still get the same clean coins. If you are sending
to Evolution <b>Make Sure<b> to check the Evolution check box on the
Helix withdrawal page.
{IMAGE https://www.anonimg.com/img/1e08ed2a8807227bdceb8fa1f44689d4.jpg}

 Additionally you can use Helix Light which is also compatible with
Evolution.

##Helix Light {IMAGE https://infotomb.com/m7gbu.png}
 http://grams7enufi7jmdl.onion/helix/light
 https://gramsflow.com/helixlight

Helix Light is the simplest Helix. The defining feature is you don't
need a Grams' account. Helix Light cuts out all the options and gets you
clean coins fast and simple. It is as easy as 1 2 3. 1)Submit the
Bitcoin address you would like the bitcoins sent to after they are
cleaned. 2) You send one transaction to Helix Bitcoin address you are
given. 3)Helix Light will send one transaction back to your return

address with your clean coins. It is evolution and shared wallet compatible and is the fastest way to Helix. Of course you will be given a status checker link to track the progress of your Helix the whole way. It usually takes about 10 minutes after your sent transaction is confirmed.

##Helix Market {IMAGE https://infotomb.com/ojefm.png}
Helix Market integration is our newest Helix and the one I am most excited about. This method also does not require you to have a Grams' account. It is integrated right in to your markets. When you go to withdraw your bitcoins from the market you just select Helix withdraw and then PGP encrypt your bitcoin address with he Helix PGP key on the page. The market will send the coins to Helix and then Helix sends the clean coins to your withdraw address (minus the 3% fee). You will be given a Status Checking link from the market to track the status of your Helix withdrawal on Grams.  This is the fastest and most private way to withdraw clean coins from a market.  Helix Market Integration is very private. Since Grams doesn't know the user who withdrew the coins and the market doesn't know the withdrawal address. This double blind system insures your privacy. Cloud 9 is the only market right now to offer this feature since they worked day and night this past week with me to perfect the system. The system we have set up makes it so easy and secure I am sure other markets will be adding it soon.

I know this is a lot of info and options we added so I have made chart and info page to help users figure out which option works best for them. http://grams7enufi7jmdl.onion/helix/info

{IMAGE https://infotomb.com/rrzh4.jpg}

I also made some changes to the inner working of helix. I raised the max amount per helix to 6 BTC and lowered the required confirmation need to 2. This will allow bigger Helixes faster.

I hope you all use Helix to its full potential and stay safe out there.

GramsAdmin