UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| LARRY DEAN HARMON, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO MINUTE ORDER REGARDING
GOVERNMENT'S NOTICE OF INTENT TO ADMIT CERTAIN EXHIBITS**

The United States of America, by and through its counsel, the Acting United States Attorney for the District of Columbia, hereby provides supplemental information regarding its previously filed notice of its intent to introduce certain evidence. On June 22, 2021, the government filed a Notice of Intent to Admit Certain Exhibits, namely, (1) self-authenticating records pursuant to Fed. R. Evid. 902; (2) evidence obtained overseas; (3) summary testimony and charts; and (4) demonstratives to aid the jury. ECF No. 101. On July 23, 2021, the government submitted a proposed Exhibit List for the pending trial in this matter. ECF No. 108-3. On July 26, 2021, the Court ordered the government to identify, by exhibit number, the exhibits from the exhibit list that fall into one or more of the above-noted categories, and to advise whether summary testimony, charts, and demonstratives have been provided to the defense. The government submits in response the information below. The government does not here restate its arguments regarding the grounds for admission but instead respectfully incorporates by reference the arguments and explanation set forth in its June 22 notice, ECF No. 101.

1

I. **The Government Seeks to Admit the Following Exhibits That are Self-Authenticating Under Rule 902**

The government seeks to admit exhibits as self-authenticating under Rule 902, specifically (A) records from financial institutions, online service providers, and other businesses; (B) official government records; (C) screenshots and video screen captures; (D) records from seized electronic devices; and (E) the blockchain.

As explained below, many of these exhibits are ripe for a pre-trial ruling on admissibility. The government is working to finalize the appropriate Rule 902 certifications for the remaining exhibits. The government will provide the finalized certifications to defense counsel as soon as possible and will advise the Court after defense counsel has had a reasonable opportunity to review the certifications and note any objections.

A. **Records from Financial Institutions, Online Service Providers, and Other Businesses**

The government seeks to admit the records below as self-authenticating pursuant to certifications complying with Rule 902 that have been provided by the businesses producing the records. These certifications have been provided to defense counsel, and the records are ripe for a pre-trial ruling by the Court on admissibility:

| Exhibit No. | Description |
|---|---|
| 400 | Binance records |
| 401 | Bitfinex records - batch 1 |
| 402 | Bitfinex records - batch 2 |
| 403 | Bitfinex records - batch 3 |
| 404 | Bitfinex records - batch 4 |
| 405 | BitPay records |
| 406 | BitPay records - batch 2 |

| 407 | BitStamp records - batch 1 |
|---|---|
| 408 | BitStamp records - batch 2 |
| 409 | BitStamp records - batch 3 |
| 410 | BlockFi records |
| 411 | CapitalOne records |
| 412 | Circle records - batch 1 |
| 413 | Circle records - batch 2 |
| 414 | Coinbase records - batch 1 |
| 415 | Coinbase records - batch 2 |
| 416 | Comenity Bank records |
| 417 | First American Title Insurance records |
| 418 | First View records - batch 1 |
| 419 | First View records - batch 2 |
| 420 | Groove Auto Colorado records |
| 421 | Gyft records - batch 1 |
| 422 | Gyft records - batch 2 |
| 423 | HitBTC records |
| 424 | Huntington National Bank records |
| 425 | Intuit records |
| 426 | JMPC records |
| 427 | Kraken records |
| 428 | LocalBitcoins records - doolbman |
| 429 | LocalBitcoins records - harmonweb |
| 430 | LocalBitcoins records - coinninja |
| 431 | Metropolitan Commercial Bank records |
| 432 | Moneygram records |
| 433 | PayPal records |
| 434 | PayPal records - China server |
| 435 | PNC Bank records |
| 436 | Poloniex records |

| | |
|---|---|
| 437 | Robinhood records |
| 438 | Roundpoint Mortgage records |
| 439 | Silvergate Bank records |
| 440 | Title Alliance records |
| 441 | UBS records |
| 442 | Village Title Ohio records |
| 443 | Wyre records |
| 500 | Apple records |
| 501 | iCloud Logins to Grams Admin Tools |
| 511 | Charter records |
| 512 | Charter records |
| 513 | Charter records |
| 514 | Comcast |
| 515 | Dropbox records - series 1 |
| 516 | Dropbox records - series 2 |
| 517 | Dropbox records - series 3 |
| 518 | Dropbox records - Podcast discussing Trezors |
| 526 | Energy Group Networks (China Server) records |
| 527 | Google records - admin@hwisite.com account info |
| 528 | Google records - doolbman1 device and user profile batch 1 |
| 529 | Google records - doolbman1 device and user profile batch 2 |
| 530 | Google records - doolbman1 access logs |
| 531 | Google records - doolbman1 account info |
| 532 | Google records - doolbman1 chats - series 1 |
| 536 | Google records - doolbman1 Drive metadata - batch 1 |
| 537 | Google records - doolbman1 Drive metadata - batch 2 |
| 538 | Google records - doolbman1 Drive |
| 539 | Cryptocurrency holdings spreadsheet (Google Drive) |
| 540 | Timesheets (Google Drive) |
| 546 | Google records - doolbman1 Gmail contacts |

| | |
|---|---|
| 547 | Google records - doolbman1 linked accounts (SMS and IP) |
| 548 | Google glass photo |
| 549 | Google records - Doolbman1 voice |
| 550 | Google records - doolbman1 linked accounts (cookies) |
| 551 | Google records - doolbman1 browsing history |
| 552 | Google records - doolbman1 search history |
| 553 | Google records - doolbman1 Gmail content |
| 534 | Emails re: China server |
| 535 | Emails with C.B. |
| 536 | Emails re: Financials |
| 541 | Texts re: China server |
| 542 | Google records - harmonwebdesign account info |
| 543 | Google records - hwisite account info |
| 544 | Google records - hwisite billing |
| 545 | Google records - hwisite payment plan |
| 546 | Google records - hwisite user list |
| 547 | Google records - larry.harmon@coinninja.com account info |
| 548 | Google records - larry@harmonyprops.com account info |
| 549 | Google records - larry@hwisite.com account info |
| 550 | Google records - larrycldoolb account info |
| 551 | Google records - master@coinninja.io account info |
| 552 | Google records - doolbman1 (June 2020) |
| 553 | Google records - hwisite (June 2020) |
| 554 | LogMeIn records |
| 555 | Microsoft records - series 1 |
| 556 | Microsoft records - series 2 |
| 557 | Skype records |
| 558 | Reddit - gramsadmin posts |
| 559 | Reddit - gramsadmin messages |
| 560 | Reddit - gramsadmin comments |

| | |
|---|---|
| 561 | Reddit - gramssupport posts |
| 562 | Reddit - gramssupport messages |
| 563 | Reddit - gramssupport comments |
| 564 | Reddit - gramsteam posts |
| 565 | Reddit - gramsteam messages |
| 566 | Reddit - gramsteam comments |
| 567 | Reddit - gramsadmin metadata |
| 568 | Reddit - gramssupport metadata |
| 569 | Reddit - gramsteam metadata |
| 565 | Yahoo - keenakraskallc |
| 566 | Yahoo - mariswoolcockhzu |
| 567 | Yahoo - shalliavansonkkx |

The government's exhibit list included placeholders for records that will be excerpted from the above exhibits and similarly covered by the corresponding certifications, namely:

| Exhibit No. | Description | Excerpted From |
|---|---|---|
| 502-510 | [Placeholder for additional Apple records] | Exhibit 500 (Apple records) |
| 519-525 | [Placeholder for additional Dropbox records] | Exhibits 515-517 (Dropbox records) |
| 533-535 | [Placeholder for excerpted Doolbman1 chats] | Exhibit 532 (Doolbman1 chats) |
| 541-545 | [Placeholder for additional Doolbman1 Drive records] | Exhibit 538 (Doolbman1 Drive records) |
| 537-540 | [Placeholder for additional Doolbman1 Gmail content] | Exhibit 553 (Doolbman1 Gmail content) |

6

B. **Official Government Records – Lack of Registration**

The government seeks to admit the following record, certified by the Financial Crimes Enforcement Network (FinCEN), as self-authenticating under Rule 902.  The certified record has been provided to defense counsel, and the exhibit is ripe for pre-trial ruling on admission:

| Exhibit No. | Description |
|---|---|
| 454 | FinCEN - No record of registration |

The government also intends to admit the following record but is awaiting the needed certification from D.C. Department of Insurance, Securities and Banking (DISB); the government therefore is not asking the Court to admit this record at this time.  The government will update the Court and defense counsel as soon as the needed certification is obtained.

| Exhibit No. | Description |
|---|---|
| 455 | DISB - No record of registration |

C. **Screenshots and Video Screen Captures**

The government will seek to admit the below screenshots and video screen captures as self-authenticating pursuant to Rule 902.  Additional information regarding this category will be provided in a sealed supplement.  As the government has not yet provided a full set of certifications for these screenshots to defense counsel, the government is not seeking a ruling on their admission at this time but intends to do so in the near future, as described in the sealed supplement.

| Exhibit No. | Description |
|---|---|
| 1 | AlphaBay Main Page Screenshot |
| 2 | AlphaBay Vendor Listing Screenshot |
| 3 | AlphaBay Screenshot |
| 9 | Silk Road Screenshot |

| | | |
|---|---|---|
| | 10 | Silk Road 2.0 Screenshot |
| | 12 | Wall Street Market Screenshot |
| | 14 | Valhalla/Silkkitie Screenshot |
| | 16 | Hansa Screenshot |
| | 18 | Abraxas Market Screenshot |
| | 20 | TradeRoute Market Screenshot |
| | 22 | Dream Market Screenshot |
| | 24 | Flugsvamp 2.0 Screenshot |
| | 26 | Evolution Market Screenshot |
| | 28 | Russian Anonymous Marketplace (RAMP) Screenshot |
| | 30 | Black Bank Screenshot |
| | 32 | Oasis Screenshot |
| | 34 | Agora Screenshot |
| | 36 | Doctor D's Screenshot |
| | 38 | Aviato Market Screenshot |
| | 40 | Nucleus Market Screenshot |
| | 42 | Middle Earth Market Screenshot |
| | 44 | Mr. Nice Guy Screenshot |
| | 45 | The Armory Screenshot |
| | 46 | Cloud Nine (C9) Screenshot |
| | 50 | Grams/Helix screenshots - series 1 |
| | 51 | Grams/Helix screenshots - series 2 |
| | 52 | Grams searches screenshots - series 1 |
| | 53 | Grams search - video capture ("Cocaine") |
| | 54 | Grams search - video capture ("Fentanyl") |
| | 55 | Grams search - video capture ("Heroin") |
| | 56 | Grams contact listings |
| | 57 | Grams PGP key decoding screenshots |
| | 58 | Grams market list - screenshot 1 |
| | 59 | Grams market list - screenshot 2 |

| | | |
|---|---|---|
| | 60 | Gramsflow Screenshot |
| | 61 | Grams Info Desk screenshot |
| | 62 | [redacted] Grams vendor page |
| | 63 | [redacted] Grams vendor page |
| | 64 | [redacted] Grams vendor reviews |
| | 65 | Grams registration screenshots - series 1 |
| | 66 | Grams Campaigns, Ads, and Keywords screenshots |
| | 67 | Grams FAQs screenshots |
| | 68 | Grams Announcements screenshots |
| | 69 | GramsWords Screenshots - series 1 |
| | 70 | GramsWords Article (DeepDotWeb) |
| | 71 | Grams/Helix screenshots - series 1 |
| | 72 | Grams/Helix screenshots - series 2 |
| | 73 | Grams/Helix screenshots - series 3 |
| | 81 | The Hub screenshots - series 1 |
| | 82 | The Hub screenshots - series 2 |
| | 560 | Reddit - /grams current screenshot |
| | 561 | Reddit - Grams beta announcement (screenshot) |
| | 562 | Reddit - GramsWords announcement (screenshot) |
| | 563 | Reddit - TorAds announcement (screenshot) |
| | 564 | Reddit - GramsFlow Posts (screenshot) |

D. **Records from Seized Electronic Devices**

The government will seek to admit records from seized electronic devices used by the defendant as well as those used by other criminal services. As noted below, the government is in the process of finalizing certifications authenticating these records pursuant to 902(13) and/or 902(14). As such, the government is not asking the Court to admit these records at this time but

9

intends to do so after affording defense counsel the opportunity to review and object to the finalized certifications.

The government will seek to admit the below images and digital extractions from the defendant's seized devices:

| Exhibit No. | Description |
|---:|---|
| 201a | Data from Trezor |
| 202a | Image of Seagate Hard Drive |
| 203a | Image of MacBook |
| 204a | Image of MacBook Pro |
| 205a | Extraction from iPhone XS |
| 206a | Recovery Key Contents |
| 216a | Image of MS3 MacBook Pro #1 |
| 217a | Image of MS3 MacBook Pro #2 |
| 218a | Image of MS3 MacBook Pro #3 |
| 219a | Image of MS3 Mac Mini #1 |
| 220a | Image of MS3 Mac Mini #2 |
| 221a | Image of iPad |
| 222a | Image of Server |
| 226b | Data from CoolWare hardware wallet |
| 231a | Data from USB devices |
| 232a | Image of 128 GB memory card |
| 234a | Data from Belize Trezor |
| 236a | Image of Mac Mini |
| 237a | Image of Seagate Hard Drive |
| 238a | Image of Seagate Hard Drive |
| 239a | Data from Google Glass device |
| 243a | Data from Nano Ledger S |

The government will also seek to admit the below files from the defendant's devices that were contained within the images and extractions noted above. Exhibit numbers 323-399 are reserved as placeholders for additional files retrieved from the devices.

| Exhibit No. | Description |
|---|---|
| 300 | PGP Key File |
| 301 | Emails with [redacted] (original format) |
| 302 | Emails describing Gramswords (original format) |
| 303 | Emails with [redacted] (original format) |
| 304 | Emails with [redacted] (original format) |
| 305 | Emails with [redacted] (original format) |
| 306 | Emails with [redacted] (original format) |
| 307 | Email with [redacted] (original format) |
| 308 | Emails with [redacted] (original format) |
| 309 | Emails with [redacted] (original format) |
| 310 | Emails with [redacted] (original format) |
| 311 | Emails with [redacted] (original format) |
| 312 | Emails with [redacted] (original format) |
| 313 | Emails with [redacted] (original format) |
| 314 | Emails with [redacted] (original format) |
| 315 | Emails with [redacted] (original format) |
| 316 | Emails with [redacted] (original format) |
| 317 | Emails with Vice Reporter (original format) |
| 318 | Emails with [redacted] (original format) |
| 319 | Scripts/API files |
| 319a | Gramsscrape API |
| 319b | HitBTC API |
| 320 | Cryptocurrency portfolio from phone |
| 321 | Facebook Messenger chats discussing Bitcoin deals |
| 322 | Text messages re: liquidating bitcoin |

The government will seek to admit the below records that were obtained from servers seized in the investigations of the described criminal platforms. The servers pertaining to the exhibits noted with a star were originally located overseas and seized by foreign law enforcement and subsequently officially provided to U.S. law enforcement, who verified the images and extracted the pertinent records that the government intends to present.

| Exhibit No. | Description |
|---|---|
| 444 | BTC-e records |
| 105-119* | AlphaBay vendor records |
| 122-131* | Silk Road 2.0 vendor records |
| 134-144* | Hansa vendor records |
| 147-152* | Wall Street Market vendor records |

The government's unredacted exhibit list identified the specific vendors whose records the government intends to seek to admit. These are vendors who actively used Helix to launder their illicit proceeds. The government has since determined that records pertaining to additional similarly situated vendors would assist the jury in understanding the money laundering occurring through Helix. These vendors were identified in previous discovery to defense counsel, but the government is in the process of pulling those vendors' full records from the previously seized servers in a way that maintains the evidentiary integrity of the records. The government will provide certifications complying with 902(13)/(14) covering the updated list of vendor exhibits and will provide the updated exhibit list, reflecting the full list of unredacted vendor names, under seal.

With regard to the Welcome to Video records, the government understands that the defendant intends to object to the admission of evidence related to the use of Helix by users of Welcome to Video, a darknet site trafficking in child sexual exploitation materials. While the

defendant has not filed any particular motion or made specific arguments to this point, the government expects that the defendant is likely to argue that this evidence would be unduly prejudicial.  The government's proposed Welcome to Video-related exhibits, Exhibit Numbers 153-155, are styled as summary charts rather than the underlying records retrieved from the servers.  This approach is intended to convey the relevant information to the jury while reducing the prejudicial impact.

### E. Blockchain Evidence

The government inadvertently failed to include the blockchain itself on its previously submitted exhibit list, though it included multiple exhibits derived from the blockchain.  The government intends to add the blockchain as **Exhibit Number 99** and will provide a 902(11)/(13) certification as described in its previous filing.

## II. Government Intends to Admit Evidence Obtained Overseas

The following exhibits reflect evidence that was obtained overseas during the search of the defendant's condo in Belize and which the government seeks to admit:

| Exhibit No. | Description |
|---|---|
| 234 | Belize - Trezor |
| 235 | Belize - Trezor White |
| 236 | Belize - Mac Mini Computer |
| 237 | Belize - Seagate External Hard Drive, serial number 9A4AJDAS |
| 238 | Belize - Seagate External Hard Drive, serial number 9A4AMVAO |
| 239 | Google Glass device, serial number X19-09466-01 |
| 240 | Grand Caribe receipt, October 5, 2014-September 30, 2015 |
| 241 | Grand Caribe owner statement paperwork |

As noted in Section I.D, above, the government also seeks to admit the records that were obtained from servers seized overseas in the investigations of several other criminal platforms.

The servers were originally located overseas and seized by foreign law enforcement and subsequently officially provided to U.S. law enforcement, who verified the images and extracted the pertinent records.  The Welcome to Video servers were also originally located overseas.

| Exhibit No. | Description |
|---|---|
| 105-119* | AlphaBay vendor records |
| 122-131* | Silk Road 2.0 vendor records |
| 134-144* | Hansa vendor records |
| 147-152* | Wall Street Market vendor records |

### III.     Government Intends To Admit Summary Testimony and Charts and Demonstratives

The government is still in the process of finalizing its demonstratives and summary exhibits.  Many have been provided to defense counsel in Excel spreadsheet form or through screenshots of blockchain analysis graphs, but the government intends to use more clearly formatted versions to present to the jury.  Furthermore, the government is still working on its charts depicting the complex financial analysis and now anticipates the need to add multiple exhibits or sub-exhibits to the Exhibit List to further break down the tracing in a form that will be easier for the jury to see and understand.  The government will prioritize finalizing these charts and demonstratives and will provide them to defense counsel as they are finalized.

The government's previous notice focused on summary charts falling under Federal Rule of Evidence 1006 and demonstratives falling under Federal Rule of Evidence 611.  Upon further consideration of the Exhibit List, and based on the government's proposed addition of the blockchain as Exhibit 99, several of the proposed summary charts will now be more accurately characterized as summaries of voluminous records that **are** admitted into evidence, falling under

14

Rule 611. The same arguments for why these charts will assist the jury and are appropriately admitted will apply.

                                           Respectfully submitted,

                                           CHANNING D. PHILLIPS
                                           ACTING UNITED STATES ATTORNEY
                                           D.C. Bar No. 415793

By:    /s/ *C. Alden Pelker*
         C. Alden Pelker, Maryland Bar
         Trial Attorney, U.S. Department of Justice
         1301 New York Ave. N.W., Suite 600
         Washington, D.C. 20005
         (202) 616-5007
         Catherine.Pelker@usdoj.gov

         Christopher B. Brown, D.C. Bar No. 1008763
         Assistant United States Attorney
         555 4th Street, N.W.
         Washington, D.C. 20530
         (202) 252-7153
         Christopher.Brown6@usdoj.gov