IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

**<u>DEFENDANT'S OBJECTIONS TO GOVERNMENT'S NOTICE
OF INTENT TO ADMIT CERTAIN EXHIBITS</u>**

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and in accordance with the Minute Order issued on July 26, 2021, files his objections to the Government's Notice of Intent to Admit Certain Exhibits [ECF 101 and 112].

**I.     Self Authenticating Exhibits Under Rule 902**

A. Records from Financial Institutions, Online Service Providers, and Other Businesses. Harmon does not object to the authenticity of these exhibits. Harmon reserves the right to object to their admissibility on other grounds.

B. Official Government Records – Lack of Registration. Harmon does not object to the authenticity or admissibility of the Financial Crimes Enforcement Network (FinCen) records. Harmon reserves his right to object to the D.C. Department of Insurance, Securities and Banking (DISB) exhibits when the certification is obtained.

C. Screenshots and Video Screen Captures. Harmon objects to these exhibits. As the government has indicated it has not yet provided certifications of these screenshots.

D. Records from Seized Electronic Devices. Harmon does not object to the authenticity of records or images retrieved from the devices seized from defendant.

However, Harmon objects to records obtained from the servers seized in the investigation of other platforms, BTC-e, AlphaBay, Silk Road 2.0, Hansa and Wall Street Market. As the government notes in another pleading Harmon specifically objects to the Welcome to Video records on Rule 403 grounds.

E. **Blockchain Evidence.** Harmon does not object to the authenticity of exhibit 99 but maintains his right to object to summary chart or demonstratives yet unseen.

## II. Evidence Obtained Overseas

Harmon does not object to the authenticity of evidence seized from Belize (Exhibits 234-241) however, Harmon does object to records obtained from servers seized in the investigations of other platforms.

## III. Summary Testimony and Charts and Demonstrative

Harmon objects to summary charts and demonstratives as he has not received them.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8879
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508
*Counsel for Defendant Larry Dean Harmon*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                      */s/ Charles Flood*
                                      Charles Flood