UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF INTENT TO PRESENT EXPERT TESTIMONY

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby provides supplemental notice of its intent to introduce expert testimony pursuant to Fed. R. Evid. 702, 703, and 705, and Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.

### INTRODUCTION

1. On June 22, 2021, the government submitted a Notice of Intent to Present Expert Testimony in the instant case. ECF 102. This notice was further supplemented on July 16, 2021. ECF No. 109. The previous notices pertained primarily to the testimony of Ms. Alexandra Comolli and Mr. Matthew St. Jean. The government now provides notice regarding two additional experts: Mr. Aaron Bice and Ms. Elizabeth Bisbee.

2. As explained below, Mr. Bice will explain technical concepts to the jury and walk them through code and database records found on the defendant's devices. Much of this testimony was previously included in the government's notice for Mr. St. Jean's expert testimony; the government now anticipates the bulk of this testimony to be elicited from Mr. Bice rather than Mr. St. Jean. Ms. Bisbee will testify regarding blockchain analysis and clustering, as previewed in the government's previous notice regarding Ms. Comolli's testimony. ECF No. 102 at 4, FN 3 ("The

1

Government may also seek to offer expert testimony regarding blockchain analysis and clustering through a second witness from a private sector blockchain analytics firm."). The specialized knowledge of Ms. Bisbee and Mr. Bice will assist the jury in understanding the technical evidence.

## EXPERTS

3. A summary of Mr. Bice and Ms. Bisbee's qualifications and expected testimony is included below. Those qualifications, along with review and analysis of relevant reports, facts, and evidence, set forth the bases for their testimony.

**Aaron Bice**

4. The government intends call Aaron Bice, an expert in electronic evidence review, databases, and virtual currency. Mr. Bice is the co-founder of Excygent, LLC, which is contracted by the Internal Revenue Service (IRS) Criminal Investigation (CI), Cyber Crime Unit (CCU) to support high-profile and complex cybercrime and virtual currency cases. Mr. Bice's experience includes developing databases and building advanced analytical tools and queries, including processes to extract information from different data sources and support data integration between various systems and datasets. Mr. Bice frequently provides in-depth review of electronic evidence, including search warrant returns and servers seized during law enforcement operations.

5. Mr. Bice also specializes in cryptocurrency and darknet investigations. He performs blockchain analysis work and tracing of complex cryptocurrency money laundering cases. Mr. Bice has supported numerous significant law enforcement investigations and operations in that space, including the investigation of Helix. His work has substantially contributed to the successful identification of multiple criminal targets and has led to the identification and recovery of substantial cryptocurrency assets. Mr. Bice has assisted in developing CCU's best practices on cyber operational security and cybercrime analysis and provides training on investigative methods and techniques.

6.     Prior to founding Excygent in 2018, Mr. Bice worked at the MITRE Corporation for eight years, during which time he assisted with standing up CCU and served as a lead darknet marketplace data scientist on an FBI project, among other work. Mr. Bice has extensive experience in database forensics and data modeling. Mr. Bice's experience and qualifications are further detailed in a *curriculum vitae* which is being provided to defense counsel under separate cover. Mr. Bice's testimony will be based on his experience analyzing electronic evidence and supporting darknet and cryptocurrency investigations, as well as his technical expertise related to databases and coding.

7.     Mr. Bice's testimony will explain certain basic cyber concepts and terms, including application programming interfaces (APIs), scrapers, and system back-ups. Mr. Bice is expected to provide testimony regarding the Grams/Helix database and related code, including web server code, found on the defendant's electronic devices. Mr. Bice will testify regarding the database's structure and function and the information maintained in the various tables. He will also explain the web server code and will explain how the database and code correspond to the activity on the Grams/Helix site. Mr. Bice will testify regarding additional programs and code that the defendant used to operate Helix and Grams, including phpMyAdmin, a software tool used to administer databases. Mr. Bice is also expected to explain certain other scripts or pieces of code found on the defendant's devices, including APIs for a cryptocurrency exchange used by the defendant and scripts used to retrieve information from darknet marketplaces. Mr. Bice will essentially serve as a translator, explaining computer code, databases, metadata, or technical details to the jury.

**Elizabeth Bisbee**

8. The government intends to call Ms. Elizabeth Bisbee, an expert in virtual currency and blockchain analysis. Ms. Bisbee is the head of U.S. investigations for the blockchain analytics company Chainalysis. Prior to joining Chainalysis in January 2021, Ms. Bisbee was the Drug Enforcement Administration's (DEA) national subject matter expert for virtual currency investigations, practices, and policies. During that time, Ms. Bisbee served as the DEA's lead expert witness for virtual currency. Ms. Bisbee was involved in over 400 virtual currency investigations, including work on covert operations, blockchain analysis, suspect interviews, seizure of cryptocurrency, and trial preparation and testimony. She developed DEA's training curriculum related to virtual currency and blockchain analysis and has additionally taught numerous classes on virtual currency and virtual currency investigations. Ms. Bisbee's work has been published in the Department of Justice Journal of Federal Law and Practice. Ms. Bisbee's experience and qualifications are further detailed in a *curriculum vitae* which is being provided to defense counsel under separate cover. Ms. Bisbee's testimony will be based on her experience in virtual currency investigations and blockchain analysis and her work at Chainalysis on blockchain analysis and clustering.

9. Ms. Bisbee is expected to testify regarding blockchain analysis, explaining to the jury how law enforcement and others can trace transactions on the blockchain. Ms. Bisbee will explain how cryptocurrency transactions are structured, and will further explain how information from the blockchain can be used to determine "clusters" of addresses held by the same individual or entity. Ms. Bisbee will explain how the blockchain can be coupled with other sources of information, including undercover transactions, to determine who controls particular clusters. Ms.

Bisbee will explain how she performed this work at DEA and Chainalysis. Ms. Bisbee will testify regarding the clusters associated with key darknet marketplaces, including:

| Marketplace | Exhibit |
| --- | --- |
| Silk Road 2.0 | Exhibit 11 |
| Wall Street Market | Exhibit 13 |
| Valhalla/Sikkitie | Exhibit 15 |
| Hansa Market | Exhibit 17 |
| Abraxas | Exhibit 19 |
| TradeRoute | Exhibit 21 |
| Dream Market | Exhibit 23 |
| Flugsvamp 2.0 | Exhibit 24 |
| Evolution Market | Exhibit 27 |
| Russian Anonymous Marketplace (RAMP) | Exhibit 29 |
| Black Bank | Exhibit 31 |
| Oasis | Exhibit 33 |
| Agora | Exhibit 35 |
| Doctor D's | Exhibit 37 |
| Aviato | Exhibit 39 |
| Nucleus Market | Exhibit 41 |
| Middle Earth | Exhibit 43 |
| AlphaBay Market | Exhibit 49 |

10. The Government has proposed a stipulation to defense counsel for the above exhibits, which may obviate the need for Ms. Bisbee's testimony.

## CONCLUSION

The government respectfully submits that the testimony of the above experts will help the jury understand the evidence in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   /s/ *C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
1301 New York Ave. N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov

Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY HARMON,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

Upon consideration of the government's Notice of Intent to Provide Expert Testimony, any opposition thereto, and such evidence and argument as has been presented at any hearing on the motion, it is this _____ day of _____, 2021, hereby

ORDERED, that the motion is GRANTED.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA