

**FILED**

AUG 18 2021

Clerk, U.S. District and
Bankruptcy Courts

CO 526 Rev. 5/2018

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 19CR395-01 (BAH)
)
)
LARRY DEAN HARMON )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: August 18, 2021

Beryl A. Howell
United States District Judge