UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 19-cr-395 (BAH) |
| : | |
| LARRY DEAN HARMON, : | |
| : | |
| Defendant.   : | |

## FIRST STATUS REPORT

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and files this joint status report to provide the court with the current status of this matter:

1.  On August 18, 2021, the Defendant entered a guilty plea, pursuant to a cooperation plea agreement, to Count One of the Indictment charging Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h).  On the same date, the Court issued a Minute Order directing the government to file a status report, indicating whether the defendant's cooperation has concluded and whether a date for sentencing may be scheduled, by November 6, 2021, and every 90 days thereafter.

2.  The Defendant's cooperation remains active and ongoing.  The government requests that the date for the Defendant's sentencing continue to be deferred until such cooperation is complete.

3.  Unless otherwise ordered by the Court, the government will file another status update with the Court on or before February 9, 2022, and every 90 days thereafter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov