UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 19-cr-395 (BAH) |
| : | |
| LARRY DEAN HARMON, : | |
| : | |
| Defendant. : | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to modify the defendant's conditions of release. In support whereof, the government states as follows.

1. On August 18, 2021, the Defendant entered a guilty plea, pursuant to a cooperation plea agreement, to Count One of the Indictment charging Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h).

2. Pursuant to the Court's Order setting conditions of release, the defendant is restricted from using Internet-connected devices, except as necessary to communicate with his defense team.  *See* ECF No. 20, *modified by* Apr. 22, 2020 Minute Order.

3. The government respectfully requests that the Court enter the attached proposed Order, modifying the defendant's conditions of release to allow limited use of Internet-connected devices, subject to supervision by the government and compliance with computer use expectations agreed upon with the government.

4. Counsel for the defendant does not oppose this request.

WHEREFORE, the government respectfully moves for entry of the proposed Order attached hereto.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


BY:    */s/ Christopher B. Brown*
       Christopher B. Brown, D.C. Bar No. 1008763
       Assistant United States Attorney
       U.S. Attorney's Office for the District of Columbia
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 252-7153
       Christopher.Brown6@usdoj.gov

       */s/ C. Alden Pelker*
       C. Alden Pelker, Maryland Bar
       Trial Attorney, U.S. Department of Justice
       Computer Crime & Intellectual Property Section
       1301 New York Ave., N.W., Suite 600
       Washington, D.C. 20005
       (202) 616-5007
       Catherine.Pelker@usdoj.gov