UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 19-cr-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's Unopposed Motion To Modify Conditions of Release, and for good cause,

IT IS ORDERED, that Motion is GRANTED, and that the defendant's conditions of release be modified to allow limited use of Internet-connected devices, subject to supervision by the government and compliance with computer use expectations agreed upon with the government. The defendant is still prohibited from using Internet-connected devices except as necessary to communicate with his defense team, or as supervised and directed by the government.

Dated this _____ day of January, 2022.

_____
HON. BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA