# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## UNOPPOSED MOTION TO TRAVEL

TO THE HONORABLE CHIEF JUDGE BERYL HOWELL:

NOW COMES Larry Harmon, by and through his attorney, Charles Flood, and files this unopposed motion for permission to travel, saying more particular as follows:

On March 13, 2020, Mr. Harmon was granted pretrial release to home confinement. On August 18, 2021, Mr. Harmon entered a plea of guilty to Count One of the Indictment and was ordered to remain on the High Intensity Supervision Program pending his sentencing. Mr. Harmon request permission to leave his residence and travel on May 20, 2023, to Kent, Ohio to attend the funeral services of his father-in-law. Mr. Harmon has provided the funeral details and address to the government and his pretrial service officer.

WHEREFORE, Larry Harmon respectfully prays that this Court grant his unopposed motion to travel.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Fed I.D. 22508
**COUNSEL FOR LARRY HARMON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 12, 2023, I conferred with Assistant U.S. Attorney Chris Brown who is unopposed to this request.

*/s/ Charles Flood*
Charles Flood

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I filed the foregoing document to the Clerk of Court using the ECF system for filing and a transmittal Notice of Electronic Filing will send such notice of filing to all filing users.

*/s/ Charles Flood*
Charles Flood