IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | | |

## ORDER

Defendant's unopposed motion for permission to travel is hereby GRANTED. Mr. Harmon is permitted to leave his residence on May 20, 2023, to attend his father-in-law's funeral and return to his residence the same day. All other conditions of release remain the same.

Dated this ____ day of May 2023.

_____
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE