UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to modify the defendant's conditions of release. In support whereof, the government states as follows.

1. On March 13, 2020, this Court entered an Order setting conditions or release for the defendant, subject to certain subsequent modifications. *See* ECF No. 20, *modified by* Apr. 22, 2020 Minute Order, Jan. 8, 2021 Minute Order, Jan. 26, 2022 Minute Order. Among the conditions imposed by the Court are a restriction against any travel outside Akron, Ohio; weekly reporting by phone to Pretrial Services; and restrictions on the use of Internet-connected devices subject to certain exceptions.

2. On August 18, 2021, the defendant entered a guilty plea, pursuant to a cooperation plea agreement, to Count One of the Indictment charging Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h). No sentencing date has been scheduled.

3. In order to facilitate the defendant's ability to work and earn a living while on release, the government moves to modify the conditions of release as follows:

   a. The defendant shall be restricted from travel outside of the Northern District of Ohio, except upon prior notice to and approval by the government and

          Pretrial Services;

      b. The defendant shall be required to report monthly by phone to Pretrial Services;

      c. The defendant shall be allowed to use Internet-connected devices subject to electronic monitoring Pretrial Services, in addition to being allowed to use Internet-connected devices pursuant to earlier orders allowing such use for legal communications or as supervised and directed by the government.

4.      All other conditions of release shall remain unchanged.

5.      The government has confirmed that the United States Probation and Pretrial Services office for the Northern District of Ohio is able to engage in electronic monitoring of computer usage.

6.      Counsel for the defendant consents to this request.

WHEREFORE, the government respectfully moves for entry of the proposed Order attached hereto.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov