UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the government's Consent Motion To Modify Conditions of Release, and for good cause,

IT IS ORDERED, that the Motion is GRANTED, and that the defendant's conditions of release shall be modified as follows:

1. The defendant shall no longer be restricted from travel outside Akron, Ohio pursuant to Condition 7(f) of the March 13, 2020 Order, and instead shall be restricted from travel outside of the Northern District of Ohio except upon prior notice to and approval by the United States and Pretrial Services;

2. The defendant shall no longer be required to report weekly by phone to Pretrial Services pursuant to the March 13, 2020 Order, and instead shall be required to report monthly by phone to Pretrial Services;

3. The defendant shall be allowed to use Internet-connected devices subject to electronic monitoring by Pretrial Services, in addition to previous Orders allowing the defendant to use Internet-connected devices as necessary to communicate with

his defense team, or as supervised and directed by the government, *see* Jan. 26, 2022 Minute Order.

Dated this _____ day of May, 2023.

 

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA