# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 19-cr-395 (BAH)** |
| : | |
| **LARRY DEAN HARMON,** : | |
| : | |
| **Defendant.** : | |

## ELEVENTH STATUS REPORT

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and files this status report to provide the court with the current status of this matter:

1. The government advises the Court that the defendant's cooperation is coming to a conclusion and that a sentencing date can be set. The defendant recently testified in another trial, *United States v. Roman Sterlingov*, D.D.C. No. 21-cr-399 (RDM). Sentencing in the *Sterlingov* case is currently scheduled for July 15, 2024. The government requests that a sentencing hearing be scheduled in this case to trail the sentencing date in *Sterlingov*.

2. The government has not been able to confirm defense counsel availability, but requests a sentencing hearing no earlier than late July or August 2024.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052


BY: */s/ Christopher B. Brown*
   Christopher B. Brown, D.C. Bar No. 1008763
   Assistant United States Attorney
   U.S. Attorney's Office for the District of Columbia
   601 D Street, N.W.
   Washington, D.C. 20530
   (202) 252-7153
   Christopher.Brown6@usdoj.gov

   */s/ C. Alden Pelker*
   C. Alden Pelker, Maryland Bar
   Trial Attorney, U.S. Department of Justice
   Computer Crime & Intellectual Property Section
   1301 New York Ave., N.W., Suite 600
   Washington, D.C. 20005
   (202) 616-5007
   Catherine.Pelker@usdoj.gov