UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 19-CR-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

## SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves to continue the sentencing hearing in this case until on or after November 15, 2024.

1. On March 21, 2024, the government informed the Court that the defendant's cooperation was coming to a conclusion and that a sentencing date could be set. The defendant testified at trial in *United States v. Sterlingov*, D.D.C. N. 21-cr-399 (RDM). The government requested that the sentencing hearing in this case be scheduled to trail the sentencing date in *Sterlingov*.

2. The *Sterlingov* sentencing was originally scheduled for July 15, 2024. It was subsequently continued from July 15, 2024 until August 21, 2024. In order to trail the rescheduled *Sterlingov* sentencing, this Court granted the government's unopposed motion to continue the sentencing hearing in this case, which was rescheduled from August 2, 2024 until September 13, 2024.

3. On August 14, 2024, the Court in *Sterlingov* converted the August 2, 2024 sentencing hearing in that case into a forfeiture hearing. The *Sterlingov* sentencing hearing has now been rescheduled for November 8, 2024.

4.      In order to continue to trail the sentencing in *Sterlingov*, the government requests that the sentencing hearing in this case be continued from September 13, 2024 until a date on or after November 15, 2024,[1] excepting the week of Thanksgiving (November 25-29).

5.      Counsel for the defense does not oppose this motion.

Accordingly, the government requests that the Court continue the sentencing hearing in this case until on or after November 15, 2024, and that the remaining deadlines for sentencing memoranda be reset in accordance with the Court's Standing Order for Criminal Cases, ECF No. 6, at 4.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:     */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov

---

[1] Undersigned counsel for the government have another sentencing hearing on November 15, 2024 at 2:00 p.m. before Judge Kollar-Kotelly but would be available for a hearing in this case during the morning of November 15, 2024.