UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 19-CR-395 (BAH) |
| | : | |
| LARRY DEAN HARMON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the government's Second Unopposed Motion To Continue Sentencing Hearing, it is hereby

ORDERED that the Motion is GRANTED; and that the Sentencing Hearing currently scheduled for September 13, 2024, shall be continued until November ____, 2024, at _____ a.m./p.m.; and that the deadlines for the parties to submit sentencing memoranda shall be continued in accordance with the Court's Standing Order for Criminal Cases.

Dated this _____ day of August, 2024.

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE