**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-cr-00395 |
| | § | |
| LARRY DEAN HARMON | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE

NOW COMES LARRY HARMON, Defendant, by and through his attorney, Charles Flood and respectfully requests leave to file his memorandum in aid of sentencing and it to be filed under seal.

Respectfully Submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood Law Office
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877; Fax (713) 223-8877
charles@floodandflood.com
Texas Bar License# 00798178
Fed I.D. 22508

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2024, I filed the foregoing document under seal to the Clerk of Court using the ECF system for filing and a transmittal Notice of Electronic Filing will send such notice of filing to all filing users.  A copy of the same was emailed to the Assistant U.S. Attorney Chris Brown and Catherine Pelker.

                                            */s/ Charles Flood*
                                            Charles Flood