# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:19-cr-00395 |
| LARRY DEAN HARMON | § § | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Larry Harmon's motion for leave and to file memorandum in aid of sentencing under seal is hereby GRANTED.

Dated this \_\_\_\_ day of November 2024.

_____
BERYL A. HOWELL
SENIOR JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA