UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 19-cr-395 (BAH) |
| | : | |
| LARRY DEAN HARMON, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE AND SUPPLEMENTAL
MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and though the United States Attorney for the District of Columbia, respectfully provides notice to the Court that, on November 8, 2024, the defendant in *United States v. Sterlingov*, D.D.C. No. 21-cr-395 (RDM), was sentenced to 150 months of imprisonment on counts of Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h); "Sting" Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(A); Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. §§ 1960(a) & 2; and Operating an Unlicensed Money Transmitting Business, in violation of D.C. Code § 26-1023(c).  Roman Sterlingov's offense conduct was strikingly similar to the defendant's conduct in this case: he operated another cryptocurrency mixer, Bitcoin Fog, which laundered approximately $400 million in largely illicit darknet transactions.  *See* ECF No. 149, at 28.  Sterlingov was tried and convicted on all counts.  At sentencing, Judge Moss found that Sterlingov committed perjury and attempted to mislead the jury at trial, warranting an obstruction enhancement pursuant to U.S.S.G. § 3C1.1.

In light of the *Sterlingov* sentence, in order to ensure consistency across similarly situated defendants—while giving appropriate weight to Mr. Harmon's acceptance of responsibility, genuine remorse, and substantial assistance to law enforcement—the government now

recommends a sentence of 75 months at offense level 27, which would be reasonable and adequately serve the interests of justice pursuant to 18 U.S.C. § 3553(a).

                              Respectfully submitted,
                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
         Christopher B. Brown, D.C. Bar No. 1008763
         Special Assistant United States Attorney
         U.S. Attorney's Office for the District of Columbia
         601 D Street, N.W.
         Washington, DC 20530
         (202) 353-0018
         Christopher.Brown8@usdoj.gov

         */s/ Catherine Alden Pelker*
         C. Alden Pelker, Maryland Bar
         Trial Attorney, U.S. Department of Justice
         Computer Crime & Intellectual Property Section
         1301 New York Ave., N.W., Suite 600
         Washington, D.C. 20005
         (202) 616-5007
         Catherine.Pelker@usdoj.gov