Leave to file granted
12/19/24

# EXHIBIT A



# NOTE

| | |
|---|---|
| **HARMON** | |
| Loan #: ████0110 | |
| MIN: ████2604 | |



| JULY 28, 2016 | AKRON, | OHIO |
|---|---|---|
| [Date] | [City] | [State] |

**3853 YELLOW CREEK RD W, AKRON, OH 44333-1775**
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. **$417,000.00** (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **PRIMELENDING, A PLAINSCAPITAL COMPANY**. I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **2.990%**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **1ST** day of each month beginning on **SEPTEMBER 1, 2016**. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **AUGUST 1, 2031**, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **18111 PRESTON ROAD, SUITE 900, DALLAS, TX 75252** or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. **$2,877.72**.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

## 5. LOAN CHARGES

MULTISTATE FIXED RATE NOTE --Single Family-- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
⬬ 5.47                                                             Form 3200   1/01 *(page 1 of 3 pages)*



*L DH*

`0110`

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.000% of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the

MULTISTATE FIXED RATE NOTE –Single Family– Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
5.47                                                                Form 3200    1/01 *(page 2 of 3 pages)*

$L D H$

0110

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

 If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

 If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_7-28-16_

- BORROWER -   LARRY  D  HARMON  JR

*[Sign Original Only]*

MORTGAGE LOAN ORIGINATOR MARY  ELLEN  GANYARD
NATIONWIDE MORTGAGE LICENSING SYSTEM AND REGISTRY IDENTIFICATION NUMBER 258105
MORTGAGE LOAN ORIGINATION COMPANY PRIMELENDING,  A  PLAINSCAPITAL  COMPANY
NATIONWIDE MORTGAGE LICENSING SYSTEM AND REGISTRY IDENTIFICATION NUMBER 13649

PAY TO THE ORDER OF
WITHOUT RECOURSE
PrimeLending, a PlainsCapital Company

BY: _____

PRINTED NAME: _____Susan Saffle_____

TITLE: _____AVP_____

MULTISTATE FIXED RATE NOTE --Single Family-- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
 5.47                  Form 3200 1/01 *(page 3 of 3 pages)*

# EXHIBIT B



2100 Alt 19 North, Palm Harbor, FL 34683

10 January 2017

FHLMC - ROUNDPOINT MBS
ROUNDPOINT MORTG SERVCORPORATION ATTN: RECORDS MGI
STEPHANIE BLOUNT VP-DOCUMENT
5016 Parkway Plaza Blvd Ste 20
CHARLOTTE, NC 28217

Dear Sir or Madam,

RE:   Reference #1:        8558
      Reference #2:        0303
      PRIME LENDING Loan Number       0~001
      LARRY D HARMON
      3853 YELLOW CREEK RD W
      AKRON, OH 443330000

What was requested: ORIGINAL
**DOCUMENT ATTACHED**

Thank you for your business.

Sincerely,

Customer Service
Nationwide Title Clearing
for PRIME LENDING
(727) 771-4000



Doc ID:     8068   Loan:        0110~001
Pjt:  BACKLOG   Cust:

Inv: FHLMC - RO

opibar

Akron Title
Record Research Box

After Recording Return To:
PRIMELENDING, A PLAINSCAPITAL COMPANY
17330 PRESTON ROAD, SUITE 160B
DALLAS, TX 75252
ATTN: FINAL DOCUMENTS

[Space Above This Line For Recording Data]

## MORTGAGE

```
HARMON
Loan #:          0110
MIN:                  2604
MERS Phone: 1-888-679-6377
PIN:
```

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated JULY 28, 2016, together with all Riders to this document.

(B) "Borrower" is LARRY D HARMON JR AND MARGO HARMON, HUSBAND AND WIFE. Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D) "Lender" is PRIMELENDING, A PLAINSCAPITAL COMPANY. Lender is a CORPORATION

OHIO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
⊙ 344.35                          Page 1 of 15                          Form 3036 1/01

LDH                                                                     NCH

DOC # 56237699

■0110

organized and existing under the laws of **TEXAS**. Lender's address is **18111 PRESTON ROAD, SUITE 900, DALLAS, TX 75252.**

**(E) "Note"** means the promissory note signed by Borrower and dated **JULY 28, 2016.** The Note states that Borrower owes Lender **FOUR HUNDRED SEVENTEEN THOUSAND AND 00/100** Dollars (U.S. **$417,000.00**) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **AUGUST 1, 2031.**

**(F) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

**(G) "Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

**(H) "Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider ☐ Condominium Rider ☐ Second Home Rider
☐ Balloon Rider ☐ Planned Unit Development Rider ☐ Biweekly Payment Rider
☐ 1-4 Family Rider ☐ Other(s) [specify]

**(I) "Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non -appealable judicial opinions.

**(J) "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(K) "Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(L) "Escrow Items"** means those items that are described in Section 3.

**(M) "Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(N) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(O) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(P) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

☞ 344.35                 Page 2 of 15                 Form 3036 1/01

$L D H$         $M C H$

DOC # 56237699

Page 2 of 16
8/31/16 3:35 PM   Recording Fee:   $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

█ 0110

(Q) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

### TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the **COUNTY** of **SUMMIT**:

**SEE EXHIBIT A ATTACHED HERE INTO FOR ALL PURPOSES**

which currently has the address of **3853 YELLOW CREEK RD W, AKRON, OH 44333-1775** ("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

$L \, \mathcal{D} \, H$          $MC\!+\!$

**DOC # 56237699**



Page 3 of 16
8/31/16 3:35 PM   Recording Fee:    $ 140.00
Kristen M  Scalise, CPA, CFE, Summit County Fiscal Officer

0110

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
⬡ 344.35                    Page 4 of 15                    **Form 3036 1/01**

$LDH$                    $MCAl$

**DOC # 56237699**

Page 4 of 15
8/31/16 3:35 PM    Recording Fee:    $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer


to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

$L\ DH$                $MCH$



■0110

of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be

**OHIO-**Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

LDH

MCH

DOC # 56237699


Page 6 of 16
8/31/16 3:35 PM   Recording Fee:   $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

0110

paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or

**OHIO-**Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

LDH

MCH

DOC # 56237699



Page 7 of 16
8/31/16 3:35 PM   Recording Fee:    $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

■■■■0110

regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. Borrower shall not surrender the leasehold estate and interests herein conveyed or terminate or cancel the ground lease. Borrower shall not, without the express written consent of Lender, alter or amend the ground lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

LDH

MCH

DOC # 56237699



█████0110

may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

**(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.**

**(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.**

**11. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the

OHIO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

LDH

McH

DOC # 56237699



■ 0110

following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

LDH                    MCH

DOC # 56237699

Page 10 of 16
8/31/16 3:35 PM    Recording Fee:    $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

0110

Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

LDH

MCA+

DOC # 56237699



Page 11 of 16
8/31/16 3:35 PM   Recording Fee:   $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

0110

include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in

$LOH$

$MCH$

DOC # 56237699

Page 12 of 16
8/31/16 3:35 PM   Recording Fee:   $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

▮0110

connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior**

OHIO-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
☜ 344.35                                           Page 13 of 15                                           Form 3036 1/01

$L\,DH$

$MCH$

DOC # 56237699



▌0110

to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, costs of title evidence.

23. Release. Upon payment of all sums secured by this Security Instrument, Lender shall discharge this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

24. Certain Other Advances. In addition to any other sum secured hereby, this Security Instrument shall also secure the unpaid principal balance of, plus accrued interest on, any amount of money loaned, advanced or paid by Lender to or for the account and benefit of Borrower, after this Security Instrument is delivered to and filed with the Recorder's Office, SUMMIT County, Ohio, for recording. Lender may make such advances in order to pay any real estate taxes and assessments, insurance premiums plus all other costs and expenses incurred in connection with the operation, protection or preservation of the Property, including to cure Borrower's defaults by making any such payments which Borrower should have paid as provided in this Security Instrument, it being intended by this Section 24 to acknowledge, affirm and comply with the provision of §5301.233 of the Revised Code of Ohio.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

- BORROWER - LARRY D HARMON

MARGO HARMON

OHIO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
◉ 344.35                              Page 14 of 15                              Form 3036 1/01

DOC # 56237699

Page 14 of 16
8/31/16 3:35 PM   Recording Fee:   $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

0110

[Space Below This Line For Acknowledgment]

**STATE OF OHIO**

**COUNTY OF SUMMIT**

The foregoing instrument was acknowledged before me on _July 28, 2016_ by **LARRY D HARMON JR AND MARGO HARMON, HUSBAND AND WIFE**

Notary Public

My Commission Expires: _10-03-19_

MORTGAGE LOAN ORIGINATOR **MARY ELLEN GANYARD**
NATIONWIDE MORTGAGE LICENSING SYSTEM AND REGISTRY IDENTIFICATION NUMBER
**258105**
MORTGAGE LOAN ORIGINATION COMPANY **PRIMELENDING, A PLAINSCAPITAL COMPANY**
NATIONWIDE MORTGAGE LICENSING SYSTEM AND REGISTRY IDENTIFICATION NUMBER
**13649**

This instrument was prepared by:
**DIONNA BUTLER**
**POLUNSKY BEITEL GREEN, LLP**
**18111 PRESTON ROAD, SUITE 900**
**DALLAS, TX 75252**
**(888) 812-2711**

**OHIO**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
344.35                            Page 15 of 15                            Form 3036 1/01

*L D H*

*MCH*

DOC # 56237699

Page 15 of 16
8/31/16 3:35 PM   Recording Fee:    $ 140.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

Exhibit "A" – Legal Description

Situated in the Township of Bath, County of Summit and State of Ohio:

And known as being Sublot 74 in the Sanctuary of Bath Subdivision Phase II, as recorded in Plat Cabinet B, Slides 566-573 of Summit County Records.

Parcel No. 04-05034
PPN: BA-0430-02-002.000

# EXHIBIT C



**ROUNDPOINT**
MORTGAGE SERVICING CORPORATION
P.O. Box 19409
Charlotte, NC 28219

September 20, 2016

LARRY HARMON
3853 YELLOW CREEK RD W
AKRON, OH 44333

**Your new Loan Number:** ▮▮▮▮8558
RE:                    Notification of Servicing Transfer
                       3853 YELLOW CREEK RD W
                       AKRON, OH 44333

Dear LARRY HARMON:

Welcome to RoundPoint Mortgage Servicing Corporation. RoundPoint is proud to service your mortgage loan and committed to providing you great customer service. Prime Lending recently notified you that RoundPoint would begin servicing your mortgage loan starting 10/01/16. In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice, and we will work closely with Prime Lending to make the transition as smooth as possible. Please be assured that the assignment, sale, or transfer of the servicing of your mortgage loan does not affect any term or condition of the mortgage agreement, other than the terms directly related to the servicing of your loan.

**What about my taxes and/or insurance?**

If your monthly payment currently includes escrow for taxes and/or insurance, this will continue without interruption. Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: You are at risk of your policy being canceled. RoundPoint will not assume the responsibility of making those payments on your behalf. To discuss options for maintaining your optional insurance coverage, please contact Prime Lending at 800- 597-0233.

**How and when can I make my mortgage payments?**

We will start accepting payments from you on **10/01/16**. Prime Lending will no longer accept payments received from you on or after 10/01/16. If you choose to use a bill pay service, please provide the below address for fastest processing. Look for your monthly statement in the mail and send the payment coupon with your new loan number **2003368558** and your mortgage payment to:

        RoundPoint Mortgage Servicing Corporation
        P.O. Box 674150
        Dallas, TX 75267-4150

**How do I contact RoundPoint or my Prior Servicer?**

Beginning **10/01/16**, we will be able to assist you with any questions related to your loan and the transfer of servicing. If you have any questions regarding this transfer prior to 10/01/16, please contact Prime Lending.

**Prime Lending**                          **RoundPoint Mortgage Servicing Corporation**
Customer Service                           Customer Service Team
800- 597-0233                              877-426-8505
18111 Preston Rd, Suite 900               PO Box 19789
Dallas, TX 75252                           Charlotte, NC 28219
                                          servicinghelp@roundpointmortgage.com

**What about automatic payments?**

If you were previously enrolled at Prime Lending to have your mortgage payment automatically debited from your account, please note this service cannot be transferred to RoundPoint. To re-enroll with RoundPoint for this cost-free service, you can either visit our website at www.rpmservicing.com, or contact our Customer Service Team. Until the automatic debit is setup with RoundPoint, you will need to make your monthly payment via another payment method.

**What about payments made to my prior servicer?**

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Thank you for choosing RoundPoint!

Customer Service
RoundPoint Mortgage Servicing Corporation

# IMPORTANT DISCLOSURES

To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please write to us at:

**RoundPoint Mortgage Servicing Corporation**
P.O. Box 19789, Charlotte, NC 28219-9409

Federal law requires us to advise you that RoundPoint Mortgage Servicing Corporation (NMLS ID # 18188) is a debt collector and that this is an attempt to collect a debt. Any information obtained may be used for that purpose. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy proceeding, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect indebtedness as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

Notice to Customers:  RoundPoint Mortgage Servicing Corporation may report information about your mortgage account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**FOR ARKANSAS RESIDENTS:** Please be advised that RoundPoint Mortgage Servicing Corporation is licensed with the Securities Department for the State of Arkansas. Borrowers may file complaints about RoundPoint Mortgage Servicing Corporation with the Arkansas Securities Department. Borrowers may also obtain further information from the Arkansas Securities Department by calling (501) 324-9260 or by visiting the Department's website at www.securities.arkansas.gov.

**FOR CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**FOR COLORADO RESIDENTS:** RoundPoint Mortgage Servicing Corporation maintains an in-state office as required by 4 Code of Colorado Regulations 903-1.  Colorado Manager, Inc., 80 Garden Center, Suite 3, Broomfield, CO 80020. Phone: 303-920-4763.  A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

**FOR HAWAII RESIDENTS:** RoundPoint is licensed as a Mortgage Servicer by the Commissioner of Financial Institutions of Hawaii, and complaints may be submitted to the Commissioner

**FOR ILLINOIS RESIDENTS:** The primary regulator for RoundPoint Mortgage Servicing Corporation is the Illinois Department of Financial and Professional Regulation, 320 West Washington Street, 3rd Floor, Springfield, IL 62786.

**FOR MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**FOR NEW YORK RESIDENTS:** Please be advised that RoundPoint Mortgage Servicing Corporation is registered with the Superintendent of Financial Services for the State of New York.  Borrowers may file complaints about RoundPoint Mortgage Servicing Corporation with the New York State Department of Financial Services. Borrowers may also obtain further information from the New York State Department by calling the Department's Consumer Assistance Unit at 800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. A list of non-profit housing counselors can be found at http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

**FOR NORTH CAROLINA RESIDENTS:** Please be advised that RoundPoint Mortgage Servicing Corporation is licensed by the North Carolina Commissioner of Banks.  North Carolina Collection Agency permit no. 102965. Any complaints related to RoundPoint Mortgage Servicing Corporation may be submitted to the North Carolina Commissioner of Banks at 4309 Mail Service Center, Raleigh, NC 27699-4309, by phone at 1-888-384-3811, or through the Commissioner's website at http://www.nccob.org/public/ConsumerInformation.Complaints/CIFileComplaint.aspx
RoundPoint Mortgage Servicing Corporation is physically located at 5016 Parkway Plaza Blvd, Charlotte, NC 28217.

**FOR TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**FOR WISCONSIN RESIDENTS:** RoundPoint Mortgage Servicing Corporation is licensed by the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

## WELCOME TO ROUNDPOINT!

We're excited to have you as a new customer and look forward to the opportunity to serve you.
Our goal is to make it as easy as possible for you to access your information and manage your account online.
Please follow the steps below to set up your online account today.



### HERE'S WHAT YOU NEED TO DO

**1**  **Step 1: Create an Online Account**
Create an online account to make a payment, review account information, view online documents and much more.
Go to www.rpmservicing.com  > Sign In > New User Registration

**2**  **Step 2: Sign up for Email Alerts**
Set up email alerts to keep you informed when there is activity on your account such as escrow payments or a payment posting.
Log In > My loans > Select Notifications

**3**  **Step 3: Enroll in E-Statements**
Sign up to receive billing statements electronically. They're just like your paper statements, but can be accessed securely online 24/7.
Log In > Statements and Documents > eStatement Enrollment

**4**  **Step 4: Sign up for Recurring Payments**
Count on your mortgage payment being made on time by setting up automated payments.
Log In > Payments > Setup Recurring Payments

**5**  **Step 5: All Set**
Now sit back, relax, and let us do the work!

### HERE'S HOW YOU CAN GET IN TOUCH WITH US

| Website | Customer Service | Hours Of Operation |
|---|---|---|
| www.rpmservicing.com | 877-426-8805 | Monday through Friday from 8:00 a.m. until 9:00 p.m. and Saturday from 10:00 a.m. until 3:00 p.m. Eastern Time |

## STILL HAVE QUESTIONS?
Take a look at our most frequently asked questions

**How do I create an online account?**

Begin by visiting our website at www.rpmservicing.com. Click on the "Sign In" button, and click on the link titled 'Click here to register' to complete the registration process. Once the registration has been submitted, you will have access to your online account. Enjoy!

**How do I enroll in E-Statements?**

Log into your online account, select "eStatement Enrollment" from the Statements and Documents menu. From there, verify your email address and enroll to begin receiving electronic copies of your billing statement.

**How can I verify my loan information is correct in your system?**

Your current loan information is available through your online account. Simply create an account to review all loan transactions, your escrow balance, escrow deposits and refunds, tax and insurance disbursements, interest paid last year, and update contact information.

**How can I sign up for email notifications?**

Before you set up email notifications, make sure we have your most up to date email address. To verify, simply click "My Profile" and select "My Contact Information." Once you verify this information, in "My Profile," click "My Loans" to select your notifications.

**How do I sign up for recurring payments?**

Log into your online account, select "Setup Recurring Payments" from the Payments menu. From there, enter the information required to complete your enrollment.

**Can I make additional principal payments while enrolled in recurring payments?**

Yes! There are two ways to make additional principal payments: (1) you can designate additional principal to be debited with your monthly recurring payment or (2) you can mail a check to P.O. Box 674150, Dallas, TX 75267-4150 for the desired amount.

**How do I give someone else access to my account?**

If you would like to authorize a third party to access your loan information, you may submit a Third Party Authorization form, which can be found on the Forms page of www.rpmservicing.com.

**Does my escrow payment include supplemental or interim taxes?**

No, we do not collect for or pay supplemental, interim, or corrected tax bills. A supplemental tax bill is a one-time bill generated by the taxing authority and sent directly to the homeowner. Because we cannot predict the amount due, we cannot include this in your escrow assessment. If we were to pay your supplemental taxes, it would create a shortage and increase your monthly payment. Thus, it is best that you pay these bills directly to the taxing authority.

**I was working with my prior servicer to bring my loan current. What happens now?**

Please visit www.rpmservicing.com to learn more about options to fit your unique situation.

## SCHEDULE OF FEES

| DESCRIPTION | FROM | TO | COMMENTS |
|---|---|---|---|
| Late Charge Fee (%) | 0% | Varies | Late charges vary and the amount assessed is based on specific loan documents and state restrictions |
| NSF or Returned Check Fees | $0.00 | $50.00 | Varies based on fees incurred for processing returned checks |
| Quick Payment Fees | $0.00 | $12.00 | Online Bill Pay through consumers bank or RPM website: No Charge; Speed Pay by IVR: $10; Speed Pay with representative assistance: $12 |
| Inspection Fees | $0.00 | $675.00 | Standard Inspection: $20; Rush Inspection: $45; Multiple Units: $20 for the 1st unit, $10 for each additional unit, Maximum Charge: 52 units + 24 hour rush + Consolidated Report = $675 |
| BPO or Broker Price Opinion Fee | $0.00 | $575.00 | Exterior BPO: $135; Interior BPO: $185; Commercial Exterior BPO: $400; Commercial Interior BPO: $500; AVM's: $12. In addition, any BPO could be required to be reconciled. Reconciliation Fee: $75 |
| Appraisal Fee | $0.00 | $2,000.00 | Exterior Appraisal: $600; Interior Appraisal: $800; Commercial Exterior Appraisal: Quoted Only*; Commercial Interior Appraisal: Quoted Only*. *Depending upon property type, size and location price will vary. In addition, any appraisal could be required to be reconciled. Reconciliation Fee: Varies per above |
| Title Search Fee | $0.00 | $200.00 | Dependent upon whether it is just a search or if an ALTA policy is issued. ALTA policy may be more than $200, if a policy needs to be issued it may exceed this amount |
| Foreclosure Fees and Costs | $0.00 | $5,000.00 | Varies based on time involved and hourly rate and type of foreclosure (Judicial/Non-Judicial). RoundPoint follows the FNMA fee structure |
| Foreclosure Attorneys' Fees | $0.00 | $5,000.00 | Varies based on time involved and hourly rate and type of foreclosure (Judicial/Non-Judicial). RoundPoint follows the FNMA fee structure |
| Loan Modification Fee | $0.00 | $1,000.00 | Dictated by Investor Guidelines |
| Loss Mitigation Processing Fee | $0.00 | $0.00 | No fees are assessed |
| Bankruptcy Fees and Costs | $0.00 | $5,000.00 | Varies based on time involved and hourly rate. RoundPoint follows the FNMA fee structure |
| Breach Letter Fees | $0.00 | $0.00 | No fees are assessed |
| Litigation Fees and Costs | $0.00 | $100,000.00 | Varies based on time involved and hourly rate. |
| Property Preservation Fees and Costs | $0.00 | $5,000.00 | Varies based on an hourly rate to maintenance and repair the property. RoundPoint follows FNMA Guidelines. Investor approval for work is requested as needed |
| Payoff Quote Fee | $0.00 | $60.00 | Varies based on state and loan type |
| Recording Cost | $0.00 | $500.00 | Varies based fees charged by the county recorder |
| Lien Release Processing Cost | $0.00 | $10.00 | Varies based on fees incurred for processing |

Please note that the above fee schedule is subject to change and actual fee charges may vary depending on the location of the property, applicable law and your loan documents.

# EXHIBIT D



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS
TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063



# Welcome!

LARRY D HARMON JR
3853 YELLOW CREEK RD W
AKRON OH  44333-1775

May 06, 2022

RE: Your Freedom Mortgage Loan # ████9801

Dear LARRY D HARMON JR,

## Welcome to Freedom Mortgage Corporation!

The servicing of your mortgage loan has transferred from ROUNDPOINT MORTGAGE SERVICING CORP to Freedom Mortgage Corporation ("Freedom Mortgage"), effective 05/01/22. This means that after this date, we will be collecting your mortgage loan payments from you.  Nothing else about your mortgage will change.

ROUNDPOINT MORTGAGE SERVICING CORP is now collecting your payments.  ROUNDPOINT MORTGAGE SERVICING CORP will stop accepting payments received from you after 04/30/22.

We will collect your payments going forward.  We will start accepting payments received from you on 05/01/22.

Please send all payments due on or after 05/01/22 to us using the methods described in the "Contact & Payment Information" section below.

If you have any questions for either your present servicer, ROUNDPOINT MORTGAGE SERVICING CORP, or Freedom Mortgage about your mortgage loan or this transfer, please contact the following individuals:

| Current Servicer: | New Servicer: |
|---|---|
| ROUNDPOINT MORTGAGE SERVICING CORP | Freedom Mortgage Corporation |
| Customer Service Department | Customer Care Department |
| 877-426-8805* | 855-690-5900 |
| P.O. BOX 19409<br>CHARLOTTE NC 28219 | P.O. Box 50485<br>Indianapolis, IN 46250-0485 |

*If the number is not toll-free, then collect calls will be accepted

**Important Note about Insurance**:  If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following ways:

- These products and services will not be transferred to Freedom Mortgage.

You should do the following to maintain coverage:

- Contact your carrier to learn about your options to continue coverage directly through them.

Under Federal law, during the 60-day period following the effective date of the transfer of the mortgage loan servicing, a mortgage loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Below are a few important details regarding the servicing of your mortgage loan.

## Contact & Payment Information



Your mortgage information is available 24/7 at **freedommortgage.com** after you complete a quick and easy registration process

Your online account puts your mortgage loan information at your fingertips so you can make a payment, set up auto-pay, or **update your contact information** when it's convenient for you.  An important part of your profile is your email address, which we'll use to keep you informed.  Go to **freedommortgage.com** for more details



Starting 05/01/22, please make checks payable to Freedom Mortgage Corporation (include your mortgage loan number 0128179801) and send to:
Freedom Mortgage Corporation
PO Box 6656
Chicago IL 60680-6656

Payments for the three months following your receipt of this notice may be sent to the address above.



If you have auto-pay with ROUNDPOINT MORTGAGE SERVICING CORP , it will be discontinued. Setting up new auto-pay with Freedom Mortgage is easy and minimizes late or missed payments in the future.

- Create your user account online at **freedommortgage.com**.



For additional questions, Customer Care professionals are available to help you at **(855) 690-5900**, Monday through Friday from 8:00am to 10:00pm and Saturday from 9:00am to 6:00 pm Eastern Time.

Providing you with exceptional customer service is our number one goal. For over 25 years, we've established ourselves as a market leader and rank amongst the nation's top mortgage providers. We look forward to helping you now and in the future. We're glad you're here.

Sincerely,

David Sheeler
President, Servicing
Freedom Mortgage Corporation
NMLS # 2767 (www.nmlsconsumeraccess.org)

6200



## New Billing Statement

If a payment is due before you receive your new Freedom Mortgage billing statement, please send your payment to Freedom Mortgage at the address listed in the "Contact & Payment Information" section above. Be sure to include your mortgage loan number ( 9801) on the check. The exact amount of your monthly payment is as follows:

Principal and Interest (P&I):  $2,877.72
Escrow: $1,053.05
Total Monthly Payment: $3,930.77

If you no longer want to receive paper statements, Freedom Mortgage gives you the opportunity to Go Paperless! After you resister for your online account, simply login, navigate to the Statements tab, and click the toggle on the top right of your screen.

## Payment Grace Period

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late and a late fee may not be imposed on you.

## Payment Methods

When you pay your bill by check, you authorize us to electronically process your payment. If your check is processed electronically, your checking account may be debited the same date we receive the check and it will not be returned with your checking account statement. If someone other than you or a bill paying service pays your bill, you must notify them of this policy.

A schedule of the ranges and categories of Freedom Mortgage's costs and fees for its servicing-related activities is as follows:

| SERVICE | DESCRIPTION | FEES |
|---|---|---|
| Pay by Phone (Automated) | This fee is charged to make a payment through an automated phone system | No Charge |
| Pay by Web | This fee is charged to make a payment online. | No Charge |
| Payoff Statement | This fee is charged when requesting a payoff statement. Shows remaining principal balance, accrued interest, and the interest rate. | Up to $30.00 |
| NSF/Returned check | This fee is charged when the account holder's bank doesn't honor a check. | Up to $40.00 |
| Assumption Fee | This fee is charged to process an application for a new borrower to assume the mortgage loan obligation. | Up to $900.00 |

## Notice of Error or Request for Information

To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below. Please include your full name, your mortgage loan number, and the error you believe to have occurred or the information you are requesting about your mortgage account.

Please send written notices of error/requests for information to:
Freedom Mortgage Corporation
PO Box 50428
Indianapolis, IN 46250-0401

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

Rev. 04/2020

| FACTS | WHAT DOES FREEDOM MORTGAGE CORPORATION DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Credit history and credit scores<br>• Account balances and payment history |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons **Freedom Mortgage Corporation** chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Freedom Mortgage Corporation share? | Can you limit this sharing? |
|---|:---:|:---:|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | • Call toll-free **1-855-690-5900** - our menu will prompt you through your choice(s)<br>• Mail the **form** below<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information **30** days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call toll-free **1-855-690-5900** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Mail-in Form | |
|---|---|
| Mark any/all you want to limit:<br>☐ Do not share my personal information with nonaffiliates to market their products and services to me.<br>☐ Do not share information about my credit worthiness with your affiliates for their everyday business purposes.<br>☐ Do not allow your affiliates to use my personal information to market to me. | |
| Name | LARRY D HARMON JR |
| Address | 3853 YELLOW CREEK RD W |
| City, State, Zip | AKRON OH 44333-1775 |
| Loan # | ███9801 |

**Mail To: Freedom Mortgage Corporation, P.O. Box 50485, Indianapolis, IN 46250-0485, ATTN: Privacy Dept./Information Sharing Opt-Out**

9801

**Page 2**

## What we do

| | |
|---|---|
| **How does Freedom Mortgage Corporation protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. For more information, visit freedommortgage.com. |
| **How does Freedom Mortgage Corporation collect my personal information?** | We collect your personal information, for example, when you<br>• apply for a loan or give us your income information<br>• provide account information or provide employment information<br>• show your government-issued ID<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account, I hold jointly with someone else?** | Your choice will apply to everyone on your account. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include financial companies such as FMC Subsidiary Services, LLC.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include insurance companies, direct marketing companies and nonprofit organizations.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include financial services companies.* |

## Other Important Information

Nevada Residents: Notice provided pursuant to state law. To be placed on our internal Do Not Call List or to obtain additional information on our telemarketing practices, call 855-690-5900, write to us at Freedom Mortgage Corporation, P.O. Box 50485, Indianapolis, IN 46250- 0485, ATTN: Privacy Dept. /Information Sharing Opt-Out or log into your account and write us through the Message Center with the subject line "Nevada Annual Privacy Notice".

Vermont Residents: We will not share information we collect about you with other companies unless the law allows. We will not share information about your creditworthiness with our corporate affiliates except with your consent, but we may share information about our transactions or experiences with you with our corporate affiliate without your consent.

California Residents: We will not share information we collect about you with other companies unless the law allows. California residents are provided a separate notice with additional choices as required by California law.

9801



## Go Green with E-Statements!

### Freedom Mortgage offers paperless billing statements.



View your statement information quickly and easily



Enjoy the convenience of 24/7 access



Save space with all your statements in one secure location

Visit **freedommortgage.com/go-green** to get started today!



807-4104-0320F

807-4105-0320B

**Important information regarding licensing, loan terms, fees, conditions and limitations.**

This is not a commitment to lend. Application required and subject to underwriting approval and collateral requirements. Full documentation required. Not all applicants will be approved. Loan secured by a lien against your property. Terms, conditions and restrictions apply. Fees and charges apply and may vary by state, product, and loan amount. Interest rates are subject to change without notice. If you do not lock in a rate when you apply, that rate may not be available at loan commitment, lock-in or closing. Additional payments of taxes & property insurance are required. Refinancing may increase the length of your loan and the total amount of interest you pay over the life of your loan. Important information relating specifically to your loan will be contained in the loan documents, which alone will establish your rights and obligations under the loan plan. Call for details.

Freedom Mortgage Corporation is a mortgage lender and is not affiliated with the U.S. Government, HUD, FHA, VA or any other government agencies. **We do not provide legal, tax or investment advice.**

**Freedom Mortgage Corporation,** NMLS # 2767 (www.nmlsconsumeraccess.org), 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054; 1000 Chesterfield Business Parkway, Suite 201, St. Louis, MO 63005; 550 S. Mesa Hills Drive, Suite F-1, El Paso, TX 79912; 3800 North Lamar Boulevard, Suite 200, Austin, TX 78756; 4905 A Woodrow Avenue, Austin, TX 78756, 302 Lorenaly Drive, Suite E-115, Brownsville, TX 78526; 9800 Hillwood Parkway, Suite 140, Office 158/157, Fort Worth, TX 76177; 6500 International Parkway, Suite 1800, Plano, TX 75093; 7017 North 10th Street, Suite 0-2, McAllen, TX 78504. 800-220-3333. Arizona License # 0907890; Licensed by the Department of Business Oversight under the California Residential Mortgage Lending Act. Loans made or arranged pursuant to a California Financing Law license; Georgia Residential Mortgage Licensee # 6661; Massachusetts Mortgage Lender and Mortgage Broker Licenses #MC2767, Debt Collector License # DC2767; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker – NYS Department of Financial Services and Exempt Mortgage Loan Servicer Registration; Ohio Residential Mortgage Lending Act Certificate of Registration # RM.803365.000; Rhode Island Licensed Lender, Licensed Loan Broker, and Licensed Third Party Loan Servicer Licenses; Washington Consumer Loan Company License CL-2767, dba www.freedommortgage.com. For complete licensing information, visit www.freedommortgage.com/state-licensing. Equal Housing Opportunity.

© 2020 Freedom Mortgage Corporation

CC537(0120)

# EXHIBIT E

# R
## Reimer Law®

**Reimer Law Co.**
31500 Bainbridge Rd, Suite 100 ● Solon, OH 44139
Phone: (440) 600-5500
**Email: statement@reimerlaw.com**

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**However, if this debt is in active bankruptcy or has been discharged through bankruptcy, this communication is for informational purposes only and is not intended as, and does not constitute, an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally**

November 19, 2024

Larry Harmon
3853 Yellow Creek Road West
Akron, OH 44333

| | | |
|---|---|---|
| RE: | Debtor(s): | Larry Harmon |
| | Last 4 Digits Account No.: | XXXXXX9801 |
| | RL File No. | F22-39475 |
| | Property: | 3853 Yellow Creek Road West, Akron, OH 44333 |
| | Total Debt Amount: | 456,212.18 as of 12/19/2024 |

Dear Larry Harmon :

This will confirm that the amount to PAYOFF this loan through December 19, 2024 is $456,212.18. This figure will be considered void after this date because of additional payments that may become due and additional costs, expenses and fees that may be incurred.

Payoff funds MUST be in the form of certified check or official check made payable to FREEDOM MORTGAGE and MUST BE received in OUR office no later than 3:00 p.m. on December 18, 2024.  It is your responsibility to ensure funds are received by our office on time.

The payoff figures listed above include items that have been paid or incurred as of the date stated above. The above amount is subject to final verification upon receipt. All costs, expenses and fees incurred after the issuance of this payoff letter will continue to be assessed until the loan is paid in full.  If your payoff is less than the total payoff amount due on the date of your payment, the lender or servicer reserves the right to reject your payment and continue the legal process.

\* IMPORTANT: The payoff amount listed above includes costs, expenses and fees for which actual deposits have been made. It does not include, and is not intended to include, any estimated or anticipated costs, expenses and fees that have not yet been incurred.  If the loan is paid off, our client's claim will be dismissed and all court costs deposited will be applied.  Further costs, expenses and fees may be incurred as a result, and the account(s) will be charged accordingly.

See attached statement(s) for additional information and conditions.

Respectfully,

Reimer Law Co.

*/s/ Douglas A. Haessig*
Douglas A. Haessig
DAH/sam
Enclosure

# R
## Reimer Law®

**Reimer Law Co.**
31500 Bainbridge Rd, Suite 100 ● Solon, OH 44139
Phone: (440) 600-5500
**Email: Statement@reimerlaw.com**

November 19, 2024

File No. F22-39475

Loan Number: ████9801

Borrower: Larry D. Harmon Jr

Property Address: 3853 Yellow Creek Road
                 West Akron, OH 44333

Quote Type: Payoff Quote
Good Through: 12/19/2024

| | |
|---|---|
| Current Unpaid Principal: | $330,863.56 |
| Interest: | $48,303.06 |
| Escrow: | $74,689.56 |
| Recording Costs: | $38.00 |
| Property Inspections: | $1,120.00 |
| Paid Title Searches: | $1,198.00 |
| Total Amount to Payoff: | $456,212.18 |

# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 19-cr-395 (BAH)** |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| **Defendant.** | : | |

**DECLARATION OF LINDSAY E. RAY IN SUPPORT OF**
**FREEDOM MORTGAGE CORPORATION'S VERIFIED THIRD-PARTY**
**CLAIM AND PETITION ASSERTING LEGAL INTEREST**
**IN PROPERTY SUBJECT TO FORFEITURE**

I, Lindsay E. Ray, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a shareholder at the law firm Baker, Donelson, Bearman, Caldwell, and Berkowitz P.C. ("Baker Donelson") and counsel to Petitioner Freedom Mortgage Corporation ("Freedom Mortgage"),[1] and previously to its predecessor-in-interest (together with Freedom Mortgage, the "Lender"), in connection with the above-captioned litigation. I submit this declaration in support of Freedom Mortgage's Verified Third-Party Claim and Petition Asserting Legal Interest in Property Subject to Forfeiture (the "Petition").

2.  Baker Donelson was engaged by the Lender in or around February 2022 in order to protect its interest in the Property and its rights under the Loan Documents during the pendency of the above-captioned litigation.

3.  On Wednesday, December 11, 2024, I received confirmation from Ms. C. Alden Parker (Dep. Dir., National Cryptocurrency Enforcement Team, U.S. DOJ) that "Mr. Harmon was sentenced in November" and that the Government was "working on the formal notice process."

---

[1] For ease of reference, capitalized terms, unless otherwise noted, will have the same meaning ascribed to them in the Petition.

1

4.      As of December 13, 2024, Baker Donelson has billed a total of $34,613.50 to the Lender—$30,562.50 of which has been paid and $3,973.00 of which is due to be paid on or before January 11, 2025.  A true and correct copy of Baker Donelson's Account Statement for the matter is attached hereto as **Exhibit 1** (the "Account Statement").   In addition, Lender has incurred $9,064.50 in fees for work performed December 1 through 16, 2024, which will be billed to the Lender in January (among any further work performed in December), for a total of **$43,678.50** incurred to date.

5.      The undersigned, Lindsay E. Ray, states and affirms that the description and time entries contained in the invoices references in the Account Statement are true and accurate transcriptions of time entries made by employees of Baker Donelson in connection with representing Lender's interests in this matter and protecting its rights to the Property subject to the Preliminary Order of forfeiture.  A true and correct copy of Baker Donelson's Invoices for the matter is attached hereto as collective **Exhibit 2** (the "Invoices")

6.      The undersigned further states and affirms that: (i) she has been engaged in the practice of law before state and federal courts located within the States of New York, Tennessee, and Indiana, by admission (and others, *pro hac vice*), for more than ten (10) years and is familiar with the billing rates and practices for legal work performed by Baker Donelson, as well as the generally prevailing hourly rates and practices in white collar criminal defense and forfeiture proceedings, including this District of D.C.; and (ii) the hourly rates of $500-$700 for shareholders and $300-$500 for associates charged by Baker Donelson for work performed for Lender in this matter are fair, reasonable, and at or below the market hourly rates within this District.

7.     Accordingly, it is requested that Petitioner be awarded its attorneys' fees and costs in connection with this matter, which have amounted to **$43,678.50** to date.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed this 17th day of December, 2024,

/s/ Lindsay E. Ray
Lindsay E. Ray

# EXHIBIT 1

to Attorney Lindsay E. Ray's Declaration



December 13, 2024

## RoundPoint Mortgage Servicing, LLC / Freedom Mortgage Corporation (2922543) Account Statement

### 3853 Yellow Creek Forfeiture Action-OH (000047)

| Bill Date | Bill Number | Fees Billed | Expenses Billed | Total Billed | Adj | Paid | AR Total |
|---|---|---|---|---|---|---|---|
| 9/15/2022 | 9027461 | $6,842.00 | $0.00 | $6,842.00 | $0.00 | $6,842.00 | $0.00 |
| 9/15/2022 | 9027462 | $3,768.00 | $0.00 | $3,768.00 | $40.00 | $3,728.00 | $0.00 |
| 9/15/2022 | 9027463 | $953.00 | $0.00 | $953.00 | $0.00 | $953.00 | $0.00 |
| 9/15/2022 | 9027464 | $160.00 | $0.00 | $160.00 | $0.00 | $160.00 | $0.00 |
| 9/15/2022 | 9027473 | $240.00 | $0.00 | $240.00 | $0.00 | $240.00 | $0.00 |
| 9/26/2022 | 9031241 | $1,251.50 | $0.00 | $1,251.50 | $0.00 | $1,251.50 | $0.00 |
| 9/26/2022 | 9031272 | $2,688.50 | $0.00 | $2,688.50 | $0.00 | $2,688.50 | $0.00 |
| 10/18/2022 | 9039218 | $902.00 | $0.00 | $902.00 | $0.00 | $902.00 | $0.00 |
| 12/12/2022 | 9058806 | $159.00 | $0.00 | $159.00 | $0.00 | $159.00 | $0.00 |
| 2/15/2023 | 9081886 | $412.50 | $0.00 | $412.50 | $0.00 | $412.50 | $0.00 |
| 3/13/2023 | 9090494 | $142.50 | $0.00 | $142.50 | $0.00 | $142.50 | $0.00 |
| 5/5/2023 | 9110262 | $624.00 | $0.00 | $624.00 | $0.00 | $624.00 | $0.00 |
| 6/22/2023 | 9126630 | $2,312.00 | $0.00 | $2,312.00 | $0.00 | $2,312.00 | $0.00 |
| 7/11/2023 | 9132813 | $3,808.50 | $0.00 | $3,808.50 | $0.00 | $3,808.50 | $0.00 |
| 10/17/2023 | 9169050 | $144.00 | $0.00 | $144.00 | $0.00 | $144.00 | $0.00 |
| 11/22/2023 | 9183170 | $192.00 | $0.00 | $192.00 | $0.00 | $192.00 | $0.00 |
| 12/18/2023 | 9194298 | $960.00 | $0.00 | $960.00 | $0.00 | $960.00 | $0.00 |
| 1/12/2024 | 9205304 | $2,589.00 | $0.00 | $2,589.00 | $0.00 | $2,589.00 | $0.00 |
| 2/29/2024 | 9219304 | $384.00 | $0.00 | $384.00 | $0.00 | $384.00 | $0.00 |
| 3/19/2024 | 9226432 | $192.00 | $0.00 | $192.00 | $0.00 | $192.00 | $0.00 |
| 4/17/2024 | 9237371 | $1,319.00 | $0.00 | $1,319.00 | $0.00 | $1,319.00 | $0.00 |
| 7/26/2024 | 9274278 | $38.00 | $0.00 | $38.00 | $38.00 | $0.00 | $0.00 |
| 8/27/2024 | 9286542 | $114.00 | $0.00 | $114.00 | $0.00 | $114.00 | $0.00 |
| 9/10/2024 | 9290113 | $445.00 | $0.00 | $445.00 | $0.00 | $445.00 | $0.00 |
| 12/12/2024 | 9329683 | $3,973.00 | $0.00 | $3,973.00 | $0.00 | $0.00 | $3,973.00 |
| Total | | $34,613.50 | $0.00 | $34,613.50 | $78.00 | $30,562.50 | $3,973.00 |

# EXHIBIT 2

to Attorney Lindsay E. Ray's

Declaration

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

**RoundPoint Mortgage Servicing Corporation**
Company NMLS ID# ████
17300 Preston Road, Suite 210
Dallas, TX 75252

September 15, 2022
Invoice No. 9027461
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████ 9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████ 9801

| | |
|---|---|
| Current Professional Services Rendered | $ 6,842.00 |
| TOTAL AMOUNT DUE | $ 6,842.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

### PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH

**ACH:**
Bank:      First Horizon Bank
ABA No.: ████
Beneficiary:      Baker, Donelson,
Bearman, Caldwell & Berkowitz
Account No.: ████
Reference No.:
Contact: MHazlerig@BakerDonelson.com

**WIRE TRANSFER:**
Bank:      First Horizon Bank
ABA No.: ████
Beneficiary:      Baker, Donelson,
Bearman, Caldwell & Berkowitz
Account No.: ████
Swift Code: ████
Reference No.:

**REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103
**CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill
Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check.

**Please reference your Invoice No. 9027461 on your payment.**

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/16/22 | LER | Begin review of key documents | 0.60 | 240.00 |
| 02/16/22 | LSF | Review criminal forfeiture pleadings and records of prior communication with US prosecutor and begin list of action items including information and document needed | 0.80 | 524.00 |
| 02/16/22 | LSF | Investigate DC US Discrict Court Docket for action by prosecutor to forfeit the collateral  including search for both criminal and civil pleadings | 0.70 | 458.50 |
| 02/17/22 | LER | Prepare for strategy call and outline actions to discuss with senior attorney  (1.1); Review of key forfeiture documents (.7) | 1.80 | 720.00 |
| 02/17/22 | LSF | Telephone conference with responsible attorney re background facts, criminal pleadings and initial strategy,   action plan and documents and factual investigation needed | 1.00 | 655.00 |
| 02/17/22 | LSF | Draft correspondence to Ms. Swartz and Ms. Watts setting out documents and information needed to proceed with factual and procedural investigation | 0.40 | 262.00 |
| 02/21/22 | LER | Review additional client correspondence, | 0.60 | 240.00 |
| 02/21/22 | LSF | Receipt and review multiple client documents | 1.00 | 655.00 |
| 02/22/22 | LER | Develop AUSA outreach strategy (.1); Correspondence with L. Finley and client (.4); Review  Legal Tracker and develop case budget; correspondence to H. Rock regarding the same ( .5) | 1.00 | 400.00 |
| 02/24/22 | LER | Review of MLARS guidelines on criminal forfeiture and draft correspondence to AUSA for M. Chester and L. Finley review | 1.90 | 760.00 |
| 02/24/22 | LSF | Review, revise, approve letter to US prosecutor advising of representation and that RoundPoint is a first priority innocent lien holder | 0.10 | 65.50 |
| 02/25/22 | LER | Review of MLARS guidelines on criminal forfeiture and draft correspondence to AUSA for M. Chester and L. Finley review | 1.30 | 520.00 |
| 02/28/22 | LSF | Work with responsible attorney re reminder to prosecutor that ▮▮▮▮▮▮▮▮▮▮ | 0.40 | 262.00 |
| 02/28/22 | LER | Review and respond to AUSA correspondence, confer with L. Finley, and update client regarding the same (.8); Review and analysis of forfeiture statutes and current practices in preparation for call with AUSA (1.9) | 2.70 | 1,080.00 |
| | | TOTAL CURRENT FEES | 14.30 | $6,842.00 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

RoundPoint Mortgage Servicing, LLC

September 15, 2022

3853 Yellow Creek Forfeiture Action-OH

Invoice No.  9027461

Client.Matter: 2922543.000047

Page 3

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LSF | Linda S Finley | 655.00 | 4.40 | 2,882.00 |
| LER | Lindsay E Ray | 400.00 | 9.90 | 3,960.00 |
| | | TOTAL CURRENT FEES | 14.30 | $ 6,842.00 |
| | | CURRENT AMOUNT DUE | | $ 6,842.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

RoundPoint Mortgage Servicing Corporation
Company NMLS ID# ████
17300 Preston Road, Suite 210
Dallas, TX 75252

September 15, 2022
Invoice No. 9027462
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████ 9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████ 9801

| | |
|---|---|
| Current Professional Services Rendered | $ 3,768.00 |
| TOTAL AMOUNT DUE | $ 3,768.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH |
|---|---|

**ACH:**
Bank:            First Horizon Bank
ABA No.:       ████
Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:  ████
Reference No.:
Contact:  MHazlerig@BakerDonelson.com

**WIRE TRANSFER:**
Bank:            First Horizon Bank
ABA No.:       ████
Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:  ████
Swift Code:    ████
Reference No.:

**REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103
**CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill
Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check.

**Please reference your Invoice No. 9027462 on your payment.**

RoundPoint Mortgage Servicing, LLC                                         September 15, 2022
3853 Yellow Creek Forfeiture Action-OH                                     Invoice No.  9027462
Client.Matter: 2922543.000047                                              Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/02/22 | LER | Respond to H. Rock inquiry regarding matter status and next steps | 0.10 | 40.00 |
| 03/03/22 | LER | Correspondence with AUSA to confirm availability for Monday's call | 0.10 | 40.00 |
| 03/04/22 | LER | Further correspondence with AUSA in advance of Monday's call | 0.20 | 80.00 |
| 03/06/22 | LER | Review and analyse  indictment and Asset Forfeiture Policy Manual and draft talking points in preparation for call with AUSA | 2.60 | 1,040.00 |
| 03/07/22 | LER | Prepare  for call with Assistant US Attorney (1.0); Handle call with DOJ and update L. Finley and client regarding the same (1.3); Draft and submit matter status update in Legal Tracker and update L. Finley regarding the same (.3) | 2.60 | 1,040.00 |
| 03/07/22 | LSF | Call with US Attorney and communicate with responsible attorney re need for "no-knock" inspection including condition of property and whether  property is occupied | 0.20 | 131.00 |
| 03/07/22 | LSF | Preparation for and develop strategy for phone conference with US Attorney including working with  responsible attorney to go over payoff statement re advances and costs/fees continuing to accrue, important dates in the history of the loan, loan due date, etc a | 0.40 | 262.00 |
| 03/07/22 | LSF | Telephone conference with J. Watts re property inspection and condition of property followedby call to responsible attorney to check on insurance on the collateral and getting a copy of a 2/23/2022 inspection report | 0.20 | 131.00 |
| 03/08/22 | LER | Receive and incorporate L. Finley feedback into draft budget and submit proposed 2022 and matter budget to Legal Tracker, per client request | 0.80 | 320.00 |
| 03/08/22 | LSF | Work  on chronology and fact summary of the matter for client records | 0.50 | 327.50 |
| 03/21/22 | LER | Review of client and L. Finley correspondence in response to Lender inquiries regarding matter status | 0.30 | 120.00 |
| 03/21/22 | LSF | Review email chain from prior counsel and Freddie Mac; prepare summary for delivery by RoundPoint to Freddie Mac reflecting status of case including ███████████████ | 0.30 | 196.50 |
| | | TOTAL CURRENT FEES | 8.40 | $3,768.00 |

**FEE RECAP**

| INITIALS | NAME | | RATE | HOURS | AMOUNT |
|----------|------|--|------|-------|--------|

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

RoundPoint Mortgage Servicing, LLC                    September 15, 2022
3853 Yellow Creek Forfeiture Action-OH               Invoice No.  9027462
Client.Matter: 2922543.000047                                    Page 3

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LSF | Linda S Finley | 655.00 | 1.60 | 1,048.00 |
| LER | Lindsay E Ray | 400.00 | 6.70 | 2,680.00 |
| | | TOTAL CURRENT FEES | 8.30 | $ 3,728.00 |
| | | CURRENT AMOUNT DUE | | $ 3,768.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

RoundPoint Mortgage Servicing Corporation
Company NMLS ID# ███████
17300 Preston Road, Suite 210
Dallas,  TX  75252

September 15, 2022
Invoice No. 9027463
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ███████ 9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████████ 9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 953.00 |
| TOTAL AMOUNT DUE | $ 953.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| *ACH:* | *WIRE TRANSFER:* | REMIT CHECK TO: Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank:          First Horizon Bank | Bank:          First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:       ███████ | ABA No.:       ███████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:   ███████ | Account No.:   ███████ | |
| Reference No.: | Swift Code:    ███████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9027463 on your payment.**

RoundPoint Mortgage Servicing, LLC
3853 Yellow Creek Forfeiture Action-OH
Client.Matter: 2922543.000047

September 15, 2022
Invoice No. 9027463
Page 2

Case 1:19-cr-00395-BAH    Document 158-1    Filed 12/19/24    Page 52 of 100

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 04/04/22 | LER | Review  client request for status update and correspondence with H. Rock regarding the same | 0.20 | 80.00 |
| 04/06/22 | LER | Review  key matter documents and submission of status update and correspondence to L. Finley regarding the same | 0.50 | 200.00 |
| 04/13/22 | LER | Correspondence to government with and requesting update (.2); Review of February inspection report and proof of insurance and correspondence with client requesting updates to the same (.4); Receive and review correspondence from government and update client regarding the same (.1) | 0.70 | 280.00 |
| 04/13/22 | LSF | Work with responsible attorney re ███████████ ████████████████ | 0.30 | 196.50 |
| 04/13/22 | LSF | Review court docket (on line); communication to responsible attorney re followup with prosecutor and to check on insurance and other details on the property | 0.30 | 196.50 |
| | | TOTAL CURRENT FEES | 2.00 | $953.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LSF | Linda S Finley | 655.00 | 0.60 | 393.00 |
| LER | Lindsay E Ray | 400.00 | 1.40 | 560.00 |
| | TOTAL CURRENT FEES | | 2.00 | $ 953.00 |
| | CURRENT AMOUNT DUE | | | $ 953.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

RoundPoint Mortgage Servicing Corporation
Company NMLS ID# ███████
17300 Preston Road, Suite 210
Dallas,  TX  75252

September 15, 2022
Invoice No. 9027464
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ██████ 9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████████ 9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 160.00 |
| TOTAL AMOUNT DUE | $ 160.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| ***ACH:*** | ***WIRE TRANSFER:*** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank:          First Horizon Bank | Bank:          First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:      ████████ | ABA No.:      ████████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:  ████████ | Account No.:  ████████ | |
| Reference No.: | Swift Code:   ████████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9027464 on your payment.**

RoundPoint Mortgage Servicing, LLC                                              September 15, 2022
3853 Yellow Creek Forfeiture Action-OH                                          Invoice No. 9027464
Client.Matter: 2922543.000047                                                            Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/10/22 | LER | Draft and submit matter status update per client request and conference with . Finley regarding the same | 0.40 | 160.00 |
| | | TOTAL CURRENT FEES | 0.40 | $160.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 400.00 | 0.40 | 160.00 |
| | | TOTAL CURRENT FEES | 0.40 | $ 160.00 |
| | | CURRENT AMOUNT DUE | | $ 160.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

████████████████

RoundPoint Mortgage Servicing Corporation
Company NMLS ID# ██████
17300 Preston Road, Suite 210
Dallas,  TX  75252

September 15, 2022
Invoice No. 9027473
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ██████ 9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ██████ 9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 240.00 |
| TOTAL AMOUNT DUE | $ 240.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| **PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH** | | |
|---|---|---|
| ***ACH:*** | ***WIRE TRANSFER:*** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
| Bank:                    First Horizon Bank | Bank:                    First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:                ██████ | ABA No.:                ██████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:          ██████ | Account No.:          ██████ | |
| Reference No.: | Swift Code:            ██████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |
| **Please reference your Invoice No. 9027473 on your payment.** | | |

RoundPoint Mortgage Servicing, LLC                                    September 15, 2022
3853 Yellow Creek Forfeiture Action-OH                               Invoice No.  9027473
Client.Matter: 2922543.000047                                                    Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/12/22 | LER | Review matter and submit matters update including proposed next steps | 0.20 | 80.00 |
| 06/13/22 | LER | Work to develop  consistent property inspections to record metrics re property value and potential loss winch may be needed for US Attorney info. | 0.40 | 160.00 |
| | | TOTAL CURRENT FEES | 0.60 | $240.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 400.00 | 0.60 | 240.00 |
| | | TOTAL CURRENT FEES | 0.60 | $ 240.00 |
| | | CURRENT AMOUNT DUE | | $ 240.00 |

# BAKER DONELSON

## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
████9801
Fishers, IN  46037

September 26, 2022
Invoice No. 9031241
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 1,251.50 |
| TOTAL AMOUNT DUE | $ 1,251.50 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | | |
|---|---|---|

**ACH:**
Bank:                First Horizon Bank
ABA No.:          ████
Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:     ████
Reference No.:
Contact:  MHazlerig@BakerDonelson.com

**WIRE TRANSFER:**
Bank:                First Horizon Bank
ABA No.:          ████
Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:     ████
Swift Code:       ████
Reference No.:

REMIT CHECK TO: Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103
CREDIT CARD: https://www.bakerdonelson.com/online-payment-bill
Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check.

**Please reference your Invoice No. 9031241 on your payment.**

RoundPoint Mortgage Servicing, LLC
3853 Yellow Creek Forfeiture Action-OH
Client.Matter: 2922543.000047

Case 1:19-cr-00395-BAH    Document 158-1    Filed 12/19/24    Page 58 of 100

September 26, 2022
Invoice No.  9031241
Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/05/22 | LER | Draft and submit matter status update per client request and update L. Finley regarding the same | 0.30 | 120.00 |
| 07/14/22 | LER | Correspondence to client requesting property condition update | 0.20 | 80.00 |
| 07/18/22 | LER | Correspondence with client and L. Finley regarding matter status | 0.20 | 80.00 |
| 07/18/22 | LSF | Receipt and review  communication re  transfer to Freedom re management of the case and telephone call to C. Swartz for clarity and directions on proceeding | 0.20 | 131.00 |
| 07/19/22 | LER | Call with L. Finley regarding matter status, actions to take upon transfer of matter  and continued strategy plan | 0.40 | 160.00 |
| 07/19/22 | LSF | Work on matter in light of upcoming transfer | 0.50 | 327.50 |
| 07/20/22 | LER | Analyze issues regarding ███████ and discuss with senior attorney to develop strategy | 0.50 | 200.00 |
| | | TOTAL CURRENT FEES | 2.60 | $1,251.50 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LSF | Linda S Finley | 655.00 | 0.70 | 458.50 |
| LER | Lindsay E Ray | 400.00 | 1.60 | 640.00 |
| | TOTAL CURRENT FEES | | 2.30 | $ 1,098.50 |
| | CURRENT AMOUNT DUE | | | $ 1,251.50 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

█████████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
████9801
Fishers, IN 46037

September 26, 2022
Invoice No. 9031272
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 2,688.50 |
| TOTAL AMOUNT DUE | $ 2,688.50 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| **ACH:** | **WIRE TRANSFER:** | REMIT CHECK TO: Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank: First Horizon Bank | Bank: First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.: ██████ | ABA No.: ██████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.: ██████ | Account No.: ██████ | |
| Reference No.: | Swift Code: ██████ | |
| Contact: MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9031272 on your payment.**

RoundPoint Mortgage Servicing, LLC     Case 1:19-cr-00395-BAH     Document 158-1     Filed 12/19/24     Page 60 of 100     September 26, 2022

3853 Yellow Creek Forfeiture Action-OH     Invoice No. 9031272

Client.Matter: 2922543.000047     Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/29/22 | LER | Rreview and analysis of ▉▉▉▉▉▉▉ in preparation for meeting with client (.8); Further preparation for, participation in, and follow-up from client meeting (1.1) | 1.90 | 760.00 |
| 07/29/22 | LSF | Prep for call with Freedom Mtg. Team; telephone call with Ms. Tarver to discuss facts and strategy; review post- conference Freedom communications re property inspection and note recent (July) inspection ordered | 0.50 | 327.50 |
| 07/29/22 | JEG | Prepare for and conduct call with client re transfer | 1.00 | 510.00 |
| 07/31/22 | LER | Review of July inspection report and correspondence to team regarding the same | 0.10 | 40.00 |
| 08/01/22 | LER | Review of client correspondence x3 | 0.20 | 80.00 |
| 08/04/22 | LER | Final RoundPoint LegalTracker update per L. Finley and J. Green and correspondence with team regarding the same | 0.40 | 160.00 |
| 08/08/22 | LER | Review of property value assessment | 0.20 | 80.00 |
| 08/08/22 | LSF | Reviewed update BPO and consulted with Lindsey Ray re client reporting and maintaining same strategy until US Attorney takes further action | 0.20 | 131.00 |
| 08/10/22 | LER | Attention to Roundpoint correspondence regarding matter transfer | 0.10 | 40.00 |
| 08/11/22 | LER | Review FreddieMac inquiry and confer with team regarding the same | 0.20 | 80.00 |
| 08/18/22 | LER | Draft matter status update to Freddie Mac | 0.90 | 360.00 |
| 08/30/22 | LER | Incorporate L. Finley feedback and respond to Freddie Mac with status update requested | 0.30 | 120.00 |
| | | TOTAL CURRENT FEES | 6.00 | $2,688.50 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LSF | Linda S Finley | 655.00 | 0.70 | 458.50 |
| JEG | Jonathan E Green | 510.00 | 1.00 | 510.00 |
| LER | Lindsay E Ray | 400.00 | 4.30 | 1,720.00 |
| | TOTAL CURRENT FEES | | 6.00 | $ 2,688.50 |
| | CURRENT AMOUNT DUE | | | $ 2,688.50 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
████9801
Fishers, IN  46037

October 18, 2022
Invoice No. 9039218
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---|
| Current Professional Services Rendered | $ 902.00 |
| TOTAL AMOUNT DUE | $ 902.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| **ACH:** | **WIRE TRANSFER:** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank: First Horizon Bank | Bank: First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.: ██████ | ABA No.: ██████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.: ██████ | Account No.: ██████ | |
| Reference No.: | Swift Code: ██████ | |
| Contact: MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9039218 on your payment.**



RoundPoint Mortgage Servicing, LLC                                    October 18, 2022
3853 Yellow Creek Forfeiture Action-OH                          Invoice No.  9039218
Client.Matter: 2922543.000047                                              Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 09/01/22 | LER | Draft status report for Freedom team review and attention to related correspondence (.5); Respond to Freddie Mac correspondence (.1) | 0.60 | 240.00 |
| 09/07/22 | LER | Correspondence to government regarding Harmon sentencing status | 0.20 | 80.00 |
| 09/21/22 | LER | Correspondence to government, follow-up with FreddieMac, and update team regarding the same | 0.20 | 80.00 |
| 09/22/22 | LER | Correspondence with team concerning ████████ ████ | 0.10 | 40.00 |
| 09/22/22 | LSF | Continue work on strategy regarding ████████ ███████ | 0.40 | 262.00 |
| 09/26/22 | LER | Call with AUSA regarding Harmon criminal matter status and correspondence updating Freddie Mac and Freedom of the same | 0.40 | 160.00 |
| 09/27/22 | LER | Review of client correspondence regarding matter status update | 0.10 | 40.00 |
| | | TOTAL CURRENT FEES | 2.00 | $902.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LSF | Linda S Finley | 655.00 | 0.40 | 262.00 |
| LER | Lindsay E Ray | 400.00 | 1.60 | 640.00 |
| | TOTAL CURRENT FEES | | 2.00 | $ 902.00 |
| | CURRENT AMOUNT DUE | | | $ 902.00 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
████9801
Fishers, IN 46037

December 12, 2022
Invoice No. 9058806
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 159.00 |
| Subtotal Current Amount | $ 159.00 |
| Less Application of Funds | - 159.00 |
| TOTAL AMOUNT DUE | $ 0.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| **PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH** | | |
|---|---|---|

***ACH:***
Bank:      First Horizon Bank
ABA No.: ████
Beneficiary:   Baker, Donelson,
Bearman, Caldwell & Berkowitz
Account No.: ████
Reference No.:
Contact: MHazlerig@BakerDonelson.com

***WIRE TRANSFER:***
Bank:      First Horizon Bank
ABA No.: ████
Beneficiary:   Baker, Donelson,
Bearman, Caldwell & Berkowitz
Account No.: ████
Swift Code: ████
Reference No.: ████

**REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103
**CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill
Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check.

**Please reference your Invoice No. 9058806 on your payment.**

RoundPoint Mortgage Servicing, LLC                                              December 12, 2022
3853 Yellow Creek Forfeiture Action-OH                                    Invoice No.  9058806
Client.Matter: 2922543.000047                                                          Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/03/22 | LER | Correspondence with client regarding matter status and strategy | 0.20 | 97.10 |
| 11/03/22 | JEG | Review udpate re continued delay in sentencing | 0.10 | 61.90 |
| | | TOTAL CURRENT FEES | 0.30 | $159.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| JEG | Jonathan E Green | 619.00 | 0.10 | 61.90 |
| LER | Lindsay E Ray | 485.50 | 0.20 | 97.10 |
| | | TOTAL CURRENT FEES | 0.30 | $ 159.00 |
| | | TOTAL CURRENT AMOUNT BILLED | | $ 159.00 |
| | | Less Application of Funds | | -159.00 |
| | | TOTAL CURRENT AMOUNT DUE | | $ 0.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
█████9801
Fishers, IN 46037

February 15, 2023
Invoice No. 9081886
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: █████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ███████9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 412.50 |
| TOTAL AMOUNT DUE | $ 412.50 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | | |
|---|---|---|

***ACH:***
Bank:              First Horizon Bank
ABA No.:          ██████
Beneficiary:      Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:      ██████
Reference No.:
Contact:  MHazlerig@BakerDonelson.com

***WIRE TRANSFER:***
Bank:              First Horizon Bank
ABA No.:          ██████
Beneficiary:      Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:      ██████
Swift Code:       ██████
Reference No.:

**REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103
**CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill
Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check.

**Please reference your Invoice No. 9081886 on your payment.**

RoundPoint Mortgage Servicing, LLC
Case 1:19-cr-00395-BAH    Document 158-1    Filed 12/19/24    Page 66 of 100    February 15, 2023
3853 Yellow Creek Forfeiture Action-OH
Client.Matter: 2922543.000047
Invoice No.  9081886
Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/21/22 | LER | Review of article regarding G. Harmon arrest (brother to L. Harmon/homeowner) referencing L. Harmon matter and correspondence to L. Finley regarding the same | 0.20 | 80.00 |
| 01/06/23 | LER | Review of AUSA correspondence history and update client regarding status of the same | 0.30 | 142.50 |
| 01/09/23 | LER | Review of further G. Harmon articles (in light of Friday's guilty plea) for references to L. Harmon for case file | 0.20 | 95.00 |
| 01/10/23 | LER | Review & analysis of further articles concerning G. Harmon guilty plea (that reference L. Harmon case) | 0.10 | 47.50 |
| 01/30/23 | LER | Review of further reporting concerning L. Harmon's criminal case in light of his brother's recent arrest and plea for case file | 0.10 | 47.50 |
| | | TOTAL CURRENT FEES | 0.90 | $412.50 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 458.33 | 0.90 | 412.50 |
| | TOTAL CURRENT FEES | | 0.90 | $ 412.50 |
| | CURRENT AMOUNT DUE | | | $ 412.50 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
███9801
Fishers, IN  46037

March 13, 2023
Invoice No. 9090494
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ███9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ███9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 142.50 |
| TOTAL AMOUNT DUE | $ 142.50 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

*ACH:*
Bank:                First Horizon Bank
ABA No.:          ███████
Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:    ███████
Reference No.:
Contact:  MHazlerig@BakerDonelson.com

*WIRE TRANSFER:*
Bank:                First Horizon Bank
ABA No.:          ███████
Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.:    ███████
Swift Code:      ███████
Reference No.:

REMIT CHECK TO: Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103
CREDIT CARD: https://www.bakerdonelson.com/online-payment-bill
Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check.

**Please reference your Invoice No. 9090494 on your payment.**

RoundPoint Mortgage Servicing, LLC                                          March 13, 2023
3853 Yellow Creek Forfeiture Action-OH                              Invoice No.  9090494
Client.Matter: 2922543.000047                                                    Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/01/23 | LER | Correspondence to AUSA regarding Harmon matter status and update client regarding the same | 0.20 | 95.00 |
| 02/14/23 | LER | Correspondence to D. Howard regarding matter status | 0.10 | 47.50 |
| | | TOTAL CURRENT FEES | 0.30 | $142.50 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 475.00 | 0.30 | 142.50 |
| | | TOTAL CURRENT FEES | 0.30 | $ 142.50 |
| | | CURRENT AMOUNT DUE | | $ 142.50 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
█████9801
Fishers, IN  46037

May 5, 2023
Invoice No. 9110262
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: █████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number █████9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 624.00 |
| TOTAL AMOUNT DUE | $ 624.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| *ACH:* | *WIRE TRANSFER:* | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank:           First Horizon Bank | Bank:           First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:        ██████ | ABA No.:        ██████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:    Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:    Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:    ██████ | Account No.:    ██████ | |
| Reference No.: | Swift Code:    ██████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9110262 on your payment.**

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 04/18/23 | LER | Correspondence with AUSA regarding Harmon matter status and update client regarding the same (.4); Review and analysis of client inspection report and respond to the same (.3) | 0.70 | 336.00 |
| 04/18/23 | DWH | Review correspondence with US attorney regarding sentencing; brief review of property inspection | 0.60 | 288.00 |
| | | TOTAL CURRENT FEES | 1.30 | $624.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| DWH | Dylan W Howard | 480.00 | 0.60 | 288.00 |
| LER | Lindsay E Ray | 480.00 | 0.70 | 336.00 |
| | TOTAL CURRENT FEES | | 1.30 | $ 624.00 |
| | CURRENT AMOUNT DUE | | | $ 624.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

**TAX NO.** ▮▮▮▮▮▮▮

---

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
▮▮▮▮9801
Fishers,  IN  46037

June 22, 2023
Invoice No. 9126630
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ▮▮▮9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ▮▮▮▮9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 2,312.00 |
| TOTAL AMOUNT DUE | $ 2,312.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| *ACH:* | *WIRE TRANSFER:* | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank:  First Horizon Bank | Bank:  First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.: ▮▮▮▮ | ABA No.: ▮▮▮▮ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:  Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:  Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.: ▮▮▮▮ | Account No.: ▮▮▮▮ | |
| Reference No.: | Swift Code: ▮▮▮▮ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9126630 on your payment.**

RoundPoint Mortgage Servicing, LLC                                          June 22, 2023
3853 Yellow Creek Forfeiture Action-OH                              Invoice No.  9126630
Client.Matter: 2922543.000047                                                    Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/17/23 | LER | Correspondence from client regarding "vacant" home and correspondence with government to confirm the same | 0.40 | 192.00 |
| 05/18/23 | LER | Review of and respond to Government correspondence regarding potential property vacancy/disrepair and potential next steps (.6) and response to client correspondence advising to ███████ ████████████████████████████ (.2) | 0.80 | 384.00 |
| 05/18/23 | DWH | Review correspondence with client regarding inspection of property (0.2); analyze advisability of ████████ (0.4) | 0.60 | 288.00 |
| 05/22/23 | LER | Review of AUSA correspondence, analysis of ████████████ ████████████████████████, and update client regarding the same (.9); Attention to client responses to the same (.2) | 1.10 | 528.00 |
| 05/22/23 | DWH | Analyze strategy options ████████████ (0.4); review correspondence from clients regarding case strategy (0.3) | 0.70 | 336.00 |
| 05/29/23 | LER | Develop strategy regarding necessary research and analysis related to ████████████████████ | 0.20 | 96.00 |
| 05/30/23 | MOM | Communicate with lead attorney on matter regarding research and analysis of ████████████████ ██████ | 0.30 | 55.50 |
| 05/30/23 | MOM | Develop strategy regarding how best to approach ████████████ ██████████████████████████ including review of relevant file materials and criminal procedure rules | 0.50 | 92.50 |
| 05/30/23 | LER | Develop strategy regarding specific next steps to tackle with respect to research ████████████████████████████ ████████████████████ | 0.40 | 192.00 |
| 05/31/23 | MOM | Continue deeper dive into ████████████████████ | 0.80 | 148.00 |
|  |  | TOTAL CURRENT FEES | 5.80 | $2,312.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| DWH | Dylan W Howard | 480.00 | 1.30 | 624.00 |
| LER | Lindsay E Ray | 480.00 | 2.90 | 1,392.00 |
| MOM | Mary O Maas | 185.00 | 1.60 | 296.00 |
|  | TOTAL CURRENT FEES |  | 5.80 | $ 2,312.00 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

RoundPoint Mortgage Servicing, LLC                                      June 22, 2023
3853 Yellow Creek Forfeiture Action-OH                          Invoice No. 9126630
Client.Matter: 2922543.000047                                              Page 3

CURRENT AMOUNT DUE          $ 2,312.00

# BAKER DONELSON
### BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
███9801
Fishers, IN  46037

July 11, 2023
Invoice No. 9132813
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ███9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ███9801

| | |
|---|---|
| Current Professional Services Rendered | $ 3,808.50 |
| TOTAL AMOUNT DUE | $ 3,808.50 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | | |
|---|---|---|
| **ACH:** | **WIRE TRANSFER:** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
| Bank:            First Horizon Bank | Bank:            First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:         ██████ | ABA No.:         ██████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:     Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:     ██████ | Account No.:     ██████ | |
| Reference No.: | Swift Code:      ██████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |
| **Please reference your Invoice No. 9132813 on your payment.** | | |

RoundPoint Mortgage Servicing, LLC
3853 Yellow Creek Forfeiture Action-OH
Client.Matter: 2922543.000047

Case 1:19-cr-00395-BAH    Document 158-1    Filed 12/19/24    Page 75 of 100

July 11, 2023
Invoice No. 9132813
Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/07/23 | MOM | Research ███████████████████████ for attorney Lindsay Ray; meet with attorney Lindsay Ray to go over ████████ questions. | 4.40 | 814.00 |
| 06/07/23 | LER | Conference with M. Maas addressing her inquiries to inform her research | 0.30 | 144.00 |
| 06/12/23 | MOM | Draft memorandum detailing requirements for ████████ ██████████████████████ | 3.60 | 666.00 |
| 06/12/23 | LER | Address M. Maas inquiries regarding ██████████ research | 0.30 | 144.00 |
| 06/13/23 | MOM | Edit draft of memo on ████████████████ . | 0.30 | 55.50 |
| 06/14/23 | MOM | Finish and submit memorandum on ████████████████ | 3.80 | 703.00 |
| 06/22/23 | LER | Review and consideration of M. Maas analysis regarding ███████ and strategy discussion with M. Maas regarding next steps | 1.90 | 912.00 |
| 06/29/23 | MOM | Begin compiling list of documents needed from client ███████████████████████ | 0.80 | 148.00 |
| 06/30/23 | MOM | Finish compiling list of documents needed ████████ and circulate for L. Ray review | 1.20 | 222.00 |
| | | TOTAL CURRENT FEES | 16.60 | $3,808.50 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 480.00 | 2.50 | 1,200.00 |
| MOM | Mary O Maas | 185.00 | 14.10 | 2,608.50 |
| | TOTAL CURRENT FEES | | 16.60 | $ 3,808.50 |
| | CURRENT AMOUNT DUE | | | $ 3,808.50 |

# BAKER
# DONELSON
## BEARMAN, CALDWELL
## & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
█████9801
Fishers, IN  46037

September 7, 2023
Invoice No. 9153318
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference:█████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number █████9801

TOTAL AMOUNT DUE _____ $ 0.00

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | | |
|---|---|---|
| **ACH:** | **WIRE TRANSFER:** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
| Bank: First Horizon Bank | Bank: First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.: ████████ | ABA No.: ████████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:  Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:  Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.: ████████ | Account No.: ████████ | |
| Reference No.: | Swift Code: ████████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |
| **Please reference your Invoice No. 9153318 on your payment.** | | |

RoundPoint Mortgage Servicing, LLC                                                    September 7, 2023
3853 Yellow Creek Forfeiture Action-OH                                          Invoice No.  9153318
Client.Matter: 2922543.000047                                                                      Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/10/23 | LER | Analyze and respond to client correspondence with request for background material ███████████████ [No Charge] | 0.60 | 0.00 |
| 08/11/23 | LER | Review and consideration of client correspondence regarding ██████ status [No Charge] | 0.30 | 0.00 |
| 08/14/23 | LER | Analyze status and strategy for ██████████ and review of client correspondence regarding the same [No Charge] | 0.60 | 0.00 |
| 08/15/23 | LER | Review and analysis of client-provided materials (1.2); analyze memorandum regarding ████████████ (.7); communicate with client re proposals for next steps ████████████████ (.4) [No Charge] | 2.30 | 0.00 |
| 08/16/23 | LER | Prepare for and call with prosecutor regarding settlement overture (.6) and correspondence with client regarding the same (.3) [No Charge] | 0.90 | 0.00 |

|  |  | TOTAL CURRENT FEES | 4.70 | $0.00 |
|  |  | CURRENT AMOUNT DUE |  | $ 0.00 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

███████████

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
████9801
Fishers, IN 46037

October 17, 2023
Invoice No. 9169050
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---|
| Current Professional Services Rendered | $ 144.00 |
| TOTAL AMOUNT DUE | $ 144.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | |
|---|---|---|
| **ACH:**<br>Bank: First Horizon Bank<br>ABA No.: ████<br>Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz<br>Account No.: ████<br>Reference No.:<br>Contact: MHazlerig@BakerDonelson.com | **WIRE TRANSFER:**<br>Bank: First Horizon Bank<br>ABA No.: ████<br>Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz<br>Account No.: ████<br>Swift Code:<br>Reference No.: | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103<br>**CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill<br>Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| **Please reference your Invoice No. 9169050 on your payment.** | | |

RoundPoint Mortgage Servicing, LLC
3853 Yellow Creek Forfeiture Action-OH
Client.Matter: 2922543.000047

Case 1:19-cr-00395-BAH   Document 158-1   Filed 12/19/24   Page 79 of 106

October 17, 2023
Invoice No. 9169050
Page 2

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 09/01/23 | LER | Correspondence to AUSA confirming call agreement to ██████ ██████ in light of agreement to have settlement discussions in October/November and to confirm Harmon sentencing not yet scheduled | 0.20 | 96.00 |
| 09/12/23 | LER | Review of news article referencing "Larry Harmon" | 0.10 | 48.00 |
| | | **TOTAL CURRENT FEES** | 0.30 | $144.00 |

## FEE RECAP

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 480.00 | 0.30 | 144.00 |
| | | **TOTAL CURRENT FEES** | 0.30 | $ 144.00 |
| | | **CURRENT AMOUNT DUE** | | $ 144.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
████9801
Fishers, IN 46037

November 22, 2023
Invoice No. 9183170
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---|
| Current Professional Services Rendered | $ 192.00 |
| TOTAL AMOUNT DUE | $ 192.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| *ACH:* | *WIRE TRANSFER:* | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank: First Horizon Bank | Bank: First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.: ████ | ABA No.: ████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.: ████ | Account No.: ████ | |
| Reference No.: | Swift Code: ████ | |
| Contact: MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9183170 on your payment.**

RoundPoint Mortgage Servicing, LLC                                              November 22, 2023
3853 Yellow Creek Forfeiture Action-OH                                    Invoice No.  9183170
Client.Matter: 2922543.000047                                                        Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10/25/23 | LER | Review of notes form August call with prosecutor and correspondence to the same requesting call to discuss settlement per the same (receipt of OOO) | 0.40 | 192.00 |
| | | TOTAL CURRENT FEES | 0.40 | $192.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 480.00 | 0.40 | 192.00 |
| | | TOTAL CURRENT FEES | 0.40 | $ 192.00 |
| | | CURRENT AMOUNT DUE | | $ 192.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
█████9801
Fishers, IN  46037

December 18, 2023
Invoice No. 9194298
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: █████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████████9801

| | |
|---|---|
| Current Professional Services Rendered | $ 960.00 |
| TOTAL AMOUNT DUE | $ 960.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| *ACH:* | *WIRE TRANSFER:* | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank:     First Horizon Bank | Bank:     First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:   ████ | ABA No.:   ████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:   ████ | Account No.:   ████ | |
| Reference No.: | Swift Code:   ████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9194298 on your payment.**

RoundPoint Mortgage Servicing, LLC                                    December 18, 2023
3853 Yellow Creek Forfeiture Action-OH                               Invoice No.  9194298
Client.Matter: 2922543.000047                                                    Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/01/23 | LER | Call to prosecutor and correspondence to client with update regarding the same | 0.30 | 144.00 |
| 11/09/23 | LER | Prepare for and call with AUSA regarding his e-mail and potential settlement and follow-up correspondence to AUSA per the same | 0.70 | 336.00 |
| 11/09/23 | LER | Correspondence to client, T. Tarver, with updates on potential settlement and maintenance issue at property | 0.20 | 96.00 |
| 11/09/23 | LER | Review of and respond to client inspection team e-mail concerning inspection report/vacancy/maintenance issue | 0.20 | 96.00 |
| 11/27/23 | LER | Review of prior AUSA outreach and follow-up correspondence to the same regarding potential settlement discussions | 0.20 | 96.00 |
| 11/30/23 | LER | Review and respond to client inquiry regarding matter status and strategy and attention to confirmation of the same in reply | 0.40 | 192.00 |
| | | TOTAL CURRENT FEES | 2.00 | $960.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 480.00 | 2.00 | 960.00 |
| | | TOTAL CURRENT FEES | 2.00 | $ 960.00 |
| | | CURRENT AMOUNT DUE | | $ 960.00 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
███9801
Fishers, IN  46037

January 12, 2024
Invoice No. 9205304
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ███9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ███9801

| | |
|---|---|
| Current Professional Services Rendered | $ 2,589.00 |
| TOTAL AMOUNT DUE | $ 2,589.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| *ACH:* | *WIRE TRANSFER:* | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank:          First Horizon Bank | Bank:          First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:       ███ | ABA No.:       ███ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:   ███ | Account No.:   ███ | |
| Reference No.: | Swift Code:    ███ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9205304 on your payment.**

RoundPoint Mortgage Servicing, LLC                                                    January 12, 2024
3853 Yellow Creek Forfeiture Action-OH                                        Invoice No.  9205304
Client.Matter: 2922543.000047                                                              Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/10/23 | LER | Review and consideration of Government correspondence and draft response to the same | 0.30 | 144.00 |
| 12/12/23 | FHT | Review key documents related to status of matter | 0.30 | 89.10 |
| 12/12/23 | LER | Correspondence to prosecutor confirming range of Harmon debts accruing and attention to reply | 0.40 | 192.00 |
| 12/12/23 | LER | Review of and attention to client correspondence regarding "vacant" report re property | 0.20 | 96.00 |
| 12/12/23 | LER | Attention to further prosecutor reply | 0.10 | 48.00 |
| 12/12/23 | LER | Consideration of ███████████████████████, Develop strategy regarding next steps necessary to investigate and develop strategy regarding same | 0.90 | 432.00 |
| 12/13/23 | FHT | Research & analysis re whether ████████████ ████████████████████████████████████ | 2.90 | 861.30 |
| 12/14/23 | FHT | Draft analysis of ██████████████████████ ██████████ | 1.40 | 415.80 |
| 12/14/23 | FHT | Analyze official court records related to United States v. Harmon | 0.20 | 59.40 |
| 12/14/23 | LER | Initial review of detailed analysis regarding ████████ ████████████████████ | 0.40 | 192.00 |
| 12/27/23 | FHT | Analyze U.S. v. Harmon status update from late-December for relevant information | 0.20 | 59.40 |
| | | TOTAL CURRENT FEES | 7.30 | $2,589.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 480.00 | 2.30 | 1,104.00 |
| FHT | Frank H Toub | 297.00 | 5.00 | 1,485.00 |
| | | TOTAL CURRENT FEES | 7.30 | $ 2,589.00 |
| | | CURRENT AMOUNT DUE | | $ 2,589.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL
## & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
█████9801
Fishers,  IN  46037

February 29, 2024
Invoice No. 9219304
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference:████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---|
| Current Professional Services Rendered | $ 384.00 |
| TOTAL AMOUNT DUE | $ 384.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | |
|---|---|---|
| **ACH:**<br>Bank:          First Horizon Bank<br>ABA No.:       █████<br>Beneficiary:   Baker, Donelson,<br>Bearman, Caldwell & Berkowitz<br>Account No.:  █████<br>Reference No.:<br>Contact:  MHazlerig@BakerDonelson.com | **WIRE TRANSFER:**<br>Bank:          First Horizon Bank<br>ABA No.:       █████<br>Beneficiary:   Baker, Donelson,<br>Bearman, Caldwell & Berkowitz<br>Account No.:  █████<br>Swift Code:  █████<br>Reference No.: | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103<br>**CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill<br>Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| **Please reference your Invoice No. 9219304 on your payment.** | | |

RoundPoint Mortgage Servicing, LLC

February 29, 2024

3853 Yellow Creek Forfeiture Action-OH

Invoice No.  9219304

Client.Matter: 2922543.000047

Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01/02/24 | LER | Review of client correspondence regarding "vacant" inquiry and correspondence to prosecutor regarding the same | 0.30 | 144.00 |
| 01/02/24 | LER | Update client in light of the same | 0.10 | 48.00 |
| 01/02/24 | LER | Review and consideration of research confirming ███████ ████████████████ | 0.40 | 192.00 |
| | | TOTAL CURRENT FEES | 0.80 | $384.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 480.00 | 0.80 | 384.00 |
| | | TOTAL CURRENT FEES | 0.80 | $ 384.00 |
| | | CURRENT AMOUNT DUE | | $ 384.00 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

# BAKER DONELSON
### BEARMAN, CALDWELL & BERKOWITZ, PC

████████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE:  954.333.3930

www.BakerDonelson.com

| | |
|---|---|
| Tanya Tarver | March 19, 2024 |
| Director, Litigation | Invoice No. 9226432 |
| Freedom Mortgage | Client.Matter: 2922543.000047 |
| 10500 Kincaid Dr Suite 300 | Attorney: Eve Cann |
| Larry D Harmon Jr | Email: ecann@bakerdonelson.com |
| ████9801 | Phone: 954-768-1612 |
| Fishers, IN  46037 | |

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 192.00 |
| TOTAL AMOUNT DUE | $ 192.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | | |
|---|---|---|
| ***ACH:*** | ***WIRE TRANSFER:*** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
| Bank:          First Horizon Bank | Bank:          First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:       ████ | ABA No.:       ████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:   Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:   ████ | Account No.:   ████ | |
| Reference No.: | Swift Code:    ████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |
| **Please reference your Invoice No. 9226432 on your payment.** | | |

RoundPoint Mortgage Servicing, LLC                                          March 19, 2024
3853 Yellow Creek Forfeiture Action-OH                              Invoice No.  9226432
Client.Matter: 2922543.000047                                                      Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/02/24 | LER | Follow-up with prosecutor regarding Harmon residency, and receive confirmation of same | 0.20 | 96.00 |
| 02/02/24 | LER | Communicate with client team regarding sentencing hearing status | 0.10 | 48.00 |
| 02/02/24 | LER | Update client regarding Harmon residency | 0.10 | 48.00 |
| | | TOTAL CURRENT FEES | 0.40 | $192.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 480.00 | 0.40 | 192.00 |
| | | TOTAL CURRENT FEES | 0.40 | $ 192.00 |
| | | CURRENT AMOUNT DUE | | $ 192.00 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
███9801
Fishers, IN 46037

April 17, 2024
Invoice No. 9237371
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ███9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ███9801

| | |
|---|---|
| Current Professional Services Rendered | $ 1,319.00 |
| TOTAL AMOUNT DUE | $ 1,319.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| **PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH** | | |
|---|---|---|
| ***ACH:*** <br> Bank: First Horizon Bank <br> ABA No.: ███████ <br> Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz <br> Account No.: ███████ <br> Reference No.: <br> Contact: MHazlerig@BakerDonelson.com | ***WIRE TRANSFER:*** <br> Bank: First Horizon Bank <br> ABA No.: ███████ <br> Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz <br> Account No.: ███████ <br> Swift Code: ███████ <br> Reference No.: | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 <br> **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill <br> Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| **Please reference your Invoice No. 9237371 on your payment.** | | |

RoundPoint Mortgage Servicing, LLC                                      April 17, 2024
3853 Yellow Creek Forfeiture Action-OH                            Invoice No.  9237371
Client.Matter: 2922543.000047                                             Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/04/24 | LER | Update client regarding matter status | 0.10 | 53.00 |
| 03/22/24 | FHT | Analyze USA v. Harmon docket for government update on sentencing of defendant | 0.10 | 38.00 |
| 03/22/24 | LER | Review of court pleading seeking sentencing date in or after July 2024 and correspondence with team regarding the same | 0.30 | 159.00 |
| 03/22/24 | FHT | Prepare summary status update that Mr. Harmon's cooperation with government is ending | 0.10 | 38.00 |
| 03/25/24 | FHT | Analyze updated USA v. Harmon docket for court setting sentencing of defendant | 0.10 | 38.00 |
| 03/25/24 | FHT | Research and draft correspondence analyzing ███████ ███████ | 0.70 | 266.00 |
| 03/25/24 | LER | Analyze summary updates regarding sentencing hearing | 0.30 | 159.00 |
| 03/25/24 | FHT | Prepare summary of next phase of proceedings for dissemination to client team | 0.10 | 38.00 |
| 03/25/24 | LER | Prepare detailed update with current status and activities in action for client team | 0.40 | 212.00 |
| 03/25/24 | LER | Analyze timeline analysis for further discussion and informing client team on status | 0.30 | 159.00 |
| 03/25/24 | LER | Develop strategy regarding necessary timeline analysis ███████ ███████ | 0.30 | 159.00 |
| | | TOTAL CURRENT FEES | 2.80 | $1,319.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 530.00 | 1.70 | 901.00 |
| FHT | Frank H Toub | 380.00 | 1.10 | 418.00 |
| | TOTAL CURRENT FEES | | 2.80 | $ 1,319.00 |
| | CURRENT AMOUNT DUE | | | $ 1,319.00 |

# BAKER DONELSON

## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

| | |
|---|---|
| Tanya Tarver | July 26, 2024 |
| Director, Litigation | Invoice No. 9274278 |
| Freedom Mortgage | Client.Matter: 2922543.000047 |
| 10500 Kincaid Dr Suite 300 | Attorney: Eve Cann |
| Larry D Harmon Jr | Email: ecann@bakerdonelson.com |
| ████9801 | Phone: 954-768-1612 |
| Fishers, IN  46037 | |

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---|
| Current Professional Services Rendered | $ 38.00 |
| TOTAL AMOUNT DUE | $ 38.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | |
|---|---|---|
| ***ACH:*** | ***WIRE TRANSFER:*** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
| Bank:       First Horizon Bank | Bank:       First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.:    ██████ | ABA No.:    ██████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary:  Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary:  Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.:  ██████ | Account No.:  ██████ | |
| Reference No.: | Swift Code:  ██████ | |
| Contact:  MHazlerig@BakerDonelson.com | Reference No.: | |
| **Please reference your Invoice No. 9274278 on your payment.** | | |

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/06/24 | FHT | Analyze official court records for any updated information on action | 0.10 | 38.00 |
| | | TOTAL CURRENT FEES | 0.10 | $38.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| FHT | Frank H Toub | 380.00 | 0.10 | 38.00 |
| | | TOTAL CURRENT FEES | 0.10 | $ 38.00 |
| | | CURRENT AMOUNT DUE | | $ 38.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

▮▮▮▮▮▮

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
▮▮▮9801
Fishers, IN 46037

August 27, 2024
Invoice No. 9286542
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ▮▮▮9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ▮▮▮9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 114.00 |
| **TOTAL AMOUNT DUE** | **$ 114.00** |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

---

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | |
|---|---|---|
| ***ACH:*** | ***WIRE TRANSFER:*** | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
| Bank: First Horizon Bank | Bank: First Horizon Bank | |
| ABA No.: ▮▮▮ | ABA No.: ▮▮▮ | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Account No.: ▮▮▮ | Account No.: ▮▮▮ | |
| Reference No.: | Swift Code: | |
| Contact: MHazlerig@BakerDonelson.com | Reference No.: | |
| **Please reference your Invoice No. 9286542 on your payment.** | | |

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/19/24 | FHT | Analyze official court records in order to better understand update in action, including notices regarding continuation of sentencing hearing | 0.30 | 114.00 |
| | | TOTAL CURRENT FEES | 0.30 | $114.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| FHT | Frank H Toub | 380.00 | 0.30 | 114.00 |
| | TOTAL CURRENT FEES | | 0.30 | $ 114.00 |
| | CURRENT AMOUNT DUE | | | $ 114.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
████9801
Fishers, IN 46037

September 10, 2024
Invoice No. 9290113
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ████9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ████9801

| | |
|---|---:|
| Current Professional Services Rendered | $ 445.00 |
| TOTAL AMOUNT DUE | $ 445.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

**PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH**

| *ACH:* | *WIRE TRANSFER:* | **REMIT CHECK TO:** Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103 |
|---|---|---|
| Bank: First Horizon Bank | Bank: First Horizon Bank | **CREDIT CARD:** https://www.bakerdonelson.com/online-payment-bill |
| ABA No.: ████ | ABA No.: ████ | Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check. |
| Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz | |
| Account No.: ████ | Account No.: ████ | |
| Reference No.: | Swift Code: ████ | |
| Contact: MHazlerig@BakerDonelson.com | Reference No.: | |

**Please reference your Invoice No. 9290113 on your payment.**

RoundPoint Mortgage Servicing, LLC                                                September 10, 2024
3853 Yellow Creek Forfeiture Action-OH                                           Invoice No. 9290113
Client.Matter: 2922543.000047                                                              Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/29/24 | FHT | Analyze official court records in order to better understand update in action, including notices regarding continuation of sentencing hearing | 0.20 | 76.00 |
| 08/29/24 | LER | Review & analysis of motion requesting sentencing continuance and order granting the same and update client accordingly | 0.60 | 369.00 |
| | | TOTAL CURRENT FEES | 0.80 | $445.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 615.00 | 0.60 | 369.00 |
| FHT | Frank H Toub | 380.00 | 0.20 | 76.00 |
| | TOTAL CURRENT FEES | | 0.80 | $ 445.00 |
| | CURRENT AMOUNT DUE | | | $ 445.00 |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

███████████

200 EAST BROWARD BOULEVARD, SUITE 2000
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954.333.3930

www.BakerDonelson.com

Tanya Tarver
Director, Litigation
Freedom Mortgage
10500 Kincaid Dr Suite 300
Larry D Harmon Jr
███9801
Fishers, IN 46037

December 12, 2024
Invoice No. 9329683
Client.Matter: 2922543.000047
Attorney: Eve Cann
Email: ecann@bakerdonelson.com
Phone: 954-768-1612

Client: RoundPoint Mortgage Servicing, LLC
Matter: 3853 Yellow Creek Forfeiture Action-OH

Client Reference: ███9801 Harmon
Borrower Name: Harmon, Larry Dean
Property Address 3853 Yellow Creek Dr. , Akron OH
Freedom loan number ███9801

| | |
|---|---|
| Current Professional Services Rendered | $ 3,973.00 |
| TOTAL AMOUNT DUE | $ 3,973.00 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE UPON RECEIPT

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | | |
|---|---|---|

**ACH:**
Bank: First Horizon Bank
ABA No.: ██████
Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.: ██████
Reference No.:
Contact: MHazlerig@BakerDonelson.com

**WIRE TRANSFER:**
Bank: First Horizon Bank
ABA No.: ██████
Beneficiary: Baker, Donelson, Bearman, Caldwell & Berkowitz
Account No.: ██████
Swift Code: ██████
Reference No.:

REMIT CHECK TO: Baker Donelson, 165 Madison Avenue, Suite 2000, Memphis, TN 38103
CREDIT CARD: https://www.bakerdonelson.com/online-payment-bill
Please note that a processing fee is added to credit card payments. Baker Donelson does not receive any part of the processing fee. The fee is charged and collected by a 3rd party processor to provide credit card processing services. No processing fee will be assessed on payments made by E-Check.

**Please reference your Invoice No. 9329683 on your payment.**

RoundPoint Mortgage Servicing, LLC
Case 1:19-cr-00395-BAH    Document 158-1    Filed 12/19/24    Page 99 of 100

3853 Yellow Creek Forfeiture Action-OH
Client.Matter: 2922543.000047

December 12, 2024
Invoice No.  9329683
Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/04/24 | LER | Review & analysis of ███████ | 0.90 | 553.50 |
| 11/04/24 | FHT | Analyze official court records in order for context to pre-sentencing pleadings, including notices regarding continuation of sentencing hearing | 0.30 | 114.00 |
| 11/04/24 | LER | Correspondence with client confirming timeline and next steps █ ███████ | 0.30 | 184.50 |
| 11/11/24 | FHT | Review ███████ | 0.30 | 114.00 |
| 11/12/24 | FHT | Analyze docket update re sentencing of Mr. Harmon | 0.10 | 38.00 |
| 11/18/24 | LER | Review of and attention to new articles confirming sentencing of L. Harmon Friday and of entered Amended Preliminary Order of Forfeiture per the same | 0.40 | 246.00 |
| 11/18/24 | FHT | Analyze docket update re preliminary order of forfeiture | 0.20 | 76.00 |
| 11/18/24 | LER | Correspondence with team and prepare for meeting with the same to discuss strategy for next steps | 0.20 | 123.00 |
| 11/19/24 | MOM | Review amended preliminary order of forfeiture ███████ | 0.30 | 123.00 |
| 11/19/24 | MOM | Research ███████ | 1.50 | 615.00 |
| 11/19/24 | LER | Summarize and provide ███████ in response to client inquiry | 0.50 | 307.50 |
| 11/19/24 | FHT | Develop strategy regarding ███████ | 0.30 | 114.00 |
| 11/19/24 | LER | Develop strategy regarding next steps in matter | 0.20 | 123.00 |
| 11/20/24 | MOM | Consolidate research on ███████ | 0.50 | 205.00 |
| 11/20/24 | LER | Review & consideration of research ███████ | 0.60 | 369.00 |
| 11/20/24 | FHT | Research and analyze requirements to ███████ | 0.30 | 114.00 |

RoundPoint Mortgage Servicing, LLC                                    December 12, 2024
3853 Yellow Creek Forfeiture Action-OH                               Invoice No.  9329683
Client.Matter: 2922543.000047                                        Page 3

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/21/24 | MOM | Begin draft of 32.2(c) petition ██████████ | 0.50 | 205.00 |
| 11/21/24 | MOM | Strategize re ██████████ | 0.40 | 164.00 |
| 11/21/24 | LER | Continue to update matter strategy regarding Rule 32.2 petition and preparation of same | 0.30 | 184.50 |
| | | TOTAL CURRENT FEES | 8.10 | $3,973.00 |

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|----------|------|------|-------|--------|
| LER | Lindsay E Ray | 615.00 | 3.40 | 2,091.00 |
| FHT | Frank H Toub | 380.00 | 1.50 | 570.00 |
| MOM | Mary O Maas | 410.00 | 3.20 | 1,312.00 |
| | TOTAL CURRENT FEES | | 8.10 | $ 3,973.00 |
| | CURRENT AMOUNT DUE | | | $ 3,973.00 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**