# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**Lindsay E. Ray**

was duly admitted to practice in said Court on

**06/13/2022**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on December 17, 2024 .



LYNDA M. HILL, CLERK OF COURT

By: _____
Deputy Clerk