UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| Defendant. | : | |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(c), Sean O'Connell, counsel for Third-Party Petitioner Freedom Mortgage Corporation ("Freedom Mortgage"), moves this Court to grant the admission *pro hac vice* and appearance of Lindsay E. Ray as counsel for Freedom Mortgage. This motion is supported by the Declaration of Lindsay E. Ray, which is attached as **Exhibit 1**. As set forth in Ms. Ray's declaration, she is admitted to practice and an active member in good standing in the following courts and bars: the State Bar of Tennessee, the State Bar of New York, the U.S. District Court for the Middle District of Tennessee, the U.S. District Courts for the Eastern and Southern Districts of New York, and the U.S. District Court for the Southern District of Indiana. A certificate of good standing for Ms. Ray is attached as **Exhibit 2**.

Dated: January 6, 2024

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:     *s/ Sean B. O'Connell*
Sean B. O'Connell (D.C. Bar. No. 1721451)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, DC 20001
Tel: 202-508-3435
soconnell@bakerdonelson.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, a copy of the foregoing document was filed with the Clerk and served via the CM/ECF online filing system with the U.S. District Court for the District of Columbia, which will automatically send email notification to all counsel of record.

In addition, a hardcopy of the foregoing will be sent to the following:

C. Alden Pelker
Deputy Director, National Cryptocurrency Enforcement Team
Computer Crime & Intellectual Property Section
Criminal Division, U.S. Department of Justice
10th & Constitution Ave., NW
John C. Keeney Building, Suite 6000,
Washington, DC 20530
Catherine.Pelker@usdoj.gov
202-616-5007

Respectfully submitted this 6th day of January.

   *s/ Sean B. O'Connell*
Sean B. O'Connell (*D.C. Bar No. 1721451*)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, DC 20001
Tel: 202-508-3435
soconnell@bakerdonelson.com