UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 19-cr-395 (BAH) |
| | : | |
| LARRY DEAN HARMON, | : | |
| Defendant. | : | |

**PROPOSED ORDER**

The Court has reviewed the Motion for Leave to Appear *Pro Hac Vice* of attorney Lindsay E. Ray. Upon consideration of that motion and the Declaration of Ms. Ray, the Court grants attorney Lindsay E. Ray *pro hac vice* admission to this Court in this matter.

SO ORDERED this _____ day of _____, 2025 .

_____
THE HONORABLE BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA