# EXHIBIT 2

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

### Lindsay Elizabeth Ray

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on February 12, 2024, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 3rd day of January, 2025.

James M. Hivner
Clerk of the Supreme Court of Tennessee

*Donna Gilmore*
Donna Gilmore, D.C.