UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 19-cr-395 (BAH) |
| | : | |
| **LARRY DEAN HARMON,** | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE *PRO HAC VICE* OF LINDSAY E. RAY

Please take notice that Lindsay E. Ray, previously permitted by the Court to appear *pro hac vice* in this action (ECF No. 160), hereby enters an appearance for Petitioner Freedom Mortgage Corporation ("Petitioner"), along with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., in the above-captioned matter.

Respectfully submitted this 7th day of January, 2025.

                                                                    Respectfully submitted,

                                                      *s/ Lindsay E. Ray*
                                                  Lindsay E. Ray (admitted *pro hac vice*)
                                                  **BAKER, DONELSON, BEARMAN,**
                                                  **CALDWELL & BERKOWITZ, PC**
                                                  1600 West End Avenue, Ste. #2000
                                                  Nashville, TN 37203
                                                  T: 615.726.7318
                                                  E-mail: lray@bakerdonelson.com

                                                  *Attorney for Petitioner*
                                                  *Freedom Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January, 2025, I caused the foregoing to be electronically filed and served on all counsel of record via this Court's CM/ECF filing system.

                                                  */s/ Lindsay E. Ray*
                                                  Lindsay E. Ray